UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | |
| v. | No. 16-mj-4117-MBB |
| MARTIN GOTTESFELD | UNDER SEAL |

## MOTION TO SEAL

Pursuant to FRCP 6(e)(4), the United States asks the Court to order that the Complaint and all accompanying documents in the above-captioned case be sealed until the defendant is in custody, at which point the complaint will automatically become unsealed without further order of the Court, so that it can be promptly provided to the defendant and his counsel.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

ALLOWED David H. Hennessy U.S.M.J.

**Feb 16, 2016**

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ *Adam Bookbinder*
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: February 16, 2016