AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| Martin Gottesfeld | ) | 16-mj-4117-MBB |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 2014-April 2014__ in the county of __Suffolk,__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 371 | Conspiracy |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Tunick, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/16/2016

_____
*Judge's signature*

City and state:   Boston, Massachusetts                David H. Hennessy, US Magistrate Judge
_____
*Printed name and title*

