**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

                                 : Case No.: 16-MJ-4117 (MBB)

         Plaintiff,            :

     v.                     :

                                   : **MOTION FOR ADMISSION *PRO***

MARTIN GOTTESFELD,        : ***HAC VICE***

                                   :

         Defendant.        :

                                   :

                                   :

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Under the United States District Court of the District of Massachusetts Local Rule

83.5.3(b), Jessica Hedges, Esq., a member in good standing of the Bar of the Commonwealth of

Massachusetts and the United States District Court for the District of Massachusetts, moves for

the admission of Tor Ekeland, a member of the Bar of the State of New York, to this Court for

the purpose of representing the defendant in the above-captioned matter, and states as follows:

1. Mr. Ekeland is the managing partner at Tor Ekeland, PC. The firm's business address
   is 195 Plymouth Street, Fifth Floor, Brooklyn, New York 11201. His telephone
   number is (718) 737-7264. His email address is tor@torekeland.com.

2. Mr. Ekeland is a member in good standing of the Bar of the State of New York, as
   evidenced by the Certificate of Good Standing attached as Exhibit A. He is also
   admitted to practice before the Southern, Eastern, and Northern Districts of New
   York, the Southern District of Texas, the Second Circuit Court of Appeals, and the
   Third Circuit Court of Appeals. There are no disciplinary proceedings pending
   against him as a member of the bar in any jurisdiction. See Declaration of Tor
   Ekeland, attached as Exhibit B.

3.  Undersigned counsel also made an independent effort to verify Mr. Ekeland's status

    and, having spoken with personnel in membership departments of the relevant bar

    organizations and federal bar organizations, can confirm that he is an active member

    in good standing of the above jurisdictions, and has no disciplinary proceedings

    pending in any jurisdiction.

4.  Mr. Ekeland is familiar with the applicable provisions of the Local Rules of the

    United States District Court for the District of Massachusetts.

5.  Under Local Rule 7.1(a), Defendant has conferred with Adam Bookbinder, one of the

    Assistant United States Attorneys on the above matter, and the United States has no

    objection to granting this motion.

Therefore, consistent with Mr. Gottesfeld's Sixth Amendment right to counsel of his

choice, undersigned counsel respectfully requests that Tor Ekeland be admitted to practice before

this Court *pro hac vice* as defense counsel for Mr. Gottesfeld in this case, in accordance with the

Rules of this Court. *See United States v. Gonzalez Lopez*, 548 U.S. 140, 144 (2006).

<div style="margin-left:50%">

Respectfully submitted,
The Defendant, Martin Gottesfeld
By local counsel,
/s/ Jessica Hedges__
Jessica Hedges BBO# 645847
Hedges & Tumposky, LLP
50 Congress St., Suite 600
Boston, MA 02109
T) 617/722-8220
E)Hedges@htlawyers.com

</div>

**CERTIFICATE OF SERVICE**

I, Jessica Hedges, hereby certify that, on this the 1st day of April, 2016 I have served a
copy of this document, where unable to do so electronically, on all counsel of record.

/s/ Jessica Hedges