UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | DOCKET NO: 1:16-mj-04117-MBB |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN GOTTESFELD, | ) | |
|     Defendant | ) | |

**ATTORNEY JESSICA HEDGES' NOTICE OF APPEARANCE**

Please notice the appearance of Jessica Hedges as counsel for the defendant in the above matter.

Respectfully submitted,
The Defendant, Martin Gottesfeld
By local counsel,
/s/ Jessica Hedges
Jessica Hedges BBO# 645847
Hedges & Tumposky, LLP
50 Congress St., Suite 600
Boston, MA 02109
T) 617/722-8220
E)Hedges@htlawyers.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Jessica Hedges, hereby certify that, on this the 1st day of April, 2016 I have served a copy of this document, where unable to do so electronically, on all counsel of record.

/s/ Jessica Hedges