**VIA HAND DELIVERY**

**April 23, 2016**

FILED
IN CLERK'S OFFICE

'16 APR 25 PM 3 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

Hon. Judge Marianne B. Bowler
Courtroom 25
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**Re: *United States v. Martin Gottesfeld*, 1:16-MJ-4117, Detention Hearing Letter of Support**

Dear Judge Bowler,

I wish to express to Your Honor and the court my firm belief that Martin Gottesfeld is a strong candidate for pre-trial release. I am a friend and former roommate of the defendant. We have known each other since around 2010, when we were roommates at 282 Summer Sr Apt 1, Somerville MA. At that time, I was in daily contact with Marty and we became friends, sharing an interest in science fiction and trivia among other things. I have always known Marty to be an honest man of his word. If the court were to release him on bail, I know that Marty would accept any obligations and abide by any conditions of the release pending trial.

In the way of background on myself: I am a financial analyst at Brown Brothers Harriman & Co, in Boston's Financial District, and a long-time resident of Somerville MA.

In the time that I've known Marty, I've witnessed countless examples of his generosity to those around him and his responsibility to his greater community. Whether helping a friend that's down on their luck get back on their feet, caring for his aging parents, or simply assisting an elderly neighbor with shoveling snow, Marty has repeatedly and consistently shown himself to put others before himself and has a proven sense of responsibility for the community in which he lives. Personally, I am grateful for the hours he spent helping me seek employment when out of work. He did not "make some phone calls," but rather assisted in updating my resume, offered insights based on his career experience, and helped me to explore educational opportunities to set me on my preferred career path. Marty's sense of responsibility to those around him and the community at large, leaves me with no doubt that he would fulfill any conditions of potential pre-trial release.

I will be in attendance for the detention hearing proceedings on April 27, 2016 and would be glad to offer Your Honor any additional detail at that time.

Sincerely,

*[signature]*

Matthew Namin
89 Heath Street, Somerville MA 02145
617-772-2076
mattnamin@gmail.com

```
FILED
IN CLERK'S OFFICE

'16 APR 25  PM 3 16

U.S. DISTRICT COURT
DISTRICT OF MASS.
```



Damian Musello
Green Home Realty Property Management
26 White Street, Cambridge, MA 02140
Office: 617-650-6481 - Cell: 617-650-6480

VIA [/FEDEX/U.S.P.S./HAND DELIVERY (FOR BOSTON AREA LETTERS]

April 24, 2016

Hon. Judge Marianne B. Bowler
Courtroom 25
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
Re: *United States v. Martin Gottesfeld*, 1:16-MJ-4117, Detention Hearing Letter of Support

Dear Judge Bowler:

    I write in support of Marty Gottesfeld's pretrial release in the above referenced case. I am property manager for the building, a two family in Somerville, in which Martin rents his apartment and in this capacity I have known and interacted with him for a little over two years. In that time I have found Martin to be reasonable, responsible and accomodating. He has paid his rent on-time, readily allowed access to his apartment for periodic inspections, taken care of his unit and common spaces and in sum been a dependable tenant. In my casual converations with him I found him to be a bright and thoughtful young man. The owners of the building have known Martin for much longer, in fact, they lived above him as owner/occupants for several years before moving to California, and while I cannot speak in detail for them, I can say that after review of the situation with me, and based on their experience with Martin, they decided to allow Martin to stay on in the apartment.

Sincerely,

_Damian Musello_
Owner
Green Home Property Management
26 White Street
Cambridge, MA 02140