4/22/16

Hon. Judge Marianne B. Bowler
Courtroom 25
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: United States v. Martin Gottesfeld, 1:16-MJ-4117, Detention Hearing Letter of Support

Dear Judge Bowler:

    I am writing this letter in support of Marty Gottesfeld's pretrial release in the above referenced case. I have known Marty for 14 years and he has always been an honest, caring and ethical person. Without a doubt I can say that if Marty is granted bail he will honor all terms set for him.

    I met Marty in 2002 when he worked with me at Amnet Systems in Stamford, CT as a systems engineer. I immediately recognized that he was an extremely dedicated hard worker who I could count on in any situation. I decided to leave Amnet Systems and move to New York with my wife and kids. It was closing day and there still some items at my condo that needed moved. I got a call from a friend who was supposed to help me move the remaining items out of my condo and was told by him that he would not be able to make it. Marty overheard my conversation and offered to help me out and wouldn't hear another word from me saying he didn't have to.

    Eventually Marty left Amnet Systems and planned to move back to Massachusetts. We spoke on the phone frequently and he knew that I was having some financial struggles since moving to New York. Marty offered to come stay with me for a month or two so that he could pay rent to help me out. I told Marty that was an incredibly nice offer but I couldn't ask him to do that but once again he insisted and he did end up staying with me and it was a tremendous help. While Marty stayed at my house he became close with my wife and children. He would play with the kids and read them books. I realized then how special of a person Marty was and how lucky I am to have him as a friend. I hope that you consider my testimony and grant Marty bail.

Sincerely,

*Terence C Dalton*

Terence C Dalton
3 Monarch Drive
Fairport, NY 14450

**VIA [/FEDEX/U.S.P.S./HAND DELIVERY (FOR BOSTON AREA LETTERS]**

April 26, 2016

Hon. Judge Marianne B. Bowler
Courtroom 25
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**Re: *United States v. Martin Gottesfeld*, 1:16-MJ-4117, Detention Hearing Letter of Support**

Dear Judge Bowler:

I write in support of Marty Gottesfeld's pretrial release in the above referenced case. Marty Gottesfeld worked in our company in the period of 2009-2010. As a person Marty was honest and loyal, and as an employee he was talented and hard-working.

Sincerely,

Eli Bibas
Quantum Computer Systems, Inc.
1470 Broadway
New York, NY 10018