UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA        :   Case No.: 16-MJ-4117 (MBB)
:
        Plaintiff,              :
    v.                          :
:
MARTIN GOTTESFELD,              :
:
        Defendant.              :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**CERTIFICATE OF SERVICE**

TOR EKELAND, an attorney duly admitted to practice before this Court and not a party to the above-captioned action, hereby affirms the following to be true, under penalty of perjury:

1. I am over 18 years of age and am the managing partner of Tor Ekeland, P.C. and counsel for Mr. Gottesfeld.

2. On Friday, July 8, 2016, I filed a true and correct copy of the above motion via ECF, causing it to be served electronically on counsel for the United States of America.

3. I certify that a true copy of the above documents were served on the attorney of record for the United States of America by electronic mail on Friday, July 8, 2016.

Date: July 8, 2016                By: */s/    Tor Ekeland*
                                  Tor Ekeland
                                  Tor Ekeland, PC
                                  195 Plymouth Street, Fifth Floor
                                  Brooklyn, New York 11201-1044
                                  T: 718-737-7264
                                  F: 718-504-5417
                                  Email: tor@torekeland.com