JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. **II**   Investigating Agency **FBI**

**City**  Somerville   **Related Case Information:**  16CR 10305-

**County**  Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  16-4117-MBB
Search Warrant Case Number  14-2234-MBB
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: Martin Gottesfeld   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Somerville, MA

Birth date (Yr only): 1984   SSN (last4#): 6394   Sex: M   Race: Caucasian   Nationality: US

**Defense Counsel if known:** Tor Ekeland   Address: 195 Plymouth Street, 5th Floor

**Bar Number:** _____   Brooklyn, NY 11201

### U.S. Attorney Information:

**AUSA** Adam Bookbinder / David D'Addio   Bar Number if applicable  566590

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date:** 02/17/2016

☑ Already in Federal Custody as of  02/17/2016  in  Wyatt Detention Facility .
☐ Already in State Custody at ———   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/19/2016   Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Martin Gottesfeld

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 371 | Conspiracy | 1 |
| Set 2  18 U.S.C. 1030(a)(5)(A) | Intentional Damage to a Protected Computer | 2 |
| Set 3  18 U.S.C. 982 and 1030 | Criminal Forfeiture Allegations | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____