```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                        ) | Criminal Action |
| ) | No. 16-10305-PBS |
| MARTIN GOTTESFELD,         ) | |
|          Defendant        ) | |

### ORDER OF RECUSAL

October 25, 2016

Saris, C.J.

   Pursuant to 28 U.S.C. 455(a), I recuse myself. In 2013, the United States Sentencing Commission's website was attacked by a group calling itself Anonymous. As Chair of that Commission, I conclude that my impartiality might reasonably be questioned.

                                    /s/ Patti B. Saris         .
                                    PATTI B. SARIS
                                    Chief Judge