UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No.  16-cr-10305-FDS |
| MARTIN GOTTESFELD, | ) |
| | ) |
| Defendant. | ) |

**ORGANIZATIONAL VICTIM NOTICE**

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies listed below as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

Boston Children's Hospital

and

Wayside Youth and Family Services.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ David J. D'Addio*
Adam J. Bookbinder
David J. D'Addio
Assistant U.S. Attorneys

Dated:  November 1, 2016

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                           */s/ David J. D'Addio*
                                           David J. D'Addio

Dated: November 1, 2016