# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN GOTTESFELD,<br><br>Defendant. | Crim. No. 16-cr-10305-NMG |

## ASSENTED-TO MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Local Rule 116, the United States hereby respectfully submits a proposed protective order—attached as Exhibit A—relating to documents and information produced, and to be produced in the future, in this case and respectfully requests, with the assent of the defendant, that the Court enter the attached order. As grounds for this assented-to motion, the government states as follows:

The Indictment returned in this case charges defendant with intentionally causing damage to protected computers in violation of 18 U.S.C. § 1030(a)(5)(a) and conspiracy to do so in violation of 18 U.S.C. § 371. Many of the documents and materials to be disclosed to the defendant contain confidential information regarding institutions whose computer networks were the subject of distributed denial of service attacks, including information regarding those computer networks, details about the methods of attack on those networks, and the steps taken to defend those networks and mitigate damage to them. Such information, if publicly disseminated, could increase their vulnerability to future attacks. Under these circumstances, the government respectfully submits that the discovery materials should be protected from unnecessary dissemination.

Entry of the proposed order will allow the government to efficiently produce discovery to defense counsel and will not inhibit defense counsel's ability to prepare effectively for trial.

The defendant, through his counsel, assents to this motion and the attached proposed order.

WHEREFORE, the United States, with the assent of the defendant, respectfully requests that this Court enter the proposed protective order attached hereto as Exhibit A.

> Respectfully submitted,
>
> CARMEN M. ORTIZ
> United States Attorney
>
> By:   /s/ David J. D'Addio
> DAVID J. D'ADDIO
> Assistant U.S. Attorney

Dated:  November 21, 2016

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

> /s/ David. J. D'Addio
> DAVID J. D'ADDIO

Dated:  November 21, 2016