**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : Case No.: 1:16-CR-10305 |
| v. | : (NMG) (MBB) |
| | : |
| MARTIN GOTTESFELD, | : |
| | : |
| Defendant. | : |
| | : |
| | : |
| | : |
| | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Tor Ekeland and Frederic B. Jennings, with the consent of the Defendant, request to withdraw as counsel.

Respectfully Submitted,

Dated: November 28, 2016

_/s/Tor Ekeland_____
Tor Ekeland (PHV)
Tor Ekeland, PC
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
718-737-7264
tor@torekeland.com

_/s/Frederic B. Jennings_____
Frederic B. Jennings (PHV)
Tor Ekeland, PC
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
718-737-7264
fred@torekeland.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: November 28, 2016                    _/s/Tor Ekeland_____
                                            Tor Ekeland (PHV)
                                            Tor Ekeland, PC
                                            195 Plymouth Street, 5th Floor
                                            Brooklyn, NY 11201
                                            718-737-7264
                                            tor@torekeland.com