# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 1:16-cr-10305-NMG-1

### UNITED STATES OF AMERICA

v.

### MARTIN GOTTESFELD

## FINAL STATUS REPORT

June 5, 2017

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with conspiracy and intentional damage to a protected computer, was returned on October 19, 2016;

2. The defendant was arraigned on the Indictment on October 26, 2016;

3. The defendant is in custody;

4. At the arraignment, the government anticipated a trial lasting two weeks and estimated calling ten witnesses;

5. Dispositive motion deadline is August 1, 2017; Should Defendant file, Government to reply by September 12, 2017.

      6.  Counsel stated that the case will likely be resolved by way of a trial, pending resolution of the dispositive motions;

      7.  The parties agree to exclude the time from this day until August 1, 2017.

/s/ Marianne B. Bowler, USMJ  
United States Magistrate Judge
