# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) DOCKET NO. 16-CR-10305-NMG |
| | ) |
| MARTIN GOTTESFELD | ) |

## ASSENTED TO MOTION FOR EXCLUDABLE DELAY

Defendant Martin Gottesfeld hereby moves to exclude from the time within which this case must otherwise be tried pursuant to the Speedy Trial Act the time period from August 1, 2017, the date previously set for filing of dispositive motions, through January 16, 2018, the date set for trial. As basis for the requested period of exclusion, the defendant states this period of time is necessary to allow the defendant to prepare, file and litigate dispositive motions and to prepare for trial, and should be excluded because the ends of justice served by the granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The government assents to this motion.

MARTIN GOTTESFELD,
By His Attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy, BBO#661394
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Jane F. Peachy, Esquire, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on July 6, 2017.

*/s/ Jane F. Peachy*
**Jane F. Peachy**