**UNITED STATES DISTRICT COURTp**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   DOCKET NO. 16-CR-10305-NMG |
| | ) |
| MARTIN GOTTESFELD | ) |

**ASSENTED TO MOTION FOR LEAVE TO FILE NOTICE TO COURT OF VIOLATION OF PROTECTIVE ORDER**

Counsel for Martin Gottesfeld hereby asks leave of this Court to file a Notice to Court of Violation of Protective Order. As grounds therefor, filing the Notice under seal will avoid bringing further attention to the distribution of materials that are subject to the protective order. It will also serve to further protect the content of materials subject to the protective order.

The government assents to the filing of the Notice under seal.

Respectfully Submitted,

*/s/ Jane F. Peachy*
Jane F. Peachy, BBO#661394
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I, Jane F. Peachy, Esquire, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on October 18, 2017.

*/s/ Jane F. Peachy*
Jane F. Peachy