Exhibit A     

Share |



# Wayside Youth & Family Support Network

1 Frederick Abbott Way
Framingham, MA 01701

[P] (508) 8799800
[F] (508) 8751348

www.waysideyouth.org
marisa_rowe@waysideyouth.org
Marisa Rowe

INCORPORATED: 1979
Printable Profile (Summary / Full)
EIN 04-2630450

**Current**

LAST UPDATED: 12/21/2014

MORE DETAILS

| | |
|---|---|
| **Organization DBA** | — |
| **Former Names** | — |
| **Organization received a competitive grant from the Boston Foundation in the past five years** | No |

SUMMARY    DONATE

This page allows you to make a donation using your credit card to a donor
advised fund at the Boston Foundation. Based upon your designation of a
qualified grantee and through this donor advised fund, the Boston
Foundation will make a corresponding grant to the designated nonprofit. For
questions about your donation, please e-mail us at givingcommon@tbf.org or
call 617-338-1623.

-or-

If you would like to make a grant from your Donor Advised Fund at the Boston
Foundation, please click here.

## Donation

○ $25.00

○ $50.00

○ $100.00

○ $250.00

○ Other

| $0.00 | (min: $25.00 | max: $5,000.00)

Payment Plan

◉ One-time payment for the full amount

○   Select...    ▼

   ongoing payments.

## Cardholder Information

| First Name | |
|---|---|
| **Last Name** | |
| **Email Address** | |
| **Country** | United States ▼ |
| | |

Exhibit B

The Boston Foundation

"THE BOSTON FOUNDATION 100TH ANNIVERSARY GALA DINNER"

December 2, 2015

Page 18

The rest of the document can be retrieved at:
http://www.tbf.org/~/media/49750676D8A246A8A5B9E4A5A6664F7E.pdf

# BOARD OF DIRECTORS

## Current Members

Michael Keating, *Chair*
Paul A. La Camera, *Vice Chair*
Rosalin Acosta
Zamawa Arenas
Sandra Edgerley
Michael Eisenson
Grace Fey
Paul C. Gannon
Rev. Gregory Groover
Paul W. Lee
Linda Mason
Jane Mendillo
Dr. Myechia Minter-Jordan
J. Keith Motley
Peter Nessen
Ron O'Hanley
Greg Shell
Scott E. Squillace
Paul S. Grogan, *Ex officio*

## Emeritus Members

Dwight L. Allison, Jr.
Carol F. Anderson
Joan T. Bok
The Honorable Marianne B. Bowler
Richard M. Burnes, Jr.
Louis Casagrande
Gerald Chertavian
Catherine D'Amato
Richard DeWolfe
The Honorable Barbara A. Dortch-Okara
Atsuko Toko Fish
Christopher Gabrieli
Frieda Garcia
Robert A. Glassman
Carol Rabb Goldberg
Paul Guzzi
Rev. Dr. Ray A. Hammond
Ronald A. Homer
Ira Jackson
Jackie Jenkins-Scott
Charles Ray Johnson
Martin S. Kaplan
Edward Masterman
Jack Meyer
Herb Morse
Lawrence T. Perera
Kevin C. Phelan
Hanson S. Reynolds
David Rockefeller, Jr.
Binkley C. Shorts
Micho F. Spring
Benaree P. Wiley

Exhibit C



LATEST NEWS / PRISON PROTEST

# HUMAN RIGHTS ABUSES HIGHLIGHTED IN JAILED ACTIVIST'S LETTER FROM PLYMOUTH COUNTY CORRECTIONAL FACILITY

**13** FEB
2017

 KEVIN GOSZTOLA

♡ 5    ⤶ 26



Plymouth County Correctional Facility. Photo from Massachusetts state government website: mass.gov

42

Marty Gottesfeld, a jailed activist who faces felony charges for a digital sit-in against the Boston Children's Hospital website, wrote another letter from prison. This time he reports on conditions from within the walls of the Plymouth County Correctional Facility, where he was moved on February 4.

The letter is addressed to the United States Marshals Service, the state government of Massachusetts, the attorney general of Massachusetts, and the Commonwealth of Massachusetts Board of Registration in Medicine.

Gottesfeld describes conditions for prisoners in "Q5," a "small 40-degree room with a bare tile floor," where the Plymouth County Sheriff's Department locks up prisoners, who reportedly request help from mental health services.

"Inmates are locked in 'Q5' alone, naked or nearly naked, and without a mattress," Gottesfeld shares. "As an additional indignity, there is no toilet in 'Q5.' Instead, inmates must defecate in a hole in the floor. Human beings endure these deplorable conditions for days, never receiving therapy, before they are asked if they still need help. Anyone who answers that they do is held there longer."

A fellow prisoner told Gottesfeld, "It doesn't make me want to ask for help." Gottesfeld maintained this must be the "purpose" of "Q5." After all, who would tell anyone, even if they were afraid they would harm themselves?

Another prisoner informed him dead flies were on the floor in "Q5," and, "like the cliché tongue on a frozen flagpole, the frigid temperatures had actually adhered his exposed skin to the floor." This prisoner called the conditions torture.

Gottesfeld contends this is clearly meant to discourage prisoners from seeking mental health treatment, and it rises to the level of torture under the international convention against torture because it causes pain and suffering, it is intentional, the facility is coercing prisoners, and officials are involved.

"Do the U.S. Marshals not have one sufficient detention facility in all of the Northeast?" Gottesfeld asks. "Remembering that we are innocent unless proven guilty, do the Marshals care about our health and wellbeing once they've handed us off to the lowest bidder(s)?"

Marty Gottesfeld was previously held in "administrative segregation" or solitary confinement at the Metropolitan Correctional Center in New York. He wrote a letter to the Justice Department and other agencies on the squalid conditions at MCC New York, which detailed severe threats to health like rodent and insect infestations.

According to Gottesfeld, he was moved from MCC New York just as his reporting was "making a difference." He was about to expose how favored Federal Bureau of Prisons employees, like current MCC New York Warden Eskar Tatum, are allegedly "transferred there prior to retirement for just long enough to allow the exorbitant Manhattan salaries to artificially boost their already generous government pensions" at the expense of taxpayers.

Prison authorities placed Gottesfeld on "suicide watch" for 48 hours and moved him to a cell with a "lumpy mattress" on which he was unable to sleep. He was not allowed to have writing paper or a book to pass the time. He complained about the mattress due to "past injuries," but officials apparently ignored his complaints.

Gottesfeld said this designation was because he was "coming off the hunger strike," but he started eating solid foods back on January 11. So, to Gottesfeld, the treatment was completely "unjustified."

Marty Gottesfeld is awaiting trial for charges stemming from his participation in a digital sit-in. He learned about the case of Justina Pelletier, who was institutionalized in a psychiatric ward in 2013 against her parents' wishes. He allegedly organized with members of Anonymous and participated in a distributed denial of service (DDOS) operation that disrupted the donation portal for the hospital website.

On October 3, 2016, Gottesfeld launched a hunger strike. He was at the Wyatt federal detention center in Rhode Island but was moved to MCC.

The American Friends Service Committee (AFSC) collected testimonies in 2014 for a shadow report to U.S. Periodic Report on how it abides by the Convention Against Torture. One of the testimonials came from prisoners at Plymouth County.

"They called it a 23 hour lockdown, but during the hour out, you had no other human contact—not even staff... As you are aware we are made to eat and sleep in a concrete and steel bathroom," D.L. shared. "In my particular case, they never turned off the light. My window was covered on the outside with some type of white plastic so that we could not attempt any type of visual communication with whatever may have been out there."

On March 10, 2012, the Boston Globe reported on Eric Snow, who was found dead in his cell with a plastic bag over his head. He was kept "in the hole" for over four years and pleaded with prison authorities to release him into general population so he would no longer lose his mind. He was a pretrial detainee, who faced murder charges, and his lawyer, Gerald Fitzgerald declared, "We live in a society that treats animals in a zoo more decently and more humanely than they treat men in prison awaiting trial."

Marty's wife, Dana, said he wrote the letter because he believes "human rights violations should be called out as soon as possible so that they're not allowed to continue."

"He's fortunate enough to have connections to the outside and a strong voice so it's incumbent on him to use that voice," Dana continued. "He will continue. He's not stopping. He's learning more about Plymouth County Correctional Facility the longer he stays, and the more he learns, the more that needs to be exposed."

"I asked him if he was afraid. He said he's not afraid. That by taking away his keyboard, they only made his pen stronger," Dana concluded.

There currently is no scheduled date for Gottesfeld's trial, as his case is still in the discovery phase. He is being prosecuted by Carmen Ortiz, who is well-known for her zealous prosecution of Aaron Swartz. It could be months before Gottesfeld gets a chance to defend himself in a court of law.

