AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cr-10305-NMG |
| Martin Gottesfeld | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                           .

Date: 11/06/2017

/s/ Seth B. Kosto
*Attorney's signature*

Seth B. Kosto
*Printed name and bar number*

United States Attorney's Office
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
*Address*

seth.kosto@usdoj.gov
*E-mail address*

(617) 748-3100
*Telephone number*

*FAX number*