UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN GOTTESFELD,<br><br>Defendant. | Crim. No. 16-10305-NMG |

**WITHDRAWAL OF APPEARANCE**

The undersigned assistant U.S. Attorney will no longer be appearing in this matter for the government.  Going forward, the government will be represented by AUSAs David D'Addio and Seth Kosto.

                                                 Respectfully submitted,

                                                 WILLIAM D. WEINREB
                                                 Acting United States Attorney

                     By:    */s/ Adam Bookbinder*
                                                 Adam J. Bookbinder
                                                 Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                 */s/ Adam J. Bookbinder*

Dated:  November 29, 2017