FILED
IN CLERKS OFFICE

2017 DEC 15 PM 2: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 15, 2017

Dear Judge Gorton,

Please find included as Exhibit A one of the notes which Justina Pelletier hand-wrote during her time at the Wayside Youth and Family Support Network and then smuggled to her family in secret for fear of reprisal for violating the treatment plan set forth by Boston Children's Hospital. That plan forbade Justina from discussing her condition and care with her family during their supervised weekly 1-hour visits and monitored weekly 20-minute phone calls. This note was published by TheBlaze on April 15, 2014, days before the alleged primary events in this case (please see Exhibit B). Justina's father told TheBlaze that "she's been risking life and limb to get any bit of information to us," and "she's being allowed to be tortured in this country, I'll leave it at that."

Please also find included as exhibit C an article written by Liz Klimas and published on February 17, 2014 by TheBlaze entitled, "Father So Heartbroken About Daughter Held at Hospital Against His Will He Just Defied a Judge's Order to Talk to Us: 'I Want to Have All My Guns Blazing.'" In it, Justina's father Lou Pelletier publicly stated that without her mito treatments, Justina's life was in danger.

Sadly of course, Justina is still in a wheelchair due to the effects of having her mito therapies withheld for 16 months at the insistence of Boston Children's, who also refused to allow outside doctors to examine Justina.

Knowing that documents linking at least one individual to Boston Children's and Wayside have been taken down off the Internet and that Mr. Bookbinder has withdrawn from the case, I wanted to make sure that someone brought this all to your attention.

Thank you for your time,

Dana Gottesfeld