- Well... that burned my mind or like I didn't get they the one of the pile when did you see me
- What at the what her at me when I'm calling
- When am I going to listen on now I am speaking up like I can't do Huy say YES and then I say I Stop then they say nuthing
- and Pete pushing me and dog on and on
- any yelar me!
- please don't let me cry anymore tell 1st!
- let me cry any more tell 1st!
- Huy don't ease that I I'm Sick they hurt me the same way every time
- It's hurtin me every time stop every must
- Huy...
- they do not let me Stop
- they hurt me all the time push the
- Lorothy kristen and more o.t on Jamie
- they hurt me all the time and more and more

Exhibit A

Transcript of Justina's smuggled letter
*Please note the letter has been transcribed as close to the original text as possible; spelling inaccuracies preserved.

'
- Wen I got on harnes thig they <u>moved</u> my legs I didn't <u>walk</u> or <u>stand</u>
- Thay are lying
- what happen the other nite how did you see me
- O.T laff at me wen I'm falling
- and alot more……
- Wen am I looking on news
- I am speaking up Like [I cant do it] they say <u>YES</u> and then I say it [<u>torcher</u> stop] then that say nuthang and fete pushing me and goes on and on!
- they yel at me.
- Plese dont let me go anyware els!
- thay don't care that Im sick thay tret me the same way!
- Its with everything!
- they do not let me slepe vary much
- Hury!
- Carolin/Kristin and more O.T and more
- they hurt me all the time push me all the time and more