December 19, 2017

Dear Judge Gorton,

We thought you also might find the enclosed pictures, Exhibits A and B, illuminating. Exhibit A is Justina ice skating six weeks before she enters the hospital. Exhibit B was taken this year. It clearly demonstrates how Justina's hairline started to recede after Boston Children's Hospital stopped her mitochondrial disease medications.

Exhibit C is the ABC News article by Susan Donaldson James published on February 10, 2014 entitled, "Advocates Fight for Justina Pelletier, Teen Held by State in Psych Ward" where Justina's family explicitly mentions that her hair was beginning to fall out due to actions and inactions of Boston Children's Hospital, the primary alleged victim in this case.

Sincerely,
Dana Gottesfeld

FILED
IN CLERKS OFFICE
2017 DEC 19 PM 3: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

16 cr 10305 NMG