United States District Court
District of Massachusetts

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| MARTIN GOTTESFELD ) | Criminal Action No. |
| ) | 16-10305-NMG |
| Defendant. ) | |
| ) | |

NOTICE

GORTON, J.

This is to notify counsel that four unauthorized submissions have recently been made to the Court by Dana Gottesfeld who identifies herself as the wife of defendant Martin Gottesfeld. If Ms. Gottesfeld is attempting to submit documents on behalf of defendant, she should be advised that the procedure she is following is improper and that any such future filings will not be docketed and may result in the imposition of sanctions. See United States v. Kouri-Perez, 187 F.3d 1 (1st Cir. 1999) (affirming the district court's imposition of sanctions on defendant's counsel for violating the court's civility order).

/s/ Nathaniel M. Gorton
_____
Nathaniel M. Gorton
United States District Judge

Dated December 21, 2017

-1-