UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | No. 16-10305-NMG |
| MARTIN GOTTESFELD, | ) | |
| Defendant | ) | |

## DEFENDANT'S ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

Defendant Martin Gottesfeld hereby moves this Honorable Court for an order excluding from the time within which this case must otherwise be tried pursuant to the Speedy Trial Act the period from January 16, 2018 to and including April 30, 2018, the date set for trial.

As reason therefore, the parties agree that the time is necessary to permit defendant's new undersigned counsel sufficient time to become familiar with the case and to adequately prepare for trial. The government assents to this motion and the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Marti Gottesfeld,
By his attorney,

/s/ Raymond E. Gillespie
Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue Suite 32
Cambridge, MA 02139
(617) 661-3222
rgillespie1@prodigy.net

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2017 the foregoing document has been served upon all persons listed in the Notice of Electronic Filing entered in the CM/ECF system in connection with the instant case:

                                    /s/ Raymond E. Gillespie
                                    Raymond E. Gillespie

STA122917