UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | No. 16-10305-NMG |
| MARTIN GOTTESFELD, | ) ) ) ) | |
| Defendant | ) | |

## COUNSEL'S MOTION TO WITHDRAW APPEARANCE

Undersigned counsel for the defendant, Martin Gottesfeld, hereby moves this Honorable Court for leave to withdraw his appearance as attorney for Mr. Gottesfeld in this case.

As reason therefore, counsel suggests that there has been an irretrievable breakdown of the attorney/client relationship and that the defendant has requested this motion.

Counsel requests an **EX PARTE** hearing on this motion in the presence of the defendant.

Respectfully submitted,

**Martin Gottesfeld,**

By his attorney,

/s/ Raymond E. Gillespie
Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue Suite 32
Cambridge, MA 02139
(617) 661-3222
rgillespie1@prodigy.net

CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2018 the foregoing document has been served upon all persons listed in the Notice of Electronic Filing entered in the CM/ECF system in connection

                                    /s/ Raymond E. Gillespie
                                    Raymond E. Gillespie

Withdraw030118