UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | No. 16-10305-NMG |
| MARTIN GOTTESFELD, | ) ) ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION TO EXTEND BY ONE DAY THE TIME TO
FILE SUPPLEMENTARY MOTION TO SUPPRESS**

    Defendant Martin Gottesfeld, through his attorney, hereby moves this Honorable Court for an order extending the date by which he is to file a supplementary motion to suppress the search warrant herein from March 16 to March 17, 2018.

    As reason therefore, undersigned counsel states that it is in the interests of justice that this motion be allowed and that the government will not be unduly prejudiced thereby.  In addition, he adds that he requested their assent but has not had their reply by the filing hereof.

    Respectfully submitted,

**Martin Gottesfeld,**
By his attorney,

/s/ Raymond E. Gillespie
Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue Suite 32
Cambridge, MA 02139
(617) 661-3222
rgillespie1@prodigy.net

CERTIFICATE OF SERVICE

    I hereby certify that on March 16, 2018 the foregoing document has been served upon all persons listed in the Notice of Electronic Filing entered in the CM/ECF system in connection

/s/ Raymond E. Gillespie
Raymond E. Gillespie

Extend031618