Dear Judge Gorton,                                   Thursday, March 15th, 2018

I hope that this letter finds you well, and I thank you for taking the time to read it.

I also hope that you will find the enclosed illuminating, as I did prior to the dates on which the events alleged by the government occurred and especially given the claims in the government's recently filed motion in limine. Please pardon my stray marks on the photocopies from an earlier project involving these documents.

The first labelled 42-1 through 42-2 is self-introductory.

The second labelled 3-1 through 3-3 was written by a former psychiatric RN turned whistleblower who had worked at the Bader 5 psych ward at Boston Children's Hospital for some years before quitting prior to Justina's arrival.

Sincerely,

Martin Gottesfeld, ID #71225
PCCF, Unit H1 Cell 224
26 Long Pond Road
Plymouth, MA 02360

FILED IN CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2018 MAR 19 PM 3:18