


- REFERENCE:





*July 19, 2008*                                   *Medical Child Abuse*

Beyond Munchausen Syndrome by Proxy: This Powerful, Comprehensive Resource: **For diagnosing and treating medical child abuse.**

    **Dr. Thomas A. Roesler** is a pediatric and adolescent psychiatry and psychiatry provider with offices in Providence, RHODE ISLAND.
    593 EDDY ST APC 970 PROVIDENCE, RHODE ISLAND 02903 401-444-8638

*ATTACHMENT: Practice Parameter for the Psychiatric Assessment and Management of Physically Ill Children and Adolescents, *accepted by the American Academy of Child Adolescent Psychiatrists JULY 19, 2008*

**NOTE: **Dr. David R. Demaso appears at the top of the list of psychiatrists credited as follows:**

**This parameter was developed by**

cc: Boston Children's Hospital President, Sandra Fenwick, Massachusetts Attorney General, Martha Coakley, Massachusetts Governor, Deval Patrick, Lou and Linda Pelletier, Kevin Hall, CCHR

3

3-3