# EXHIBIT A

# PORT NUMBERS PROFILE

conclusions

Conclusions from Addresses

Looking at a user's Internet traffic, and just looking at the IP addresses, reveals enough information to form a rather detailed profile of the user. For example, in a 25-hour period (August 18-19, 2014) Gottesfeld accessed approximately 740 different IP addresses. I was able to identify DNS names for 490 of them, including the following:

span.com: Maker of high-end computer storage hardware.
canonical.com: Provider of Ubuntu, a Linux operating system distribution.
mozilla.net: Makers of the Firefox Web browser.
nagios.org: Provider of sophisticated software for managing computers and other networked devices.
newrelic.com: Site for technical computer and gadget news.
yahoo.com: General news site.
gazeta.pl: A Polish newspaper.

One can draw the conclusion that the user is almost certainly a computer

conclusions
professional.
For example, the hardware made by Span is professional grade, beyond what all but the most
advanced hobbyists would use. Similarly, Nagios is a very complex software package used for
managing multiple computers, routers, and other networked devices.

Since the user accessed gazeta.pl, it is reasonable to conclude that he reads the Polish language
and is interested in news of Poland.

If one also looks at port numbers, even more detail emerges.

Outgoing connections to ports 80 and 443 indicate access to Web servers; almost everyone uses those.
But connections to port 161 are used for SNMP (Simple Network Management Protocol), perhaps
through Nagios; there is no way the average user would generate traffic to that port, especially in
the quantitites I saw. Connections to port 22 are used for SSH (Secure Shell), which is used to
log into a computer remotely; this allows one to type commands and run programs. Seeing a connection
to port 22 shows that the user has this higher level of access to a system, which might indicate
that this was an employee.

Incoming connections from ports 80 and 443 (which I saw) would indicate someone sending messages to this
system through Tor (The Onion Router), a system designed to anonymize one's Internet traffic.
Tor also typically uses port 9001 and 9030, although I did not see any use of these.

Port numbers can even tell you which video games the user plays.
For example, Minecraft uses ports 25565 and 25575.
Various versions of Quake use ports 7133, 26000, 27000-27006, 27500-27910, and 27960-27969.

A connection to port 23399 indicates use of SKype.
And if a user has a computer running Windows Media Center, which can record television programs from cable,
and there is an incoming connection to port 5832, this means he is using the app MyMediaCenter to
control the recorder remotely.
-------------------
Some more on Tor: I already sent you a link describing some of the benign and even laudatory uses for this system.