# EXHIBIT C

# greatschools.org EMAIL

**Subject:** Fwd: Please remove fraudulent and abusive program from greatschools.org

**From:** Marty Gottesfeld (mgottesfeld@gmail.com)

**To:** RGillespie1@prodigy.net;

**Date:** Wednesday, March 14, 2018 9:04 PM

Hi Ray,

This is Dana. Marty asked me to forward these to you from his gmail as well.

---------- Forwarded message ----------
From: **Marty Gottesfeld** <mgottesfeld@gmail.com>
Date: Fri, Nov 8, 2013 at 12:17 AM
Subject: Fwd: Please remove fraudulent and abusive program from greatschools.org
To: dns@greatschools.org, "thomasburtonlaw@aol.com" <thomasburtonlaw@aol.com>, "Ben Brown, Esq." <brown.ben@gmail.com>, lillian@safeteenschools.org, Dana Barach <danabarach@gmail.com>

To Whom It May Concern,

I have not heard back regarding my original request below. I do see that all reviews for the school have been taken down though. Please advise.

Regards,
Marty

---------- Forwarded message ----------
From: **Marty Gottesfeld** <mgottesfeld@gmail.com>
Date: Wed, Oct 30, 2013 at 2:44 PM

Subject: Please remove fraudulent and abusive program from greatschools.org
To: dns@greatschools.org
Cc: "thomasburtonlaw@aol.com" <thomasburtonlaw@aol.com>, "Ben Brown, Esq." <brown.ben@gmail.com>, lillian@safeteenschools.org, Dana Barach <danabarach@gmail.com>

To Whom It May Concern,

You currently list Logan River Academy on greatschools.org, they can be found here:

http://www.greatschools.org/ utah/logan/1203-Logan-River- Academy/

We recently and successfully petitioned to have my girlfriend's little brother, Michael, removed from that environment due to concerns about widespread abuse and cruel and inhumane tactics being utilized on at-risk and autism spectrum youth. Our petition can be found here:

https://www.change.org/ petitions/logan-river-academy- stop-using-solitary-confinement-a-k-a-precaution- and-development-on-kids

If you read our petition you will notice many issues and red flags with the institution. You will also notice quite a few survivors have left comments. Yet more information is available on our site here:

https://www. shutdownloganriver.com/index. php/testimonials

https://www. shutdownloganriver.com/index. php/lra-resources

Please Google "Logan River Academy," and "Logan River Academy abuse," and go 3-5 pages in.

Logan River Academy has been doing search engine optimization (trying to get pages that reflect them positively higher up in the search results.) This includes their page on greatschools.org, which through its name, is lending them credibility in the eyes of the public.

We have been working with many sites to try to put an end to the fraud. For instance, PsychologyToday.com has removed Logan River Academy from their website in response to the overwhelming evidence of abuse and improper accreditation of their residential program:

http://treatment.psychologytoday.com/rms/name/Logan+River+Academy_Logan_Utah_90770?name=Logan+River+Academy_Logan_Utah_90770

The FTC specifically recommends accreditation of residential programs through JACHO, COA, or CARF. Logan River Academy is not accredited through any of these. Instead they try to appear accredited by an organization called NATSAP. However, NATSAP is not an accrediting body, they are a membership organization, please see here:
http://natsap.org/natsap-members/how-to-become-a-member/
http://www.strugglingteens.com/artman/publish/NATSAP-ES_110314.shtml

From their own website: "We are a volunteer membership organization supporting professionals and programs in their efforts to help troubled young people. NATSAP does not provide oversight of our member

programs, believing that responsibility lies with the licensing and accrediting agencies."


If you continue to list Logan River Academy on your website, we will add greatschools.org to the petition, and publicly urge you to delist them. We will also be sure that your name is mentioned publicly as marketing Logan River Academy and similar fraudulent and abusive programs. I will leave ethical complaints with all relevant bodies regarding your organization as a whole and your employees individually for referring people to fraudulent and improperly accredited programs, programs the AMA, APA and American Academy of Child & Adolescent Psychiatry want nothing to do with.


Regards,

Marty