**EXHIBIT D**

**BOWLER, M.J. C.V. AND TBF**





December 2, 2015

# THE BOSTON FOUNDATION
## 100TH ANNIVERSARY GALA DINNER

# BOARD OF DIRECTORS

## Current Members

Michael Keating, *Chair*
Paul A. La Camera, *Vice Chair*
Rosalin Acosta
Zamawa Arenas
Sandra Edgerley
Michael Eisenson
Grace Fey
Paul C. Gannon
Rev. Gregory Groover
Paul W. Lee
Linda Mason
Jane Mendillo
Dr. Myechia Minter-Jordan
J. Keith Motley
Peter Nessen
Ron O'Hanley
Greg Shell
Scott E. Squillace
Paul S. Grogan, *Ex officio*

## Emeritus Members

Dwight L. Allison, Jr.
Carol F. Anderson
Joan T. Bok
The Honorable Marianne B. Bowler
Richard M. Burnes, Jr.
Louis Casagrande
Gerald Chertavian
Catherine D'Amato
Richard DeWolfe
The Honorable Barbara A. Dortch-Okara
Atsuko Toko Fish
Christopher Gabrieli
Frieda Garcia
Robert A. Glassman
Carol Rabb Goldberg
Paul Guzzi
Rev. Dr. Ray A. Hammond
Ronald A. Homer
Ira Jackson
Jackie Jenkins-Scott
Charles Ray Johnson
Martin S. Kaplan
Edward Masterman
Jack Meyer
Herb Morse
Lawrence T. Perera
Kevin C. Phelan
Hanson S. Reynolds
David Rockefeller, Jr.
Binkley C. Shorts
Micho F. Spring
Benaree P. Wiley