# EXHIBIT E

# WAYSIDE – givingcommon.org  AND TBF

Share |



# Wayside Youth & Family Support Network

1 Frederick Abbott Way  
Framingham, MA 01701

[P] (508) 8799800  
[F] (508) 8751348

www.waysideyouth.org  
marisa_rowe@waysideyouth.org  
Marisa Rowe



INCORPORATED: **1979**  
Printable Profile (Summary / Full)  
EIN 04-2630450



LAST UPDATED: 03/06/2018

MORE DETAILS

SUMMARY    DONATE

## Mission Statement

Wayside's mission is to empower children, young adults and families to achieve greater independence and emotional well-being

## Financials

| | |
|---|---|
| **Fiscal Year** | July 01, 2017 to June 30, 2018 |
| **Projected Income** | $34,224,000.00 |
| **Projected Expense** | $33,122,000.00 |

**Expense Breakdown 2014 (%)**



- Programs
- Administration
- Fundraising

For more details regarding the organization's financial information, select the financial tab and review available comments.

The Boston Foundation
75 Arlington Street, Boston, MA 02116
617-338-1624
www.tbf.org

Copyright © 2012

POWERED BY GUIDESTAR



POWERED BY KIMBIA®

- HOME
- ABOUT
- FOR DONORS
- FOR NONPROFITS

- HELP
- TERMS OF USE
- PRIVACY POLICY