# EXHIBIT F

# PRESS RELEASE – BOWLER, M.J.

Case 1:16-cr-10305-NMG   Document 128-6   Filed 03/20/18   Page 1 of 2



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**
CLERK OF COURT

## PRESS RELEASE
### April 16, 2014

The Judges of the United States District Court for the District of Massachusetts have reappointed Magistrate Judge Marianne B. Bowler to a new term commencing May 6, 2014, upon the recommendation of a Merit Selection Panel appointed pursuant to the Order dated August 15, 2013. Judge Bowler was first appointed to be a United States Magistrate Judge by the Court for an eight-year term that commenced on May 7, 1990. She was reappointed to successive terms beginning in 1998 and 2006. From 2002 to 2005 she served as Chief Magistrate Judge for the District.

Chief Judge Saris stated: "Mimi Bowler is a star magistrate judge. She is nationally known for her ability to manage complex civil litigation, particularly cases involving difficult medical issues. Rare is the tangled, contentious litigation dispute she can't settle. We are pleased to reappoint her."

Judge Bowler chairs the Court's Committee on Alternative Dispute Resolution and has herself conducted over 350 mediations in a wide range of civil cases. She is serving her second term as a member of the Committee on International Judicial Relations of the Judicial Conference of the United States. As part of her committee responsibilities she has lectured in Egypt, India, Kuwait, Serbia and the United Arab Emirates. She frequently speaks on patent law and on alternative dispute resolution and mediation as a method of reducing clogged civil dockets in developing countries. Judge Bowler serves as the president of the Boston IP Inn of Court, and in 2012 she was awarded the Distinguished Public Service Award of the Boston Patent Law Association.

Judge Bowler is a graduate Regis College and Suffolk University Law School, cum laude. She has also been awarded honorary degrees by both institutions. After law school, she clerked for two years in the Massachusetts Superior Court before being appointed an assistant district attorney in Middlesex County. Thereafter, she served for twelve years in the Office of the United States Attorney for the District of Massachusetts, where she handled both criminal and civil cases. Her tenure with the Department of Justice also included a year in Washington where she served as the director of the civil and appellate programs at the Attorney General's Advocacy Institute.

Judge Bowler lives in Brookline with husband, Marc A. Pfeffer, M.D., Ph.D., who is the Dzau Professor of Medicine at the Harvard Medical School and a senior cardiologist at the Brigham and Women's Hospital in Boston.

(contact: Robert M. Farrell, Clerk, U.S. District Court, District of Massachusetts, 617-748-9165)