Dear Honorable Judge Gorton,

I hope that this letter finds Your Honor well and I thank Your Honor for taking the time to read it.

I hope that Your Honor will find the enclosed diagram from a Boston Globe article called "The Faces of Free Justina" interesting in regards to the government's motion in limine. That being said, one must be very careful about the Globe's coverage of Justina's case because much of it was misleading and some of it was downright wrong. I recommend vetting anything the Globe printed against more reliable sources.

For the topic of the government's motion in limine, I have circled/underlined the relevant parts of the enclosed. However, the Globe failed to note that Professor Dershowitz clearly stated in an interview that the law was clearly on the side of Justina's family. It also doesn't mention on this diagram that Korson was the most senior and best qualified specialist to actually examine Justina and he had diagnosed her with mito more than a year before a comparably much more junior BCH team of non-metabolic geneticists questioned his working diagnosis.

Respectfully Signed And Mailed On March 19th, 2018,

Martin S. Gottesfeld

2018 MAR 26 PM 12:25
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE

