Dear Honorable Judge Gorton,

I hope that this letter (non-motion) finds Your Honor well and I thank Your Honor for taking the time to read it. The information below was supposed to have been docketed in the supplemental motion to suppress last Friday. I was also contained in a motion to suppress/dismiss that I filed in accordance with the prison mailbox rule, prior to the dismissal without prejudice of my petition for a writ of habeas corpus (18-cv-10376). While I was mailed to enough in advance to have arrived prior to the March 12th dismissal, curious that motion to suppress/dismiss does not appear on my docket. Still, it is my hope that revisiting this information on the public docket will lead to an expedited resolution of this matter.

First, it is no secret that the U.S. Magistrate Judge who approved the search warrant application for my home on September 29th, 2014 (see 14-MJ-2234-MBB) the Honorable Marianne B. Bowler, is married to Dr. Herbert who is a Harvard Medical School Professor as well as paid practitioner at Harvard-affiliated Brigham and Women's Hospital. Indeed, her CV and official court biography note as much as well as the fact the Honorable Marianne B. Bowles worked as a research assistant herself at Harvard Medical School prior to embarking on her legal career. Obviously alleged victim Boston Children's Hospital (BCH) is Harvard Medical School's primary pediatric teaching affiliate.

Given the above, I respectfully request that Your Honor

- Page 1 of 4 -

16cr10305-NMG

examine paragraph 8 of the affidavit in support of the search warrant application (14-MJ-2234-MBB), which states: "The incoming traffic resulted in significant disruptions to the BCH website and additional disruption to the network on which BCH and other Harvard University-affiliated hospitals communicate."

Since The Honorable Magistrate Judge Marianne B. Bowler's husband, with whom she would be eligible to file a joint income tax return, is a paid employee of one of the "other Harvard University-affiliated hospitals" mentioned by the affiant, it seems obvious even to me as a lay person that The Honorable Magistrate Judge Marianne B. Bowler should have recused herself upon first seeing the above in the search warrant application affidavit. Indeed, The Honorable Magistrate Judge Marianne B. Bowler seems to have indicated as much in her March 20th, 2017 order recusing herself from the case of Cabi et. al. v. Boston Children's Hospital (15-cv-12306). And yet The Honorable Magistrate Judge Marianne B. Bowler continued to preside over the matter at hand, and indeed issued a ruling on an emergency motion of mine on this current docket 10 days after her order of recusal in Cabi.

As Your Honor is also no doubt already aware, the 4th Amendment requires that warrants be issued by neutral and detached authorities. Prior to going AWOL, my attorney planned to raise this matter and note the case of United States v. Decker, 956 F.2d 773, 778 (8th Cir. 1992), which held the good faith exception to the exclusionary rule

- Page 2 of 4 -

not to be applicable in instances such as this where the issuing authority was not neutral and detached. Further, The Supreme Court considers such pecuniary conflicts of interest to disqualify an issuing authority from being considered to have acted in a neutral and detached fashion.

While the above alone is enough to suppress the results of the unconstitutional search as well as all the "fruits of the poisonous tree" which were later born from it, there is more.

It also turns out that The Honorable Magistrate Judge Marianne B. Bowler is an emeritus director of The Boston Foundation, a 501(c)3, which among other things, raises money on its website for the other alleged victim in this case, The Wayside Youth and Family Support Network (see: https://givingcommon.org/profile/1082424/wayside-youth-and-family-support-network) as well as for The Home For Little Wanderers (see: https://givingcommon.org/profile/1073054/the-home-for-little-wanderers). Yet despite the explicit mention of The Wayside Youth and Family Support Network in the search warrant application's affidavit, The Honorable Magistrate Judge Marianne B. Bowler still issued the warrant. Further, there are many more problems with the search warrant which I will not mention here, but which include a considerable amount of Franks material unrelated to The Honorable Marianne B. Bowler's conflicts of interest.

Finally, I would be negligent if I did not also note that Your Honor's 2012 financial disclosure lists Your Honor as

- Page 3 of 4 -

a part of The Home For Little Wanderers, where Your Honor sat on the board of advisors. As mentioned above, The Honorable Marianne B. Bowler's Boston Foundation actively raises money on its website for Your Honor's Home For Little Wanderers. Further, The Home For Little Wanderers accepted $50,000 from its apparent partner organization, Boston Children's Hospital, in September 2015, 5 months prior to my arrest.

Respectfully Signed And Mailed On March 19th, 2018,

Martin S. Gottesfeld