Attachment A

#63.1C

Feb 1, 2005



Dear Your Honor,

It was of great importance that I speak to you. Since I was denied the request to speak to you in person, I'm taking the opportunity to address my concerns about this matter.

The first thing I would like to mention is that I believe that this time that I have been separated from my family has taken an emotional toll on me. To be separated from the family I know and love, that have been my only true advocate and support was in no way beneficial to me because at a time like this is when I need my family the most. My parents have truly been there for me since the beginning and besides me, they know more about me than anyone else. They have been the only one that has been listening to how I feel about my illness and the effect of the treatments that I have been receiving. The conflict that I am having is that according to the law my parents are supposed to have the right to be making all decisions for my medical care.

Now if this is true and I have been telling my parents how I feel and they address my concerns to the doctors but the doctors ignore how the treatments are affecting my body and my life, as a result my parents are being penalized for voicing my concerns and respecting the fact that I do know how these treatments are affecting me and the everyday struggles I endure because of them. For example, since starting these treatments I'm very fatigue most of the time because of constant diarrhea. I used to have so much hair that I couldn't even put it into a ponytail and now it's so thin, that I can see my scalp. Not

#63.1C  1

to mention the infections that I get often due to my suppressed immune system that is caused by the prednisone and cellcept. Even though I have expressed to the doctors my concerns as well as I needed to be hospitalized because of the complications to these treatments they continue to keep giving them to me. It's as though they are ignoring me. They continue to force these treatments on me and they don't care what happens to me. I feel that without my parents who are my advocates, I now have no one to advocate for me properly.

In a few months I will be 16 years old and I feel that I am able to make a sound decision about the medical treatment and physician that I would like to choose. I feel that I have carefully thought about and weighed the pros and cons of the treatment for lupus. I have already tried what the doctors consider to be standard of care for the past 5 years. I have experienced the horrifying side effects of them and realized that they have not helped me in any way in fact I feel I have gotten worse and now require dialysis. In light of this, I no longer want to use them. The reason why I can say this is because I know that I have tried a lot of their recommended medications and treatments and they keep changing which means the doctors are still looking to try to see what will work. I have read about Dr Fuhrman and found he has successfully treated many lupus patients in fact he has treated a girl my age with lupus and end stage renal failure and she no longer has any evidence of lupus or renal disease. This gives me a lot of hope that he can help me to get better so I can go on living a normal life. I would also like to be back with my mom and brothers without any interference from any agency. I hope that you reading this letter gives you a better understanding of me and my situation and I'm optimistic that you will make the right decision.

Sincerely, Chelsey Cruz

#63.1C 2