Dear Honorable Judge Gorton,      Wednesday, April 11th, 2018

     I hope that this letter (non-motion) finds Your Honor well and I thank Your Honor for taking the time to read it.

     My apologies if this letter is largely duplicative but my understanding is that a previous letter (non-motion) of mine dated Sunday, April 1st 2018 hasn't made it onto the docket yet, so I am repeating the information contained therein as a precaution in case it was lost in the mail.

     In regards to the government's assertion in its motion in limine that I would not be able to proffer competent evidence that Justina was being subjected to unlawful force, I wish to point out Sevigny's Case, 337 Mass. 747, 751, 151 N.E. 2d (1958), which established binding state-level case law 60 years ago stating, "The courts are not to determine which side of a medical dispute is sound where each side is supported by reason and logic."

     So, even when viewed in the light most favorable to the BCH diagnosis, the Massachusetts family court still erred in endorsing one side over the other. Further, when viewed in a more realistic light, the BCH diagnosis was never "supported by reason and logic," and in fact quite the opposite was true.

Respectfully Mailed on Wednesday, April 11th, 2018,

Martin S. Gottesfeld, ID #71225
PCCF, Unit H1, Cell 224
26 Long Pond Road
Plymouth, MA 02360