Dear Honorable Judge Gorton,   16CR10305-NMG

    Once again I hope that this letter (non-motion) finds Your Honor well and I thank Your Honor for taking the time to read it.

    In regards to the government's claims in its motion in limine (D.E. 116) about proferring competent ~~evidence~~ evidence that Justina was being subjected to the unlawful use of force as well as its remarks about the Massachusetts Family Court order, I wish to note that Sevigny's Case, 337 Mass., 747, 751, 151 N.E. 2d 258 (1958) established clear and succinct state case law 60 years ago dictating: "The courts are not to determine which side of a medical dispute is sound where each side is supported by reason and logic."

    So, even when the BCH diagnosis is viewed in the light most favorable to itself, the Massachusetts Family Court erred in picking one side over the other. In a more realistic light, the BCH diagnosis was never supported by either logic nor reason.

Respectfully Mailed On April 1, 2018,

Martin S. Gottesfeld, ID 71225
PCCF, Unit H1, Cell 224
26 Long Pond Road
Plymouth, MA 02360