UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

MOTION TO AMEND MOTION TO DISMISS
REGARDING NON-DISPOSITIVE TYPOGRAPHICAL ERROR

The defendant moves this Honorable Court to amend his Motion to Dismiss (D-146) to correct a non-dispositive typographical error. In the first two lines of page fourteen (14) of the motion, undersigned counsel wrote: "The first instance of backdating from April 22 through May 4, 2016 is twenty-four (14) days, inclusive." The word "twenty-four" was written in error, and there was a miscalculation in the date counting. The sentence should have read "The first instance of backdating from April 22 through May 4, 2016 is thirteen (13) days, inclusive." Nothing about this typographical error affects the merits of the Motion to Dismiss since the number of non-excludable days still exceeded the statutory limit of thirty (30). Undersigned counsel files this motion to correct the record.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi
_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
DATE: April 20, 2018    david@attorneygrimaldi.com

CERTIFICATE OF SERVICE

    I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via ECF this 20th day of April 2018.

                                                /s/ David J. Grimaldi
                                                _____
                                                David J. Grimaldi