UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

SECOND MOTION TO AMEND MOTION TO DISMISS
REGARDING NON-DISPOSITIVE TYPOGRAPHICAL ERRORS

The defendant moves this Honorable Court to correct his Amended Motion to Dismiss (D-151) to make two (2) non-dispositive typographical changes.[1]

First, the defendant seeks to correct a case name cited in the motion; the numerical citation was accurate in the original filing. In the amended motion, the defendant cited to "United States v. Bloute" with the correct numerical citation. (D-151 at 12) The correct case name, however, is Bloate v. United States, 559 U.S. 196 (2010). The defendant wishes to correct the spelling of the party's name, as well as provide the correct order of the parties in the case.

Second, the defendant seeks to correct the docket number of the previously sealed civil docket cited throughout the narrative text of the amended motion. Exhibit 3 of the amended motion was a true copy of the docket and all filings and orders in civil case 16-mc-91064-ADB. However, the narrative text of the amended motion transposed the order of the "0" and "1," incorrectly providing the number "90164." The defendant seeks to make the appropriate correction to the motion.

Neither of these requested changes are substantive or impact the arguments of the parties. The defendant seeks to make these corrections for the record. For the above stated reasons, the defendant respectfully requests this Court ALLOW him to submit a corrected filing.

---

[1] The amended Motion to Dismiss previously corrected a different non-dispositive typographical error from the defendant's original Motion to Dismiss (D-146).

1

|  |  |
|---|---|
|  | Respectfully submitted,<br>MARTIN GOTTESFELD<br>By his attorney:<br><br>/s/ David J. Grimaldi<br>_____<br>David J. Grimaldi<br>David J. Grimaldi, P.C.<br>BBO No. 669343<br>675 Massachusetts Avenue, 9th Floor<br>Cambridge, MA 02139<br>617-661-1529 (tel)<br>857-362-7889 (fax) |
| DATE: May 2, 2018 | david@attorneygrimaldi.com |

CERTIFICATE OF SERVICE

    I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via ECF this 2th day of May 2018.

/s/ David J. Grimaldi
_____
David J. Grimaldi