AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

UNITED STATES  
V.  
Martin Gottesfeld

EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 16CR10305 NMG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathanial M. Gorton | D'Addio, Kosto | Grimaldi |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/3/18 | Debra Lajoie | Christine M. Lima |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 5/3 | ✓ | ✓ | tweet from @freemartyg |
| 2 |   |     | ✓ | ✓ | article which links to the sealed search warrant and affidavit |
| 3 |   |     | ✓ | ✓ | Search warrant and affidavit |
| 4 |   |     | ✓ | ✓ | Discovery letter |
|   | 5 |     | ✓ | ✓ | Search and seizure warrant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages