UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

MOTION TO FILE CORRECTED
REPLY TO GOVERNMENT'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS

The defendant Martin Gottesfeld ("Mr. Gottesfeld") hereby moves to file a corrected Reply to Government's Opposition to Defendant's Motion to Dismiss. Counsel has noticed typographical errors and an instance of imprecise word choice on a matter of importance he wishes to correct.

MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi
_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel); 857-362-7889 (fax)
DATE: May 11, 2018                                david@attorneygrimaldi.com

CERTIFICATE OF SERVICE

I, David J. Grimaldi, certify that true copies of this motion were served on all registered participants via ECF this 11th day of May 2018.

/s/ David J. Grimaldi
David J. Grimaldi