UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

AFFIDAVIT OF MARTIN GOTTESFELD
IN SUPPORT OF MOTIONS TO SUPPRESS EVIDENCE

LEAVE TO FILE GRANTED ON MAY 14, 2018

Attached at Exhibit A to this filing is an Affidavit of Martin Gottesfeld filed in support of his motions to suppress evidence and related filings. Dkt. Nos. 78, 89, 128, and 166. The Court granted leave to file this affidavit on May 14, 2018.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi

_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: May 14, 2018

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this filing were served on all registered participants in this matter via ECF this 14th day of May 2018.

/s/ David J. Grimaldi

_____
David J. Grimaldi