Affidavit

I, Martin Stephen Gottesfeld, of 28 Albion St, Apt 1, Somerville, MA, do hereby affirm that the following is true to the best of my knowledge on this 3rd day of May, 2018:

1. At all times which I can recall I operated with a reasonable expectation of privacy as to the Internet Protocol (IP) Addresses with which I was communicating as well as to the UDP and TCP port numbers on any Internet Protocol (IP) packets being sent or received on any Internet connection which I used or which was registered in my name.

Signed under penalty of perjury,

_____                    May 3rd, 2018
Martin S. Gottesfeld                          Date

The Commonwealth of Massachusetts
On this __5__ day of __MAY__ 20 18
before me, the undersigned notary public, personally appeared
__MARTIN  GOTTESFELD__
proved to me through satisfactory evidence of identification, which were __JAIL ID__
to be the person whose name is signed on the preceding or attached document who swore
or affirmed to me that the contents of the document are truthful and accurate to the best of
his/her knowledge and belief.

ROBERT J. LALIBERTE, Notary Public
My Commission Expires May 2, 2019

ROBERT J. LALIBERTE
MY COMM. EXPIRES
MAY 2, 2019
NOTARY PUBLIC
COMMONWEALTH OF
MASSACHUSETTS