

**AFFIDAVIT**

Commonwealth of Massachusetts
Suffolk County

Before me, the undersigned Notary, Jane Dixon, on this 14th day of May, 2018, personally appeared Timothy B. Gassert, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. My name is Timothy B. Gassert. Since March 2004, I have served as Corporate Secretary for the Boston Foundation, Inc. As part of my responsibilities, I maintain the records relating to the Board of Directors and its activities.

2. Boston Foundation records indicate that Marianne B. Bowler was appointed to the Boston Foundation Board of Directors by the United States District Court (one of the appointing authorities at the time when the Boston Foundation was still in trust form before 2001) in 1995 and served until 2005. Since leaving the Board in 2005, Ms. Bowler has not held a position with the Boston Foundation that would allow her to exercise any corporate authority over Boston Foundation matters, including the awarding of grants or other philanthropic activities; nor has her advice or counsel been sought or received on any such matters.

3. On October 16, 2014, the Boston Foundation amended its bylaws to create the status of "director emeritus" to recognize the service of directors who had served two, complete, five-years terms on the Board of Directors. The bylaw amendment provides in full:

    > Upon the completion of two full five-year terms of service as a Director, said Director shall be designated a "Director Emeritus/a" and shall be listed as such when appropriate in Boston Foundation publications and other materials. Directors Emeriti/ae may serve at the invitation of the Board Chair as an *ex officio* member of Board committees, but may not otherwise participate in Board or committee meetings and shall not have a vote. A former Director who has not completed two full five-year terms of service may, upon the recommendation of the Governance and Nominating Committee, be designated by a vote of the Board of Directors as a Director Emeritus/a.

4. As a result of having served two, complete, five-year terms, Ms. Bowler has been recognized as a director emerita of the Boston Foundation. Ms. Bowler has not been invited by a chair of the Board of Directors to serve as an *ex officio* member of any Board committee nor to serve in any other official capacity, and has not exercised any authority on behalf of the Boston Foundation, since leaving Board in 2005.

_____
Timothy B. Gassert

6 Nichols Road

Hingham, Massachusetts

Subscribed and sworn to before me, this 14th day of May 2018.

NOTARY PUBLIC  Jane N. Dixon

My commission expires: April 18, 2019.



JANE N. DIXON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 18, 2019