Dear Honorable Judge Gorton,

FILED IN CLERKS OFFICE
2018 MAY 25 PM 12: 39
US DISTRICT COURT
DISTRICT OF MASS.

Once again, I wish to thank Your Honor for taking the time to read my letter (non-motion).

I'm writing in regards to the government's claim that the "notion" that a "world-renowned" children's hospital tortured one of its patients was supposedly "wholly unsupported."

I cannot understand how the government could make such a claim given both the ethical requirement incumbent upon attorneys to fearlessly search out and present the truth as well as the weight of the evidence which in fact wholly supports that notion, including the recorded interviews of the specific patient who is the most relevant to this case, Justina Pelletier. Indeed, the average reasonable member of the public who watches such an interview and who reads the government's motion might very well wonder why Mr. D'Addio and Mr. Kosto aren't facing action from the Board of Bar Overseers, the Honorable Court, or the Justice Department's Office of Professional Responsibility, especially since this assertion of theirs is far from harmless, as I will now demonstrate.

Towards that end, I am attaching documentation about 2 former Boston Children's Hospital employees, its former head of ambulatory pediatrics, Melvin Levine (please see Attachments A and B) and former pediatric endocrinologist Richard Keller (please see Attachment C). Given that Mr. D'Addio and/or Mr. Kosto apparently track my journalistic work, it would be very hard to believe that they were not familiar with both Levine and

- Page 1 of 4 -

Keller at the time of the aforementioned assertion of theirs about which I am writing, and indeed their whole office should know about Keller, as Your Honor can see from Attachment C.

Both Keller and Levine were pedophile pediatricians who practiced at Boston Children's Hospital for nearly 20 years each. In fact, just as Levine was quietly being shuffled to UNC Chapel Hill Medical Center in 1985 as if he were a pedophile priest, Keller was joining the hospital's staff. Moreover, after Levine's suicide in 2011, victims from North Carolina sued Boston Children's, asserting that if the hospital had reported what it knew about Levine to authorities, then he never would have been able to get his medical license in their state and abuse them. However, a judge dismissed that lawsuit on a technicality, as Your Honor can read in the July 17th, 2012 Boston Globe article, "Judge tosses lawsuit against [Boston] Children's Hospital: Not responsible for ex-employee."

In addition to the attachments, more information about Levine can be found in the February 17th, 2011 WBUR article, "Class Action: Ex-[Boston] Children's Hospital Doc Charged With Sex Abuse Of Patients," the March 29th, 2011 WBUR article, "Another Lawsuit Accuses Dr. Melvin Levine Of Abuse," as well as the January 26th, 2012 Boston Globe article, "Judge to decide on [Boston] Children's suit: Contends hospital is responsible in alleged abuse cases."

I'm including Attachment A, "Pediatrician In Abuse Case Killed Himself," from The New York Times on February 25th, 2011, because the article best demonstrates how abusers have hidden

behind the "world-renowned" reputations of institutions, and specifically that of Boston Children's Hospital. At last count, more than 50 victims of Levine have come forward and he saw an estimated 5,000 young boys during his tenure at Boston Children's Hospital.

Although, as The New York Times notes, Levine gave up his medical license in North Carolina when "the state medical board said it was prepared to show that Dr. Levine had conducted [genital] examinations that were not medically indicated or properly documented," I am also including Levine's February 17th, 2011 suicide note as Attachment B in order to show that he never actually took any responsibility for any of the above.

And with statements like the aforementioned from federal prosecutors like Mr. D'Addio and Mr. Kosto serving to invalidate the suffering of victims, there would seem to be little reason for doctors like Levine, who practiced for over 40 years, to worry. Indeed, of all of the surprising things detailed in the attached New York Times article, perhaps the most shocking is that Levine "never faced criminal charges."

Interestingly though, the same couldn't be said for Keller when the situation didn't directly implicate Boston Children's Hospital, and he ended up pleading guilty to receiving and possessing child pornography. In fact, Mr. D'Addio and Mr. Kosto's very own office published Attachment C, which details that, "At the time of his arrest in 2012, Dr. Keller was a pediatric endocrinologist at Boston Children's Hospital and a pediatrics instructor at Harvard Medical School."

According to the September 18th, 2012 Boston Globe article about Keller called, "Ex-Phillips Academy medical director disciplined in '99 for viewing adult porn," Boston Children's Hospital spokesperson Robert Graham "would not say whether the hospital plans to contact Keller's past patients who don't have pending appointments," and apparently the children in the various pornographic images and videos which Levine possessed were never identified. I guess Boston Children's felt that some rocks were better left unexplored.

Just like Mr. D'Addio and Mr. Kosto apparently feel about not delving into the whole truth of Justina's wholly supported account of the torture which she endured at the hands of Boston Children's Hospital. I do hope though that The Honorable Court as well as Mr. D'Addio and Mr. Kosto will reflect a bit on the impact to both the victims of Keller and Levine as well as to Justina of the government's assertion that the "notion" that a "world-renowned" children's hospital tortured one of its patients is "wholly unsupported." Indeed I hope that Mr. D'Addio and Mr. Kosto ponder it deeply the next time that they look in the mirror.

Respectfully signed and mailed on Tuesday May 22nd, 2018,

Martin S. Gottesfeld