Dear Honorable Judge Gorton,

Once again, I'd like to thank Your Honor for taking the time to read my letter (non-motion).

And once again, I am writing in regards to the government's assertion that the "notion" that a "world-renowned" children's hospital tortured one of its patients is "wholly unsupported" — an assertion which seems to be more political and concerned with appearances than it does with any honest, fearless search for the truth, especially given the sheer weight of the evidence to the contrary.

To help further illuminate the issue, I am attaching a hand-edited version of my typewritten report to the United Nations on the torture of Justina Pelletier by Boston Children's Hospital with the acquiescence of the Massachusetts Department of Children and Families (please see Attachment A). It conclusively demonstrates that, to a very high degree of certainty, far exceeding, for example, the weight of the evidence of the recent poison gas attack in Syria which precipitated a U.S. military response, what was done to Justina meets the commonly-accepted international definition of torture. It draws upon 84 cited sources, including a firsthand account by Justina herself immediately following her eventual release and those of her family from throughout her ordeal as well as the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

Further, since the United States Senate ratified that

- Page 1 of 2 -

treaty in 1994, its definition of torture as well as the entirety of the Convention are binding upon The Honorable Court as per Article VI of The U.S. Constitution, which states that "all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land."

I must also note that under the Convention, not only is torture itself a violation of international humanitarian accord, but merely the failure of the government to hear Justina's complaint of torture and its failure to promptly launch an impartial investigation of that complaint were also violative.

The report, a version of which was mailed to the Justice Department in 2016 and has been available for about 2 years at the FreeMartyG.com website to which the government alludes in its motion, also establishes the long and well-known track record of such torture cases at Boston Children's Hospital, which the government meritlessly disputes in its filing. Moreover, without the required investigation(s), such belligerent and adversarial denials not only further-violate both the letter and the spirit of this U.S.-ratified binding human rights treaty, but they reveal the true intents of Mr. D'Addio and Mr. Kosto in prosecuting this case.

And those goals seem to have very little to do with pursuing truth and justice.

Respectfully signed and mailed on Wednesday May 23rd, 2018,

*Marty G*
Martin S. Gottesfeld