Dear Honorable Judge Gorton,

Once again I wish to thank Your Honor for taking the time to read my letter.

This Memorial Day weekend I thought that I'd send along a picture which should never be forgotten.

Respectfully Signed and Mailed Saturday, May 26th, 2018

Martin S. Gottesfeld

FILED IN CLERKS OFFICE
2018 MAY 29 PM 1:15
U.S. DISTRICT COURT
DISTRICT OF MASS.



"AARON SWARTZ AT A CREATIVE COMMONS EVENT" BY FRED BENSON IN 2008. HTTP://BIT.LY/2FL0WGI. CC BY 2.0

*Aaron Swartz Day occurs on November 4th -5th in honor of Aaron Swartz.*

— Page 2 of 2 —

So, why won't my voice be heard on Aaron Swartz Day, during an event that is supposed to document Aaron's life and experiences as well as to celebrate the free access to information