**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　v.　　　　　　　　　　　　) | Criminal Action No. |
| MARTIN GOTTESFELD　　　　　　　) | 16-10305-NMG |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　Defendant.　　　　　　　　) | |

## ORDER

**GORTON, J.**

Defendant Martin Gottesfeld ("defendant"), who is represented by counsel, has improperly filed a number of pro se pleadings. Most recently, he has sent three letters to the judicial officer assigned to this session, dated May 25 and 29, 2018 (Docket Nos. 189, 190 and 191). Those pro se pleadings will not be considered so long as defendant is represented by counsel. Defendant is directed to cease and desist from making any such filings in the future and failure to comply with this order will result in the imposition of sanctions. See United States v. Tracy, 989 F.2d 1279, 1285 (1st Cir. 1993) (affirming district court order requiring represented parties to present motions through counsel); United States v. Soto, 799 F.3d 68, 86 (1st Cir. 2015) (noting that pro se pleadings by represented defendants are disruptive and holding that the district court

-1-

did not abuse its discretion in opting not to consider

defendant's pro se motion).


**So ordered.**

_Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated May 31, 2018