Dear Honorable Judge Gorton,

    Once more I hope that my letter finds Your Honor well and I thank Your Honor for taking the time to read it.

    I am writing to further rebut the government's objectively unreasonable assertion that the "notion" that a "world-renowned" children's hospital tortured one of once, I am once again attaching documents.

    Attachment A is the May 11th, 2013 Boston Globe article, "Boston Children's Hospital doctor barred for 'spiritual diagnosis.'" It was published while Justina was in Boston Children's Hospital's Bader 5 psych ward and details an incident wherein not 1, but 3, members of the hospital's psychiatry department felt that one of their patients might be suffering from a spiritual diagnosis. As per usual though, while the Boston Globe tells most of the story, it did spare some key facts — especially those that seem the least conducive to the hospital maintaining the "world-renowned" reputation about which Mr. D'Addio and Mr. Kosto are so insistent.

    For example, none of the 3 psychiatrists involved, who seemed aware that they were well outside of commonly accepted practice, logged their activities regarding the "spiritual diagnosis" in hospital records (see Attachment D paragraph 37) — which to a reasonable outside observer would call into question the accuracy and completeness of the files kept by their department as a whole given that one of the three psychiatrists, Dr. Enrico Mezzacappa,

was a senior attending and another, Raymond Kam, was an attending. Also, while the Globe notes that Kam "came to believe" that the patient was "being influenced by, speaking with, and being hurt by evil spiritual entities," it neglected to mention that Kam told Mezzacappa that he believed that the patient was being "<u>physically</u> hurt by evil spirits" (emphasis added) and that Mezzacappa "agreed that there could be a spiritual component to Patient A's presentation," as reflected in state records (see Attachment D, paragraph 22).

I published a more complete accounting on April 17th, 2017 at The Huffington Post, called "Did Boston Children's Hospital Plan An Exorcism?" It is included here as Attachment B.

In so doing, I relied heavily on Attachment C, which is the statement of allegations made by the Massachusetts Board of Registration In Medicine against Kam, who temporarily lost his license to practice medicine, as well as on Attachment D, which is the consent order issued by the board placing a reprimand on Mezzacappa's license.

According to paragraph 19 of Attachment C, Mezzacappa told Kam "to seek a consultation for Patient A from his own church. The supervisor also directed and introduced [Kam] to a [Boston] Children's Hospital Christian chaplain for spiritual consultation."

According to paragraphs 29, 32, 33 and 43 of Attachment D, Mezzacappa "agreed to coordinate a spiritual consultation on Patient A's behalf and on behalf of the outpatient treatment team from a Christian chaplain at [Boston] Children's Hospital," and he "never sought permission from Patient A's parents before seeking the spiritual consultation from the Christian chaplain." Then finally, he

- Page 2 of 3 -

"put the chaplain in touch" with Kam and the third involved psychiatrist. Apparently, Kam also spoke with a fourth BCH psychiatrist, whose father was a priest (see Attachment B paragraph 44).

Though these events took place the year before Justina arrived at Boston Children's Hospital and Kam was fired, they still support the notion that the hospital and in particular its psychiatry department do some wholly unacceptable things as I stated in my Huffington Post article (Attachment B), especially since, as the Globe noted, the hospital said in May, 2013, while Justina was in its psych ward, "The disciplinary action taken by the [Board of Registration in Medicine] against Dr. Mezzacappa does not affect his ability to practice at Boston Children's Hospital and he remains a member in good standing in the Department of Psychiatry."

Now, I doubt that's what reasonable people think of when they conjure a "world-renowned" children's hospital.

Respectfully signed and mailed on ~~Friday, May 25th, 2018~~ Tuesday, May 29th, 2018 (MSG)

Martin S. Gottesfeld