UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

MOTION FOR LEAVE TO FILE POST-HEARING BRIEF

At a hearing yesterday, June 13, 2018, this Honorable Court granted undersigned counsel leave to file a supplemental brief concerning suppression. Counsel intends to file such a supplemental brief.

The defendant now moves for leave to file a brief addressing the additional topics of dismissal, the government's motion *in limine*, and bail, also heard at the June 13, 2018 hearing. In this brief, counsel will address issues raised during oral arguments at yesterday's hearing on these consequential topics. Given the importance of the issues at hand, and the overall posture of the case, Mr. Gottesfeld requests the Court ALLOW this motion for leave.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi

_____

David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
DATE: June 14, 2018    david@attorneygrimaldi.com

CERTIFICATE OF SERVICE

    I, David J. Grimaldi, hereby certify that true copies of this filing were served on all registered participants in this matter via ECF this 14th day of June, 2018.

    /s/ David J. Grimaldi
    _____
    David J. Grimaldi