UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

<u>DEFENDANT'S MOTION TO SEQUESTER WITNESSES</u>

The defendant moves this Honorable Court to order all witnesses sequestered during the course of the defendant's trial. See FRE 615.

The requested order would exclude witnesses from the courtroom during the testimony of other witnesses; further, the requested order would direct witnesses not to discuss their testimony, questions by attorneys, rulings of the Court, or other aspects of the proceedings during the trial.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi
_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: June 29, 2018

<u>CERTIFICATE OF SERVICE</u>

I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via ECF this 29th day of June 2018.

/s/ David J. Grimaldi
_____
David J. Grimaldi

1