UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> MARTIN GOTTESFELD ) | No.: 16-cr-10305-NMG |

DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE INFLAMMATORY
AND UNFAIRLY PREJUDICIAL TERMINOLOGY, INCLUDING "TERRORIST,"
"TERRORISM," AND SIMILAR LANGUAGE

The defendant moves this Honorable Court *in limine* to exclude inflammatory and unfairly prejudicial terminology during the trial, including "terrorist," "terrorism," and similar language. As grounds, such testimony:

1. Any such terminology is irrelevant. FRE 401.

2. Any such terminology is inadmissible bad character evidence. FRE 404(a)(1).

3. The probative value of such terminology, if any, is substantially outweighed by the danger of unfair prejudice, misleading the jury, undue delay, and wasting time. FRE 403.

4. Exclusion is necessary to protect the defendant's constitutional rights to due process of law and a fair trial under the Fifth Amendment to the United States Constitution.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi
_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: June 29, 2018

1

CERTIFICATE OF SERVICE

    I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via CM/ECF this 29th day of June 2018.

                              /s/ David J. Grimaldi

                              _____
                              David J. Grimaldi