UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.: 16-cr-10305-NMG |
| ) | |
| MARTIN GOTTESFELD ) | |

<u>DEFENDANT'S NOTICE REGARDING WITNESSES AND EXHIBITS</u>

The defendant Martin Gottesfeld ("Mr. Gottesfeld") hereby provides this notice concerning witnesses and exhibits for trial.

On June 19, 2018, the Court issued a Memorandum and Order (Dkt. No. 209) precluding Mr. Gottesfeld from presenting his defenses of necessity and defense of others. Mr. Gottesfeld continues to object to the Court's ruling, which denies him his rights, *inter alia*, to present a complete defense, compulsory process, trial by jury, and due process of law. If allowed to present his defenses, Mr. Gottesfeld would call several witnesses to testify at trial, including but not limited to:

1. Justina Pelletier (to be served through counsel)
2. Lou Pelletier (to be served through counsel)
3. Linda Pelletier (to be served through counsel)
4. Dr. Mark Korson, Tufts University Medical Center
5. Kathleen T. Higgins, Watertown MA

If allowed to present his defenses, Mr. Gottesfeld would introduce numerous exhibits at trial, including videos, photographs, documents, news articles, media reports, and other materials concerning the alleged kidnapping and abuse of Justina Pelletier, reviewed by Mr. Gottesfeld prior to the alleged offenses and supportive of the defenses of necessity and defense of others. Many of these items are referenced in Dkt. No. 198 and hereby incorporated by reference.

Further items are known to the government through their own discovery productions and case preparations.

Photographs and/or videos depicting Justina Pelletier's prior to her arrival at Boston Children's Hospital ("BCH") (e.g., a photograph depicting Ms. Pelletier on figure skates) would be offered, as well as photos of her deteriorating condition at Boston Children's Hospital ("BCH") and Wayside Youth and Family Support Network (e.g., photographs depicting Ms. Pelletier disabled in a wheelchair), all in support of Mr. Gotesfeld's defenses.

In light of the Court's ruling concerning his defenses, to which Mr. Gottesfeld objects, Mr. Gottesfeld list of possible witnesses at this time is limited to himself.

Further, in light of the Court's ruling concerning his defenses, to which Mr. Gottesfeld objects, Mr. Gottesfeld does not intend to offer exhibits at this time.

In the event of any changes or additions to this notice, Mr. Gottesfeld will promptly notify the Court and Counsel.

    Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi
_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: July 9, 2018

CERTIFICATE OF SERVICE

    I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via ECF this 9th day of July 2018.

    /s/ David J. Grimaldi

    _____
    David J. Grimaldi