United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.  ) <br> ) <br> MARTIN GOTTESFELD  ) <br> ) <br> Defendant.  ) | Criminal Action No. <br> 16-10305-NMG |

### ORDER

GORTON, J.

Pursuant to Mass. Sup. Jud. Ct. R. 3:07, R. Prof. Conduct 3.3(e)(2), Attorney Grimaldi's motion (Docket No. 241) and exhibits (separately filed, Docket No. 242) are referred to the emergency judge in this district to be handled expeditiously. The judicial officer presiding over this session has not reviewed the attached exhibits, filed ex parte, in accordance with Rule 3.3(e)(2).

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated July 13, 2018

-1-