UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 16-CR-10305 (NMG) |
| | ) | |
| MARTIN GOTTESFELD, | ) | |
| | ) | |
| Defendant | ) | |

# VERDICT

We, the jury, find the defendant, Martin Gottesfeld:

On Count 1 of the Indictment
(conspiracy to intentionally damage protected computers)

\_\_\_\_\_ Guilty     _____ Not Guilty

      If you find Martin Gottesfeld guilty on Count 1, answer both of these questions:

      Was loss to one or more persons of at least $5,000 in aggregated value during one year a reasonably foreseeable consequence of the offense?

      \_\_\_\_\_ Yes     \_\_\_\_\_ No

      Was the potential modification or impairment of the medical examination, diagnosis, treatment, or care of one or more individuals a reasonably foreseeable consequence of the offense?

      \_\_\_\_\_ Yes     \_\_\_\_\_ No

1

On Count 2 of the Indictment
(intentional damage to protected computers of Boston Children's Hospital)

\_\_\_\_\_ Guilty         _____ Not Guilty

      If you find Martin Gottesfeld guilty on Count 2, answer both of these questions:

      Did the offense cause loss to one or more persons of at least $5,000 in aggregated value during one year?

      \_\_\_\_\_ Yes         \_\_\_\_\_ No

      Did the offense cause the potential modification or impairment of the medical examination, diagnosis, treatment, or care of one or more individuals?

      \_\_\_\_\_ Yes         \_\_\_\_\_ No