UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

## MOTION FOR LEAVE FOR RELIEF FROM FILING TRIAL-RELATED MOTIONS PENDING THE HEARING ON COUNSEL'S MOTION FOR LEAVE TO WITHDRAW

Counsel for defendant Martin Gottesfeld ("Mr. Gottesfeld") hereby moves for leave for relief from submitting trial-related filings pending the hearing on counsel's Emergency Motion for Leave to Withdraw (Dkt. No. 241) to be held on Monday, July 16, 2018. As grounds, counsel states that the actual conflict-of-interest between counsel and Mr. Gottesfeld requires said relief. See Mass. Sup. Jud. Ct. R. 3:07, R. Prof. Conduct 1.7(a)(2).

Respectfully submitted,
Counsel for defendant:

/s/ David J. Grimaldi

_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: July 13, 2018

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants via CM/ECF this 13th day of July, 2018.

/s/ David J. Grimaldi
_____
David J. Grimaldi

1