UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

DEFENDANT'S PROPOSED VERDICT FORM

We, the jury, find the defendant, Martin Gottesfeld:

On Count 1 of the Indictment (Conspiracy to Intentionally Damage Protected Computers)

\_\_\_\_\_ Not Guilty _____ Guilty

On Count 2 of the Indictment (Intentional Damage to Protected Computers of Boston Children's Hospital)

\_\_\_\_\_ Not Guilty _____ Guilty

                                              Respectfully submitted,
                                              MARTIN GOTTESFELD
                                              By his attorney:

                                              /s/ David J. Grimaldi

                                              _____
                                              David J. Grimaldi
                                              David J. Grimaldi, P.C.
                                              BBO No. 669343
                                              675 Massachusetts Avenue, 9th Floor
                                              Cambridge, MA 02139
                                              617-661-1529 (tel)
                                              857-362-7889 (fax)
                                              david@attorneygrimaldi.com

DATE: July 16, 2018

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via ECF this 16th day of July 2018.

/s/ David J. Grimaldi

_____

David J. Grimaldi