UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

DEFENDANT'S OBJECTIONS TO WITNESSES AND EXHIBITS

Defendant Martin Gottesfeld ("Mr. Gottesfeld") objects to the government's proposed witnesses and exhibits insofar as any such witness or exhibit would introduce evidence Mr. Gottesfeld has sought (and continues to seek) to exclude, including through motions to suppress and motions *in limine*, from introduction at this trial. Mr. Gottesfeld further reserves the right to object to the testimony of witnesses and exhibits on an ongoing basis through the proceedings.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi
_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: July 16, 2018

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via ECF this 16th day of July 2018.

/s/ David J. Grimaldi
_____
David J. Grimaldi