**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MARTIN GOTTESFELD,** <br><br> **Defendant** | Crim. No. 16-CR-10305-NMG |

## GOVERNMENT'S FIRST AMENDED EXHIBIT LIST

The United States of America, by its attorneys, United States Attorney Andrew E. Lelling, and Assistant U.S. Attorneys David J. D'Addio and Seth B. Kosto, hereby submits the accompanying First Amended Exhibit List. The United States reserves the right to amend its Exhibit List as necessitated by further review of the evidence, stipulations, defense submissions, and/or events at trial.

*Respectfully submitted*,

ANDREW E. LELLING
United States Attorney

By:  */s/ David J. D'Addio*
DAVID J. D'ADDIO
SETH B. KOSTO
Assistant U.S. Attorneys

Date:  July 16, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      */s/ David J. D'Addio*
      DAVID J. D'ADDIO
      SETH B. KOSTO
      Assistant U.S. Attorneys