*UNITED STATES v. MARTIN GOTTESFELD*
*16-cr-10305-NMG*

**Government Exhibit List**

| Exhibit Offered By: | Exhibit Number: | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit: |
|---|---|---|---|---|
| **Boston Children's Hospital** | | | | |
| Government | 001 | | | 2014-04-20 IT Systems Grid |
| Government | 002 | | | 2014-04-22 Memo re: Updates and Answers About Ongoing Cyber Threat |
| Government | 003 | | | 2014-04-22 Q&A Attached to Memo |
| Government | 004 | | | 2014-04-23 Chart of Affected and Unaffected Systems |
| Government | 005 | | | Internet Traffic Data (BCH) |
| Government | 005A | | | Chart of Internet Traffic Data |
| Government | 006 | | | Invoice Guidepoint Security 1 |
| Government | 007 | | | Invoice Guidepoint Security 2 |
| Government | 008 | | | Invoice Guidepoint Security_RSA |
| Government | 009 | | | Invoice Mandiant |
| Government | 010 | | | Invoice Masco_Radware |
| Government | 011 | | | Invoice Solutionary |
| Government | 012 | | | Screenshots from Patient Portal |
| Government | 013 | | | Portal Usage Chart |
| Government | 014 | | | AtriusUser Portal Log April 2014 (Redacted) |
| Government | 015 | | | AtriusUser Portal Log May 2014 (Redacted) |
| Government | 016 | | | BCHUser Portal Log April 2014 (Redacted) |
| Government | 017 | | | BCHUser Portal Log May 2014 (Redacted) |
| Government | 018 | | | ExternalProviderUser Portal Log April 2014 (Redacted) |
| Government | 019 | | | ExternalProviderUser Portal Log May2014 (Redacted) |
| Government | 020 | | | SponsoredUser Portal Log April 2014 (Redacted) |
| Government | 021 | | | SponsoredUser Portal Log May 2014 (Redacted) |
| Government | 022 | | | Lexicomp Monograph Infliximab |
| Government | 023 | | | Lexicomp Monograph Magnesium sulfate |
| Government | 024 | | | Lexicomp Monograph Multiple vitamin |
| Government | 025A | | | BCH Monograph Infliximab |
| Government | 025B | | | BCH Weblinks Infliximab |
| Government | 026A | | | BCH Monograph Magnesium sulfate |
| Government | 026B | | | BCH Weblinks Magnesium sulfate |

| Exhibit Offered By: | Exhibit Number: | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit: |
|---|---|---|---|---|
| Government | 027A | | | BCH Monograph Multiple vitamin |
| Government | 027B | | | BCH Chart Multiple vitamin |
| *Government* | *028-29* | | | *Reserved* |
| | | | | |
| | | | **Defendant's Arrest** | |
| Government | 030A-C | | | Images of boat |
| Government | 031A-O | | | Images of contents of boat |
| *Government* | *032-033* | | | *Reserved* |
| | | | | |
| | | | **Defendant's Meeting with Government** | |
| Government | 034 | | | 2015-12-17 Letter |
| | | | | |
| | | | **Defendant's Statements** | |
| Government | 035 | | | Why I Knocked Boston Children's Hospital Off the Internet |
| Government | 036 | | | Gottesfeld Fox Interview |
| *Government* | *037-39* | | | *Reserved* |
| | | | | |
| | | | **Forensic Evidence** | |
| Government | 040 | | | 1B10 Alienware Laptop |
| Government | 040A | | | 1B14 Derivative of 1B10 (Hard Drive 1) |
| Government | 040B | | | 1B15 Derivative of 1B10 (Hard Drive 2) |
| Government | 041 | | | 1B6 Gateway Desktop |
| Government | 041A | | | 1B16 Derivative of 1B6 (Disk 1) |
| Government | 041B | | | 1B17 Derivative of 1B6 (Disks 2, 3, and 4) |
| Government | 042 | | | Summary Exhibit Direct Messages |
| Government | 043 | | | Twitter Direct Messages html file |
| Government | 044 | | | Bulletin Board Shutdown Logan River |
| Government | 044A | | | Bulletin Board Excerpt |
| Government | 045 | | | Bulletin Board Underlying Data |
| Government | 046 | | | Gottesfeld Laptop Firefox Web History |

| Exhibit Offered By: | Exhibit Number: | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit: |
|---|---|---|---|---|
| Government | 047 | | | Gottesfeld Laptop Firefox Downloads |
| Government | 048 | | | Gottesfeld Laptop Firefox Form History |
| Government | 049 | | | Gottesfeld Laptop Firefox Input History |
| Government | 050 | | | Gottesfeld Laptop Parsed Search Queries |
| Government | 051 | | | Gottesfeld Laptop Firefox Bookmarks |
| Government | 052 | | | .Bash History |
| Government | 053 | | | ADL Report |
| Government | 054 | | | Downloaded Video |
| | | | | |
| | | | | **News Articles** |
| Government | 055 | | | Boston Globe Judge Awards Custody to DCF |
| Government | 056 | | | CBS Boston Judge Awards Permanent Custody to State |
| *Government* | *057-059* | | | *Reserved* |
| | | | | |
| | | | | **Pastebin** |
| Government | 060 | | | 2014-03-20 #OpJustina post |
| Government | 061 | | | 2014-03-24 Fellow Earthicans post |
| *Government* | *062* | | | *Reserved* |
| | | | | |
| | | | | **Radware** |
| Government | 063 | | | Radware Report |
| | | | | |
| | | | | **RCN** |
| Government | 064 | | | Subscriber Information |
| | | | | |
| | | | | **Recorded Calls: Wyatt** |
| Government | 065 | | | Wyatt Calls: Disk |
| Government | 066 | | | Excerpt from call beginning 16-09-16 8:13 p.m. |
| Government | 067 | | | Excerpt from call beginning 16-09-16 8:53 p.m. |
| Government | 068 | | | Call beginning 16-09-17 5:40 p.m. |

