# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Martin Gottesfeld

District Court Number: 16cr10305-NMG

Fee:   Paid? Yes ____ No ____   Government filer ____   *In Forma Pauperis* Yes  X   No ____

| | | | |
|---|---|---|---|
| Motions Pending<br>*If yes, document #* | Yes  X   No ____<br>(see attached addendum) | Sealed documents<br>*If yes, document #* | Yes  X   No ____<br>(see attached addendum) |
| *Ex parte* documents<br>*If yes, document #* | Yes  X   No ____<br>(see attached addendum) | Transcripts<br>*If yes, document #* | Yes  X   No ____<br>(see attached addendum) |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from:

#243 Order (Judge Gorton), #248 Order (Judge Stearns), #262 Electronic Order (Judge Gorton)

Other information:

***Interlocutory Notice of Appeal***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#243, #248, #262, and #263

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  263   filed on July 17, 2018   .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  July 17, 2018  .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**MOTIONS PENDING:**

216,217,218,219,220,224,225,226,227,228,229,230,254

**EX PARTE DOCUMENTS:**

107, 110,114,152,159,181,183,187,207,212,242,252

**SEALED DOCUMENTS:**

155,156,160,166,207,223,242,252,258,260

**TRANSCRIPTS:**

19,153