**PASTEBIN** | #1 paste tool since 2002

create new paste   tools   api   archive   faq

**PASTEBIN**   Like 136k

create new paste   trending pastes   sign up   login   my alerts   my settings   my profile

Pastebin is 300% more awesome when you are logged in. **Sign Up**, it's FREE!

**#OpJustina**

BY: A GUEST ON MAR 20TH, 2014 | SYNTAX: NONE | SIZE: 3.64 KB | VIEWS: 5,253 | EXPIRES: NEVER

DOWNLOAD | RAW | EMBED | REPORT ABUSE | PRINT

391
551

Public Pastes

Untitled
32 sec ago
Untitled
39 sec ago
Untitled
40 sec ago
Untitled
59 sec ago
Untitled
1 min ago
Untitled
1 min ago
Untitled
1 min ago
s
1 min ago

```
 1.    _  _   ____         __              _  _
 2.  _| || |_|  _ \  _    |_ |            | |(_)
 3. |_  __  _| |_) || |_   _| |_  _   __   _| | _  _ __    __ _
 4.  _| || |_|  _ < | | | |_   _|| | / _| | | || || '_ \  / _` |
 5. |_  __  _| |_) || |_|   | |  | |(_| | | || || | | || (_| |
 6.   |_||_|  |____/  \__,_|   \__|_|\___/ |_|_||_||_| |_| \__,_|
 7.                     | |
 8.                     |_|
 9.
10. #OpJustina
11.
12. Greetings world we are Anonymous and it has come to our recent attention that a fifteen year old girl by the name of Justina Pelletier has
    been held against her will by the State of Massachusetts for over one year. Justina has a condition known as Mitochondrial Disease however
    the Boston Children's Hospital believes that it all is merely in her head and as a result has been detained her in addition to being tortured
    physically and mentally by this corrupted system for nothing more than being sick. She is only allowed to speak to her mother and father for
    twenty minutes a day and be visited for one hour a week. Anonymous and the American people will not tolerate this abuse of our children and
    will retaliate using whatever means necessary in order to protect our fellow citizens from this abusive and manipulative behavior. We will
    punish all those held accountable and will not relent until Justina is free.
13.
14. Judge Joseph F. Johnston you seem to believe that you can just abduct children away from their parent's with impunity because your a judge?
    Wrong. Anonymous is here to remind you who is in charge of this country and as a result we feel that you should be exposed from behind your
    veil of secrecy and deceit. To the American people Anonymous implores you to use this information to your maximum potential in order to save
    Justina. Call his home and demand answers, mail letters to his home telling him that you will not stand for this attack upon the innocent,
    stand up for a child in her darkest hour.
15.
16. Commencing d0x.....
17.
18. Name: Judge Joseph F. Johnston
19. Home Address: ████████████████
20. ████████████████████
21. Home Phone: ████████████
22.
23. Alice W. Newton was the so called doctor who felt it was necessary to have Justina incarcerated inside the psychiatric ward of Boston
    Children's Hospital. Were is your compassion doctor? Why is it that you feel that you need to take over 400 children a year away from their
    family? Did you not make an oath to help and protect the sick? For your crimes against children we see it in the best interest to punish you
    for your lack of empathy and obvious lack of respect. Our fellow Americans we also call upon you to use this information to your fullest to
    make her see that you as a people will not take this clear abuse of power.
24.
25. Commencing d0x.....
26.
27. Name: Alice W. Newton MD
28. Home Address: ████████████████
29. ███████████████
30. Home Phone: ████████████
31. Work Phone: ████████████
32. Work Fax: ████████████
33.
34. To the Boston Children's Hospital why do you employ people that clearly do not put patient's first? We demand that you terminate Alice W.
    Newton from her employment or you to shall feel the full unbridled wrath of Anonymous. Test us and you shall fail.
35.
36. Name: Boston Children's Hospital
37. Address: 300 Longwood Ave.
38. Boston, MA 02115
39. Phone: (617) 355-6000
40.
41. Website: www.childrenshospital.org
42. IP Address: 134.174.13.5
43. Server Type:Microsoft-IIS/7.5
44.
45. This will be your first and final warning. Failure to comply will result in retaliation which you will not be able to withstand. Free Justina
```

GOVERNMENT
EXHIBIT
060
16-CR-10305 (NMG)

PENGAD 800-631-6989

Gottesfeld01355

```
46.     and return her home to her family. The voice of the people will be heard.
47. We are Anonymous
48. We are Legion.
49. We do not forgive.
50. We do not forget.
51. Expect us.
```

**RAW Paste Data**                                              create a new version of this paste

```
     _   _   ____           __           _   _
  _ | | | | |  _ \   _     |  _ |      | | (_)
 |   _   _| | | | |_ _ _   |  | |_  _ _| |_ _ _ __    __ _
  _| | | | | | | | | '_ \   | | | / _| _| | '_ \ / _` |
 |   _   _\ \/ / | |_) /\__/ / |_|  \_ \ |_| | | | |  (_| |
  |_||_|  \___/| .__/\___/ \__,_|__/\_|_|_|_| |_|\__,_|
               | |
               |_|

#OpJustina

Greetings world we are Anonymous and it has come to our recent attention that a fifteen year old girl by the name of Justina Pelletier has been
```



Pastebin.com Tools & Applications

iPhone/iPad    Windows    Firefox    Chrome    WebOS    Android    Mac    Opera    Click.to    UNIX    WinPhone

create new paste | api | trends | users | faq | tools | privacy | cookies policy | contact | stats | advertise on pastebin | go pro

Follow us: pastebin on facebook | pastebin on twitter | pastebin in the news

Dedicated Server Hosting by Steadfast

Pastebin v3.11 rendered in: 0.004 seconds

2 of 2                                                                                                                  5/1/2014 4:48 PM

Gottesfeld01356