

**GOVERNMENT EXHIBIT**

**120**

16-CR-10305 (NMG)