Case 1:16-cr-10305-NMG   Document 266-3   Filed 07/18/18   Page 1 of 1



GOVERNMENT
EXHIBIT
097E
16-CR-10305 (NMG)