# United States Court of Appeals
## For the First Circuit

————————————

No. 18-1668

IN RE: MARTIN GOTTESFELD,

Petitioner.

————————————

Before

Howard, <u>Chief Judge</u>,
Torruella and Kayatta, <u>Circuit Judges</u>.

————————————

**JUDGMENT**

Entered: July 18, 2018

Pro se petitioner Martin Gottesfeld has filed a petition for writ of mandamus, asking this court to intervene in a criminal proceeding currently pending before the district court (1:16-cr-10305-NMG-1). Having carefully reviewed petitioner's filings and relevant portions of the record, we conclude that the extraordinary remedy of mandamus is not in order. <u>See</u> <u>Cheney</u> v. <u>U.S. Dist. Court for D.C.</u>, 542 U.S. 367, 380-81 (2004) (setting out general mandamus principles). The petition for writ of mandamus is <u>denied</u>. <u>See</u> Local Rule 27.0(c).

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Hon. Nathaniel M. Gorton
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Martin Gottesfeld
David J. Grimaldi
Cynthia A. Young
Seth B. Kosto
David J. D'Addio
Amy Harman Burkart