# United States Court of Appeals
## For the First Circuit

No. 18-1669

UNITED STATES,

Appellee,

v.

MARTIN GOTTESFELD,

Defendant - Appellant.

Before

Howard, <u>Chief Judge</u>,
Torruella and Kayatta, <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: July 19, 2018

The request for a stay pending appeal is denied.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Hon. Nathaniel M. Gorton
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Martin Gottesfeld
David J. Grimaldi
Cynthia A. Young
Seth B. Kosto
David J. D'Addio
Amy Harman Burkart