**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARTIN GOTTESFELD**<br><br>**Defendant** | Crim. No. 16-CR-10305-NMG |

## GOVERNMENT'S WITNESS LIST

The United States of America, by its attorneys, United States Attorney Andrew E. Lelling, and Assistant U.S. Attorneys David J. D'Addio and Seth B. Kosto, hereby gives notice that it may call the following persons as witnesses during its case-in-chief. The government reserves the right to supplement or modify this list with reasonable notice to the defendant. The government also reserves the right to supplement or modify this list in light of the evidence admitted at trial.

FBI Special Agent Trevor Colandrea
Boston, MA

FBI Special Agent Scott Durivage
Boston, MA

FBI Special Agent Christopher Hughes
Boston, MA

FBI Special Agent Raysyn Roach-Vaden
Washington, DC

FBI Special Agent Jeffrey Williams
New York, NY

Police Detective Larry Hendry (retired)
Framingham, MA

Gretchen Slonina, Plymouth County Correctional Facility
Plymouth, MA

Elaine Falcon, Wyatt Detention Facility
Central Falls, RI

Matthew Horman, Boston Children's Hospital
Boston, MA

Dr. Daniel Nigrin, Boston Children's Hospital
Boston, MA

Dr. Al Patterson, Boston Children's Hospital
Boston, MA

Paul Scheib, Boston Children's Hospital
Boston, MA

Michael Ford, Boston Children's Hospital
Boston, MA

Danielle Parkman, Boston Children's Hospital
Boston, MA

Dr. Debra Boyer, Boston Children's Hospital
Boston, MA

Dr. Alana Arnold, Boston Children's Hospital
Boston, MA

Richard Lynch, Boston Children's Hospital
Boston, MA

Sara McCabe, Wayside Youth and Family Support Network
Framingham, MA

Patrick Keaton, Wayside Youth and Family Support Network
Framingham, MA

Nathan Olsen, BestNotes
Twin Falls, ID

Jeff Smith, Logan River Academy
Logan, UT

Phillip Halsall, Disney
Celebration, FL

John Santos
Lowell, MA

Keeper of Records, Twitter
San Francisco, CA

Keeper of Records, Google, Inc.
Mountain View, CA

Keeper of Records, RCN Telecommunications LLC
Arlington, MA

Steven Harper, Radware (formerly)
Burlington, MA

*Respectfully submitted*,

ANDREW E. LELLING
United States Attorney

By:   */s/ David J. D'Addio*
      DAVID J. D'ADDIO
      SETH B. KOSTO
      Assistant U.S. Attorneys

Date:   July 21, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        */s/ David J. D'Addio*
                                        DAVID J. D'ADDIO
                                        SETH B. KOSTO
                                        Assistant U.S. Attorneys