UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN OPEN COURT 7/26/18 CL*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 16-cr-10305-NMG |
| ) | |
| MARTIN GOTTESFELD ) | |

### DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL AT THE CLOSE OF THE GOVERNMENT'S EVIDENCE

The defendant moves this Honorable Court pursuant to F.R.C.P. 29(a) to enter a judgment of acquittal on all counts of the indictment. As grounds, the evidence is insufficient to sustain a conviction. Fifth and Sixth Amendments to the United States Constitution.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: July 26, 2018

### CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this motion were served on AUSA David D'Addio and Seth Kosto this 26th day of July, 2018.

_____
David J. Grimaldi

1