UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                              ) | No. 16-cr-10305-NMG |
| ) | |
| MARTIN GOTTESFELD      ) | |

DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL
AT THE CLOSE OF ALL THE EVIDENCE

The defendant moves this Honorable Court pursuant to F.R.C.P. 29(a) to enter a judgment of acquittal on all counts at the close of all the evidence. As grounds, the evidence is insufficient to sustain a conviction. Fifth and Sixth Amendments to the United States Constitution.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi

_____

David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: July 30, 2018

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants via ECF this 30th day of July, 2018.

/s/ David J. Grimaldi

_____
David J. Grimaldi

1