United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARTIN GOTTESFELD<br><br>Defendant. | Criminal Action No.<br>16-10305-NMG |

## ORDER

**GORTON, J.**

On August 1, 2018, after the jury returned its verdict, the government moved for an order preventing party contact with jurors (Docket No. 295). The Court understands that defendant plans to oppose the motion by midday tomorrow, August 2, 2018. Until the Court has considered the government's motion and defendant's opposition thereto, no counsel, litigant herein, or their agents, shall have any post-verdict contact or discussion of any kind with any member of the jury in the above-entitled matter except under the supervision of this Court. <u>United States v. Kepreos</u>, 759 F.2d 961, 967 (1st Cir. 1985).

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated August /, 2018