United States District Court
Western District
Exhibits Log: 16CR10305
USA v Gottesfeld, 7/19/2018

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Exh-005 | Internet Traffic Data BCH |
| Exh-005-A | Internet Traffic Data Chart |
| Exh-006 | Invoice GuidePoint Security 1 |
| Exh-007 | Invoice GuidePoint Security 2 |
| Exh-008 | Invoice GuidePoint RSA |
| Exh-009 | Invoice Mandiant |
| Exh-010 | Invoice Masco Radware |
| Exh-011 | Invoice Solutionary |
| Exh-012 | Screenshots from Patient Portal |
| Exh-013 | Portal Usage Chart |
| Exh-022 | Lexicomp Monograph Infliximab |
| Exh-025-A | BCH Monograph Infliximab |
| Exh-025-B | BCH Weblinks Infliximab |
| Exh-027-A | BCH Monograph Multivitamin |
| Exh-027-B | BCH Chart Multivitamin |
| Exh-035 | Why I Knocked Boston Childrens Hospital Off The Internet |
| Exh-042 | Twitter Direct Messages Summary |
| Exh-043 | Twitter Direct Messages html file |
| Exh-044-A | Bulletin Board Excerpt |
| Exh-047 | Firefox Downloads |
| Exh-048 | Firefox FormHistory |
| Exh-052 | Bash History |
| Exh-053 | ADL Report |
| Exh-055 | Boston Globe Judge Awards Custody to DCF |
| Exh-056 | CBS Boston Judge Awards Permanent Custody |
| Exh-060 | Pastebin OpJustina Post |
| Exh-064 | RCN Subscriber Information |
| Exh-090-A | DSC0002 |
| Exh-090-B | DSC0004 |
| Exh-090-D | DSC0006 |
| Exh-090-E | DSC0010 |
| Exh-090-F | DSC0011 |
| Exh-090-G | DSC0012 |
| Exh-090-I | DSC0014 |
| Exh-090-M | DSC0048 |
| Exh-090-N | DSC0049 |
| Exh-090-X | DSC0080 |
| Exh-094 | Disposition Order 03252014 |
| Exh-095-A | StopLoganRiver Tweet |

| Exh-095-B | StopLoganRiver Tweet |
| Exh-095-C | StopLoganRiver Tweet |
| Exh-095-D | StopLoganRiver Tweet |
| Exh-095-E | StopLoganRiver Tweet |
| Exh-095-F | StopLoganRiver Tweet |
| Exh-096 | AnonMercurial2 Tweets |
| Exh-096-A | AnonMercurial2 Tweet |
| Exh-096-B | AnonMercurial2 Tweet |
| Exh-096-C | AnonMercurial2 Tweet |
| Exh-096-D | AnonMercurial2 Tweet |
| Exh-096-E | AnonMercurial2 Tweet |
| Exh-096-F | AnonMercurial2 Tweet |
| Exh-096-G | AnonMercurial2 Tweet |
| Exh-096-H | AnonMercurial2 Tweet |
| Exh-097 | AnonMercurial Tweets |
| Exh-097-A | AnonMercurial Tweets |
| Exh-097-B | AnonMercurial Tweets |
| Exh-097-C | AnonMercurial Tweets |
| Exh-097-D | AnonMercurial Tweets |
| Exh-097-E | AnonMercurial Tweets |
| Exh-097-F | AnonMercurial Tweets |
| Exh-097-G | AnonMercurial Tweets |
| Exh-097-H | AnonMercurial Tweets |
| Exh-097-I | AnonMercurial Tweets |
| Exh-097-J | AnonMercurial Tweets |
| Exh-097-K | AnonMercurial Tweets |
| Exh-097-L | AnonMercurial Tweets |
| Exh-097-M | AnonMercurial Tweets |
| Exh-098-A | Anonmercurial Tweets 20140406 |
| Exh-098-B | Anonmercurial Tweets 20140406 |
| Exh-098-C | Anonmercurial Tweets 20140503 |
| Exh-098-D | Anonmercurial Tweet |
| Exh-099-A | DigitaGhost Tweet |
| Exh-099-B | DigitaGhost Tweet |
| Exh-099-C | DigitaGhost Tweet |
| Exh-099-D | DigitaGhost Tweet |
| Exh-100 | MartyGottesfeld Tweet |
| Exh-106 | AnonMercurial2 account txt |
| Exh-109 | AnonMercurial account txt |
| Exh-111 | AnonMercurial ipaudit txt |
| Exh-114-A | Wayside Campus |
| Exh-114-B | Wayside Campus |
| Exh-115 | Wayside Invoices |
| Exh-117 | pad DOT riseup DOT net Post |
| Exh-118 | pad DOT riseup DOT net Screenshot |

| | |
|---|---|
| Exh-120 | OpJustina YouTube Announcement Screenshot |
| Exh-121 | OpJustina YouTube Announcement |
| Exh-122 | OpJustina Posting IP Address |
| Exh-123 | YouTube Records 1 |
| Exh-124 | YouTube Records 2 |
| Exh-125 | YouTube Records 3 |