CIVIL/CRIMINAL CASE NO: 16CR10305-NMG

TITLE: USA vs. Martin Gottesfeld

## JURY PANEL

01. Carolyn Schneyer
02. Jeanne Brady
03. Jeffrey Marshall
04. Jason Mar
05. Richelene Pierre
06. Eileen Campbell
07. Maria Pratts
08. Daniel Blazej
09. Mario Mauro
10. Alex Schechter
11. Stephen Collins
12. Kriss Kline

ALT. #1 _____
ALT. #2  13. Maggie Zhong
ALT. #3 _____
ALT. #4  14. Jeffe Brown — Excused 7/23

## WITNESSES

### PLAINTIFF/GOVT.

01. Patrick Keaton         7/23/18
02. Lawrence Hendry        7/23/18
03. Sara McCabe            7/23/18
04. John Santos            7/24/18
05. Chris Hughes           7/24/18
06. Raysyn Roach-Vaden     7/24/18
07. Jeffrey Williams       7/24/18
08. Scott Durivage         7/24/18, 7/25
09. Daniel Nigrin          7/25/18
10. Paul Scheib            7/25/18
11. Matthew Horman         7/25/18
12. Albert Patterson       7/25/18
13. Steven Harper          7/25/18
14. Debra Boyer            7/26/18

### DEFENDANT

01. _____
02. _____
03. _____
04. _____
05. _____
06. _____
07. _____
08. _____
09. _____
10. _____
11. _____
12. _____
13. _____
14. _____

(Jury&Witness List.wpd - 12/98)

1

~~CIVIL~~/CRIMINAL CASE NO: 16CR10305-NMG

TITLE: USA                                VS. Martin Gottesfeld

## JURY PANEL

01. _____    07. _____
02. _____    08. _____
03. _____    09. _____
04. _____    10. _____
05. _____    11. _____
06. _____    12. _____
ALT. #1 _____   ALT. #2 _____
ALT. #3 _____   ALT. #4 _____

## WITNESSES

PLAINTIFF/GOVT.                           DEFENDANT

01. Danielle Parkman    7/26/18    01. Martin Gottesfeld    7/26/18
02. Michael Ford        7/26/18    02.                      7/27/18
03. _____    03. _____
04. _____    04. _____
05. _____    05. _____
06. _____    06. _____
07. _____    07. _____
08. _____    08. _____
09. _____    09. _____
10. _____    10. _____
11. _____    11. _____
12. _____    12. _____
13. _____    13. _____
14. _____    14. _____

(Jury&Witness List.wpd - 12/98)

2