United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. |
| MARTIN GOTTESFELD, | ) | 16-10305-NMG |
| | ) | |
| Defendant. | ) | |

## Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1. On the charge of <u>conspiracy to intentionally damage a protected computer</u> in violation of 18 United States Code, § 371, the defendant **Martin Gottesfeld**

    Not Guilty _____        Guilty ✓_____

**IF YOU FIND DEFENDANT "NOT GUILTY" ON QUESTION 1, PROCEED TO QUESTION 2. IF YOU FIND DEFENDANT "GUILTY" ON QUESTION 1, COMPLETE SUBPARAGRAPHS (A) AND (B).**

   **A)** Did the offense cause loss to one or more persons during any 1-year period aggregating at least $5,000 in value?

   Yes ✓_____        No _____

   **B)** Did the offense cause the potential modification or impairment of the medical examination, diagnosis, treatment, or care of 1 or more individuals?

   Yes _____        No _____

2. On the charge of <u>intentional damage to protected computers</u> in violation of 18 United States Code, § 1030(a)(5)(A), the defendant **Martin Gottesfeld**

Not Guilty _____   Guilty  ✓

**IF YOU FIND DEFENDANT "NOT GUILTY" ON QUESTION 2, YOUR DELIBERATIONS ARE COMPLETE. IF YOU FIND DEFENDANT "GUILTY" ON QUESTION 2, COMPLETE SUBPARAGRAPHS (A) AND (B).**

    **A)** Did the offense cause loss to one or more persons during any 1-year period aggregating at least $5,000 in value?

    Yes ✓   No _____

    **B)** Did the offense cause the potential modification or impairment of the medical examination, diagnosis, treatment, or care of 1 or more individuals?

    Yes _____   No _____

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 8/1/18    Jury Foreperson: [signature]