Question:

What happens if we remain at an impasse and neither side anticipates being moved?

*[signature]*

3:40 pm 7/31/18

Questions:

knowing
                  v
Regarding Count #1: Is the identity of
~~the~~ the co-conspirator relevant
proving conspiracy?

the level of
Regarding Count #2: Is intent relevant
to the proof of guilt? That is,
if the damage caused is greater
than what the person who caused
it intended.

~~Regarding~~
Is it relevant whether or not
there were other individuals who may
have also acted ~~~~ to contribute toward ~~~~ the DDOSes?

5:00 pm   7/31/18

May we see the transcript of the defendant's testimony related to Exhibits 35 and 42?

*[signature]*

[signature] 8/1/18 10:30 am

Is it necessary to come to an agreement on both subparagraphs of each charge, or is it sufficient to come to an agreement on <u>one</u> subparagraph of each charge?

8/1/18  1:30 pm

The jury requests that the court consider a verdict including only one of the subparagraphs ~~(a)~~ of each charge.

[signature]

Request granted.

NMGorton, USDJ

8/1/18  2:05 pm

The jury has reached a verdict.

*[signature]*