UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 16-cr-10305-NMG |
| ) | |
| MARTIN GOTTESFELD ) | |

DEFENDANT'S FIRST RESPONSE TO GOVERNMENT'S
"MOTION TO PREVENT PARTY CONTACT WITH JURORS"

The defendant Martin Gottesfeld ("Mr. Gottesfeld") hereby files his first response to government's Motion to Prevent Party Contact with Jurors, Dkt. No. 295, and the Court's Order concerning that motion, Dkt. No. 296.

There is no objection to the government's motion at this time; however, the defense requests that any order of the Court concerning the motion be entered <u>without prejudice</u> pending further consideration from the defense. If relief from the Court order is later sought, the defense will file a motion with the Court and serve the government accordingly.

MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi
_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)

DATE: August 2, 2018    david@attorneygrimaldi.com

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via ECF this 2nd day of August, 2018.

/s/ David J. Grimaldi
_____
David J. Grimaldi