UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

<u>DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE
POST-VERDICT MOTION FOR JUDGMENT OF ACQUITTAL UNDER FRCP 29(c)(1)
AND MOTION FOR NEW TRIAL UNDER FRCP 33(b)(2)</u>

The defendant Martin Gottesfeld ("Mr. Gottesfeld") moves this Honorable Court for an extension of the respective periods to file a post-verdict Motion for Judgment of Acquittal under FRCP 29(c)(1) and a Motion for New Trial Under FRCP 33(b)(2).  Mr. Gottesfeld's first motion for an extension of time (Dkt. No. 304) was allowed by the Court on August 6, 2018 (Dkt. No. 305), granting leave to file said motions until September 7, 2018.

This second request is made in light of counsel's pending Motion for Leave to Withdraw (Dkt. No. 307) filed on August 31, 2018 and scheduled to be heard by this Court on Friday, September 21, 2018.  Mr. Gottesfeld requests leave for an extension of time so that counsel, including subsequent counsel should one be appointed, may file such motions should he/she find it appropriate.

                                        MARTIN GOTTESFELD
                                        By his attorney:

                                        /s/ David J. Grimaldi
                                        _____
                                        David J. Grimaldi
                                        David J. Grimaldi, P.C.
                                        BBO No. 669343
                                        675 Massachusetts Avenue, 9th Floor
                                        Cambridge, MA 02139
                                        617-661-1529 (tel)
                                        857-362-7889 (fax)
DATE: September 18, 2018             david@attorneygrimaldi.com

1

CERTIFICATE OF SERVICE

    I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via CM/ECF this 18th day of September, 2018.

                                            /s/ David J. Grimaldi

                                            _____
                                            David J. Grimaldi