UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 16-cr-10305-NMG |
| | ) | |
| MARTIN GOTTESFELD | ) | |

MOTION TO CONTINUE SENTENCING HEARING

ASSENTED TO BY THE GOVERNMENT

The defendant Martin Gottesfeld ("Mr. Gottesfeld") respectfully moves this Honorable Court to continue the sentencing hearing presently scheduled for November 14, 2018. As grounds, undersigned counsel is currently on trial in a three-codefendant first-degree murder case in Suffolk Superior Court. While the trial is ongoing and the precise end date is unknown, the Court in that matter has required the jury to be available through mid-November.

Further, counsel first received the first draft of the Presentence Report ("PSR") on October 11, 2018 during intensive preparations for the murder trial. As a result, counsel has been unable to meet with Mr. Gottesfeld at the Plymouth County Correctional Facility about the first draft of the PSR. While counsel has spoken with Mr. Gottesfeld by phone and sent certain objections to the PSR to probation and the government, those objections were not made with the full benefit of a personal meeting with Mr. Gottesfeld. Counsel respectfully requires additional time to meet with Mr. Gottesfeld to discuss the PSR and make his complete set of objections.

Further, in order to adequately represent Mr. Gottesfeld at his Sentencing Hearing, counsel requires additional time to draft his Sentencing Memorandum. With the present ongoing murder trial, and the preparations that preceded it, counsel respectfully requires additional time to draft Mr. Gottesfeld's Sentencing Memorandum.

Undersigned counsel has conferred with Mr. Gottesfeld by phone who assents to this motion.

Counsel has also conferred with the government who assents to this motion. All counsel propose either 01/09/19, 01/10/19, or 01/11/19 for the rescheduled hearing. While earlier dates were discussed, various commitments by the attorneys and interested parties rendered earlier hearing dates unavailable. All parties are available on 01/09/19, 01/10/19, and 01/11/19.

For the a foregoing reasons, counsel respectfully requests the Court ALLOW this assented to Motion to Continue.

Respectfully submitted,
MARTIN GOTTESFELD
By his attorney:

/s/ David J. Grimaldi

_____

David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: October 29, 2018

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this motion were served on all registered participants in this matter via ECF this 29th day of October, 2018.

/s/ David J. Grimaldi

_____

David J. Grimaldi
