United States District Court
District Of Massachusetts

| United States of America | Case No.: 16-cr-10305 |
| v. | |
| Martin S. Gottesfeld | |
| Defendant, Pro Se | |

## Motion For Disqualification Pursuant To 28 U.S.C. §§455(a) and 455(b)

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se, hereby incorporates his respectful and formal requests regarding the prison mailbox rule and reiteration of his objection seeking to preserve his 6th Amendment right to the effective assistance of counsel found in the accompanying Motion for Disqualification Pursuant to 28 U.S.C. § 144 into this motion by reference as well.

Defendant also incorporates, by reference, the full text of the preceeding affidavit filed pursuant to 28 U.S.C. §144 into this motion.

Defendant now moves for the disqualification of The Honorable Judge Nathaniel M. Gorton pursuant to the grounds cited in the affidavit and supported by the corresponding exhibits hereto and reasonable inference in accordance with 28 U.S.C. §455(a).

Defendant also moves for the disqualification of The Honorable Judge Nathaniel M. Gorton based upon 28 U.S.C.

— Page 1 of 2 —

§§ 455(b)(1), 455(b)(4), and 455(b)(5)(iii) as well as The Due Process Clause, as described and called for in the affidavit and supported by the corresponding exhibits hereto. Defendant also wishes to note respectfully that the choice of The Honorable Judge Nathaniel M. Gorton to deny D.E. 340 and 341, while disclosing nothing, further and independently gives rise to reasonable questions regarding his impartiality in this case and requires his disqualification therefrom. The defendant so moves.

Respectfully mailed on Dec. 27th, 2018

MSG
Martin S. Gottesfeld, Pro Se
PCCF PO 71225 Unit H1 Cell 235
26 Long Pond Road
Plymouth, MA 02360

- Page 2 of 2 -

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that on December 27th, 2018 the foregoing document(s) will be mailed to Assistant U.S. Attorney David D'Addio.

*Martin S. Gottesfeld*
Martin S. Gottesfeld
Pro Se

- Page 1 of 1 -