UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.                                           No.: 16-cr-10305

Martin S. Gottesfeld
Defendant, Pro Se

FILED IN CLERK'S OFFICE
2018 DEC 31 PM 1:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

SUPPLEMENTAL MOTION FOR DISQUALIFICATION PURSUANT TO 28 U.S.C. §§ 455(a) and 455(b)

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se while renewing his objection to such, hereby files this supplemental motion to disqualify The Honorable U.S. District Court Judge Nathaniel M. Gorton from presiding over this case pursuant to 28 U.S.C. §§ 455(a), 455(b)(1), 455(b)(4), 455(b)(5)(iii) as well as The Due Process Clause.

The defendant hereby incorporates his preceeding affidavit filed pursuant to 28 U.S.C. § 144 and his previous motion for disqualification pursuant to 28 U.S.C. §§ 455(a) and 455(b), his previous motion for disqualification pursuant to 28 U.S.C. § 144, as well as the exhibits filed for those motions into this motion by reference.

The defendant also adds to those arguments via Exhibit A attached hereto (highlighted excerpts of the 2015 annual report of an organization called the "Seafood

— Page 1 of 4 —

Nutrition Partnership."

Its implications are largely self-explanatory. However, the defendant does wish to highlight the following:

1. The "Seafood Nutrition Partnership" or "SNP" seems to be a coordinated effort to benefit financially the seafood industry in the U.S. through marketing its products as healthy, and in particular as heart healthy.

2. It was founded in 2013, either when Justine was at BCH, or at most about 42 days prior.

3. One of its founding members is listed as the/a Chief Professor of Pediatrics at Harvard Medical School.

4. BCH is Harvard Medical School's primary pediatric affiliate. Many, if not most of BCH's senior doctors are also professors or associate professors at Harvard Medical School.

5. Another founding board member of SNP is/was the President and CEO of Gorton's. My team and I are unsure as of yet what, if any, connection(s) relevant under 28 U.S.C. 3455 or The Due Process Clause that The Honorable Nathaniel M. Gorton may still share with "Gorton's" as opposed to his connections to "Slade Gorton" (also listed as a partner/donor in SNP's 2015 report), which are far clearer. Since The Honorable Nathaniel M. Gorton denied D.E. 340 without a hearing, it may be difficult or impossible for us to find out and reasonable questions may persist.

- Page 2 of 4 -

6. BWH is a significant operational partner of SNP, whose cooperation is no doubt a significant reputational and financial boon to SNP's other partners and especially to its commercial members, providing significant credibility to what otherwise would be far easier to label as a for-profit industry trade group. No other hospitals are listed by SNP in its 2015 report as "national partners" nor on the "Thank You to our Donors" page. The hospital is/was running/pledging 4 pilot "Eating Heart Healthy" programs for SNP, which it and "Roxbury Tenants of Harvard" agreed to operate in the same month in which the search warrant was issued for my home.

7. The Honorable Magistrate Judge Marianne B. Bowler's husband Marc Pfeffer is and was at all relevant times a cardiologist - or heart doctor - at BWH.

8. A "Mr. & Mrs. Gorton" are listed as individual donors of SNP, however, again, since The Honorable Judge Nathaniel M. Gorton denied D.E. 340 without a hearing, it is more difficult to know if they are of any meaningful relation to him.

The defendant respectfully requests the application of the prison mailbox rule to this motion.

- Page 3 of 4 -

Respectfully mailed December 28th, 2018,

/s/ MSG

Martin S. Gottesfeld, Pro Se
PCCF BD 71225, Unit H1 Cell 235
26 Long Pond Road
Plymouth, MA 02360

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that on December 28th, 2018 the foregoing document will be mailed to Assistant U.S. Attorney David D'Addio and that the following day, December 29th, 2018, a copy of Exhibit A attached hereto will be mailed to him.

/s/ MSG
Martin S. Gottesfeld
Pro Se

- Page 4 of 4 -

Exhibit A



# SEAFOOD NUTRITION PARTNERSHIP ANNUAL REPORT 2015

## Inspiring A Healthier America

# *Message from Chairman* Jack Kilgore

Dear Friends,

What we eat directly affects our health. It is a simple message, and yet there remains a critical need to reinforce it among all segments of our society, through education on how to eat more nutritiously.

