UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2018 DEC 31 PM 1:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| United States of America | Docket No.: 16-cr-10305 |
| v. | |
| Martin S. Gottesfeld | |
| Defendant, Pro Se | |

## MOTION FOR HEARING TRANSCRIPTS

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se while further noting his objection to such and wishing to assert his 6th Amendment right to the effective assistance of counsel, hereby moves The Honorable Court on the public docket of the instant case (and neither under seal nor on an ex parte basis) to request that full transcripts, including for any and all ex parte proceedings, be provided to him and made available generally via PACER by the court reporter for the following hearings (listed by date YYYY-MM-DD and Docket Entry #):

| Date | Docket Entry |
|---|---|
| 2017-10-27 | D.E. 92 |
| 2018-03-09 | D.E. 123 |
| 2018-03-20 | D.E. 133 |
| 2018-07-06 | D.E. 231 |
| 2018-07-16 | D.E. 7 on 18-MC-91297-RGS |
| 2018-07-17 | D.E. 265 |
| 2018-09-24 | D.E. 317 |
| 2018-12-13 | D.E. 339 |

- Page 1 of 3 -

The defendant needs these transcripts for several purposes, including to pursue interlocutory review of D.E. 338 (ordering him to represent himself over his objection), to pursue potential post-judgement relief on the basis of the denial of both his right and the public's right to a public trial, and for publication.

The defendant further asserts his right to a public trial under the 6th Amendment, as well as the same right and interest vested in the public, in requesting that these transcripts — including parts thereof memorializing ex parte proceedings — be made available to anyone who wants them via PACER. The defendant notes his many objections to closed-door proceedings which will appear on the requested transcripts and once again notes that he waives his attorney-client priviledge to the ex parte proceedings for which he is requesting transcripts.

Finally, the defendant requests respectfully that the court reporter be instructed to please start with the most recent hearing listed above (2018-11-13 D.E. 339) and then proceed to the next most recent (2018-09-21 D.E. 317) and so on, as the more recent hearings are more relevant for the aforementioned purposes.

Respectfully mailed on December 28th, 2018,

MG

Martin S. Gottesfeld, Pro Se
PCCF ID 71225, Unit H1 Cell 235
26 Long Pond Road
Plymouth, MA 02360

— Page 2 of 3 —

CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that on December 28th, 2018 the foregoing document(s) will be mailed to Assistant U.S. Attorney David D'Addio.

Martin S. Gottesfeld
Pro Se