UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2018 DEC 31  PM 1: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America

v.

Martin S. Gottesfeld
Defendant, Pro Se

Docket No. 16-cr-10305

## MOTION TO UNSEAL

Defendant Martin S. Gottesfeld (herein "defendant"),
acting pro se while renewing his objections to such, hereby
moves the Honorable Court to unseal any and all Exhibits
which were filed under seal by his previous attorneys as
reference materials to their various motions to withdraw,
including but not limited to any ex parte and/or filings
under seal accompanying D.E. 130, 214, 241, 254, 307,
and 335. The defendant hereby waives his attorney-
client priviledge to such documents, the contents of
which he believes he is well aware from prior briefings
with his attorneys, and asserts his right and that of the
public to a public trial.

The defendant also wishes to note, respectfully, that
the public is not able to view D.E. 140 on PACER,
which is a ~~xxxx~~ motion letter filed by the defendant on
his own behalf and confirmed to have been received by
the Honorable Court prior to the appointment of David

- Page 1 of 3 -

J. Grimaldi, Esq. At the March 20th, 2018 hearing on Ray Gillespie's Second Motion to Withdraw, the defendant objected to any effort to seal this letter, though he is not aware of any such motion to seal having been made nor heard. In any case, this letter was never meant to be a priviledged document, so there is no need for weiver by the defendant. Unsure of the current status of D.E. 140, the defendant respectfully moves The Honorable Court to investigate and take appropriate remedial action necessary to allow the public to access this item on the docket as they would other normal, unsealed, publicly available entries via PACER. In support of this request, the defendant egain sites the right of himself and the public to a public trial.

Respectfully mailed on December 28th, 2018,

Martin S. Gottesfeld, Pro Se
PCCF ID 71225, Unit H1 Cell 235
26 Long Pond Road
Plymouth, MA 02360

- Page 2 of 3 -

CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that on December 28th, 2018 the foregoing document(s) will be mailed to Assistant U.S. Attorney David D'Addio.

Martin S. Gottesfeld
Pro Se