UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| United States of America | Case No.: 16-cr-10305 |
| v. | |
| Martin S. Gottesfeld | |
| Defendant, Pro Se | |

MOTION FOR DISQUALIFICATION PURSUANT TO 28 U.S.C. § 144

Defendant Martin S. Gottesfeld (herein "Defendant"), acting pro se as per the order of The Honorable U.S. District Court Judge Nathaniel M. Gorton, entered over his preserved objection seeking to preserve his right to the effective assistance of counsel under the 6th Amendment, hereby moves for the disqualification of The Honorable Judge Nathaniel M. Gorton under 28 U.S.C. § 144 having provided the preceeding, separate, sworn affidavit and accompanying certificate of good faith therewith, pursuant to that purpose.

The Defendant kindly and formally requests the application of the prison mailbox rule to the preceeding affidavit and accompanying certificate of good faith. He hereby swears under penalty of perjury that this motion and those items are being placed in the prison mailbox

- Page 1 of 3 -

*Motion denied. /s/ N.M. Gorton, USDJ 1/3/19*