United States District Court
District Of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Martin S. Gottesfeld<br>Defendant, Pro Se | Case No.: 16-cr-10305 |

Motion For Disqualification Pursuant To 28 U.S.C. §§455(a) and 455(b)

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se, hereby incorporates his respectful and formal requests regarding the prison mailbox rule and reiteration of his objection seeking to preserve his 6th Amendment right to the effective assistance of counsel found in the accompanying Motion for Disqualification Pursuant to 28 U.S.C. §144 into this motion by reference as well.

Defendant also incorporates, by reference, the full text of the preceding affidavit filed pursuant to 28 U.S.C. §144 into this motion.

Defendant now moves for the disqualification of The Honorable Judge Nathaniel M. Gorton pursuant to the grounds cited in the affidavit and supported by the corresponding exhibits hereto and reasonable inference in accordance with 28 U.S.C. §455(a).

Defendant also moves for the disqualification of The Honorable Judge Nathaniel M. Gorton based upon 28 U.S.C.

— Page 1 of 2 —

*[Margin annotation: "5/Motion denied. 5/N/Gorton, USDJ 1/3/19"]*