UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2018 DEC 31 PM 1:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America

v.

Martin S. Gottesfeld
Defendant, Pro Se

No.: 16-cr-10305

SUPPLEMENTAL MOTION FOR DISQUALIFICATION PURSUANT TO 28 U.S.C. §§ 455(a) and 455(b)

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se while renewing his objection to such, hereby files this supplemental motion to disqualify The Honorable U.S. District Court Judge Nathaniel M. Gorton from presiding over this case pursuant to 28 U.S.C. §§ 455(a), 455(b)(1), 455(b)(4), 455(b)(5)(iii) as well as The Due Process Clause.

The defendant hereby incorporates his preceeding affidavit filed pursuant to 28 U.S.C. § 144 and his previous motion for disqualification pursuant to 28 U.S.C. §§ 455(a) and 455(b), his previous motion for disqualification pursuant to 28 U.S.C. § 144, as well as the exhibits filed for those motions into this motion by reference.

The defendant also adds to those arguments via Exhibit A attached hereto (highlighted excerpts of the 2015 annual report of an organization called the "Seafood

— Page 1 of 4 —

*Motion denied. S/NMGorton, USDJ 1/3/19*