UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2018 DEC 31 PM 1:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | Docket No.: 16-cr-10305 |
|---|---|
| Martin S. Gottesfeld Defendant, Pro Se | |

## MOTION FOR HEARING TRANSCRIPTS

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se while further noting his objection to such and wishing to assert his 6th Amendment right to the effective assistance of counsel, hereby moves The Honorable Court on the public docket of the instant case (and neither under seal nor on an ex parte basis) to request that full transcripts, including for any and all ex parte proceedings, be provided to him and made available generally via PACER by the court reporter for the following hearings (listed by date YYYY-MM-DD and Docket Entry #):

2017-10-27    D.E. 92
2018-03-09    D.E. 123
2018-03-20    D.E. 133
2018-07-06    D.E. 231
2018-07-16    D.E. 7 on 18-MC-91297-RGS
2018-07-17    D.E. 265
2018-09-24    D.E. 317
2018-12-13    D.E. 339

— Page 1 of 3 —

[Margin annotation: Motion denied. 5/15/19 Gorton, USDJ 1/3/19]