UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2018 DEC 31 PM 1:54
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | Docket No. 16-cr-10305 |
|---|---|
| v. | |
| Martin S. Gottesfeld | |
| Defendant, Pro Se | |

## Motion To Unseal

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se while renewing his objections to such, hereby moves the Honorable Court to unseal any and all Exhibits which were filed under seal by his previous attorneys as reference materials to their various motions to withdraw, including but not limited to any ex parte and/or filings under seal accompanying D.E. 130, 214, 241, 254, 307, and 335. The defendant hereby waives his attorney-client priviledge to such documents, the contents of which he believes he is well aware from prior briefings with his attorneys, and asserts his right and that of the public to a public trial.

The defendant also wishes to note, respectfully, that the public is not able to view D.E. 140 on PACER, which is a ~~www~~ motion letter filed by the defendant on his own behalf and confirmed to have been received by the Honorable Court prior to the appointment of David

- Page 1 of 3 -

Motion denied. 5/15/19 Gorton, USDJ 1/3/19