United States District Court
District of Massachusetts

|  |  |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 16-10305-NMG |
| MARTIN GOTTESFELD, ) | |
| ) | |
| Defendant. ) | |

ORDER

GORTON, J.

The Court directs the CJA Duty Attorney scheduled for Thursday, January 10, 2019, to appear at the sentencing hearing for Martin Gottesfeld at ~~11:00~~ 11:30 A.M. that day to act as standby counsel for the defendant. The Duty Attorney should review the government's sentencing memorandum and assist with any procedural issues that may arise at that hearing and about which Mr. Gottesfeld may have questions.

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated January 7, 2019

-1-