United States District Court
District of Massachusetts

FILED IN CLERKS OFFICE
2019 JAN -7 PM 1:14
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America

v.

Martin S. Gottesfeld
Defendant, pro se

Case No.: 16-cr-10305 NMG

## Notice Of Appeal

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se over his continuing objection, hereby notifies The Honorable U.S. District Court that he has filed a petition for a writ of mandamus with The United States Court Of Appeals For The First Circuit seeking an order to disqualify The Honorable Judge Nathaniel M. Gorton from the instant case and for vacatur of findings as to both law and fact as The Honorable Circuit Court sees fit.

Respectfully mailed on January 2nd, 2019,

M G

Martin S. Gottesfeld, pro se
PCCF ID 71225, Unit H1 Cell 235
~~Plymouth, MA 02360~~
26 Long Pond Road
Plymouth, MA 02360

- Page 1 of 2 -

## CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that on January 2nd, 2019 the foregoing document(s) will be mailed to Assistant U.S. Attorney David D'Addio.

Martin S. Gottesfeld
Pro Se

— Page 2 of 2 —