United States District Court
District Of Massachusetts

United States of America
v.
Martin S. Gottesfeld
Defendant, pro se

Case No.: 16-cr-10305

Notice Of Interlocutory Appeal

Defendant Martin S. Gottesfeld (herein "defendant") acting pro se over his continuing objection, hereby notifies The Honorable U.S. District Court that he has filed for emergency interlocutory review by The Honorable U.S. Court of Appeals for The First Circuit of The Honorable District Court's refusal, over his objection, to appoint him counsel on Thursday, December 13th, 2018 and ongoing thereafter.

Respectfully mailed on January 4th, 2019,

MSG

Martin S. Gottesfeld, pro se
PCCF ID 71225, Unit H1, Cell 235
26 Long Pond Road
Plymouth, MA 02360

- Page 1 of 2 -

# CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that on January 4th, 2019 the foregoing document(s) will be mailed to Assistant U.S. Attorney David D'Addio.

Martin S. Gottesfeld
Pro Se