Exhibit A:

● NOW LIVE    THE MICHAEL KNOWLES SHOW EP. 15 - TRUMP RALLIES, MSM EATS COVFEFE (/PODCASTS/20138/EP-15-TRUMP-RALLIES-MSM-EATS-COVFEFE)

# Imprisoned Activist Martin Gottesfeld Writes SCATHING Email To Prosecutor Targeting His Wife

*"Do you think you're totally unaccountable?"*



August 22, 2017
👁 9.9k views



By AARON BANDLER

Martin Gottesfeld (https://freemartyg.com/), who is sitting in jail for having hacked Boston Children's Hospital to raise awareness of the institution's alleged mistreatment of a teenage girl, sent a scathing email to the prosecutor that is targeting his wife for posting a YouTube video.

**The Daily Wire** has reported (http://www.dailywire.com/news/19495/wife-jailed-hacktivist-claims-fbi-threatening-her-aaron-bandler) on how the Boston's U.S. Attorney's office, at the behest of the FBI, will be attempting to prosecute Gottesfeld's wife, Dana Gottesfeld, for posting an audio clip from Gottesfeld's detention hearing, even though Dana obtained the audio from the court reporter.

Martin Gottesfeld unloaded on the prosecutor, Adam Bookbinder, in an email that was forwarded to *The Daily Wire*, asking Bookbinder a series of questions that he wouldn't have the chance to ask during his trial in January.

"What's it like to try desperately to intimidate a lady, but fail because she has more courage and integrity in the pinky finger she used to type a **YouTube description** (https://www.youtube.com/watch?v=GojTx9AqwS4) than you and your entire **crooked** (http://www.wnd.com/2017/07/obama-prosecutors-protecting-harvard-linked-hospitals/), god forsaken office can muster to protect and seek justice for a tortured child?" Gottesfeld wrote to Bookbinder.

Gottesfeld then turned to how the Boston Children's Hospital tormented Justina Pelletier when they wrestled her away from her parents.

"Does any sense of conscience bother you at all or is your sole concern protecting your allies who tortured her?" Gottesfeld wrote. "Do you feel any instinctual drive to use your position of authority to seek justice for her or are you irredeemably without conscience?"

He proceeded to zero in on the ties to Harvard within the attorney's office, as the Boston's Children's Hospital is a key Harvard affiliate.

"Do you and your associates think that going to Harvard means never having to admit your wrong and never having to apologize?" wrote Gottesfeld. "Do you think you're totally unaccountable? If so, how would your office explain its failure to apply the law to protect Justina and her family?"

Bookbinder has yet to respond to Gottesfeld's email.

Gottesfeld faces up to 25 years in prison for **waging a hacking attack** (http://www.dailywire.com/news/15158/exclusive-federal-government-wouldnt-let-aaron-bandler) against the Boston Children's Hospital to raise awareness about their alleged gross mistreatment of Justina, whose mitochondrial disease the hospital dismissed as only psychological and kept her quarantined at the hospital away from her parents for over a year. The hospital has faced no legal action and the allegations of her mistreatment have not been investigated.

*Follow Aaron Bandler on Twitter.* (https://twitter.com/bandlersbanter)

SPONSORED CONTENT ON THE DAILY WIRE (HTTP://WWW.DAILYWIRE.COM/SPONSORED?PRX_T=RE8CAFT0RAN1CQA&&NTV_OC=209&NTV_FR)



**Employers: How to Leverage Employee Health Care For Cost Savings** (http://www.dailywire.com/sponsored?prx_t=Re8CAFt0RAn1cQA&&ntv_oc=209&ntv_fr)

BY UNITEDHEALTHCARE (HTTP://WWW.DAILYWIRE.COM/SPONSORED?PRX_T=RE8CAFT0RAN1CQA&&NTV_OC=209&NTV_FR)

Data has a way of delivering business value. The insights your company can derive from objective information can apply to every area of your business, from...

(http://www.dailywire.com/sponsored?prx_t=Re8CAFt0RAn1cQA&&ntv_oc=209&ntv_fr)