<u>United States District Court</u>
<u>District of Massachusetts</u>

| | |
|---|---|
| <u>United States of America</u><br>v.<br><u>Martin S. Gottesfeld</u><br>Defendant, pro se | Case No.: 16-cr-10305<br><br>F I L E D<br>Clerk's Office<br>USDC, Mass.<br>Date<br>By JAN 07 2019<br>Deputy Clerk |

<u>Motion To Vacate</u>

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se over his continuing objection, hereby moves The Honorable District Court to vacate its previously-issued prior restraints, including but not limited to the order issued as part of <u>D.E. 129</u> (precluding the defendant from contacting the government), <u>D.E. 210</u> (ordering non-party non-witnesses from contacting unnamed other non-party non-witnesses), and to clarify which prior restraints, if any, remain in effect.

The majority of these prior restraints, including the two explicitly cited supra, were enacted with no meaningful opportunity to bring objections beforehand. This violated Due Process and was unconstitutional.

The order found in the docket text of <u>D.E. 129</u> trespasses on the defendant's <u>1st Amendment</u> rights to free speech, to petition the government for the redress of grievances, and as a journalist to gather and report the news (please see Exhibit A attached hereto).

— Page 1 of 3 —

*[Left margin annotation:]* Motion denied. SBMGorton, USDJ 1/7/19