<u>United States District Court</u>
<u>District Of Massachusetts</u>

| | |
|---|---|
| United States of America<br>v.<br>Martin S. Gottesfeld<br>Defendant, pro se | Case No.: <u>16-cr-10305</u> |

FILED
Clerk's Office
USDC, Mass.
Date JAN 07 2019
By _____
Deputy Clerk

<u>Emergency Motion For Stay</u>

Defendant Martin S. Gottesfeld (herein "<u>Defendant</u>"), acting pro se over his ongoing objection, hereby moves The Honorable U.S. District Court on an emergency basis for a stay of the upcoming sentencing hearing while his interlocutory appeal is pending before The U.S. Court of Appeals For The First Circuit for the appointment of counsel. The Defendant asserts that such a stay is in the interests of justice.

Respectfully mailed on January 4th, 2019,

_____
Martin S. Gottesfeld, pro se
PCCF ID 71225, Unit H1, Cell 235
26 Long Pond Road
Plymouth, MA 02360

*Motion denied. 5/15/M Gorton, USDJ 1/7/19*

- Page 1 of 2 -