UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.

Martin S. Gottesfeld
Defendant, pro se

Case No.: 16-cr-10305 NMG

### EMERGENCY MOTION TO STAY

Defendant Martin S. Gottesfeld (herein "Defendant"), acting pro se over his continuing objection, hereby moves The Honorable District Court for a stay of all proceedings in the instant case while his petition for a writ of mandamus seeking an order requiring the disqualification of The Honorable Judge Nathaniel M. Gorton is pending before The U.S. Court of Appeals for The First Circuit.

Respectfully mailed on January 2nd, 2019

Martin S. Gottesfeld, pro se
PCCF ID 71225, Unit H1 Cell 235
~~Plymouth, MA~~
26 Long Pond Road
Plymouth, MA 02360

- Page 1 of 2 -

Motion denied. S/NM/Gorton, USDJ 1/7/19