UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States of America.

v.

Martin S. Gottesfeld
Defendant, pro se

Case No.: 16-cr-10305

FILED
IN CLERKS OFFICE
2019 JAN -7 PM 1: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

EMERGENCY MOTION FOR CONTINUANCE

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se over his continuing objection, hereby moves The Honorable U.S. District Court on an emergency basis for a continuance of the pending sentencing hearing until such time as he has received both the final pre-sentencing report (PSR) as well as the government's sentencing memorandum and until he has had an adequate amount of time, given that he has no access to a word processor nor a typewriter, to compose and file his sentencing memorandum and to prepare his witness list.

As of yet, the defendant has not received either the final PSR nor the government's sentencing memorandum (please see affidavit attached hereto as Exhibit A). The defendant previously mailed The Honorable Court a notice to the effect that he had not yet received the final PSR. Further, even should the defendant receive both documents today, an insufficient amount of time remains before the scheduled sentencing hearing on January 10th, 2019 for the defendant to prepare adequately

- Page 1 of 4 -

Motion denied. s/M Gorton, USDJ 1/7/19