# United States District Court
## District Of Massachusetts

| |
|---|
| United States of America |
| v. |
| Martin S. Gottesfeld |
| Defendant, pro se |

Case No. 16-cr-10305 NMG

## Motion To Unseal

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se over his preserved objection to such, hereby moves The Honorable Court via the public docket (neither ex parte nor under seal) to unseal and to make available to the general public via PACER all prior motions made under seal and/or ex parte by his prior court-appointed defense attorneys seeking funding and other resources from The Honorable Court for their work on the instant case as well as any resulting responses/orders made by The Honorable Court.

In making this motion, the defendant hereby waives his attorney-client priviledge to any such information and asserts the rights of himself and of the public to a public trial.

The defendant also wishes to note, respectfully, that he is aware that such information need not be unsealed in order for him to obtain it and use it for his own

Motion denied. 5/19/19 Gorton, USDJ 1/7/19

- Page 1 of 4 -