United States District Court
District of Massachusetts

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> v. ) <br> ) <br> MARTIN GOTTESFELD, ) <br> ) <br> Defendant. ) | Criminal Action No. <br> 16-10305-NMG |

ORDER

GORTON, J.

The Court directs personnel at the Plymouth County Correctional Facility to provide Martin Gottesfeld full access for the next 48 hours to any legal materials related to his sentencing hearing on Thursday, January 10, 2019, for the purposes of preparation for that hearing.

So ordered.

_Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated January 8, 2019