**Defendant's Witness List for Sentencing of Martin Gottesfeld, 1-10-19**

Martin Gottesfeld

Szczesny Kaminski

FILED
IN CLERKS OFFICE

2019 JAN -9 PM 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.