# United States Court of Appeals
## For the First Circuit

No.19-1011

IN RE: MARTIN GOTTESFELD,

Petitioner.

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 9, 2019

     Pro se petitioner Martin Gottesfeld has filed a petition for writ of mandamus, asking this court to intervene in a criminal proceeding currently pending before the district court (1:16-cr-10305-NMG-1). Having carefully reviewed petitioner's filings and relevant portions of the record, we conclude that the extraordinary remedy of mandamus is not in order. <u>See</u> <u>Cheney</u> v. <u>U.S. Dist. Court for D.C.</u>, 542 U.S. 367, 380-81 (2004) (setting out general mandamus principles). The petition for writ of mandamus is <u>denied</u>.

By the Court:

Maria R. Hamilton, Clerk

cc:
Martin Gottesfeld
Cynthia A. Young
Seth B. Kosto
David J. D'Addio
Amy Harman Burkart