FILED
IN CLERKS OFFICE

2019 JAN 22 PM 2: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America

v.

Martin S. Gottesfeld
Defendant, pro se

Case No.: 16-cr-10305

UNITED STATES DISTRICT COURT
MASSACHUSETTS

### Notice of Appeal

Defendant Martin S. Gottesfeld, acting pro se over his continuing objection, hereby notifies The Honorable Court of his intent to appeal his sentence in the instant case.

Respectfully mailed on Wednesday, January 16th, 2019,

/s/ MG

Martin S. Gottesfeld, pro se
PCCF ID 71225, Unit H1, Cell 235
26 Long Pond Road
Plymouth, MA 02360

- Page 1 of 1 -

CERTIFICATE OF SERVICE

I, Martin S. Gottesfeld, pro se, hereby certify that on January 16th, 2019 the foregoing document(s) will be mailed to Assistant U.S. Attorney David D'Addio.

Martin S. Gottesfeld
Pro Se

— Page 1 of 1 —