FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT

DISTRICT OF 2019 JAN 22 PM 2:02

| United States of America | U.S. DISTRICT COURT DISTRICT OF MASS. |
| v. | Case No.: 16-cr-10305 NMG |
| Martin S. Gottesfeld Defendant, pro se | |

## Motion For The Appointment Of Counsel

Defendant Martin S. Gottesfeld (herein "defendant"), acting pro se and his continuing objection, hereby moves The Honorable Court to appoint him counsel to appeal each of his conviction and sentence in the instant case.

Respectfully mailed on Wednesday, January 16th, 2019,

/s/
Martin S. Gottesfeld, pro se
PCCF ID 71225, Unit H1, Cell 235
26 Long Pond Road
Plymouth, MA 02360

*Motion allowed.* NMGorton, USDJ 2/11/19

- Page 1 of 1 -