# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

*FILED*
(IN CLERKS OFFICE)

Case name U.S. v. Martin Stephen Gottesfeld

District Court Case No. 16-cr-10305                    District of PLEASE SELECT MA

Date Notice of Appeal filed Jan 7th, 2019 FEB 14 Court of Appeals Case No. 19-1042
AM 11:45

Form filed on behalf of Martin S. Gottesfeld

U.S. DISTRICT COURT
DISTRICT OF MASS.

TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

---

## TRANSCRIPT ORDER

Name of Court Reporter Debra Lajoie

Phone Number of Reporter lajoiedebra@gmail.com

A. ✓ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | | HEARING DATE(S) |
|---|---|---|
| ☐ | Jury Voir Dire | |
| ☐ | Opening Statement (plaintiff) | |
| ☐ | Opening Statement (defendant) | |
| ☐ | Trial | |
| ☐ | Closing Argument (plaintiff) | |
| ☐ | Closing Argument (defendant) | |
| ☐ | Findings of Fact/Conclusions of Law | |
| ☐ | Jury Instructions | |
| ☐ | Change of Plea | |
| ☑ | Sentencing | D.R. 387 |
| ☐ | Bail hearing | |
| ☑ | Pretrial proceedings (specify) Arraignment Bail hr | D.R. 339, 382 |
| ☐ | Testimony (specify) _____ | |
| ☐ | Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☑ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Martin S. Gottesfeld                    Filer's Signature _____

Firm/Address 26 Long Pond RD, Plymouth, MA 02360    Filer's Email address N/A

Telephone number N/A                    Date mailed to court reporter Feb. 11th, 2019

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                    **SEE INSTRUCTIONS ON REVERSE**

Certificate OF Service.

I, Martin S. Gottesfeld, do hereby certify that on Feb. 11th, 2019 the foregoing document will be mailed to Assistant U.S. Attorney David D'Addio.

Martin S. Gottesfeld, pro se