# United States Court of Appeals
## For the First Circuit

No. 19-1108

UNITED STATES,

Appellee,

v.

MARTIN GOTTESFELD,

Defendant, Appellant.

### JUDGMENT

Entered: May 8, 2019

Counsel having conceded its duplicative nature in response to the court's order to show cause, Appeal No. 19-1108 is dismissed as duplicative of Appeal No. 19-1107.


By the Court:

Maria R. Hamilton, Clerk




cc:
Cynthia A. Young
Seth B. Kosto
David J. D'Addio
Amy Harman Burkart
Virginia G. Villa
Martin Gottesfeld