IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


```
* * * * * * * * * * * *    16CR10305-NMG
UNITED STATES OF AMERICA*
                        *
VS.                     *    JULY 6, 2018
                        *    2:33 P.M.
MARTIN GOTTESFELD       *
                        *
* * * * * * * * * * * *    BOSTON, MA
```


BEFORE THE HONORABLE NATHANIEL M. GORTON

DISTRICT JUDGE

(Motion Hearing)


**APPEARANCES**:


```
FOR THE GOVERNMENT:    DAVID J. D'ADDIO, AUSA
                       United States Attorney's Office
                       1 Courthouse Way
                       Suite 9200
                       Boston, MA 02210

FOR THE DEFENDANT:     DAVID J. GRIMALDI, ESQ.
                       David J. Grimaldi, P.C.
                       9th Floor
                       675 Massachusetts Avenue
                       Cambridge, MA 02139

Court Reporter:        Debra D. Lajoie, RPR-FCRR-CRI-RMR
                       1 Courthouse Way
                       Boston, MA  02210


            Proceeding reported and produced
             by computer-aided stenography
```

1    6 JULY 2018 -- 2:33 P.M.

2            THE CLERK:  This is Criminal Action

3    No. 16-10305, the United States of America v.

4    Martin Gottesfeld.

5            Will counsel please identify themselves for the

6    record.

7            MR. D'ADDIO:  Good afternoon, Your Honor.

8    David D'Addio for the United States.

9            THE COURT:  Good afternoon, Mr. D'Addio.

10           MR. GRIMALDI:  Good afternoon, Your Honor.

11   David Grimaldi for Mr. Gottesfeld who is present.

12           THE COURT:  Mr. Grimaldi, Mr. Gottesfeld, good

13   afternoon to you.

14           We are here on Attorney Grimaldi's motion to

15   withdraw as counsel.  This is Docket No. 214.

16           The Court notes this is Attorney Grimaldi's

17   second motion to withdraw, and it is actually the sixth

18   time this Court has considered a motion to withdraw

19   filed by defense counsel in this case.

20           The Court also understands that the Defendant

21   does not assent to his counsel's motion.  As a

22   reminder, jury impanelment is scheduled to begin in

23   this case two weeks from yesterday; that is, Thursday,

24   July 19th, 2018, so this latest motion will be decided

25   forthwith today.

1          I am going to want to confer with Defendant and

2     his current counsel ex parte on the motion to withdraw

3     before proceeding further, so I would ask Government's

4     counsel to exit the courtroom.

5          But before you do, does the Government have a

6     position on the Defendant's motion?

7          MR. D'ADDIO:  Your Honor, our principal concern

8     is maintaining the trial date.  Beyond that, we take no

9     position on the motion.

10          THE COURT:  All right.  Then I am going to have

11     to conduct an ex parte conference with defense counsel

12     and Defendant, so anybody not associated directly with

13     the Defendant will need to withdraw.

14          MR. D'ADDIO:  Thank you, Your Honor.

15          THE COURT:  And the record will reflect that

16     Government's counsel and a bevy of individuals have

17     left.

18          Mr. Grimaldi, do you know who is left in the

19     Courtroom?

20          MR. GRIMALDI:  I do see Mr. Gottesfeld's wife,

21     Dana Gottesfeld, here in the courtroom.  I do see two

22     other gentlemen sitting to the right-hand side of the

23     room, one next to Ms. Gottesfeld and one two rows up.

24     I do not know who they are.

25          THE COURT:  All right.  Might I inquire as to

1      the identification of the two gentlemen in the back of

2      the courtroom?

3              MR. HIGGINS:  My name's Owen Higgins.  I'm a

4      reporter working on a story with Dana and Martin.

5              THE COURT:  What's the position of you,

6      Mr. Grimaldi, with respect to his attendance?

7              MR. GRIMALDI:  Well, I should note that

8      Mr. Gottesfeld asked me to object to your order

9      excluding both the Government and other members of the

10     public from this hearing.

11             However, I assent to the Court's -- I personally

12     assent to the Court's order.  There's a difference as

13     it relates to Mr. Gottesfeld's individual position and

14     my position, but right before Your Honor took the bench

15     here today, he asked me to note that, his own personal

16     objection, so I am doing that.

17             I would ask that all people, including

18     Ms. Gottesfeld, as well as the two individuals, the two

19     men here in the courtroom, be removed from the

20     courtroom pending Your Honor's --

21             THE COURT:  Okay.  Who's the other gentleman,

22     sir?

23             THE MARSHAL:  Sorry.  Your Honor, US Marshals.

24             THE COURT:  Oh, all right.  US Marshals.

25             Well, I'm going to ask the gentleman who is with

1    the media to step out.  I'm not going to require

2    Mrs. Gottesfeld to exit because I think what I have to

3    say is pertinent to her, but I would ask the reporter

4    if he would please step out.  We will notify you as

5    soon as the others are able to come back in.

