# United States Court of Appeals
## For the First Circuit

_____

Nos. 18-1669, 19-1042, 19-1043, 19-1107

UNITED STATES OF AMERICA,

Appellee,

v.

MARTIN GOTTESFELD,

Defendant, Appellant.

_____

**JUDGMENT**

Entered: November 5, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Martin Gottesfeld's conviction is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc: Michael Francis Pabian, Seth B. Kosto, Donald Campbell Lockhart, David D'Addio, Javier Alberto Sinh, Martin Gottesfeld