United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 16-10305-NMG |
| Martin Gottesfeld, ) | |
| ) | |
| Defendant. ) | |

ORDER

GORTON, J.

Pending before the Court are defendant Martin Gottesfeld's motions for release pending appeal (Docket No. 441) and to unseal exhibits to bail pending appeal (Docket No. 443), as well as his petition for a writ of mandamus, apparently intended for the United States Court of Appeals for the First Circuit but filed with this Court, ordering this Court to rule thereon (Docket No. 445).

Defendant's appeal was denied by the First Circuit on November 5, 2021. See United States v. Gottesfeld, Nos. 18-16669, 19-1042, 19-1043, 19-1107 (1st Cir. Nov. 5, 2021). His motions for relief pending appeal, therefore, will be **DENIED as moot**.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated November 10, 2021