# United States Court of Appeals
## For the First Circuit

No. 21-1802

IN RE: MARTIN S. GOTTESFELD,

Petitioner.

Before

Howard, Chief Judge,
Lynch and Barron, Circuit Judges.

**JUDGMENT**

Entered: November 15, 2021

     Pro se petitioner Martin Gottesfeld has filed a petition for writ of mandamus, asking this court to order the district court to rule on his motion for release pending appeal and requesting other relief. Having carefully reviewed petitioner's filings and relevant portions of the record, we conclude, to the extent that the petition is not moot, see United States v. Gottesfeld, No. 18-1669, 2021 WL 5149174 (1st Cir. Nov. 5, 2021) (affirming conviction), that the extraordinary remedy of mandamus is not in order. See Cheney v. U.S. Dist. Court for D.C., 542 U.S. 367, 380-81 (2004) (setting out general mandamus principles). The petition for writ of mandamus is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Martin Gottesfeld
Seth B. Kosto
Donald Campbell Lockhart