# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 1, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210


Re: Martin Gottesfeld
v. United States
No. 21-1313
(Your No. 18-1669, 19-1042, 19-1043, 19-1107)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 30, 2022 and placed on the docket April 1, 2022 as No. 21-1313.


Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst