UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,      )
                               )
            v.                 )      No. 16-cr-10305-NMG
                               )
MARTIN GOTTESFELD,             )
Defendant.                     )
```

**MOTION TO SEAL**

MARTIN GOTTESFELD, Defendant, *pro se*, moves for leave to file his accompanying Motion to Vacate or Set Aside Sentence (§ 2255) under seal. In support of this motion, Defendant avers as follows.

1. Elements of the accompanying motion quote directly from transcripts under seal in this Court.

2. Defendant has provided the Court and the government full digital copies of the filing to be sealed.

3. Defendant has also provided the Court an appropriately redacted version of the section-2255 motion for entry onto the public docket.

    Respectfully submitted,

by: */s/* Martin Gottesfeld, *pro se*,
    28 Albion St., Apt. 1
    Somerville, MA 02143
    mgottesfeld@gmail.com

**CERTIFICATE OF SERVICE**

I, Martin Gottesfeld, certify that on this date I hand delivered a copy of the foregoing filing(s) on compact disc (C.D.) to the United States attorney's office at Moakley U.S. courthouse,

by: */s/* Martin Gottesfeld, *pro se*,                Monday, October 2, 2023.