UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Nos. 16-cr-10305-NMG |
| | ) | 23-cv-12267-NMG |
| MARTIN GOTTESFELD, | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

MARTIN GOTTESFELD, Defendant, *pro se*, formally notifies the Court and the government of his change of address to

Martin Gottesfeld
28 Albion St., Apt. 1
Somerville, MA 02143
(617) 702-6156
mgottesfeld@gmail.com.[1]

    Respectfully submitted,

by:  Martin Gottesfeld, *pro se*,
     28 Albion St., Apt. 1
     Somerville, MA 02143
     (617) 702-6156
     mgottesfeld@gmail.com

---

[1] This change is already reflected on the docket. Defendant files this Notice at the request of the Clerk. Defendant has *not* moved since his release.

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, certify that on this date I hand delivered a copy of the foregoing filing(s) to the United States attorney's office at Moakley U.S. courthouse,

by: Martin Gottesfeld, *pro se*,                    Tuesday, January 16, 2024.