UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,       )
                                )
            v.                  )      Nos. 16-cr-10305-NMG
                                )           23-cv-12267-NMG
MARTIN GOTTESFELD,              )
Defendant.                      )
```

**NOTICE OF INTENT TO REPLY IN SUPPORT OF SECTION-2255 MOTION**

MARTIN GOTTESFELD, Defendant, *pro se*, notifies the Court and the government of his intent to reply to the government's response(s) to Defendant's Motion to Vacate and Set Aside Sentence (§ 2255), E.C.F. no. 457-8, and Amended Motion to Vacate and Set Aside Sentence (§ 2255) (Feb. 1, 2024).

"The moving party may submit a reply to the respondent's answer or other pleading within a time fixed by the judge."  Rules Governing Section-2255 Proceedings 5(d).[1]

The Court has not, as yet, fixed a time for Defendant's reply. *See* Order (fixing date for government's response) (Oct. 3, 2023), E.C.F. no. 458.

---

[1] *But, cf.,* L.R. 7.1(b)(3) ("All other papers not filed as indicated in subsections (b)(1) and (2), whether in the form of a reply brief or otherwise, may be submitted only with leave of court."). *Cf., also,* L.R. 112.1 ("Unless otherwise specified in these local rules or by order of the court, motion practice in criminal cases shall be subject to L.R.7.1."). Defendant is unsure if or to what extent the L.R. apply to his Motion:  "The Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."  Rules Governing Section-2255 Proceedings 12.

Respectfully submitted,

by: */s/* Martin Gottesfeld, *pro se*,
28 Albion St., Apt. 1,
Somerville, MA 02143,
(617) 702-6156,
mgottesfeld@gmail.com.

**CERTIFICATE OF SERVICE**

I, Martin Gottesfeld, certify that on this date I hand delivered a copy of the foregoing filing(s) on compact disc (C.D.) to the United States attorney's office at Moakley U.S. courthouse,

by: */s/* Martin Gottesfeld, *pro se*,                Thursday, February 1, 2024.