## THIS MOTION IS VERIFIED.

I hereby verify under the penalty of perjury under the laws of the United States of America that my accompanying Motion to Vacate and Set Aside Sentence (§ 2255) is true and correct and declare under the same penalty that the accompanying declarations are true and correct. *See* 28 U.S.C. §§ 1746, 2242. Executed Thursday, February 1, 2024,

by: Martin Gottesfeld, *pro se*.

## CERTIFICATE OF SERVICE

I, Martin Gottesfeld, certify that on this date I hand delivered a copy of the foregoing filing(s) on compact disc (C.D.) to the United States attorney's office at Moakley U.S. courthouse,

by: Martin Gottesfeld, *pro se*,                    Thursday, February 1, 2024.