Justina's Note, Exh. A