•

*Below is a copy of the letter send to officials on conditions at Plymouth County Correctional Facility.*

To print the document, click the "Original Document" link to open the
original PDF. At this time it is not possible to print the document
with annotations.

February 13th, 2017
David Harlow
Acting Director US Marshals Service
500 Indiana Avenue NW
Washington, DC 20001
United States

Candace Lapidus Sloane, M.D.
Chair of the Massachusetts Board of Registration and Medicine
Commonwealth of Massachusetts Board of Registration in Medicine
200 Harvard Mill Square, Suite 330
Wakefield, MA 01880

Charlie Baker
Governor of Massachusetts
Massachusetts State House
Office of the Governor
Room 280
Boston, MA 02133

Maura Healy
Attorney General of Massachusetts
One Ashburton Place
Boston, MA 02108-1518

Dear Mr. Harlow, Ms. Lapidus Sloane, Mr. Baker, and Ms. Healy:

When I was first arrested and remanded to the U.S. Marshals a year ago, I expected quite a journey through the federal justice system. Still nothing could have prepared me for the actual odyssey ahead.

After starting out by spending a couple weeks at FDC Miami, followed by a week at the Federal Transfer Center in Oklahoma City, my second flight on "ConAir," landed me at MDC Brooklyn. There, packed into a tiny holding cell, two members of violent street gangs quickly discovered each other among the rest of us dozen or so human sardines and a brutal fist fight broke out in a tightly enclosed space. Then, after being moved to a housing unit, I found myself sleeping right next to a cell that seems perpetually corded off by crime scene tape. What exactly happened in there and how long ago those events transpired are

sources of speculation, controversy, and gossip among federal inmates across the Northeast; the prison equivalent of camp fire stories. I didn't tell my wife about the altercation, nor the mystery cell at the time, as I didn't want to worry her.

Though much of the facility was in an obvious state of disrepair, I wasn't at MDC Brooklyn long enough to run into the grave issues recently uncovered there by journalists. Nor did I know that late last year a judge would refuse to order a defendant held there pending trial, but rather would summon the local US Attorney to answer for its squalid conditions. Instead, I boarded a bus, shackled and chained as we always are, bound for the private Donald W. Wyatt Detention Facility in Rhode Island.

I would spend the next 9 months at "Wyatt," where I would begin my 100-day hunger strike on behalf of abused children and victims of political prosecutions, like the late Aaron Swartz. Before I arrived, I was already aware of the ACLU's detailing of the tragic abuse and preventable death of fellow technologist and whistleblower Hiu Lui "Jason" Ng at the facility. I also knew that underpaid and overworked officers had sued Wyatt over unfair Employment Practices. Like Ng, I had to fight much too hard to go to the hospital, and worse yet, my attorneys were told I had not requested such care when in fact I had done so repeatedly, even on video.

All of that being said, I am compelled to note that while there certainly were bad apples, the vast majority of officers and nurses at Wyatt were the most conscientious and kind that I've encountered on my journey thus far. I view the problems at Wyatt as predominantly the result of poor management as well as a callus, substandard, medical director by the doctor by the name of Dr. Blanchett, who seems to think that he can touch patients on video without their consent and then laugh at and mock their objection to unwanted behavior.

I left Wyatt 6 weeks into my Hunger Strike without knowing then an inmate with a history of being "lugged" to solitary for trivial offenses would soon effect the successful escape and elude authorities for days. While the marshals dealt with that embarrassment and worked to clean up that mess, I was at the Federal Bureau of Prisons (FBOP) MCC New York facility in Manhattan. There, in a blatant attempt to break my hunger strike, I was placed directly into solitary confinement upon arrival. Contrary to policy, as well as in violation of my civil rights I was never given an administrative detention hearing, periodic review, nor even administrative detention order.

Still compared to many others, I was fortunate. For example, during my 80 plus days in "the hole" I encountered a mentally ill man who I was told had spent approximately the last two years in near total isolation, suffering silently.

I reported on the inexcusable conditions at MCC New York, like frigid cells, insect as well as rodent infestations, contaminated food, and sadistic staff multiple times. (1,2,3). I had no idea Amnesty International had already condemned the place, and I believe if judges were to see what I have there, the US Attorney would once more be summoned to answer for inexcusable conditions.

I was moved again just as my reporting was making a difference and right as I was right about to expose how favorite FBOP employees, like current MCC New York Warden Eskar Tatum are transferred there prior to retirement for just long enough to allow the exorbitant Manhattan salaries to artificially boost their already generous government pensions at taxpayer expense.

So, on Saturday February 4th, I found myself at Plymouth County Correctional Facility, lying on the floor, on a thin, lumpy mattress, unable to sleep, having been placed on a completely unjustified suicide watch. I asked for writing paper or a book to pass the time, but was told I wasn't allowed to have "anything." I said the mattress was hurting me due to my many past injuries, but was told nothing could be done. When I was "cleared" 48 hours later, I looked like a sleep-deprived racoon and had never seen a doctor, as one should expect prior to determination of a legitimate, non-punitive suicide watch. I was told the reason for this treatment was that I was "coming off the hunger strike," but, as announced by the Associated Press, I had begun eating solid food more than three weeks before, on January 11th.

Now, a later a week later, I still haven't been seen by a doctor and this entire time I've been without the supplemental nutrition I was medically prescribed, and which was helping me regain weight and lean body mass.

Still, I would soon learn that I was fortunate compared to others here who had actually requested mental health help only to be thrown into the Plymouth County Sheriff's Departments' "Q5." Described to me as a small 40-degree room with a bare tile floor, inmates are locked in "Q5" alone, naked or nearly naked, and without a mattress. As an additional indignity, there is no toilet in "Q5," instead inmates must defecate in a hole in the floor. Human beings endure these deplorable conditions for days, never receiving therapy, before they are asked if they still need help. Anyone who answers that they do is held there longer.

As for the intended purpose of "Q5," I believe one prisoner hit the nail on the head when he told me "it doesn't make me want to ask for help." He said even if he was thinking of hurting himself, he wouldn't tell a soul for fear of "Q5." I don't blame him. I wouldn't either, and that appears to be exactly the point; to discourage inmates from seeking mental health treatment.

Another gentleman told me there were dead flies on the floor when he was in "Q5," and that, like the cliché tongue on a frozen flagpole, the frigid temperatures had actually adhered his exposed skin to the floor. He said it was torture. From what I've heard, according to International Convention, he is right.

You see, there are four requirements for something like "Q5" to rise to the level of torture by accepted standards. First, it must cause severe pain or suffering, whether physical or mental. Second, it must be done intentionally. Third, it must be carried out for a specific purpose like coercion, intimidation, discrimination, or punishment. Finally, there must be involvement, and only by acquiescence, of a government official like a prison employee.

It is self-evident that the descriptions of "Q5" above meet all four of these criteria, and so as has happened previously along my journey, I am left to ask questions of the utmost urgency. Do the US Marshals have not have one sufficient detention facility in all of the Northeast? Remembering that we are innocent

unless proven guilty, do the Marshalls care about our health and wellbeing once they've handed us off to the lowest bidder(s)? Does the Massachusetts Board of Registration and Medicine take its duties seriously enough to intervene cases of institutionalized abuse, like what happened to Justina Pelletier in 2014 and what is happening now at the Plymouth County Correctional Facility? Will the current iteration of the Executive Branch of the Commonwealth of Massachusetts turn a blind eye, as its predecessors have done?

I'll leave it to you to answer these questions, not by mere words, but by your much louder actions, and/or inactions.

Very Sincerely,

Martin "MartyG" Gottesfeld
ID #71225
PCCF
26 Long Pond Road
Plymouth, MA, 02360

CC: Massachusetts Bar Association

42

🏷 **TAGS:**    MARTY GOTTESFELD    PLYMOUTH COUNTY CORRECTIONAL FACILITY

---


PREVIOUS POST
AROUND THE EMPIRE - EPISODE 8: THE NEOCONS IN THE TRUMP ERA FEAT. ROBBIE MARTIN

NEXT POST
VIDEO: 'TRUMPSPEAK'—JUXTAPOSING PRESIDENT'S WORDS WITH IMAGES OF REALITY



| KEVIN GOSZTOLA

Kevin Gosztola is managing editor of Shadowproof Press. He also produces and co-hosts the weekly podcast, "Unauthorized Disclosure."