| Exhibit Offered By: | Exhibit Number: | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit: |
|---|---|---|---|---|
| Government | 069 | | | Excerpt from call beginning 16-09-18 12:07 p.m. |
| Government | 070 | | | Excerpt from call beginning 16-09-19 7:57 a.m. |
| Government | 071 | | | Excerpt from call beginning 16-09-19 9:05 a.m. |
| Government | 072 | | | Excerpt from call beginning 16-09-19 5:12 p.m. |
| Government | 073 | | | Excerpt from call beginning 16-09-30 10:31 a.m. |
| Government | 074 | | | Excerpt from call beginning 16-09-30 4:05 p.m. |
| *Government* | *075-079* | | | *Reserved* |
| | | | | |
| | | | | **Recorded Calls: Plymouth** |
| Government | 080 | | | Plymouth Calls: Disk 1 |
| Government | 081 | | | Plymouth Calls: Disk 2 |
| Government | 082 | | | Plymouth Calls: Disk 3 |
| Government | 083 | | | Excerpt from call beginning 17-03-28 1:02 p.m. |
| *Government* | *084-089* | | | *Reserved* |
| | | | | |
| | | | | **Search Warrant** |
| Government | 090A-AA | | | Photos from Search of Gottesfeld Apt |
| *Government* | *091-093* | | | *Reserved* |
| | | | | |
| | | | | **State Court Documents** |
| Government | 094 | | | 14-03-25 Pelletier Custody Opinion |
| | | | | |
| | | | | **Tweets (Screenshots)** |
| Government | 095A-F | | | StopLoganRiver screenshots |
| Government | 096 | | | AnonMercurial2 screenshots |
| Government | 096A-H | | | AnonMercurial2 screenshot |
| Government | 097 | | | AnonMercurial screenshots |
| Government | 097A-M | | | AnonMercurial screenshots |
| Government | 098A-D | | | AnonMercurial screenshots |
| Government | 099A-D | | | DigitaGhost screenshots |

| Exhibit Offered By: | Exhibit Number: | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit: |
|---|---|---|---|---|
| Government | 099E | | | DigitaGhost backtweets |
| Government | 100 | | | MartyGottesfeld screenshots |
| Government | 101 | | | Panel of Tweets |
| *Government* | *102-104* | | | *Reserved* |
| | | | | |
| | | | | **Twitter** |
| Government | 105 | | | Twitter Evidence Key |
| Government | 106 | | | AnonMercurial2-account.txt.pdf |
| Government | 107 | | | AnonMercurial2-devices.txt.pdf |
| Government | 108 | | | AnonMercurial2-ipaudit.txt.pdf |
| Government | 109 | | | AnonMercurial-account.txt.pdf |
| Government | 110 | | | AnonMercurial-devices.txt.pdf |
| Government | 111 | | | AnonMercurial-ipaudit.txt.pdf |
| *Government* | *112-113* | | | *Reserved* |
| | | | | |
| | | | | **Wayside** |
| Government | 114A-B | | | Wayside Facility Images |
| Government | 115 | | | Wayside Invoices |
| Government | 116 | | | Wayside IP Logs |
| Government | 117 | | | pad.riseup.net Post |
| Government | 118 | | | pad.riseup.net Screenshots |
| *Government* | *119* | | | *Reserved* |
| | | | | |
| | | | | **YouTube** |
| Government | 120 | | | #OpJustina YouTube Announcement Screenshot |
| Government | 121 | | | #OpJustina YouTube Announcement |
| Government | 122 | | | #OpJustina Posting IP Address |
| Government | 123 | | | Shutdown Logan River Account Records 1 |
| Government | 124 | | | Shutdown Logan River Account Records 2 |
| Government | 125 | | | Shutdown Logan River Account Records 3 |

| Exhibit Offered By: | Exhibit Number: | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit: |
|---|---|---|---|---|
| *Reserved* | *125-129* | | | *Reserved* |
| | | | | |
| **For Identification Only** | | | | |
| Government | 130 | | | RCN Certificate of Authenticity |
| Government | 131 | | | Twitter Certificate of Authenticity-AnonMercurial |
| Government | 132 | | | Twitter Certificate of Authenticity-AnonMercurial2 |
| Government | 133 | | | YouTube Letter & Certificate of Authenticity |
| | | | | |
| | | | | |