This is the underlying mission of Seafood Nutrition Partnership (SNP), founded in 2013 and built on public-private partnerships among broad-based industries and sectors that care about the health and wellness of our fellow citizens. SNP educates Americans about the benefits of a seafood-rich diet as a scientifically proven means of reducing the risk of chronic diseases. In this way, SNP represents one vital piece of the multi-tiered effort to address America's growing health crisis.

I am honored to be part of the founding board of SNP along with:
- Mr. Judson Reis, founding Chair of SNP, President and CEO of Gorton's
- Mr. Detlef Schrempf, President of the Detlef Schrempf Foundation
- Dr. Allan Walker, Professor of Pediatrics, Chief, Harvard Medical School; Conrad Taff Professor of Nutrition, Harvard Medical School; Professor of Nutrition, Harvard School of Public Health

We are today joined by an impressive group of board members, ambassadors and partners, as well as a scientific and nutrition advisory council, all of whom are making a difference and whose impact will only continue to grow as our mission fills an ever-greater need in our society.

In this report, we are pleased to share the significant progress we have made in our outreach efforts. I thank our visionary donors and partners for supporting us from the beginning, and I encourage you to join us in the ongoing journey to inspire a healthier America.

Best Regards,
Jack Kilgore
Chair
Seafood Nutrition Partnership




*SNP educates Americans about the benefits of a seafood-rich diet as a scientifically proven means of reducing the risk of chronic diseases.*

## Board of Directors

**Jack Kilgore**
Chair and Founding Member
President, Consumer Brands Division
(Retired), Rich Products Corporation
www.seafoodnutrition.org/jack-kilgore.html

**Henry Demone**
Vice Chair and Treasurer
Chairman, High Liner Foods, Inc.
www.seafoodnutrition.org/henry-demone.html

**Linda Cornish**
Executive Director and Secretary
Seafood Nutrition Partnership
www.seafoodnutrition.org/linda-cornish.html

**Tom Brenna, PhD**
Director
Professor, Division of Nutritional
Sciences, Cornell University
www.seafoodnutrition.org/tom-brenna.html

**JoAnne Foody, MD, FACC, FAHA**
Director
Global Director for Scientific Affairs,
Merck
www.seafoodnutrition.org/joanne-foody.html

**Judson Reis**
Director and Founding Member
President and Chief Executive Officer,
Gorton's Inc.
www.seafoodnutrition.org/judson-reis.html

**Judith Rodriguez, PhD**
Director
Chairperson and Professor, Department
of Nutrition and Dietetics, University of
North Florida
www.seafoodnutrition.org/judy-rodriguez.html

**Detlef Schrempf**
Director and Founding Member
President, Detlef Schrempf Foundation
www.seafoodnutrition.org/detlef-schrempf.html

**Hugh Welsh**
Director
President and General Counsel,
DSM North America
www.seafoodnutrition.org/hugh-welsh.html

*[Handwritten annotations: "BWH ↓ Harvard" pointing to text; "Heart Healthy" ↓ pointing to text]*

## 2015

**SEPTEMBER 2014**
As a Clinton Global Initiative (CGI) Commitment to Action, SNP, Brigham and Women's Hospital, and Roxbury Tenants of Harvard formally pledge to pilot four Eating Heart Healthy programs.

**OCTOBER 2014**
SNP launches pilot grassroots education program in Indianapolis, IN and Memphis, TN.

**DECEMBER 2014**
Dr. JoAnne Foody joins the Board of Directors.

**JULY 2015**
An additional $1.5MM is raised from visionary leaders towards a public health education campaign.

**OCTOBER 2015**
SNP launches national public health education campaign with grassroots education in nine cities: Birmingham, AL; Brunswick, GA; Charleston, WV; Indianapolis, IN; Jacksonville, FL; Lexington, KY; Memphis, TN; Oklahoma City, OK; Toledo, OH.

Eating Heart Healthy program is established in 8 cities: Birmingham, AL; Boston, MA; Charleston, WV; Lexington, KY; Memphis, TN; Oklahoma City, OK; Seattle, WA; Toledo, OH.