6            All right.  Now the record will reflect that,

7    other than the US Marshals, only the Defendant,

8    Mr. Gottesfeld, and his wife, who I believe is

9    Dana Gottesfeld, remain in the courtroom with

10   Attorney Grimaldi.

11           Mr. Grimaldi, the motion is yours.  I will hear

12   you first, and then I will allow Mr. Gottesfeld to

13   speak.

14           MR. GRIMALDI:  First, Your Honor, I fully

15   acknowledge that I am, I believe, the fifth lawyer in

16   this case.  Mr. Gottesfeld was first represented by

17   Mr. Tor Ekeland, then by Attorney Jane Peachy of the

18   Federal Defender's Office, Timothy Watkins of the

19   Federal Defender's Office and Attorney Raymond

20   Gillespie.  I believe that an associate of Mr. Ekeland

21   also filed an appearance in the case, but Mr. Ekeland

22   was the lawyer in this instance.

23           So I understand that history, and I also

24   understand the history that you recited, Your Honor,

25   that this is my second motion to withdraw and the sixth

1    motion overall.

2          As it relates to the first motion to withdraw

3    filed by myself, that was at Mr. Gottesfeld's request.

4    It was just a few weeks ago.  It was not something that

5    I intended to file.  I did not want to file it, but he

6    asked me to file it, and he asked me also to attach the

7    exhibit that was attached to that motion.  So, in a

8    sense, while I literally filed it, it was

9    Mr. Gottesfeld's motion in that regard.

10         And also I'd just note that of course, before I

11   represented Mr. Gottesfeld, I had no -- well, the prior

12   motions of counsel, of my predecessor counsel, they

13   might have their own reasons, but of course my reasons

14   are separate and apart for moving to withdraw in this

15   case.

16         I want to be careful here.  I do not want to

17   disclose more than I need to disclose to you,

18   Your Honor.

19         THE COURT:  Nor do I want to hear it.

20         MR. GRIMALDI:  Yes, right.  So I attached four

21   exhibits --

22         THE COURT:  Yes.

23         MR. GRIMALDI:  -- and Mr. Gottesfeld has been

24   apprised as to what they are, so he knows what they

25   are.  And those exhibits, just so the record here is

1   clear, Exhibit A is a posting on what's called a

2   Rip-off Report, Rip-off as if you're being -- you're a

3   victim of theft, Rip-off Report; Exhibit B is

4   Mr. Gottesfeld's own website, www.freemartyg.com;

5   Exhibit C I believe is the pastebin.com posting in the

6   name of Mr. Gottesfeld; and Exhibit D is the Twitter

7   posting.  I think I have those orders right.

8        So this first came to my attention when I looked

9   at Mr. Gottesfeld's personal page and noticed something

10  I had not seen before, which was a retweet, in the

11  parlance of our times, of a posting in the name of a

12  Twitter account, "Beware David Grimaldi."  Of course I

13  am David Grimaldi.  And when I clicked on that retweet

14  on Mr. Gottesfeld's own page, I was brought to a

15  Twitter account that I have every reason to believe was

16  created at the request of Mr. Gottesfeld, perhaps with

17  the assistance of his wife who's here in this room,

18  although I don't know that to be true.

19       And if I might, the website posting

20  freemartyg.com has a narrative that says,

21  "Attorney Grimaldi's refusing to move for recusal of

22  Marty's Judge even though Marty's Judge has a $50,000

23  conflict of interest.  Marty fact-checks the reasons

24  provided to him by Attorney Grimaldi for his lack of

25  action."

1    Going to the tweet, Your Honor, it links to

2    various things, including the pastebin account where

3    there's a further recitation of Mr. Gottesfeld's

4    alleged grievances against me as well as a link to a

5    Dilbert cartoon by the cartoonist Scott Adams, a

6    well-known cartoonist, essentially I think trying to

7    mock my discussions with Mr. Gottesfeld, although I

8    don't quite agree with it.

9        And then of course this Rip-off Report.  What I

10   think is most telling here is the Rip-off Report, so

11   I'll go directly to that.  That report was posted, by

12   its own account, on June 26, 2018.  It was reported by

13   "freemartyg" of Somerville, Massachusetts.  It lists

14   the name of my law firm, of which I am the only member,

15   David J. Grimaldi, PC; it lists my business address, my

16   business number, my website link,

17   www.attorneygrimaldi.com; it lists a category of

18   complaints, lawyers or lawyer complaints, and the title

19   of it is, "David J. Grimaldi, PC, tried to pressure me

20   into a plea and refuses to make key oral arguments and

21   motions to defend me in Cambridge, Massachusetts."