## YOU MIGHT ALSO LIKE

f   🔊   🐦   ▶

Exhibit D



DISSENTER FEATURED / LATEST NEWS / PRISON PROTEST / THE DISSENTER

# MULTIPLE ALLEGED SUICIDE ATTEMPTS AT PLYMOUTH COUNTY CORRECTIONAL FACILITY IN MASSACHUSETTS

20 $^{\text{MAR}}_{2017}$ |  KEVIN GOSZTOLA

♡ 4    ⤳ 2



Plymouth County Correctional Facility. Photo from Massachusetts state government website: mass.gov.

14

Five suicide attempts, including at least two United States military veterans, have taken place at the Plymouth County Correctional Facility in Massachusetts, according to Marty Gottesfeld, an activist currently in pre-trial detention.

Gottesfeld writes in a letter, "Federal arrestee William Lufkin, whose friends and family called him Billy, hung himself," while confined in an isolation unit.

Lufkin died the day after the U.S. Marshals Service "dropped him off" and five days after a previous letter by Gottesfeld.

An obituary for Lufkin indicates he died on February 18, 2017, but no cause of death was cited. Gottesfeld suggests the death of the 26 year-old was never reported by the correctional facility, which is under the purview of the Sheriff Joe McDonald, or federal authorities.

Another veteran, Joshua L. Daniels, was deployed to Afghanistan and is disabled. Daniels allegedly tried to commit suicide while in the facility's isolation unit.

"Due to what I can only describe as callous negligence and/or reckless disregard for both human life, as well as Joshua's sacred service to our country, the 24-year-old father of two was placed in segregation despite his PTSD diagnosis and previous suicide attempt in this very same facility," according to Gottesfeld.

In Marty's last letter in Shadowproof, he warned the acting director of the US Marshals and state attorney general that an insufficient and punitive approach to mental health at the Plymouth County Correctional Facility would lead to suicides," Dana, Gottesfeld's wife, said. "It was ignored, and within a week, one federal inmate was dead and an Afghanistan war veteran with PTSD and a record of self harm was seriously injured."

He insists veterans like Daniels, who are struggling with mental health issues, should not be put in solitary confinement conditions and the state-licensed mental health staff should not authorize such placement because the impact on people with mental health problems is well-documented.

Gottesfeld additionally alleges Daniels is being denied the care he needs at the Bridgewater State Hospital, a hospital with a notorious history that fifty years ago was the setting for a documentary by Frederick Wiseman known as "Titicut Follies" that highlighted cases of patient abuse.

During June 2016, the Disability Law Center released a report on the death of Leo Marino at the facility. He reportedly committed suicide by ingesting toilet paper. The facility apparently gave Marino the toilet paper used to kill himself, even though he had tried to kill himself that way a few days prior. A "specially trained observer" failed to monitor his isolation unit in the hospital and prevent his death.

The Disability Law Center believes the hospital should be under the purview of the Department of Mental Health and not the Department of Correction.

Massachusetts Governor Charlie Baker recently proposed new funding to "improve" the hospital, according to the Boston Globe. (Baker's office was contacted for comment, but did not respond prior to publication.)

Gottesfeld is an activist, who faces charges stemming from a digital sit-in he engaged in against the Boston Children's Hospital's website. He learned about the case of Justina Pelletier, who was institutionalized in a psychiatric ward in 2013 against her parents' wishes. He allegedly organized with members of Anonymous and participated in a distributed denial of service (DDOS) operation that disrupted the donation portal for the hospital website.

On October 3, 2016, Gottesfeld launched a hunger strike. He was at the Wyatt federal detention center in Rhode Island but was moved to the Metropolitan Correctional Center in New York. After a few months, he was transferred to the facility in Plymouth County in February.

While awaiting trial, he has written multiple letters, which describe alleged human rights abuses.

This most recent letter highlighting suicide attempts is a follow-up to a February letter addressed to the United States Marshals Service, the state government of Massachusetts, the attorney general of Massachusetts, and the Commonwealth of Massachusetts Board of Registration in Medicine.

The February letter described conditions for prisoners placed in the facility's isolation unit known as "Q5," which is a "small 40-degree room with a bare tile floor." Typically, prisoners put in this unit have requested mental health treatment.

"Inmates are locked in 'Q5' alone, naked or nearly naked, and without a mattress," Gottesfeld wrote. "As an additional indignity, there is no toilet in 'Q5.' Instead, inmates must defecate in a hole in the floor. Human beings endure these deplorable conditions for days, never receiving therapy, before they are asked if they still need help. Anyone who answers that they do is held there longer."

According to Gottesfeld, he has passed along "ten complaints" to the Massachusetts Department of Health that show the punitive nature of mental health treatment at the facility. However, the department has not shown any willingness to follow-up on his concerns.

No officials responded to Gottesfeld's first letter on the issue of mental health treatment at the Plymouth County Correctional Facility. He chose to press the matter again.

"How many families must lose a son, grandson, nephew, father, or grandfather to this place and these abhorrent practices before action is taken? I hope none," Gottesfeld declared.

The alleged case of "Mr. Des." was also mentioned by Gottesfeld. "Des." apparently "slit his wrist under his bed covers." He was "no more than 35 feet away" from Gottesfeld and was fortunately "discovered before he lost too much blood and was alive when staff wheeled him out."

Gottesfeld wonders if the Massachusetts Board of Registration and Medicine and the Department of Mental Health will continue to be "mere rubber stamps" and allow this to continue. He also would like to know if Baker's office or the Massachusetts Attorney General will address any of these alleged human rights abuses and the tragedy unfolding at the correctional facility, where he awaits trial.

The Massachusetts Department of Health was contacted for comment but did not respond prior to publication.

There currently is no scheduled date for Gottesfeld's trial, as his case is still in the discovery phase. He is being prosecuted by Carmen Ortiz, who is well-known for her zealous prosecution of Aaron Swartz.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

14

---



PREVIOUS POST
INTERVIEW WITH PATRICK COCKBURN: ISLAMIC STATE AND THE ONGOING WARS IN THE MIDDLE EAST

NEXT POST
RUSSIA CONSPIRACY MONGERING HITS WALL AT CONGRESSIONAL HEARING





| KEVIN GOSZTOLA

Kevin Gosztola is managing editor of Shadowproof Press. He also produces and co-hosts the weekly podcast, "Unauthorized Disclosure."



## YOU MIGHT ALSO LIKE

Exhibit E

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 16-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

## EMERGENCY MOTION FOR TEMPORARY RELEASE

Defendant, Martin Gottesfeld, hereby moves that the Court temporarily revoke its

detention order so that he may attend a memorial service honoring his father, who passed away

this past Saturday. As set forth below and in the exhibits accompanying this Motion, defendant

proposes that he be released this Friday, March 31, 2017, to travel to Pompano Beach, Florida.

He will then surrender to the U.S. Marshals in Boston on Monday, April 3, 3017 to resume

pretrial detention.

As reasons therefore, defendant through counsel states the following:

1. Gottesfeld was arrested in Florida on February 17, 2016 and temporarily detained to

be transported to Boston. This Court subsequently ordered Gottesfeld detained pending trial.

[D.E. 25.] Gottesfeld has now been detained for more than thirteen months.

2. Last Saturday, Gottesfeld learned through family members that his father, Jay

Gottesfeld, had lost his long-term battle with a terminal illness. *See* Exhibit A, Neptune Society

Death Confirmation.[1]

---

[1] Exhibits to this filing have been redacted in accordance with Fed. R. Crim. P. 49.1. Original
Exhibits will be made available to the Court and the parties upon request.

3.   The Gottesfeld family has scheduled a memorial gathering honoring Gottesfeld's father this Saturday, April 1, 2017. *See* Exhibit B, Jay Gottesfeld Memorial Invitation.

4.   The family has arranged for Gottesfeld's air travel to Fort Lauderdale, Florida, as well as to and from the assisted living facility in Pompano Beach, Florida where his mother lives. *See* Exhibit C, Travel Itinerary. They have also arranged for him stay at the facility so that he may attend the memorial gathering before returning to custody in Boston on Monday, April 3, 2017. *See* Exhibit D, John Knox Village Room Reservation Confirmation.

5.   The family has developed a detailed itinerary that can be monitored by GPS location monitoring to confirm Gottesfeld's compliance while temporarily released. *See* Exhibit C, Travel Itinerary. Gottesfeld's mother has agreed to sign an unsecured appearance bond to further insure compliance and Gottesfeld's return to custody in Boston. *See* Declaration of Gloria Gottesfeld.

6.   Defendant submits that temporary release with stringent conditions that include surrender to U.S. Marshals custody for resumption of his pretrial detention will reasonably assure Gottesfeld's appearance. 18 U.S.C. § 3142(c).