**DECEMBER 2015**
Mr. Hugh Welsh joins the Board of Directors.

## National Partners

- AGR Partners
- Alaska Bering Sea Crabbers
- Alaska Seafood Marketing Institute (ASMI)
- American Cancer Society
- American Seafoods
- Associated Wholesale Grocers (AWG)
- Beacon Fisheries
- Brigham and Women's Hospital
- Bumble Bee Seafoods
- Captain D's
- Censea
- Chicken of the Sea
- Clear Springs Foods
- Colavita
- Darden
- Diversified Communications
- DSM
- Eastern Fish Company
- F.W. Bryce
- FoodDay
- Fortune Fish & Gourmet
- Genuine Alaska Pollock Product (GAPP)
- Glacier Fish Company
- Global Aquaculture Alliance
- Global Organization for EPA and DHA (GOED)
- Global Seas
- Gorton's
- Handy
- Harbor Seafood
- Harvest Select
- Healthy Weight Commitment Foundation
- High Liner Foods
- Hyatt Regency Boston
- Icicle Seafoods
- Indiana Soybean Alliance
- Ipswich Shellfish Company
- King & Prince Seafood
- Long John Silver's
- Marine Harvest
- Marine Stewardship Council (MSC)
- Mazzetta Company
- Morey's
- National Fisheries Institute
- National Institutes of Health – The Heart Truth
- NOAA FishWatch
- NutriSavings
- Nuts Over Fish
- Ocean Beauty Seafoods
- Odyssey Enterprises
- OmegaQuant
- Orca Bay Seafoods
- Pacific Andes
- Phillips Lytle
- PNW (Project for Nutrition & Wellness)
- PNW Seafood 101 (NOAA Fisheries PNW)
- Preferred Freezer Services
- President's Challenge
- ProFish
- Provant
- Publix
- Red Lobster
- Rich Products Corporation
- Roxbury Tenants of Harvard
- Royal DSM
- Sam's Club
- Sea Port Products
- Seabreeze Seafoods
- Seafood Exchange of Florida
- SeaShare
- Seattle Fish Company
- SIRE
- Slade Gorton
- Soy Aquaculture Alliance
- SPE Certified
- Stavis Seafoods
- Tampa Maid Foods
- Together Counts
- Trident Seafoods
- Tsunami
- UniSea
- USDA ChooseMyPlate.gov
- Wiley's



Heart Shape ←

# Thank You to Our Donors

## CHAIRMAN'S CAMPAIGN CIRCLE

**Visionary Partners $500,000+**
DSM
Gorton's
High Liner Foods
Mazzetta Company, LLC
Trident Seafoods

**Anchor Partners $250,000 to $499,999**
American Seafoods Group
Bumble Bee
National Fisheries Institute

**Tailwind Partners $100,000 to $249,999**
CenSea
Eastern Fish Company
Fortune Fish & Gourmet
Glacier Fish Company
Harbor Seafood
King & Prince Seafood
Long John Silver's
Marine Harvest
Rich Products

**Eating Heart Healthy Donors & Partners**
54 North
American Heart Association
Massachusetts
Boston Scientific
Brigham and Women's Hospital
Colavita
Hyatt Regency Boston
McCormick Spices
OmegaQuant
Roxbury Tenants of Harvard
Stavis Seafoods
Vela Foundation
Wiley's Finest

**Annual Donors – Change Leader $25,000+**
Morey's
Odyssey Enterprises, Inc.

**Annual Donors – Mobilizers $10,000+**
Clear Springs Foods
Handy
Harvest Select
Icicle Seafoods
Indiana Soybean Alliance
Ocean Beauty Seafoods
Sire Foundation
Slade Gorton
Soy Aquaculture Alliance
Stavis Seafoods
Tampa Maid
UniSea

**Annual Donors – Supporters $1,000+**
Alaska Bering Sea Crabbers
Beacon Fisheries
F.W. Bryce, Inc.
Global Seas
Nuts Over Fish
Phillips Lytle LLP
Seabreeze Seafoods
Seattle Fish

**In-Kind Supporters**
54 North
American Cancer Society
Colavita
Diversified Communications
Hyatt Regency Boston
McCormick Spices
OmegaQuant
Tsunami
Wiley's Finest

**Individual Support**
Dr. & Mrs. Brenna
Mr. & Mrs. Cornish
Mr. Enlow
Mr. Figueroa
Mr & Mrs. Gorton
Mr. Hart
Mr. Kaelin
Mr. & Mrs. Kilgore
Mr. Larkin
Mr. & Mrs. Nichols
Dr. Otterstrom
Mr. & Mrs. Reis
Mr. & Mrs. Rodriguez
Mr. Schramm
Mr. & Mrs. Schrempf
Ms. Scott
Mr. Simmons
Ms. Vaugh