22       And then when you read that, Your Honor, and I

23   assume that you have already, but Mr. Gottesfeld makes

24   a series of accusations against me.  First, he

25   describes what he calls the high-profile nature of his

1  case and lists a number of links that relate to his

2  case.  But the text of the report says, "This is a

3  warning to other defendants in Massachusetts

4  regarding Attorney David J. Grimaldi.  My name is

5  Martin Gottesfeld, and I am an imprisoned human rights

6  activist who advocates for abused children.  I guess

7  you could call me a high-profile Defendant, which is a

8  relevant and important part of this warning."  Then he

9  lists a series of publications that have discussed his

10  case.

11        Then he says, "David J. Grimaldi is my lawyer,

12  and he has recently tried to pressure me into taking a

13  plea agreement even though I have done nothing wrong.

14  He has apparently explored trying using my wife as

15  leverage to induce me to plea, but she wouldn't help

16  him.  He refused to make a key oral argument which I

17  wanted him to make and which I insisted upon as best as

18  I could.  I believe that, as a direct result" -- and it

19  has a picture of me, Your Honor -- "I believe that, as

20  a direct result, I remain incarcerated while

21  Mr. Grimaldi continues getting paid to 'defend' me, but

22  now that I am refusing to plea, he's refusing to do his

23  job and stand up for me.

24        "He refuses, amongst other things, to move for

25  the recusal of a judge who has a $50,000 conflict of

1   interest.  Mr. Grimaldi similarly refuses to file a

2   motion pointing out this judge has made a contradictory

3   ruling, denying me same rights another defendant in the

4   very same court.

5        "Mr. Grimaldi no longer seems like my lawyer, if

6   he ever truly was.  Mr. Grimaldi appears to work more

7   diligently to help convicted child predators than he

8   does for me.  I highly recommend that, if he gets

9   assigned to your case, that you fire him.  I doubt the

10  authenticity of his Avvo reviews" -- Avvo is spelled

11  A-v-v-o -- "and I fear that he may be working for feds,

12  which happens more than you may think."

13       Then there is a website link to an article from

14  Ohio.com describing a situation -- I have a copy of

15  that article, if you haven't looked at it,

16  Your Honor -- in which a criminal defense attorney

17  essentially turned on his own clients and worked with

18  the Government to help convict them as a cooperating

19  witness.

20       Through these series of publications,

21  Mr. Gottesfeld attacks me, attacks my practice, he

22  attacks my livelihood.  I am a sole practitioner; I am

23  not a large law firm that can withstand -- well, I am a

24  sole practitioner.  This is my business.  He

25  misrepresents things that have happened between us; he

1     smears me by suggesting, for example, that I've

2     violated ethical rules by fabricating or otherwise

3     manufacturing reviews on Avvo.com, which is a lawyer

4     referral website where prior clients might list --

5     describe their experience with their lawyer and offer a

6     rating.  And, candidly, I have a good rating with Avvo.

7     And Mr. Gottesfeld is attempting to smear me and

8     alleges those are fabricated reviews.

9          He of course alleges that I pressured him to

10    plead guilty.  In such a serious case, I have talked

11    about pleas with Mr. Gottesfeld as little as almost any

12    case.  He seems not to be interested.  I barely talk

13    about the topic.  I mean, I can defend myself against

14    these charges, but I don't feel that I need to.

15         I know that there's a history here, and I know

16    that Mr. Gottesfeld has -- that there's a history in

17    this case and that it's not always been easy for him,

18    for him, but for others too.  I have done my best to

19    represent him.  I've done my best to do right by him.

20    I have filed motions; and, as you know, Your Honor, I

21    asked more time for this trial, I asked more time for

22    various things, I didn't always get it, but I

23    absolutely have done my best to represent him.

24         And we haven't always agreed.  Sometimes we did,

25    sometimes we did; sometimes we didn't.  We haven't

1    always agreed, but now he's attacking me, he's

2    attacking my livelihood, he's attacking my business.  I

3    think there were several grounds on which I could move

4    to withdraw.  I can enumerate them for you if you'd

5    like.

6         But I do not believe I can effectively represent

7    him anymore.  It's not something I want to do.  I've

8    represented clients where we haven't always agreed.

9    I've represented clients who were of their own

10   opinions.  I've represented clients who -- where

11   there's been challenges, but this is too much.  This is

12   too much.  I can't tell you that, after what's

13   happened, not before, but now, that I can adequately

14   represent him.

15        I can say a lot more, but I'm really trying to

16   be restrained.  I've recited what's in the papers I

17   submitted to you.  There's actually more information

18   published online.  I don't think I need to say more, so

19   unless you have further inquiry, Your Honor, I won't

20   say more.