7.   Defendant therefore requests that the Court temporarily release him on the following conditions:

a)   Travel directly to (and on April 3, 2017, return from) Pompano Beach, Florida through the Fort Lauderdale airport as detailed in Exhibit C to this Motion;

b)   Residence and movements confined to the John Knox Village Continuing Care Retirement facility, with the exception of attendance at the memorial service at the Ebb Tide Hotel on Saturday, April 1, 2017, as detailed in Exhibit C to this Motion;

c)   Installation of a GPS locating device to monitor Gottesfeld's movements throughout the weekend;

d)   No access to any digital device for communication to the internet or any other purpose;

    e) Surrender to the United States Marshals Office immediately upon arrival in Boston;

    f) Appointment of Gloria Gottesfeld as third-party custodian and execution of a $100,000 unsecured bond by her guaranteeing Gottesfeld's compliance.

8. The government opposes this Motion. The government's view, after consultation with the United States Marshals Service and in light of Gottesfeld's prior flight and arrest in South Florida, is that no condition or combination of conditions, including those outlined above, can ensure Defendant's appearance in court, should he be released.

9. The Probation Department is aware of this filing and is available to consult with the Court regarding defendant's Motion.

MARTIN GOTTESFELD
By his attorney,

/s/ Timothy G. Watkins
Timothy G. Watkins
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as Supervising U.S. Probation Officer Susan Walls, on March 28, 2017.

/s/ Timothy G. Watkins
Timothy G. Watkins

≡      ▍      ▍      *US* EDITION

Exhibit F



AdChoices ▷


**Martin Gottesfeld, Contributor**
Imprisoned human rights activist, alleged Anonymous hacker, and Senior Systems Engineer

# Think Russia Is Bad? Listen To This Imprisoned Human Rights Activist...

03/28/2017 03:18 pm ET | **Updated** May 14, 2017



Please bare with me a bit, English is not my strong suit. I wanted to write when I heard American television was airing segments critical of Vladimir Putin because a Russian activist was sentenced to 15 days in prison. In my country things can be much worse.

I'm a human rights activist. I am not accused of hurting a soul, and the authorities in my homeland have kept me locked up for over a year. My "crime" was standing up for a chronically ill, learning disabled, teenage girl in my area. A neurologist named Juriaan Peters and a psychologist named Simona Bujoreanu conspired with my government to

take her away from her parents. To do so, misleading statements against her family were put on a sworn court document and they were stripped of custody.

Many nations have freedom of expression and a free press. The judge in this girl's case forbade her parents from talking to journalists, and other laws made it difficult or even illegal for outsiders to verify information.

The accused in developed nations have the right to have bail decided promptly. It took over five months for me to be *denied* bail.

The girl was taken off her vital medicines for her chronic condition, including her pain killers. She was left in constant agony, and locked in a notorious psych ward. My nation is the only one in the world that hasn't ratified the UN Convention on the Rights of the Child. That treaty, the most widely adopted human rights accord in history, could have protected her.

Regardless, what they did to the girl and her family was so terrible, I argued it violates the Convention against Torture, which my country has ratified. All nations that ratify the Convention against Torture are obligated to investigate, prosecute, and punish all such human rights violations, but my government gives a lot of money to the place that employs these particular doctors and though law enforcement here acknowledge they know of the alleged abuse, they have not investigated it. Further, despite other obligations under the convention, I was placed in solitary confinement for 80 days because I went on a hunger strike protesting against such abuse of children and political prosecutions. I don't want other children to suffer as she did, and I knew my father was sick and I wanted to see him.

My hunger strike lasted 100 days and I lost 50 pounds. Still my government refused to help the children and threatened to tie my limbs to bedposts, strap my head still, force a feeding tube up my nose and down my throat, and leave me that way for hours, as they routinely do to others. Mine is one of the only nations on earth where "doctors" still practice such barbarism on behalf of the government.

Our president at the time of my arrest in 2016 came to power with promises to restore the sanctity of human rights here, to stop detaining people without charges, and to have a transparent administration, but like many who rise to prominence saying such things, he instead ran the most opaque government in recent memory. He cracked down on whistle blowers and ignored the Convention Against Torture when it wasn't convenient.

My mother cries when she hears what they have done and threatened to do me, but I can't give up or it's all for nothing and the abuse will continue. That girl was just the latest of many. Still, the odds of success are not good without the help of the American government and people. I hope, if I can get their attention, American celebrities and pundits will get involved.

Otherwise I face up to 25 years in prison from a court that convicts 98 percent of the people the government indicts. At my trial, I won't be allowed to even mention how the girl was suffering, how she is now paralyzed in a wheel chair, or how there are so many others like her.

## Subscribe to the Politics email

How will Trump's administration impact you?

address@email.com      SUBSCRIBE

Even though he didn't hurt a soul either, they compared the last activist they used the same law against to a rapist. He knew what he would and *wouldn't* be allowed to state at his trial. He fought them for about as long as I have before he killed himself. In the jail where I am, five others have tried to kill themselves since February. One man died within 24 hours of arrival. His family doesn't know what happened, authorities won't really answer their questions.

My father worried for me for the last year, before he died on Saturday. I wasn't able to see him in all that time.

Can you guess what country I'm from?

My name is Martin Gottesfeld and I'm a federal pre-trial detainee in the United States. The girl I spoke of is Justina Pelletier. Dr. Juriaan Peters and Dr. Simona Bujoreanu work at Boston Children's Hospital. Here is Justina's father describing what happened to her there.



Greater Boston Video: Justina Pelletier's Parents Fighting To Get Her Back

*She's been in severe pain non-stop for 24 hours a day for 13 months.." – Lou Pelletier*

The last activist I spoke of is the unforgettable Aaron Swartz.

I've asked the court for temporary bail to deliver the eulogy at my father's funeral this Saturday. I'm his only surviving son. My attorney tells me to expect bitter resistance from the same U.S. Attorney's office that called Aaron a rapist and pursued him to his grave. I am being prosecuted by Adam J. Bookbinder and I am awaiting a ruling from Magistrate Judge Marianne Bowler whose husband is a professor at Harvard Medical School. Boston Children's Hospital is the primary pediatric program of Harvard Medical School.

*To learn more about Martin Gottesfeld please visit FreeMartyG.com or check out the FreeMartyG Facebook page or @FreeMartyG Twitter account.*

*Do you have information you want to share with HuffPost? Here's how.*

# Fate Of Accused Hospital Hacker In The Hands Of Judge With Personal Ties To Hospital

Exhibit G

Posted at 7:00 pm on March 29, 2017 by Jim Jamitis

❚ Share On Facebook          🐦 Share On Twitter          🖨  ✉  💬

TRENDING 〽

1   SCANDAL. Donald Trump Is Handicapping Supreme Court Vacancies

2   Hillary Clinton Is Nearly Right About This One Thing

3   Paul Ryan Blows Off Bannon's Declaration of "War"

4   Jimmy Kimmel Does Not Want to Talk to You

5   Is a War Brewing Between Iraqi Kurdistan and Iran?

I wrote last week about the unjust selective prosecution of alleged Anonymous hacker and human rights activist Marty Gottesfeld. Currently he is incarcerated awaiting trial for allegedly bringing down the Boston Children's Hospital donation website with a DDOS attack in response to that hospital's human rights violations against Justina Pelletier. Now, Gottesfeld's fate is in the hands of a judge who probably can't deliver an impartial decision.

Gottesfeld's father passed away this week and Gottesfeld has requested temporary bail in order to deliver a eulogy the funeral on Saturday. It looks doubtful whether his request will get a fair ruling from the presiding judge though as she has significant ties to the alleged victim of the hacking of which Gottesfeld is being accused.

Boston Children's Hospital is a teaching hospital associated with Harvard Medical School. It represents the bulk of Harvard Medical School's pediatrics program.

The Magistrate Judge Marianne Bowler who will decide whether Gottesfeld is allowed to attend his father's funeral is married to a Harvard Medical School professor and she herself was employed by Harvard Medical School prior to embarking on her legal career. This is indicated in her official biography.



**SCANDAL. Donald Trump Is Handicapping Supreme Court Vacancies**

streiff



**Kaepernick to NFL Owners: You've Colluded Against Me!**

Susan Wright



**Jimmy Kimmel Does Not Want to Talk to You**

Patterico



Born in Boston, Massachusetts, Judge Bowler received her Bachelor's degree from Regis College in pre-med and her J.D. degree cum laude from Suffolk Law School. Prior to attending law school, **Judge Bowler was a research assistant in biochemistry at Harvard Medical School** and a medical and scientific journalist. Her articles appeared in numerous newspapers and magazines.