21        THE COURT:  Thank you, Mr. Grimaldi.

22        I will allow Mr. Gottesfeld to comment if he

23   wishes to.

24        THE DEFENDANT:  I stand by everything that is in

25   that pastebin post and in those posts.  I think it very

1   clearly expresses an opinion, rather than a matter of

2   fact, which I'm entitled to express under the

3   First Amendment.

4        Unlike prior counsel, diligent search for

5   conflicts of interest on the part of Mr. Grimaldi has

6   not turned up any.  I have similarly asked him to

7   search for conflicts of interest.  He has not found

8   any, so I am unable to ask for a replacement counsel on

9   the basis of any known conflict of interest.

10        I am left with only the First Amendment to voice

11  my concerns about the handling of my case.  I am not

12  allowed to file letter non-motions on the docket

13  anymore.  I did not want a new lawyer.  I do not want

14  more delay.  I wish to proceed to trial.  And, as far

15  as I'm concerned, the behavior that Mr. Grimaldi has

16  expressed here is all protected speech.

17        THE COURT:  Do you want to defend yourself in

18  this case?

19        THE DEFENDANT:  No, I do not, Your Honor, wish

20  to waive my right to effective assistance of counsel.

21        THE COURT:  Anything else, Mr. Grimaldi?

22        MR. GRIMALDI:  Again, there is more that I could

23  say, but I think that I've said enough to justify my

24  motion and my request, so I won't.

25        THE COURT:  All right.  Before the Government

1    returns, I will say this:  I am going to deny your

2    motion, Mr. Grimaldi.  You are duty-bound to continue

3    your representation as a member of this District's CJA

4    panel, and I do not find that an irreparable breakdown

5    has occurred.

6          I will say that, as far as the Court can say

7    from this vintage point, that you have diligently

8    represented your client to the best of your ability and

9    that you have been zealous in your defense of your

10   client, notwithstanding the statements made about you

11   on the internet by your client.

12         Mr. Gottesfeld, it behooves you to do everything

13   you can to maintain a working relationship with

14   Mr. Grimaldi because trial is quickly approaching.  I

15   strongly advise you to raise any disagreements of

16   strategy solely with your attorney, Mr. Grimaldi,

17   rather than in the internet world and note that, if you

18   persist in publishing those discussions with

19   Attorney Grimaldi, you are exposing privileged

20   attorney-client communications.

21         With that, I will recall the Government's

22   counsel and anybody else who wishes to enter the

23   courtroom.  Would you please do that, Court Security

24   Officer.

25         All right.  The record will reflect that those

1   who have been in attendance earlier in the proceeding

2   have been invited to come back into the courtroom and

3   have returned.

4           This Court denies Attorney Grimaldi's motion to

5   withdraw, but the Court warns Mr. Gottesfeld that, if

6   you and/or those acting on your behalf -- and I refer

7   specifically to your wife, Dana Gottesfeld -- persist

8   in the internet or telephonic conduct recently

9   displayed, you and/or she may find yourselves subject

10  to an independent prosecution for obstruction of

11  justice under Title 18 of the United States Code,

12  Section 1503, and if you don't know what that says, I

13  commend it to your reading.  This case is going to be

14  resolved one way or the other within the next month, so

15  I would urge you to avoid any similar activities in the

16  meantime.

17          I understand motions in limine have been filed.

18  As a reminder, oppositions to those motions, lists of

19  witnesses and exhibits and requests for jury

20  instructions are to be filed on or before Monday,

21  July 9th, 2018.  We will convene here for a final

22  pretrial conference on Tuesday, July 17th, 2018, at

23  3:00 p.m.  Impanelment of the jury will start on

24  Thursday, July 19th, 2018, and the trial will begin on

25  Monday, July 23rd, 2018.

1          Is there any further business to come before the

2     Court in these proceedings?

3          MR. GRIMALDI:  No.

4          THE COURT:  Mr. Grimaldi?

5          MR. GRIMALDI:  No, Your Honor.

6          THE COURT:  Mr. D'Addio?

7          MR. D'ADDIO:  No, Your Honor.  Thank you.

8          THE COURT:  We're adjourned.

9          THE CLERK:  All rise.  The Defendant is

10    remanded.

11          (Adjourned, 2:55 p.m.)

1

2                    C E R T I F I C A T I O N

3

4

5

6

7

8

9          I, Debra D. Lajoie, RPR-FCRR-CRI-RMR, do

10   hereby certify that the foregoing pages are a true and

11   accurate transcription of my stenographic notes in the

12   above-entitled case.

13

14

15

16

17

18                /s/ Debra D. Lajoie

19

20

21

22

23                11/15/19

24

25