…

Active in the intellectual property community, Judge Bowler is President of the Boston Intellectual Property Inn of Court and was a co-founding President of Boston College Inn of Court for Intellectual Property in 1997. She was also the first woman president of the Suffolk Law School Alumni Association and the first woman to chair the board of the New England Baptist Hospital. **Judge Bowler is married to Dr. Marc Pfeffer, the Dzau Professor of Medicine at Harvard Medical School.** She enjoys extensive international traveling, is conversant in French, German and Italian, and is an accomplished artist specializing in faux finishes and trompe l'oeil painting. [Emphasis added]

I've heard of judges recusing themselves from cases for much less than this. The stink of cronyism was already strong with regard to this case simply because elements within the city government and a prestigious medical school aren't being investigated for their own wrongdoing. That the presiding judge is connected to the medical school in question only makes it stink more.

On an unrelated but interesting note, Judge Bowler is also the same judge who made a hash of the interrogation of the surviving Boston bomber suspect by reading him his Miranda rights when the Justice Department had invoked the public safety exception to doing so.



*Nikki Haley: Don't Let Iran Become the Next North Korea*

Dan Spencer



*FCC Commissioner to Trump: First Amendment, Baby! Learn to Love it!*

Susan Wright



*Trump's Cheap "Merry Christmas" Christianity Continues to Sway Evangelicals*

Kimberly Ross

The FBI filed a federal criminal complaint against the 19-year-old on Sunday, and federal District Court Judge Marianne Bowler arrived at the hospital where he is being treated to preside over his initial hearing Monday, when she read him his Miranda rights.

[FBI officials told The Associated Press Wednesday that Tsarnaev acknowledged to investigators his role in the attacks before he was advised of his constitutional rights. He reportedly said he was only recently recruited by his brother to be part of the attack.]

But Fox News' sources say there was confusion about Bowler's timing, with some voicing concerns that investigators were not given enough time to question Dzhokhar under the "public safety exception" invoked by the Justice Department.

Two officials with knowledge of the FBI briefing on Capitol Hill said the FBI was against stopping the investigators' questioning and was stunned that the judge, Justice Department prosecutors and public defenders showed up, feeling valuable intelligence may have been sacrificed as a result.

It just gets better and better in left wing Massachusetts.

🇫 Share On Facebook                🐦 Share On Twitter

TAGS: **BOSTON CHILDREN'S HOSPITAL**
**CORRUPTION   CRONYISM**
**HARVARD MEDICAL SCHOOL**
**JUDGE MARIANNE BOWLER   JUSTINA PELLETIER**
**MARTY GOTTESFELD**

**Promoted Stories**                    Sponsored Links by Taboola

**Have You Visited These Connecticut "Hidden Gems"?**
Connecticut Tourism

**Here's the hidden meaning behind each of Star Trek's iconic uniforms.**
CNET

**Mathnasium Is One of The Best Franchise Opportunities**
www.mathnasium.com

**A Brief History of the Sleep Mask**
HappyLuxe

**China's Lethal New Navy Warship Is No Ordinary Vessel**
KiwiReport

**These 99 Retirement Tips May Surprise You**
Fisher Investments

**More From RedState**                    by Taboola

**Matt Damon: From Liberal Hollywood Hero To Bigot In One Interview**

**BREAKING: Clinton Doctor Releases New Statement**

العربية  ESP  PYC  DE  FR
ИНОТВ  РТД  RUPTLY

Applications   RSS

Exhibit H

QUESTION MORE

LIVE

🔍 🔍

21:46 GMT, Oct 22, 2017

AEROFLOT ✈
Russian Airlines ＳＫＹＴＥＡＭ

more than **300**
destinations
*including regular flights of PJSC «Aer

Home / America /

RT EXCLUSIVE

# 'Miscarriage of justice': Jailed hacktivist & his wife share their plight (EXCLUSIVE)

Published time: 30 Mar, 2017 11:03
Edited time: 15 May, 2017 11:34



...tina Pelletier heads home after judge ends state custody

g caps 16-month battle over diagnosis and parental rights of Conn. teen

**R** · **12:07** · HUMAN RIGHTS GROUPS CALL TO PROTECT MOSUL CIVILIANS FROM AIR STRIKES

© RT

**360**

Hacktivist Martin Gottesfeld is facing 25 years in a US prison, accused of illegally accessing a Boston hospital's network. But he says he was

protecting children from torture. Martin and his wife Dana shared their plight with RT.

Their story centers on Justina Pelletier, who has a rare blood disease. Back in 2013 the hospital diagnosed her symptoms as psychological, and blamed her parents. She was taken into custody and reportedly didn't receive essential medical aid. This, according to her parents, amounted to torture.

*"She went from a healthy-as-could-be young lady to a person in a wheelchair, pretty much paralyzed below the hips. Now they [the hospital] are basically admitting after 13 months they were wrong. She's been in severe pain, non-stop, for 13 months,"* Justina's father said during a TV interview back in 2014.

Through hacking the hospital's network, Martin says he planned to reveal the details of Justina's story.

**Read more**



Teenager heads home after 16-mo custody battle between parents and state

He and Dana told RT that anyone attempting to expose events like this should be hailed as a hero – but it's quite the opposite, with the innocent being punished, they say.

Dana was speaking to RT live, holding a phone with Martin on the line, who was speaking directly from prison.

*"I don't think that I should be charged in the first place. Misleading statements have been used to strip a family of custody of their child. The family was subjected to an unconstitutional gag order, they were prohibited from speaking to the press, contrary to the beloved [US] First Amendment here. That was blatantly unconstitutional,"* said Martin.

His time in prison *"violates just about every international human rights accord,"* Martin added, speaking via the phone held in his wife's hands.

*"I think that the charges I'm facing are 100 percent political and an attempt to indemnify torture,"* the activist said.

Dana said she agrees with her husband, *"in the way that this is such a miscarriage of justice. There is no prosecution, there is no investigation into the hospital and what they did to Justina. And instead, they punish people that are trying to expose it and protect children."*

The conditions that Martin are kept in are tough. *"I've been to six prisons in the past year: four federal facilities, one private, and am currently in a county jail."*

The activist noted that he had observed human rights violations at all the facilities.

Martin has filed several complaints to the Department of Mental Health, *"but they are abdicating any responsibility [for human rights violations],"* he said.

*"A lot of the people here are mentally ill, but they don't possess the mens rea, the mental ability to knowingly commit a crime. So these people can't knowingly commit a crime, but yet, they are being tortured in the same building,"* the activist added.

Martin himself was denied bail to attend his father's funeral, which was "really hard to see," Dana said.

*"I took an emergency trip down to Florida from Massachusetts. Marty is only allowed on the phone at certain times, and I got there just a few minutes before the phone shut off. And Marty was able to talk to his dad for the last time, for just a couple of minutes. It was really close, and I'm happy that I was able to do that,"* Dana added, with tears in her eyes.

*"Missing my dad's death, missing my dad's funeral, facing 25 years in jail... Wow! These people continue to torture and kill children with impunity... A heavier price than I was prepared to pay,"* Martin added.

*"It's so upsetting for all of the people who don't have a voice there, and my husband isn't recognized for the good work, but instead is punished for it,"* Dana concluded.

## More From the Web

Sponsored Links

**Say Good-Bye To Spiders In Your House**
UltrasonicPestReject.com

**First Pics: Search the Newest Luxury Autos of 2017.**
Luxury Auto | Search Links

**Everyone Is Getting These New Walk-in Tubs - Veiw Options**
Walkintubsdaily | Search Links

## More From RT.com

**'We gave you uranium, you repaid us by bombing Belgrade': Putin slams US over nuclear treaties**

**Artist who breastfed dog and fertilized her egg with dog cell wins prestigious prize**

**88yo 'Nazi Grandma' gets 6 months in jail for denying Holocaust... again**

**Investigation launched into Air Berlin pilot's 'farewell flyover' (VIDEO)**

**Snakes on a plate: Locals feast on python after horror plantation attack (PHOTOS)**

**Global Propaganda, New Docs Reveal U.S. Supported Genocide, CIA Stages Meetup**



Photo by Adam Berry/Stringer via Getty Images

# EXCLUSIVE: Jailed Hacktivist Who Fought To Save Girl's Life Blocked By Biased Judge From Attending His Father's Funeral

Exhibit I

 By AARON BANDLER

April 9, 2017

A man who has been imprisoned for flooding a hospital's website with traffic to protest their abuse of a teen girl was prevented from attending his father's funeral by a judge with an apparent conflict of interest.

The man, **Martin Gottesfeld** (http://www.freemartyg.com/martys-story.html) , was **arrested (http://www.washingtontimes.com/news/2016/oct/20/martin-gottesfeld-anonymous-hacktivist-charged-ove/)** in 2016 for the online attacks he waged with the hacking group Anonymous against Boston Children's Hospital and Wayside Youth and Family Support Network for their horrid treatment of Justina Pelletier.

**Justina (https://www.bostonglobe.com/metro/2016/02/25/parents-justina-pelletier-sue-boston-children-hospital-for-negligence/jCrlgTQBVikJtokEnlFBmN/story.html)** was taken to the Boston Children's Hospital in 2013 for gastrointestinal issues while already dealing with **mitochondrial disease (https://www.umdf.org/what-is-mitochondrial-disease/)** . The hospital bizarrely concluded

that Justina was actually dealing with some sort of mental health issue and she needed to cease all further treatment for mitochondrial disease. When her parents refused to follow the hospital's orders by citing Justina's mitochondrial disease diagnosis by Tufts Medical Center, the hospital asked for the state to intervene.

Justina was placed under state custody for 16 months, where she spent most of the time locked in the hospital's psychiatric ward and sent to a troubled teen facility, all while being denied her mitochondrial treatment. She was allowed little contact with her parents, and they were prohibited by the state from speaking out to the media. Justina was eventually released back into her parents' care in 2014.

Gottesfeld used the online attack against the hospital's donations page as a means to protest what was happening with Justina; now he faces up to 25 years in prison.

Gottesfeld's attorney filed for a temporary release so he could attend his father's funeral on April 1. The release was opposed by the Boston acting U.S. attorney, and it was denied by a judge because "she didn't feel that there had been a significant change in circumstances," according to Dana Gottesfeld, Martin Gottesfeld's wife.

"His mother was so distraught that her only surviving son wouldn't be there that she canceled it," Dana told *The Daily Wire*.

The magistrate judge who denied Gottesfeld's motion, Marianne Bowler, has **ties (http://www.redstate.com/jimjamitis/2017/03/29/fate-accused-hospital-hacker-hands-judge-personal-ties-hospital/)** to the Boston Children's Hospital, as she was research assistant at the Harvard Medical School. Her husband, Dr. Marc Pfeffer, is a professor at Harvard Medical School. Boston Children's Hospital is the school's **"primary pediatric program." (http://www.childrenshospital.org/bcrp/facilities/harvard-medical-school-and-the-longwood-medical-area)**

Additionally, Dana said that the acting Boston U.S. attorney who opposed the motion, William Weinreb, was following in the footsteps of his predecessor, Carmen Ortiz, a Barack Obama appointee. Dana called Ortiz's attorney's office "very politically motivated," pointing to Ortiz's zealous prosecution of internet activist **Aaron Swartz (http://www.huffingtonpost.com/entry/carmen-ortiz-us-attorney-marty-walsh-prosecution_us_577a7ddce4b09b4c43c0e29a)**, which resulted in Swartz committing suicide.

"They find nonviolent crimes and then they smack people with over 30 years in prison, felony convictions, high restitution costs ... they just are trying to get notches in their belt. " Dana said. "And many people just end up killing themselves."

Dana told *The Daily Wire* that she hopes Attorney General Jeff Sessions will step in and get the case dropped.

"We're just asking him to do the right thing," Dana said.

RedState blogger Jim Jantis accurately summed up the situation with **this passage (http://www.redstate.com/jimjamitis/2017/03/23/city-boston-hospital-violated-teen-girls-human-rights-hacker-fought-faces-25-years-prison/)** :

> It is utter hypocrisy that prosecutors want to put a man behind bars for something he did trying to help save Justina Pelletier's life, while doing nothing to the people who put her in danger in the first place. Boston Children's Hospital and the Boston Department of Children and Families violated Justina's human rights. They violated her parents human rights. Yet no one from Boston Children's Hospital or the city government is even facing criminal investigation.
>
> I'm not condoning criminal action of any kind here. Being a vigilante is not something I would recommend to anyone.
>
> However, from what I have seen of this case, Marty Gottesfeld may have broken the law but he did so in order to prevent an even greater crime from occurring. Selectively prosecuting Gottesfeld while doing nothing to the Harvard institution that imprisoned Justina Pelletier or to the city government who abetted the violation of the Pelletier's rights smacks of cronyism, corruption, and frankly, tyranny.

And now they're making it worse by keeping Gottesfeld from attending his father's funeral.

*This article has been updated.*

***Follow Aaron Bandler on Twitter. (https://twitter.com/bandlersbanter)***



AdChoices ▷

*Exhibit J*



**Martin Gottesfeld, Contributor**
Imprisoned human rights activist, alleged Anonymous hacker, and Senior Systems Engineer

# Aaron Hernandez Suicide Highlights Systemic Problem In Massachusetts Jails And Prisons

04/30/2017 09:09 pm ET | Updated May 14, 2017

**Officials continually ignore repeated warnings from advocates and activists**



Former New England Patriots tight end Aaron
Hernandez was found dead in his prison cell
last night.

*This article was written by imprisoned human rights activist Martin Gottesfeld who is currently being held by the U.S. Marshals at the Plymouth County Correctional Facility (PCCF) in Plymouth, Massachusetts.*

Less than 24 hours before Aaron Hernandez "hung it up," an all too common and casual turn of phrase in prison parlance, a group of prisoner-rights advocates held a rally at the Massachusetts State House. Their concerns were nothing new. The prison suicide rate in Massachusetts is nearly double the national average, and advocates pointed to apparent retaliation against prisoners who tried to stand up for the human rights of themselves and others.

Yesterday's protesters, who told the Boston Globe that Massachusetts Governor Charlie Baker's office had ignored their request for a meeting to discuss these issues for an entire year, are not alone in their frustration. I had two open letters, see here and here, forwarded to the governor's office as well as to Massachusetts Attorney General, Maura Healy, Chair of the State Board of Registration in Medicine, Dr. Candace Sloane, and Acting Director of the U.S. Marshals, David Harlow, in the past two months, warning them about the Commonwealth's unacceptably punitive approach towards mental health in its prisons, and I was ignored as well.

Since my arrival at the Plymouth County Correctional Facility (PCCF) in Plymouth, Massachusetts in February, there have been five suicide attempts here, and at least one was successful, coming near days after my first open letter.

The family of now-deceased 26-year-old U.S. Marshals detainee William Lufkin feel that officials at PCCF are not fully answering their questions regarding the death of their beloved family member. Within 24 hours of his arrival, Billy, as he is known to friends, died in the isolation unit here and neither PCCF nor the U.S. Marshals, who choose to contract with this facility despite its troubling record, have been forthcoming. Another one of the attempted suicides occurred when 24-year-old disabled war veteran Joshua L. Daniels was placed in segregation despite his PTSD diagnosis and record of past suicide attempts at that very isolation unit. The callous brutality and negligence is simply astounding, and one wonders how the U.S. Marshals, Immigration and Customs Enforcement, State Department of Corrections, and MASAC can all contract here knowing the body count.

I hope that the families of others who have died here or have been irreparably harmed will come forward and be counted. Maybe then something positive will come out of the publicity surrounding the preventable death of Aaron Hernandez.

Anyone who wishes may contact my wife and I at our Facebook page, FreeMartyG.

Here is the text of my most recent open letter, which was delivered on March 20th of this year:

Dear Acting Director of the U.S. Marshals Service David Harlow, Massachusetts Governor Charlie Baker, Massachusetts Attorney General Healy, and Chair of the Commonwealth of Massachusetts Board of Registration in Medicine Candace Lapidus Sloane, M.D.:

I wrote to you last month reporting human rights violations here at the Plymouth County Correctional Facility (PCCF,) overseen by Sheriff Joseph D. McDonald Jr. I left it to you to answer my concerns "not by mere words, but my your much louder actions and/or inaction."

Unfortunately, I received no response and it is now my sad duty to relay news of five subsequent suicide attempts and at least one death at this institution.

First, federal arrestee William Lufkin, whose friends and family called him Billy, hung himself in the isolation unit. He died the day after the US Marshals dropped him off, a mere five days after my last open letter. He was 26. Curiously, and concerning too, his death seems not to have been reported by either PCCF or federal authorities left over from the previous administration.

Around the same time, in the same unit, disabled Afghanistan war veteran Joshua L. Daniels also tried to "hang it up." Due to what I can only describe as callous negligence and/or reckless disregard for both human life as well as Joshua's sacred service to our country, the 24-year-old father of two was placed in segregation despite his PTSD diagnosis and previous suicide attempt in this very same facility. As the dangers and human rights concerns surrounding solitary confinement of the mentally ill are well-recognized, and further it is widely known that many of our warriors return home bearing wounds that don't show on the surface, this tragically predictable result shouldn't have surprised any of the state-licensed mental health staff here.



DINA RUDICK/GLOBE STAFF

*Plymouth County Correctional Facility (PCCF) operates under the purview of Sheriff Joseph D. McDonald Jr., pictured above..*

Though he survived, Joshua is by no means out of the woods. He has now been moved to the infamous Bridgewater State Mental Institution, where it seems a foregone conclusion that his record of service and desperate need for help are being met with apathy and disrespect for our obligations to our veterans. Without the actual care heroes like Mr. Daniels deserve from our state, I fear he will eventually succeed in ending his own life.

I hope by now I have made it obvious that I expect much better from my native Massachusetts, our leaders, and our licensed mental health professionals. Given that Justina Pelletier was maimed and many other children have already been hurt by unwanted and unneeded psychological care forced on them by our state, it would be a tragic irony for Joshua to die having been deprived by our commonwealth of the psychological help that could save his life. We owe those that choose to serve our nation only the best, and when they have trouble readjusting to civilian life due to battlefield trauma they deserve appropriate treatment and most certainly not to slip through the cracks in our justice system.

## Subscribe to the Politics email

How will Trump's administration impact you?

address@email.com                SUBSCRIBE

I'm disturbed by the number of veterans I've encountered here. Joshua is one of three combat rescue personnel I've had the honor of meeting since my arrival on February 4th, and there are many others with different specialties. Why aren't we ensuring they all get the help they need instead of felony convictions that mark them for life? Does their service really mean so little to us and our elected officials here in Massachusetts?



JOSHUA DANIELS/FACEBOOK

*Specialist Joshua L. Daniels was incarcerated by the state of Massachusetts at the Plymouth County Correctional Facility (PCCF) where he twice attempted suicide rather than ask for help and risk ending up in PCCF's notoriously punitive "Q5" suicide watch unit.*

Additionally, our veterans are not alone here at Plymouth County Correctional Facility. While I was working to draft this letter, another individual, a Mr. DeS, slit his wrist under his bed covers no more than 35 feet away from me. Thankfully, he was discovered before he lost too much blood and was alive when staff wheeled him out.

I am unsure of the identities in the other two recent suicide attempts.

From my experience, it is readily apparent the main problem is the unjustifiably punitive approach taken for mental health here. As you may recall, my previous letter detailed "Q5," a form of torture that masquerades as an emergency mental health intervention at PCCF. People who ask for physiological care are placed in approximately 40 degree Fahrenheit "Q5" solitary cells. Most have a bare tile floor and one features a hole in the ground victims must use to defecate instead of a toilet. People are locked in these cells alone, naked or nearly naked, and usually with neither a mattress nor blanket. The temperatures are so cold that skin turns purple, inmates can see their breath, and people find themselves literally frozen to the floor.

While a minority of the survivors I've met were put in "Q5" after seeking mental health assistance, the majority of them do not suffer from mental illness. Instead, they report being put there as a form of extrajudicial punishment by dishonest guards. Specifically regarding "Q5," one staff member rhetorically asked a group of us "you think *we* don't make up stories?" Having now encountered sadistic and belligerent staff like D. Fernandez and P. Donnelly, it is crystal clear to me that such horrible human rights abuses run rampant and unchallenged by the doctors and upper management here. I even saw medical staff threatened the elderly man who first applied pressure to stop Mr. DeS' bleeding with "Q5" because he flashed his prisoner ID too quickly.

Indeed, about one third of the inmates I interview have been "Q5'ed," and some have been there a dozen times or more. I recently mailed ten complaints on behalf of eight different survivors to the Massachusetts Department of Mental Health, which has already informed me it has decided to abdicate it's duties, as it did in the Pelletier case, rather than investigate.

This dereliction is disastrous for all the inmates here, but especially for those who, like Mr. Daniels, need psychiatric treatment and belong in therapy instead of prison. As it stands, when they seek such assistance they instead find themselves forced into isolation in "Q5" for 24+ hours before they are asked if they still need help. They are held there until they answer "no." Under such circumstances, it isn't hard to conclude why people don't come forward, and it shouldn't be surprising there are a lot of suicides here. I believe "Q5" and similar practices across Massachusetts are the primary cause of our state's extraordinarily high prison suicide rate — about twice the national average.

Let me reiterate now — there is no way I would ever seek help here.

So, I am once again left to ask questions of the utmost urgency.

How many families must lose a son, grandson, nephew, father, or grandfather to this place and these abhorrent practices before action is taken? I hope none.

Are the Massachusetts Board of Registration and Medicine and Department of Mental Health mere rubber stamps? I hope not.

How much time will go by before the governor's office and attorney general address these human rights violations and their tragic consequences? I hope not long.

Best Regards,

Martin "MartyG" Gottesfeld

ID #71225, BS1 Bed 6

PCCF

26 Long Pond Road

Plymouth, MA 02360

CC: Joan Mikula, Commissioner, Commonwealth of Massachusetts Department of Mental Health

Beth McLaughlin, Chief of Staff/General Counsel, Commonwealth of Massachusetts Department of Public Safety

Daniel Bennett, Secretary, Commonwealth of Massachusetts Executive Office of Public Safety and Security (EOPSS)

Massachusetts Bar Association

*Do you have information you want to share with HuffPost? Here's how.*

**MORE:**

( U.S. News )   ( Aaron Hernandez )   ( Massachusetts State House )

**You May Like**                                                                 Sponsored Links by Taboola

Is HelloFresh Really Worth It? One Mom's Review
Evie & Sarah For HelloFresh

Locate Almost Anyone By Entering Their Name

  

Exhibit K



**110,000 children** are waiting to be adopted from foster care.   **LEARN MORE**

AdChoices ▷



**Martin Gottesfeld, Contributor**
Imprisoned human rights activist, alleged Anonymous hacker, and Senior Systems Engineer

# An Open Letter To The American Correctional Association Regarding The Plymouth County Correctional Facility

06/04/2017 12:28 pm ET | **Updated** Jul 15, 2017

Lannette C. Linthicum President of the Executive Committee of American Correctional Association 206 N. Washington Street, Suite 200 Alexandria, VA 22314

Dear Lannette C. Linthicum, President of the Executive Committee of the American Correctional Association,

My name is Martin Gottesfeld and I am writing to you from the Plymouth County Correctional Facility (PCCF) in Plymouth, Massachusetts. My letter is in regards to the accreditation audit your organization is scheduled to perform here from June 5th to the 7th.

First, please allow me to apologize for not having sent this earlier. I understand that the notice posted in my housing unit asked for information to be submitted at least ten working days before the audit commences, which would have meant by May 19, 2017. However, that notice was not posted in my unit (BS1) until **after** the 19th, making such a submission impossible. So, please excuse the apparent tardiness of my letter. Regardless, there are a number of serious issues here that I think are relevant to a legitimate accreditation audit and that I know I would want to be aware of, if I were an auditor with ACA.

First, there is "Q5," the supposed emergency mental health intervention here. As I have previously reported in HuffPost, Shadow Proof (1 and 2), as well as on international television, "Q5" is unduly punitive, frequently misused as an extrajudicial punishment, and even qualifies as a form of torture under international humanitarian law. Inmates report freezing cold temperatures, frozen food, deprivation of any sleeping surfaces whatsoever, the presence of dead flies, having to defecate in a hole in the floor, and becoming adhered to the ground like the clichéd tongue on an icy flagpole.

As has been found by the United Nations Human Rights Council and the Special Rapporteur on Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, such conditions serve no valid therapeutic or correctional purpose and violate international humanitarian law. Further, the extrajudicial nature of "Q5" is belied by the way staff here routinely use it to threaten inmates who have no mental health histories and who clearly do not represent a threat to themselves nor others. Regarding putting inmates in "Q5" under false pretenses, one staff member here rhetorically asked a group of us, "You think *we* don't make up stories?"

In addition to "Q5," the inappropriate and inadequately monitored use of solitary confinement here has resulted in multiple inmate deaths. The most recent such fatality that I am aware of was 26-year-old William Lufkin, who died the day after he arrived here. His family still doesn't know the full details of what happened and they feel PCCF has not been forthright in answering their questions. FOIA requests have been similarly fruitless, but perhaps you can find answers during your audit.

Shortly after Mr. Lufkin died, a 24-year-old Afghanistan war veteran and father of two was placed in segregation here despite his known PTSD diagnosis and previous suicide attempts in that very unit. He barely survived. In yet another instance, after over **four years** "in the hole" at PCCF and pleading to be allowed into general population, Eric Snow <u>killed himself</u> with a plastic bag.

Also, the attitudes of the medical personnel here present serious safety risks to the inmate population. In the first of just two examples over the last few months, Mr. Richard Gay suffered a massive brain trauma from a plumbing accident in 2013, and had been taking Keppra for post-traumatic seizure disorder before he came here. For the record, Mr. Gay was arrested following a car accident when an officer who was unaware of his medical history attempted to administer a field sobriety test and then obtain consent/cooperation for other tests without knowing that the trauma of the accident exacerbated his previous brain injury, leaving him completely discombobulated. Mr. Gay was then denied his Keppra medication here at PCCF until he had a seizure and again hit his head as he fell out of bed.

## Subscribe to Breaking Alerts

Don't miss out — be the first to know all the latest news.

address@email.com       SUBSCRIBE

Before Mr. Gay, Mr. Steven Polwort came through here with a history of necrotizing pancreatitis. He asked multiple medical personnel at PCCF for the no soy/no cheese diet he needed, only to be denied. When he had a flare-up, and was in severe pain, staff here didn't have him brought to the hospital nor provided pain

medication. Instead, practitioners told him to "suck it up." Tragically, Mr. Polwort's entire arrest record stems from the painkillers he was legally prescribed for his pancreatitis.

Please allow me to reiterate that the experiences of the two gentlemen here are not exceptions but the rule. Further, inmates in the H1 unit here became sick after being fed food that had been potentially contaminated with vomit and raw sewage. The unit was quarantined, but more serious efforts to stop the spread of the illness were not undertaken until **after** the Huffington Post, Shadow Proof, and other outlets began inquiring with the Governor's Office and our state attorney general. Another potential issue was only recently rectified, perhaps in preparation for the upcoming audit. Pre-trial and sentenced inmates had been mixed in the BN2 unit here for over nine months. Then, there was the marriage fraud scam that was exposed here two years ago. The person running it was a PCCF supervisor.

One final issue I'll mention, while assuring you there are numerous others I haven't included due to the limited time I have before the audit begins, has to do with the telephone system here. Administrators are totally unwilling to add my current attorney's mobile number to my call list. Similarly, I have submitted multiple written requests to add a new attorney's office number – all fruitless. Further, upon arrival, inmates are not allowed to make a call at booking and it routinely takes days for their telephone account to be activated in the system. It was three days before I made my first call. Is this part of a strategy to hold onto the daily stipends PCCF receives for housing individual inmates for as long as possible by making it difficult for people to post bail?

In conclusion, I hope the above helps illuminate relevant issues here at PCCF for your audit. Please let me know if you have any questions.

Best regards,

Martin "Marty G "Gottesfeld

ID# 71225 Unit BS1, Bed 6

Plymouth County Correctional Facility

26 Long Pond Road

Plymouth, MA 02360

**MORE:**

( U.S. News )   ( Health And Medicine )   ( Law )   ( Sociology )   ( American Correctional Association )

**You May Like**            Sponsored Links by Taboola

Is HelloFresh Really Worth It? One Mom's Review

Evie & Sarah For HelloFresh

Exhibit L

## The brutal battle against medical kidnappers

By Michelle Malkin • June 28, 2017 03:38 AM

 Share   Tweet



The brutal battle against medical kidnappers
by Michelle Malkin
**Creators Syndicate**
Copyright 2017

BOSTON — On the day Boston Children's Hospital celebrated being named **"the number one pediatric hospital in the nation"** by U.S. News & World Report, I was interviewing Dana Gottesfeld in nearby Somerville, Massachusetts. Dana is the young wife of **Martin "Marty G" Gottesfeld**, an imprisoned technology engineer/activist who used his skills to fight against medical child abuse committed at Boston's Children's Hospital.

"That is so Boston," Dana observed Tuesday in response to the new ranking — which is already splashed in multiple gold medallions across the hospital's website.

It's all about power, prestige and pull in the top echelons of the Bay State's medical community, many New Englanders have informed me. BCH's teaching affiliate is **Harvard Medical School**. The **ties** between and among influential and wealthy alumni in the realms of health care, politics and the courts are innumerable.

It's a network that's "practically untouchable," Dana explained.

And like the third rail, those who dare challenge these renowned institutions risk great danger to their freedom and their lives.

Dana's husband, Marty, faces **felony charges of computer hacking and conspiracy** related to distributed denial-of-service (DDoS) attacks in April 2014 against Boston Children's and the nearby Wayside Youth and Family Support Network residential treatment. Marty had organized a social media army to knock the computer networks of both institutions offline to protest the medical kidnapping of then-15-year-old **Justina Pelletier**. Hackers from the loose-knit collective, Anonymous, allegedly participated in the campaign.

Justina's plight had become international news in Marty's backyard. One fateful winter day in February 2013, Justina traveled with her mom to BCH from her West Hartford, Connecticut, home, seeking relief from a severe case of the flu. Ordinary sickness compounded Justina's rare medical conditions, including mitochondrial disease and postural orthostatic tachycardia syndrome. But those

---

**Show biz meltdown: Bombs away!**
September 19, 2017 11:18 PM by Michelle Malkin



**There is no such thing as a "deserving DREAMer"**
September 6, 2017 08:02 AM by Michelle Malkin



**Keith Ogre-mann: Conde Nast-y's Misogynist-in-Chief**
August 30, 2017 07:29 AM by Michelle Malkin

**The Red York Times: First in Fake News**
August 23, 2017 08:03 AM by Michelle Malkin

**Where is corporate disavowal of Black Lives Matter?**
August 16, 2017 07:37 AM by Michelle Malkin

Categories: Feature Story, Race Hustlers

illnesses hadn't stopped her from participating in school, competitive ice skating and an active family life.

Instead of receiving top-notch care and attention at BCH, however, Justina was **snatched from her parents** and recklessly re-diagnosed with a psychological condition, **"somatoform disorder."** She was dragged from BCH's neurology department to its infamous **psych ward**, where she was reprimanded for being unable to move her bowels or walk unassisted in her weakened state. At Wayside, she was harassed by a staffer while taking a shower. The physical and mental torture lasted 16 months.

The family is now **suing** the gold medallion-adorned, scandal-plagued Boston Children's Hospital.

"They tried to break us all," Justina's dad, Lou, told me at his West Hartford home, where Justina fights to recover from post-traumatic stress and physical deterioration suffered while she was held hostage.

But the arrogant, tunnel-visioned torturers failed. Thanks to an aggressive awareness-raising campaign by an eclectic coalition including Justina's family, the Christian Defense Coalition's Rev. **Pat Mahoney**, conservative media personalities and left-leaning critics of the Massachusetts child welfare bureaucracy, Justina was eventually freed and reunited with her parents.

Marty G's DDoS attacks were an instrumental catalyst at a time when Justina's family faced a gag order for speaking out.

"I never imagined a renowned hospital would be capable of such brutality and no amount of other good work could justify torturing Justina," Marty wrote in a recent online **explanation** of why he intervened.

"BCH calls what it did to her a '**parentectomy**,' and there had been others over at least the past 20 years. I knew that BCH's big donation day was coming up, and that most donors give online. I felt that to have sufficient influence to save Justina from grievous bodily harm and possible death, as well as dissuade BCH from continuing its well established pattern of such harmful 'parentectomies,' I'd have to hit BCH where they appear to care the most, the pocket book and reputation."

On Tuesday, a federal judge in Boston finally set a court date in Martin "Marty" Gottesfeld's case. After more than a year behind bars without bail (including about 80 days in solitary confinement and a stint in the same detention center as Mexico's notorious drug cartel kingpin **"El Chapo"**), Marty now faces trial in January 2018. He was barred from attending his beloved adoptive father's funeral in April.

"It was the right thing to do," Dana told me through tears as she cradled a Homeland Security storage bag with Marty's wedding ring. She recently lost her job as a result of her **advocacy for Marty**. But the couple, who have never met Justina or her family, will keep fighting medical kidnappings. Relentless as ever, Marty stressed in a brief phone conservation with me the need for state and federal **"Justina's Laws"** to protect wards of the state from being used as research guinea pigs by prestigious medical institutions.

Both the supporters of Justina and Marty remain aghast at the brutal treatment of their loved ones while the real menaces breathe free.

Marty's message from prison in Massachusetts: "Human rights abuses aren't just happening in North Korea. They're here."

Justina's message from her wheelchair in Connecticut: She hopes her torturers "get what they deserve."

Is **anyone in Washington listening**?

Posted in: **Feature Story**,**Health care**
**Printer Friendly**



**@misstripleem**
Work. Play. Love. Pray. Repeat. Harder. #colorado #caffeine #piano #boss