# FEDERAL COURT JUDGES

## sitting in

## MASSACHUSETTS

The following biographies of Federal Court Judges sitting in Massachusetts were compiled during the summer of 2022. Each judge was sent a questionnaire and responded by listing year of current appointment, prior judgeships, birth dates, education and previous legal employment. Some judges also provided additional information relating to teaching positions, professional associations, honors and awards, and published works. The questionnaire was informal and voluntary. Entries for judges who did not respond to the questionnaire were compiled from secondary sources, including public records and our archives.

**David J. Barron**
**Chief Judge, U.S. Ct. of Appeals, First Circuit**
**John Joseph Moakley U.S. Cthse.,**
**1 Courthouse Way, Boston, MA 02210**
**(617) 748-9007**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1994
Born: July 7, 1967, Wasington, D.C.
Law School: Harvard Law School, 1994, magna cum laude
Other Education: Harvard University, 1989, magna cum laude
Previous Legal Employment: (1994-95) Law Clerk, Judge Stephen Reinhardt, U.S. Court of Appeals, 9th Circuit; (1995-96) Law Clerk, Justice John Paul Stevens, U.S. Supreme Court; (1996-99) Attorney-Advisor, Office of Legal Counsel, U.S. Dept. of Justice; (2009-10) Acting Asst. Atty. General, Office of Legal Counsel, U.S. Dept. of Justice
Teaching Positions: (1999-2004) Asst. Professor and (2004-09, 2010-14) Professor, Harvard Law School (S. William Green Professor of Public Law, 2011-14)
Other Positions: Reporter, The News & Observer, Raleigh, N.C.
Civic Activities: Former member, Mass. Board of Higher Education; former member, Mass. State College Building Authority
Published Works: "The Commander in Chief at the Lowest Ebb—Framing the Problem, Doctrine and Original Understanding," *Harvard Law Review,* Jan. 2008.
Academic Honors: President, *Harvard Crimson*; *Harvard Law Review*
Honors and Awards: National Intelligence Exceptional Achievement Medal, Office of the Director of Natl. Intelligence; Medal for Exceptional Public Service, Office of the Secy. of Defense

-------

**Jennifer C. Boal**
**Magistrate Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9236**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1990
Law School: Cornell Law School
Other Education: Haverford College, 1985
Previous Legal Employment: (1991-99) Asst. U.S. Atty., East. Dist. of N.Y. (Civil Div.); (1999-2010) Asst. U.S. Atty., Dist. of Mass. (Crim. Div., 1999-2002; Chief, Civil Div., 2002-10)

-------

**Janet E. Bostwick**
**Judge, U.S. Bankruptcy Court**
**John W. McCormack Post Office & Court House,**
**Suite 1150, 5 Post Office Sq., Boston 02109-3945**
**(617) 748-6630**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1981
Law School: Cornell Law School
Other Education: S.U.N.Y. at Albany, B.A.

Previous Legal Employment: (19891) Associate, Goldstein & Manello; (1997-2001) Of Counsel, Sherin & Lodgen; (2001-19) Sole Practitioner

-------

**Marianne B. Bowler**
**Magistrate Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 3603,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9219**
**honorable_marianne_bowler@mad.uscourts.gov**

Year of Current Appointment: 1990
Year of Admission to the Bar: 1977
Born: February 15, 1947, Boston
Law School: Suffolk University Law School, 1976, cum laude
Other Education: Regis College, A.B., 1967
Previous Legal Employment: (1976-77) Law Clerk, Superior Court; (1977-78) Deputy Chief Law Clerk, Superior Court; (1978) Asst. District Attorney, Middlesex County, Cambridge, MA; (1978 & 1980-86) Trial Atty., Civil Div., U.S. Dept. of Justice, District of Massachusetts; (1978-88) Asst. U.S. Attorney; (1979) Atty., New England Strike Force Against Organized Crime; (1979) New England Strike Force Against Organized Crime; (1986-87) Director, Civil Program, Attorney General's Advocacy Institute, Dept. of Justice, Washington, D.C.; (1988-89) Executive Asst. U.S. Attorney, U.S. Dept. of Justice, District of Massachusetts; (1989-90) Senior Litigation Counsel, U.S. Dept. of Justice, District of Massachusetts
Teaching Positions: (1978-90) Asst. U.S. Atty., U.S. Dept. of Justice, District of Massachusetts
Court-Related Activities: (2008-present) Member, International Judicial Relations Committee of the Judicial conference; (2010-12) Observer Member, Judicial Council of the First Circuit
Other Positions: (1967-69) Research Asst., Harvard Medical School, Biochemistry Dept.; (1969-76) Managing Editor, "This Week in Public Health" (Official publication of the Mass. Dept. of Health); (1969-76) Freelance Writer
Professional Associations: American Bar Assn.; American Inns of Court; Boston Bar Assn.; Boston Intellectual Property Inn of Court; Boston College Inn of Court Intellectual Property; Maritime Law Association of the U.S.
Civic Activities: Chair, Board of Trustees, New England Baptist Hospital; Trustee, Suffolk University; Director, The Boston Foundation; Visiting Committee, The Museum School, Museum of Fine Arts, Boston; Dir., South Cove Manor; Dir., Discovering Justice; Overseer, U.S.S. Constitution Museum
Published Works: "Resolving discovery disputes in federal court," *Mass. Bar Assoc., Civil Litigation,* 1993; Co-author with Pfeffer, MA, "Access to safety data-stockholders versus prescribers," *New England Journal of Medicine,* 2011; Acknowledged: "The Men Who United the States," *Simon Winchester, Harper Collins,* 2013
Academic Honors: Honorary Degree, Suffolk University, 1994; Honorary Degree, Regis College, 2003

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Marianne B. Bowler—Cont'd**
Hobbies and Interests: International travel; Trompe L'Oeil Painting and Faux Finishing; Architectural Preservation
Honors and Awards: Boston Bar Assn. Award for Judicial Excellence, 2004; Distinguished Public Service Award, Boston Patent Law Assoc., 2012; U.S. Ukranian Foundation, Appreciation Award, 2011

---

### Allison D. Burroughs
**Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9548**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1988
Born: Boston
Law School: University of Pennsylvania
Other Education: Middlebury College
Previous Legal Employment: Law Clerk, Judge Norma Shapiro, U.S. District Court, Eastern District of Pa.; Asst. U.S. Atty., District of Mass. and Eastern District of Pa.; Partner, Nutter, McClennen & Fish
Court-Related Activities: Member, First Circuit Rules Advisory Committee; (2011) Special Counsel, Supreme Judicial Court
Professional Associations: Wrongful Conviction Task Force, Boston Bar Assn.
Civic Activities: Agassiz Village

---

### Donald L. Cabell
**Magistrate Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9233**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1991
Born: 1960, Mt. Clemens, Michigan
Law School: Northeastern University School of Law, 1991
Other Education: University of Mass., Amherst, 1986, cum laude
Previous Legal Employment: Associate, Hale & Dore; Associate, Peckham, Lobel, Casey, Prince & Tye; (1995-2012) Asst. U.S. Atty.; (2012-14) Justice Attache, Office of Intl. Affairs, U.S. Embassy, Paris
Academic Honors: Commonwealth Scholar, Univ. of Mass.

---

### Denise J. Casper
**Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 5130,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9177**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1994
Born: 1968, East Patchogue, New York
Law School: Harvard Law School, 1994
Other Education: Wesleyan University, 1990
Previous Legal Employment: (1994-95) Law Clerk, Hon. Edith Fine & Harold Flannery, Mass. Appeals Court; (1995-98) Bingham, Dana & Gould; (1999-2005) Asst. U.S. Atty.; (2004-2005) Deputy Chief, Organized Crime Drug Enforcement Task Force; (2007-2010) Deputy D.A., Middlesex County
Teaching Positions: (2005-07) Instructor, Boston Univ. School of Law (Legal Writing)
Court-Related Activities: (2012) Chair, U.S.D.C. Bench/Bar Conference; (2015-present) Judicial Security Committee of Judicial Conference

Professional Associations: American Bar Assn.; Women's Bar Assn.; Mass. Black Lawyers Assn.; Mass. Black Women Attorneys; Boston Bar Assn.
Civic Activities: (2013-present) Member, Bd. of Trustees, Stepping Stone Foundation; (2001-10) Member, Bd. of Dirs., Big Sister Assn. of Greater Boston

---

### Robert B. Collings
**Magistrate Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 3640,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9228**

Year of Current Appointment: 1982
Year of Admission to the Bar: 1968
Born: August 31, 1942, New York, New York
Law School: Harvard Law School, 1967
Other Education: Hamilton College, Clinton, N.Y., 1964
Previous Judgeships: (1999-2001) Chief Magistrate Judge
Military Service: (1968-71) Lt., U.S. Naval Reserve, Judge Advocate General's Corps
Previous Legal Employment: (1971-82) Asst. U.S. Attorney, Chief Criminal Div. (6 years) and First Asst. (3 Years)
Teaching Positions: (1988-92) Lecturer at Law, Harvard Law School; (1989-90) Lecturer at Law, Northeastern University School of Law; (2000-2004) Guest Lecturer, Stanford Law School
Court-Related Activities: (1990-96) Member, Magistrate Judge Education Committee of the Federal Judicial Center; (1991-97) Member, Defender Services Committee of the Judicial Conference of the U.S., (1991-97); (1994-95) President, Federal Magistrate Judges Assn.; (2001-2005) Member, Board of the Federal Judicial Center
Professional Associations: (2000-17) Executive Committee, National Conference of Federal Trial Judge, Judicial Div.; (2005-06) Chair, American Bar Assn.
Published Works: (1995) Co-editor, *Federal Civil Litigation in the First Circuit,* MCLE
Academic Honors: (1964) Phi Beta Kappa
Honors and Awards: (1998) Founders Award, Federal Magistrate Judges Assn.

---

### Judith G. Dein
**Magistrate Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 6420,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-4736**

Year of Current Appointment: 2000
Year of Admission to the Bar: 1979
Born: December 18, 1955, New York, New York
Law School: Boston College Law School, 1979, cum laude
Other Education: Union College, B.A., 1976, summa cum laude
Previous Legal Employment: (1979-80) Law Clerk, Superior Court Justices; (1980-81) Law Clerk, Justice Robert Braucher, Supreme Judicial Court; Kirkpatrick & Lockhart, L.L.P. (focus on Litigation, Commercial Litigation and Employment Law)
Academic Honors: Phi Beta Kappa; Editor-in-Chief, *Boston College Environmental Affairs Law Review*

---

### Gustavo A. Gelpí
**Judge, U.S. Ct. of Appeals, First Circuit**
**Federal Bldg., 150 Carlos Chardon Ave.,**
**San Juan, PR 00918**
**(787) 772-3102**

Year of Current Appointment: 2021
Born: 1965, San Juan, Puerto Rico
Law School: Suffolk University Law School, 1991
Other Education: Brandeis University, B.A., 1987

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Gustavo A. Gelpi—Cont'd**

Previous Judgeships: (2001-06) U.S. Magistrate Judge, Dist. of Puerto Rico; (2006-21) Judge, U.S. District Court, Dist. of Puerto Rico (Chief Judge, 2018-21)

Previous Legal Employment: (1991-93) Law Clerk, Judge Juan M. Pérez-Giménez, U.S. District Court, Dist. of Puerto Rico; (1993-97) Asst. Federal Defender, Dist. of Puerto Rico; (1997-99) Asst. Atty. General, Office of Legal Counsel; (1999-2000) Solicitor General, Commonwealth of Perto Rico; (2001) Special Litigation Counsel, McConnell Valdes

---

**Nathaniel M. Gorton**
**Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 3110,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9247**

Year of Current Appointment: 1992
Year of Admission to the Bar: 1966
Born: July 25, 1938, Evanston, Illinois
Law School: Columbia University School of Law, 1966, LL.B.
Other Education: Dartmouth College, A.B., 1960
Military Service: (1960-62) Lt., Junior Grade, U.S. Navy; Executive Officer USS Banner (AKL-25)
Previous Legal Employment: (1966-69) Associate, Trial and Business Depts., Nutter, McClennen & Fish, Boston; (1970-92) Partner and Director, Civil Business Litigation, Powers & Hall, P.C., Boston
Court-Related Activities: (1997-2003) Judicial Resources Committee of the Judicial Conference; (2001-08) Judge, U.S. Foreign Intelligence Serveillance Court (appointed by Chief Justice Rehnquist); (2018-24) Multi-District Litigation Judicial Panel
Professional Associations: Boston Bar Assn.
Civic Activities: Former Chair, Board of Trustees, Buckingham Browne & Nichols School, Cambridge, MA.; Former Member of Corporation, New England Home for Little Wanderers
Hobbies and Interests: Hockey; Tennis; Sailing
Honors and Awards: Federal Bar Association, Massachusetts chapter, Recognition Award for dedication and service (2015)

---

**Edward F. Harrington**
**Senior Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9165**

Year of Current Appointment: 1987
Born: 1933, Fall River
Law School: Boston College Law School, 1960
Other Education: College of the Holy Cross, A.B., 1955

---

**David H. Hennessy**
**Magistrate Judge, U.S. District Court**
**Harold D. Donohue Federal Bldg. & Cthse., Suite 404,**
**595 Main St., Worcester 01608**
**(508) 929-9955; Fax: (508) 929-9908**

Year of Current Appointment: 2013
Year of Admission to the Bar: 2006
Law School: Fordham University School of Law, 1985
Previous Legal Employment: Asst. U.S. Atty., Eastern District of N.Y.; Acting Deputy Asst. U.S. Atty., Criminal Div., Dept. of Justice, Washington, D.C.; (1999-2008) Asst. U.S. Atty. and (2008-13) Chief Asst. U.S. Atty., Dist. of Mass., Worcester Branch
Honors and Awards: Attorney General's Award for Exceptional Service

---

**Timothy S. Hillman**
**Judge, U.S. District Court**
**Harold D. Donohue Federal Bldg. & Cthse.,**
**Room 411, 595 Main St., Worcester 01608**
**(508) 929-9916; Fax: (508) 929-9908**

**John Joseph Moakley U.S. Courthouse, Suite 4710,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9532**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1974
Born: March 12, 1948, Chicago, Illinois
Law School: Suffolk University Law School, 1973
Other Education: Coe College, Cedar Rapids, Iowa, 1970
Previous Judgeships: (1991-97) Justice, District Court, Gardner and Winchendon Divs.; (1997-98) Presiding Justice, District Court, Worcester Div.; (1998-2005) Justice, Superior Court; (2006-12) U.S. Magistrate Judge, U.S. District Court, District of Massachusetts
Previous Legal Employment: (1990) Partner, Hillman & Haley; (1974-76) Associate, Murphy & Pusateri; (1976-78) Asst. District Attorney, Worcester County; (1978-90) Sole Practitioner; (1978-91) City Solicitor, City of Fitchburg; (1981-91) Town Counsel, Town of Lunenburg
Professional Associations: Mass. Bar Assn.; American Bar Assn.; Worcester County Bar Assn.; Mass. Judges Conference; Federal Bar Assn.

---

**Jeffrey R. Howard**
**Senior Judge, U.S. Ct. of Appeals, First Circuit**
**Warren B. Rudman U.S. Cthse., 55 Pleasant St.,**
**Concord, NH 03301**
**(603) 225-1525**

Year of Current Appointment: 2002
Year of Admission to the Bar: 1981
Born: 1955
Law School: Georgetown Law Center, 1981
Other Education: Plymouth State College, B.A., 1978
Previous Legal Employment: (1981-89) Attorney, later Deputy Atty. General, N.H. Attorney General's Office; (1989-93) U.S. Atty., District of N.H.; (1993-97) N.H. Atty. General; (1997-2002) Choate Hall & Stewart

---

**Elizabeth D. Katz**
**Judge, U.S. Bankruptcy Court**
**United States Courthouse, Suite 220, 300 State St.,**
**Springfield 01105-2925**
**(413) 785-6860; Fax: (413) 785-6917**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1995
Law School: Boston University School of Law
Other Education: University of Vermont, B.A.
Previous Legal Employment: Office of the Atty. General; Asst. D.A., Northwestern Division, Northampton; Partner, Rescia, Katz & Shear
Court-Related Activities: Local Rules Committee, U.S. Bankruptcy Court
Professional Associations: Past Pres., Hampshire County Bar Assn.
Civic Activities: M. Ellen Carpenter Financial Literacy Program

---

**William J. Kayatta, Jr.**
**Judge, U.S. Ct. of Appeals, First Circuit**
**156 Federal St., Portland, ME 04101**
**(207) 699-3600**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1979
Born: 1953, Pawtucket, Rhode Island
Law School: Harvard Law School, 1979
Other Education: Amherst College, 1976

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**William J. Kayatta, Jr.—Cont'd**
Previous Legal Employment: (1979-80) Law Clerk, Judge
Frank Coffin, U.S. Court of Appeals, First Circuit;
(1980-2013) Private Practice, Portland, ME

———————

**Angel Kelley**
**Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 2300,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-4371**

Year of Current Appointment: 2021
Year of Admission to the Bar: 2004
Born: 1967, New Rochelle, New York
Law School: Georgetown Law Center, Washington, D.C.,
1992
Other Education: Colgate University, B.A., 1989; Temple
University, LL.M., 2003, Trial Advocacy
Previous Judgeships: (2009-13) Justice, District Court,
Brockton Div.; (2013-21) Associate Justice, Superior
Court; (2007-09) Asst. U.S. Atty.
Previous Legal Employment: Staff Atty., The Legal Aid
Society, New York (Juvenile Rights Div.); (1997-2005)
Counsel, Port Authority of New York and New Jersey;
(2005-07) Supervising Atty. & Clinical Instructor,
Harvard University
Teaching Positions: Boston University School of Law (Trial
Advocacy);   Suffolk University School of Law (Trial
Advocacy)

———————

**M. Page Kelley**
**Chief Magistrate Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 7420,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9183**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1986
Born: Louisville, Kentucky
Law School: Harvard Law School
Other Education: Smith College
Previous Legal Employment: (1986-2004) Public Defender,
Committee for Public Counsel Services; (2000-04)
Atty-in-Charge, Committee for Public Counsel Services;
(2004-14) Asst. Federal Public Defender
Teaching Positions: Adjunct Professor, Suffolk University
Law School (Trial Advocacy)
Professional Associations: Judicial Fellow, American
College of Trial Lawyers

———————

**Paul G. Levenson**
**Magistrate Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 2300,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9152**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1989
Law School: Harvard Law School
Other Education: Harvard College
Previous Legal Employment: Kaye, Scholer, Fierman,
Hayes & Handler; Gibson, Dunn & Crutcher; Asst. U.S.
Atty., Dist. of Mass. (appointed Chief, Economic Crimes
Unit); (2013-22) Regional Director, Securities &
Exchange Commission

**Kermit V. Lipez**
**Senior Judge, U.S. Ct. of Appeals, First Circuit**
**156 Federal St., Portland, ME 04101**
**(207) 822-0455**

Year of Current Appointment: 1998
Born: 1941
Law School: Yale Law School, 1967
Other Education: Haverford College, B.A., 1963, magna
cum laude; University of Virginia, L.L.M., 1990
Previous Judgeships: (1985-97) Justice, Maine Supreme
Court
Previous Legal Employment: (1967-68) Staff Attorney, U.S.
Dept. of Justice Employment Program for Honor Law
Graduates; (1968-71) Special Asst. and Legal Counsel,
Gov. Kenneth M. Curtis, Augusta, ME; (1968-71) Special
Asst. & Legal Counsel, Governor of Maine; (1971-72)
Legislative Aide, U.S. Senator Edmund S. Muskie;
(1973-75) Private Law Practice, Portland, ME; (1975-85)
Partner, Curtis, Thaxter, Lipez, Stevens, Broder &
Micoleau, Portland, ME
Court-Related Activities: Chair, Judicial Compensation
Commission Working Group; Maine Trial Court Advisory
Council;  Supreme Court Liaison to State Court Library
Committee;   Supreme Court Liaison to Probate Rules
Committee;  Public Information Committee
Public Employment: (1972) Congressional Campaign Staff,
State Senator Elmer Violette; (1984) Mondale Delegate,
Democratic National Convention
Professional Associations: (1973-present) Maine State Bar
Assn.; (1973-present) Cumberland Co. Bar Assn.; Amer.
Law Institute; Amer. Judicature Society
Civic Activities: (1975-81) Bd. of Dir., Maine Civil Liberties
Union; (1976-81) Bd. of Dir., Pine Tree Legal Assistance;
(1995-98) Bd. of Dir., Cedars Nursing Care Center, Inc.;
(1997-present) Bd. of Visitors, Univ. of Maine School of
Law; (1997-present) Bd. of Dir., Cleaves Law Library
Published Works: "The Child Witness in Sexual Abuse
Cases in Maine," *42 Maine L. Rev. 283,* (1990); "Sanctions
for Prevailing Defendants in the Superior Court," *Maine
Bar Journal,* Vol. 7 No. 2 (1992); "Sentencing Without
Resources: A Challenge to Intellectual Honesty," *Maine
Bar Journal,* Vol. 8 No. 3 (1993); "Disrobing Gender Bias
in the Courts," *Legal Times,* (1993); "An Expanding Role
for Legal Assistants," *MSALA Newsletter* (1993); "One
Case, One Judge: The Single Justice Assignment Project
in the Superior Court," *Maine Bar Journal,* Vol. 9 No. 2
(1994); "A Vision of X: Remarks to New Members of the
Bar," *Maine Bar Journal,* Vol. 10 No. 1 (1997)
Honors and Awards: Vincent L. McKusick Award, 1998

———————

**Sandra L. Lynch**
**Judge, U.S. Ct. of Appeals, First Circuit**
**John Joseph Moakley U.S. Cthse.,**
**1 Courthouse Way, Boston, MA 02210**
**(617) 748-9014**

Year of Current Appointment: 1995
Year of Admission to the Bar: 1971
Born: 1946
Law School: Boston University Law School, 1971, cum
laude
Other Education: Wellesley College, A.B., 1968
Previous Legal Employment: (1971-73) Law Clerk, Hon.
Raymond J. Pettine, U.S. Dist. Ct., D. R.I.; Asst. Attorney
General, Mass.;  General Counsel, Mass. Dept. of
Education; (1978) Associate, (1981-95) Partner, Foley,
Hoag & Elliot, Boston
Teaching Positions: (1973-74) Instructor (Legal Writing),
Boston Univ. Law School
Court-Related Activities: Committee on New U.S.
Courthouse, Boston, MA.; (1993-95) First Circuit
Advisory Committee on Rules; (1997-99) Chair, Bias Task
Force, First Circuit

———————

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with
permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Sandra L. Lynch—Cont'd**

Professional Associations: (1992-93) Pres., Boston Bar Assn.; Federal Judges Assn.; A.B.A.; Mass. Bar Assn.; Federal Bar Assn.; National Assn. of Women Judges; (1994-95) Committee on Model Rules of Professional Conduct, Mass. Supreme Judicial Ct.; (1992-95) Organizer of Women Bar Leaders Group, Natl. Conference of Bar Presidents

Civic Activities: International Women's Forum; Mass. Women's Forum; Wellesley College Business Leadership Council; (1996) Chair, Mass. Rhodes Scholar Committee; (1993-94) Co-chair, Leading Industries Committee, Boston Chamber of Commerce; (1994-95) Amer. Arbitration Assn., Panel on Complex Litigations; (1989-92) Special Counsel to Commission on Judicial Conduct; (1982-83) Vice-Chair, Mass. Board of Bar Overseers

Published Works: "Boston School Desegregation Case," *Mass. L. Quarterly* (1977); *Federal Rules Practice*, MCLE (1982); *Third Party Liability for Toxic Torts in Workplace*, MCLE (1987); *At Will Terminations*, MCLE (1988); *Federal Motion Practice*, MCLE (1989); "Public Institution Litigation in the First Circuit," *Mass. L. Quarterly* (1990); *Damages*, MCLE (1992)

Honors and Awards: Distinguished Service Award, Planned Parenthood League of Mass., 1980; Silver Shingle Distinguished Alumnae Award, Boston Univ. Law School, 1993; Wellesley College Distinguished Alumnae Award, 1997

---

**Mark G. Mastroianni**
**Judge, U.S. District Court**
**U.S. Courthouse, Suite 120, 300 State St.,**
**Springfield 01105-2919**
**(413) 785-6846; Fax: (413) 781-9471**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1990
Born: 1964, Springfield
Law School: Western New England University School of Law, 1989
Other Education: American International College, B.A., 1986, magna cum laude
Previous Legal Employment: (1990-95) Asst. District Atty., Hampden County; (1995-2011) Sole Practitioner; (2011-14) District Atty., Hampden County
Other Positions: (1988-89) Clerk, Hurley, Melikian, Sousa & McFarlin; (1989) Clerk, Law Office of James McEwan

---

**Kenneth P. Neiman**
**Magistrate Judge, U.S. District Court**
**U.S. Courthouse, Suite 120, 300 State St.,**
**Springfield 01105-2919**
**(413) 785-6803; Fax: (413) 781-9471**

Year of Current Appointment: 1995
Year of Admission to the Bar: 1972
Born: New York, New York
Law School: Harvard Law School, 1971
Other Education: Tufts University, 1967
*Editor's Note: Admitted in Mass. (1974)*

---

**Jerome J. Niedermeier**
**Magistrate Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 595-2534**

Year of Current Appointment: 2010
Born: July 18, 1943
Law School: Georgetown Law Center, Washington, D.C., 1972
Other Education: Boston College, 1967, magna cum laude
Previous Judgeships: (1982-2010) U.S. Magistrate Judge, Dist. of Vermont
Previous Legal Employment: (1973-76) Trial Atty., Dept. of Justice, Civil Rights Div., Criminal Section; (1976-82) Asst. U.S. Atty., Dist. of Vermont (First Asst.), 1980-82)

---

**George A. O'Toole, Jr.**
**Senior Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 7310,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9618; Fax: (617) 748-4105**

Year of Current Appointment: 1995
Year of Admission to the Bar: 1972
Born: October 7, 1947, Worcester
Law School: Harvard Law School, 1972
Other Education: Boston College, 1969
Previous Judgeships: (1982-90) Boston Municipal Court; (1990-95) Superior Court
Previous Legal Employment: (1972-82) General Practice, Hale & Dorr (emphasis on Litigation)

---

**Christopher J. Panos**
**Chief Judge, U.S. Bankruptcy Court**
**Harold D. Donohue Federal Bldg., Room 311,**
**595 Main St., Worcester 01608-2076**
**(508) 770-8901; Fax: (508) 770-8975**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1989
Law School: Boston University Law School
Other Education: Georgetown University, A.B.
Previous Legal Employment: Managing Partner, Craig & Macauley; Partner-in-Charge, Partridge, Snow & Hahn, Boston

---

**Michael A. Ponsor**
**Senior Judge, U.S. District Court**
**U.S. Courthouse, Suite 350, 300 State St.,**
**Springfield 01105-2919**
**(413) 785-6824; Fax: (413) 781-9471**

Year of Current Appointment: 1994
Born: August 13, 1946, Chicago, Illinois
Law School: Yale Law School, 1975
Other Education: Harvard College, B.A., 1969, magna cum laude; Pembroke College, Oxford University, England, B.A., 1971, (1979) M.A., Rhodes Scholarship
Previous Judgeships: (1984-94) U.S. Magistrate Judge
Previous Legal Employment: (1975-76) Law Clerk, Hon. Joseph L. Tauro; (1976-78) Associate, Homans, Hamilton, Dahmen & Marshall; (1978-83) Partner, Brown, Hart & Ponsor
Teaching Positions: (1967-68) Teacher, Kenya Institute of Administration, Nairobi, Kenya; (1988-2007) Adjunct Professor, Western New England College School of Law; (1989-91) Adjunct Professor, Yale Law School; (1998-2001) Adjunct Professor, University of Mass., Amherst
Professional Associations: Boston Bar Assn.; Hampshire County Bar Assn.; Mass. Bar Assn.
Published Works: Co-Editor, *Federal Civil Litigation in the 1st Circuit*, MCLE, Inc. (1995); "Playing to the Bench," 81 *A.B.A.J.* 70 (January 1995); "Life, Death & Uncertainty" 14 *Federal Sentencing Reporter*, 60 (July/August 2001); *The Hanging Judge* (novel) 2013; *The One-Eyed Judge* (novel) 2017
Academic Honors: Rhodes Scholar; Western New England College, Honorary Doctor of Laws, 2011; Legal Writing Institute "Golden Pen" Award for Outstanding Legal Writing, 2015
Hobbies and Interests: Walking; Bicycling; Reading

---

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

### Katherine A. Robertson
**Magistrate Judge, U.S. District Court**
**U.S. Courthouse, Suite 120, 300 State St.,**
**Springfield 01105-2919**
**(413) 785-6802; Fax: (413) 781-9471**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1990
Born: 1953, Princeton, New Jersey
Law School: Western New England University School of Law, 1990, summa cum laude
Other Education: Princeton University, 1975
Previous Legal Employment: (1990-92) Law Clerk, Judge Frank H. Freedmna, U.S. District Court; (1992-96) Law Clerk, Justice John M. Greaney, Supreme Judicial Court; (1996-2001) Partner, Bulkley, Richardson & Gelinas, Springfield; (2001-14) Asst. D.A., Hampden County

---

### Patti B. Saris
**Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 8110,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-4141; Fax: (617) 748-4582**

Year of Current Appointment: 1994
Year of Admission to the Bar: 1976
Born: July 20, 1951, Boston
Law School: Harvard Law School, 1976, cum laude
Other Education: Radcliffe College, B.A., 1973, magna cum laude
Previous Judgeships: (1986-89) U.S. Magistrate Judge, District of Massachusetts; (1989-94) Associate Justice, Superior Court
Previous Legal Employment: (1976-77) Law Clerk, Hon. Robert Braucher, Mass. Supreme Judicial Court; (1977-79) Litigation Assoc., Foley, Hoag & Eliot; (1979-81) Staff Counsel, U.S., Senate Judiciary Committee (emphasis Regulatory Reform, Criminal Law); (1981-82) Berman, Dittmar & Engel, P.C.; (1982-86) Chief and (1984-86) Asst. U.S. Atty., Civil Division
Teaching Positions: (1987-88) Lecturer, Harvard Law School (Federal Litigation); (1996) Lecturer, Boston Univ. Law School (Trial Practice)
Court-Related Activities: Chair, U.S. Sentencing Commission
Other Positions: (2005-2006) President, Board of Overseers, Harvard University
Published Works: Co-Author with Hon. Abner J. Mikva, *Congress: The First Branch of Government*, Franklin Watts Publisher, 1983; Co-Author with Hon. John J. McNaught, Hon. J. Harold Flannery, *Massachusetts Evidence: A Courtroom Reference*, MCLE, 1994
Academic Honors: Phi Beta Kappa; Associate Managing Editor, *Harvard Crimson*
Honors and Awards: (1997) Haskell Cohen Award for Distinguished Judicial Service; (1997) Distinguished Alumna Award, Girls' Latin School; (2003) Boston Bar Association, Judicial Excellence Award

---

### F. Dennis Saylor IV
**Chief Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 5110,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9092**

Year of Current Appointment: 2004
Year of Admission to the Bar: 1981
Born: 1955, Royal Oak, Michigan
Law School: Harvard University Law School, 1981
Other Education: Northwestern University, 1977
Previous Legal Employment: (1981-87 & 1993-2004) Goodwin Procter; (1987-90) Asst. U.S. Atty, District of Mass.; (1990-93) Special Counsel and Chief of Staff, Asst. Atty. General, Criminal Division, Dept. of Justice

Teaching Positions: Adjunct Prof., Boston University School of Law
Court-Related Activities: Member, Defender Services Committee, Judicial Conference of the United States; Member, Foreign Intelligence Surveillance Court
Professional Associations: American Bar Association; (1992-93) Criminal Justice Section Council; (1991-93) Criminal Justice Standards Committee

---

### Bruce M. Selya
**Senior Judge, U.S. Ct. of Appeals, First Circuit**
**316 Federal Bldg. & U.S. Cthse.,**
**One Exchange Terr., Providence, RI 02903**
**(401) 752-7140**

Year of Current Appointment: 1986
Year of Admission to the Bar: 1959
Born: May 27, 1934, Providence, Rhode Island
Law School: Harvard Law School, 1958, magna cum laude
Other Education: Harvard University, A.B., 1955, magna cum laude
Previous Judgeships: (1965-72) Judge of Probate, Lincoln, R.I.; (1982-86) U.S. District Court, District of Rhode Island
Previous Legal Employment: (1958-60) Law Clerk, Hon. Edward W. Day, U.S. District Court, District of Mass.; (1960-82) Private Practice
Court-Related Activities: (1964-72) Member and (1965-70) Secretary, Rhode Island Judicial Council; (1967-69) Member, Governor's Commission on Crime & Administration of Justice; (1968-82) Delegate, National Conference on Revisions to Federal Appellate Practice; (1987-90) Vice Chair, Committee on Intercircuit Assignment; (1991-Present) Member, Committee on the Judicial Branch, Judicial Conference of the U.S.; Member, Chief Justice's Task Force on Criminal Sentencing
Elected Positions: (1970-74) Vice Chair, Rhode Island Republican Party; (1976-82) Chair, Chafee for Senate Committee
Professional Associations: American Judicature Society; American Bar Assn.; Federal Bar Assn.; Federal Judges Assn.; Rhode Island Bar Assn.; Rhode Island Bar Foundation; University Club; National Lawyers Club; Harvard Club of Rhode Island; Harvard Law School Assn. of Rhode Island
Civic Activities: (1974-78) Rhode Island Area Chair and (1978-82) Regional Vice President for New England Area Anti-Defamation League; (1974-82) Board of Trustees, The Wheeler School; (1982-present) Board of Trustees and (1985-92) Chair, Bryant College; (1991-present) Board of Trustees, Rhode Island Hospital; Board of Directors, Jewish Federation of Rhode Island; Board of Trustees, Jewish Home for the Aged; Member, Temple Beth El; Co-Founder and First Chair, Community Relations Commission; Member of Corporation, Butler Hospital; Rhode Island Commodores
Academic Honors: John Harvard Scholar
Honors and Awards: (1988) Louis Dembitz Brandeis Medal for Distinguished Legal Service; (1992) Neil J. Houston, Jr. Criminal Justice Award

---

### Leo T. Sorokin
**Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 6-130,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9223; Fax: (617) 204-5802**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1991
Law School: Columbia Law School, 1991
Other Education: Yale University, 1983

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Leo T. Sorokin—Cont'd**

Previous Judgeships: (2005-2014) Magistrate Judge, U.S. District Court for the District of Mass.

Previous Legal Employment: (1991-92) Law Clerk, Judge Rya Zobel; (1992-94) Associate, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo; (1994-97) Attorney General's Office; (1997-2005) Asst. Federal Public Defender

---

**Richard G. Stearns**
**Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 7110,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9283**

Year of Current Appointment: 1994

Year of Admission to the Bar: 1977

Born: June 27, 1944, Los Angeles, California

Law School: Harvard Law School, 1976

Other Education: Stanford University, B.A., 1968; Oxford University, 1971, M.Litt.

Previous Judgeships: (1990-94) Assoc. Justice, Superior Court, Mass.

Previous Legal Employment: (1977-82) Asst. District Attorney, Norfolk County, Mass.; (1982-90) Asst. U.S. Atty, U.S. Attorney's Office, District of Mass.

Teaching Positions: (1984-87) Instructor, Harvard Law School

Court-Related Activities: Past Member, U.S. Judicial Conference Committee, Int'l Judicial Relations; Past Member, U.S. Judicial Conference Committee on Judicial Security; Past Member, Federal-State Jurisdiction Committee; Past Member, Space and Facilities Committee; Past Member, Mass Torts Working Group; Past Member, First Circuit Judicial Council; Transferee Judge, Multi-District Litigation Panel, District of Mass.; Advisor, U.S. Department of Defense; Advisor, U.S. Department of State; Advisor, North Atlantic Treaty Organization

Professional Associations: American Bar Assn.; Mass. Bar Assn.

Civic Activities: Trustee, Vincent Memorial Hospital; Chair, Committee on Science and Research, Vicent Center for Reproductive Biology

Published Works: "An Appropriate Legal Framework for Dealing With Modern Terrorism and Weapons of Mass Destruction," *Intelligence and Human Rights in the Era of Global Terrorism*, Oxford University Press, 2007; "Defining and Detaining Terrorism Suspects: The Rise and Implications of a Security State," *Combating Transnational Terrorism: Searching for a New Paradigm*, ABC-CLIO Praeger Security International, 2009; *Mass. Criminal Law: A Prosecutor's Guide*, 42nd Ed., 2022

Academic Honors: Phi Beta Kappa; Rhodes Scholar

Honors and Awards: Honorary Doctor of Law, Suffolk Univ. Law School, 2008; Honorary Doctor of Law, University of Massachusetts School of Law, 2004

---

**Indira Talwani**
**Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9152**

Year of Current Appointment: 2014

Year of Admission to the Bar: 1999

Born: 1960, Englewood, New Jersey

Law School: Boalt Hall School of Law, University of California, Berkeley, 1988

Other Education: Harvard College, 1982

Previous Legal Employment: (1988-89) Law Clerk, Judge Stanley A. Weigel, U.S. District Court, Northern Dist. of California; (1989-95) Associate and (1996-99) Partner, Altshuler Berzon L.L.P., San Francisco; (1999-2014) Partner, Segal Roitman, L.L.P. (focus on Civil Litigation)

---

**O. Rogeriee Thompson**
**Judge, U.S. Ct. of Appeals, First Circuit**
**Federal Bldg. & U.S. Cthse., One Exchange Terr.,**
**Providence, RI 02903**
**(401) 272-2960**

Year of Current Appointment: 2010

Year of Admission to the Bar: 1976

Born: 1951, Anderson, South Carolina

Law School: Boston University Law School, 1976

Other Education: Brown University, A.A., 1972

Previous Judgeships: (1988-97) Associate Judge, Rhode Island District Court; (1997-2010) Associate Justice, Rhode Island Superior Court

Previous Legal Employment: (1976-79) Sr. Staff Atty. and Family Law Mgr., Rhode Island Legal Services, Inc.; (1979-80) Associate, McKinnon and Fortunato; (1980-82) Asst. City Solicitor, Providence; (1980-84) Sole Practitioner; (1984-88) Partner, Thompson & Thompson

Other Positions: (1975) Law Clerk, Harvard Legal Aid Bureau

Professional Associations: American Bar Assn.; Natl. Bar Assn.; R.I. Bar Assn.; R.I. Trial Judges Assn.; R.I. Judicial Council; Thurgood Marshall Law Society of R.I.; R.I. Women's Bar. Assn.; R.I. Coalition of Women Attys.; R.I. Black Lawyers Assn.; Roger Williams Univ. American Inns of Court; Natl. Assn. of Women Judges; ACLU, R.I. Chapter

Civic Activities: Nellie Mae Education Foundation; College Crusade of Rhode Island; YMCA of Greater Providence; Trustee, Brown Univ.; Trustee, Bryant Univ.; Shipwatch Horizontal Property Regime; R.I. Save the Bay; Dorcas Place, Inc.; Butler Hospital Corp.; Women's Fund of R.I.; World Learning, Inc.; Home & Hospice Care of R.I., Inc.; Citizen's Community Foundation; Rhode Historical Society; R.I. Women's Center; John Hope Settlement House; Urban League of R.I.; Elmwood Neighborhood Housing Assn.; Justice Resource Corp.; R.I. Anti-Drug Coalition; N.A.A.C.P.; R.I. School of Design Museum; Sierra Club; Natl. Assn. of Female Executives

Academic Honors: Phi Beta Kappa

---

**Mark L. Wolf**
**Senior Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Room 5110,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9152**

Year of Current Appointment: 1985

Year of Admission to the Bar: 1971

Born: November 23, 1946, Boston

Law School: Harvard Law School, 1971, cum laude

Other Education: Yale University, B.A., 1968, cum laude

Military Service: (1969-75) U.S. Army Reserve

Previous Legal Employment: (1971-74) Associate, Surrey, Karasik & Morse, Washington, D.C.; (1974) Special Asst. to U.S. Deputy Attorney General; (1975-77) Special Asst. to U.S. Attorney General; (1977-81) Partner, Sullivan & Worcester (emphasis on Civil Litigation); (1981-85) Deputy U.S. Attorney

Teaching Positions: Lecturer for Dept. of State and U.S. Information Agency in Turkey (1991), Egypt (1990), Cyprus (1990), and China (2004 and 2006); (1990) Lecturer in Law, Harvard Law School; (1992) Adjunct Professor, Boston College Law School

Court-Related Activities: (1987-94) Member, Judicial Conference Committee on Criminal Law; (1990-94) Chair, Sentencing Subcommittee; (2002-2005) Judicial Conference Codes of Conduct Committee; (2005-Present) Member, Advisory Committee on Criminal Rules

Professional Associations: American Bar Assn.; American Law Institute; Boston Bar Assn. (Council 1982-85); (1995) Executive Committee, National Conference of Federal Trial Judges, American Bar Association

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Mark L. Wolf—Cont'd**

Civic Activities: (1989-present) Chairman, Albert Schweitzer Fellowship; (1986-present) Chair, John William Ward Public Service Fellowship; (1994-present) Board of Visitors, Dimock Community Health Center; (1988-present) Advisory Board, International Institute of Boston; (1990-93) Advisory Board, Longwood Symphony Orchestra

Published Works: "Few are Chosen: The Judicial Appointments of Oliver Wendell Holmes, Jr. and Charles Edward Wyzanski, Jr.," 74 *Mass. Law Review* 221 (1989); "Criminal Priorities and Policies of the United States Attorney's Office," *Boston Bar Journal* (Nov./Dec. 1984); "Changing of the Guard: Power and Leadership in America," 96 *Pol. Sci. Quar.* 319 (1981); "Work Incentive Aspects of the Family Assistance Plan," 9 *Harvard Journal on Legislation* 179 (1972); also several articles published in the *Boston Globe* and *Boston Herald*

Academic Honors: (1990) Boston Latin School Honorary Degree

Honors and Awards: (1975) Presidential Certificate of Appreciation for Meritorious Service in Resettlement of Indochinese Refugees; (1983) American Jewish Congress Award on Behalf of Iranian Jewish Refugees; (1984) U.S. Attorney General's Award for Distinguished Service; (2002) Boston Bar Assn. Citation for Judicial Excellence

---

**Douglas P. Woodlock**
**Senior Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 4110,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9293**

Year of Current Appointment: 1986

Year of Admission to the Bar: 1975

Born: February 27, 1947, Hartford, Connecticut

Law School: Georgetown University Law Center, 1975

Other Education: Yale University, B.A., 1969

Previous Legal Employment: (1973-75) Staff, Securities and Exchange Commission, Washington, D.C.; (1975-76) Law Clerk, Hon. Frank J. Murray, Boston; (1976-79 & 1983-86) Private Practice, Goodwin, Procter & Hoar; (1979-83) Asst. U.S. Attorney; (1984-86) Chair, Committee for Public Counsel Services

Teaching Positions: (1981-82) Instructor, Harvard Law School

Court-Related Activities: (1986-88) Bench-Bar News Committee of the Mass. Bar Association; (1987-95) Judicial Conference of the U.S. Committee on Security, Space and Facilities; (1987-Present) Chair, New Boston Federal Court House Building Committee; (2011-18) Judicial Conference of the U.S. Judicial Resources Committee

Other Positions: (1969-71) Newspaper Reporter, *Chicago Sun-Times*, Chicago and Springfield, Ill. and (1971-73) Washington, D.C.

Professional Associations: American Bar Foundation; American Judicature Society; American Law Institute; (1984-86) Chair, Committee for Public Counsel Services; (1990-92) Board Member, Frank J. Murray Inn of Court; (1996-2001) Board Member, Federal Judges Assn.

Civic Activities: (1978-79) Chair, Board of Appeals, Town of Hamilton

Honors and Awards: (1983) Director's Award, U.S. Dept. of Justice; (1996) Thomas Jefferson Award, American Institute of Architects; (2005) The Boston Bar Association's Citation of Judicial Excellence

---

**William G. Young**
**Senior Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 5710,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9138; Fax: (617) 748-9142**
**william_young@mad.uscourts.gov**
**www.mad.uscourts.gov/boston/young.htm**

Year of Current Appointment: 1985

Year of Admission to the Bar: 1967

Born: September 23, 1940, Huntington, New York

Law School: Harvard Law School, 1967

Other Education: Harvard University, A.B., 1962, magna cum laude

Previous Judgeships: (1979-85) Mass. Superior Court

Military Service: (1962-64) Capt., U.S. Army

Previous Legal Employment: (1967-68) Law Clerk, Hon. Raymond S. Wilkins, Chief Judge, Supreme Judicial Court; (1968-72) Associate and (1975-78) Partner, Bingham, Dana & Gould; (1970-72) Special Asst. Attorney General; (1972-74) Chief Counsel, Gov. Francis W. Sargent

Teaching Positions: Lecturer in Law (1979-90) Harvard Law School; Guest Lecturer (1978-present) New England School of Law; Visiting Faculty (1987 & '94) Pacific Law Institute of Hawaii and (1991) Western Institute of Trial Advocacy, Wyoming; (1968-Present) Boston College Law School and (1979-present) Boston University Law School; (1980) University of South Carolina; (1980-Present) Tulane Law School and (1987-88) Western New England College School of Law

Court-Related Activities: Member, Budget Committee, U.S. Judicial Conference; (1973-74) Member, Legislative Subcommittee, Mass Judicial Conference; (1980-85) Member, Superior Court Executive Committee; (1984) Superior Court Representative, Mass. Judicial Council; (1993-2001) Co-Chair, Economy Subcommittee, U.S. Judicial Conference

Other Positions: (1968-76) Associate Editor, *Mass. Law Quarterly*

Professional Associations: American Law Institute; Mass. Bar Assn. and its following committees: (1972-74) Committee on Administration of Justice, (1974) Committee to Revise Code of Professional Responsibility, (1976) Committee on Court Reform and (1977-78) Chair, Committee on Evidence, Council on Civil Litigation; Boston Bar Assn. and its following committees: (1971-74) Civil Procedure Committee, (1975-78) Committee on Pre-Paid Legal Services, and (1976-78) Committee on Professional Responsibility

Civic Activities: (1968-69) Member, Visiting Committee, Dept. of Military & Naval Science & Aerospace Studies, Harvard College; (1969-71) Secretary, Long Range Study Committee, Overseers of Harvard College; (1975-78) Committee to Study Structure & Function of the Board of Overseers, Harvard College; (1971-76, 78) Member, Visiting Committee, Harvard Law School; (1976-77) President, (1973-78) Director, (1974-75) Vice President and (1975-76) First Vice President of Associated Harvard Alumni; (1987-89) Chair, Committee on Nomination & Election of Overseers; Asst. Scoutmaster, Troop 2, Needham

Published Works: "Operation of the Adversary System—Purpose of the Law of Evidence", "Court Reorganization: Where Are We Now and Where Are We Going?", "Trial of the High Visibility Case," Flaschner Judicial Institute, 1984; "Amy Warwick Encounters the Quaker City:  The District of Mass. and the President's War Powers," 74 *Mass. Law Review* 206, 1989; Co-Author, Supplements to Hughes, *Mass. Evidence*, 1989 & 91; Lead Author, *Mass. Evidentiary Standards*, 1992; Co-author, "Daubert's Gatekeeper: The Role of the District Judge in Admitting Expert Testimony, " *Tulane Law Review*, 1992-94; "An Open Letter to United States District Judges," *The Federal Lawyer*, 2003; "Vanishing Trials, Vanishing Juries, Vanishing Constitution," *Suffolk U. L. Rev.*, 2007; "Bench Presence: Toward a More Complete Model of Federal District Court Productivity," *Penn State Law Rev.*, 2012

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**William J. Young—Cont'd**

Academic Honors: LL.D., New England School of Law

Honors and Awards: Award for Judicial Excellence, Mass. Academy of Trial Attorneys, 1982; Judge Edward R. Finch Law Day U.S.A. Speech Award (Third Place), American Bar Assn., 1982; Harvard Alumni Assn. Award, 1991; Citation to Judicial Excellence, Boston Bar Assn., 2000; American Law Institute, 2000; Harrison Tweed Award for teaching, American Bar Assn., 2002; Respect for Law Alliance Jurist, Pillar of Justice Award, 2004; Federal Bar Assn. Award, 2006; Chief Justice Edward T. Hennessy Award, Mass. Bar Assn., 2006; Award for Judicial Distinguished Public Service, Boston Intellectual Property Law Assn., 2007

————————

**Rya W. Zobel**
**Senior Judge, U.S. District Court**
**John Joseph Moakley U.S. Courthouse, Suite 6110,**
**1 Courthouse Way, Suite 2300, Boston 02210**
**(617) 748-9145**

Year of Current Appointment: 1979
Year of Admission to the Bar: 1956
Born: December 18, 1931, Zwickau, Germany
Law School: Harvard Law School, 1956
Other Education: Radcliffe College, A.B., 1953
Previous Legal Employment: (1956-66) Law Clerk, Judge George C. Sweeney, U.S.D.C., Dist. of Mass.; (1973-76) Private Practice, Hill & Barlow; (1976-78) Associate and (1978-79) Partner, Goodwin, Procter & Hoar
Court-Related Activities: (1995-99) Director, Federal Judicial Center
Civic Activities: Former Overseer, Harvard Univ.; Former Gov., Handel and Haydn Society; Former Trustee, New England Deaconess Hospital
Honors and Awards: Edward J. Devitt Distinguished Service to Justice Award, 2021; Outstanding Americans by Choice Award, U.S. Citizenship and Immigration Services, 2021

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

# STATE COURT JUDGES

## sitting in

# MASSACHUSETTS

The following biographies of State Court Judges sitting in Massachusetts were compiled during the summer of 2022. Each judge was sent a questionnaire and responded by listing year of current appointment, prior judgeships, birth dates, education and previous legal employment. Some judges also provided additional information relating to teaching positions, professional associations, honors and awards, and published works. The questionnaire was informal and voluntary. Entries for judges who did not respond to the questionnaire were compiled from secondary sources, including public records and our archives

**Andrew J. Abdella**
**Justice, Dudley Div., District Court**
**279 West Main St., Dudley 01571**
**(508) 943-7123; Fax: (508) 949-0015**

Year of Current Appointment: 2021
Year of Admission to the Bar: 2006
Law School: Suffolk University Law School, 2006
Other Education: College of the Holy Cross, 1999
Previous Legal Employment: (2006-11) Asst. Solicitor, City of Worcester; (2011-21) General Counsel and (2017-21) Special Sheriff, Office of the Sheriff, Worcester County
Teaching Positions: Adjunct Professor, Mount Wachusett Community College

**John A. Agostini**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2002
Year of Admission to the Bar: 1979
Law School: Washington and Lee University School of Law
Other Education: Williams College
Previous Legal Employment: (1979-82) Asst. D.A., Berkshire County; (1982-2002) Cain, Hibbard, Myers & Cook
Professional Associations: American College of Trial Lawyers

**Kerry A. Ahern**
**First Justice, Essex County Div., Juvenile Court**
**Fenton Judicial Center, 2nd Floor, 2 Appleton St.,**
**Lawrence 01840**
**(978) 725-4900; Fax: (978) 725-3878, 80**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1994
Law School: New England School of Law, 1994
Other Education: University of Mass. Lowell, 1991
Previous Legal Employment: (1994-2008) Asst. D.A., Middlesex County (Supv., Juvenile Ct. Div.; Dist. Cts.; Dep. Dir., Superior Ct., Lowell Region); (2008-14) Sole Practitioner, Lowell
Teaching Positions: (2008-2011) Adjunct Professor, UMass Lowell (Criminal Justice)

**Michael G. Allard-Madaus**
**Associate Justice, Worcester Div., District Court**
**225 Main St., Worcester 01608**
**(508) 831-2170; Fax: (508) 753-4116**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1986
Law School: Suffolk University Law School
Other Education: Worcester State College
Previous Legal Employment: (1986-2010) Private Practice

**Jennifer M.D. Allen**
**Associate Justice, Middlesex Division,**
**Probate & Family Court**
**North Division, 370 Jackson St., Lowell 01852**
**(978) 656-7722**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1994
Law School: Boston College Law School, 1994
Other Education: Brandeis University, 1990
Previous Legal Employment: (1995-2017) Associate, later Partner, Catanzaro & Allen; (2017-19) Sole Practitioner (Law Office and Mediation Services)
Civic Activities: Bd. of Dirs., Metrowest Legal Services

**Mary K. Ames**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1981
Born: Boston
Law School: New England School of Law, 1981
Other Education: Regis College, B.A., 1978
Previous Legal Employment: (1982-96) Asst. D.A., Suffolk County Homicide Div.; (1996-2013) Partner, Galvin & Ames

**Michael D. Anderson**
**Justice, Essex Division, Probate & Family Court**
**36 Federal St., Salem 01970**
**(978) 744-1020; Fax: (978) 741-2957**

Year of Current Appointment: 2020
Law School: Suffolk University Law School
Previous Legal Employment: (1991-99) McLellan & Black, Boston (focus on Family Law); (2000-20) Sole Practitioner, Woburn (focus on Family Law; also corporate counsel and Clerk to engineering and design firm)
Elected Positions: Alderman, City of Woburn

**Christine D. Anthony**
**Associate Justice, Middlesex Division,**
**Probate & Family Court**
**North Division, 370 Jackson St., Lowell 01852**
**(978) 656-7722**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1996
Law School: Suffolk University Law School, 1996
Other Education: University of Mass., B.A., 1992
Previous Legal Employment: (1996-98) Law Clerk, Probate and Family Court; (1998-2000) Associate, Lee, Levine & Bowser; (2000-05) Asst. Judicial Case Mgr., Worcester Div., Probate and Family Court; (2005-08) Sole Practitioner (focus on Family Law); (2008-11) Lander & Lander, P.C. (focus on Family Law); (2011-21) Sole Practitioner (Public Administrator, 2019-21)

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Christine D. Anthony—Cont'd**
Professional Associations: Bd. of Dirs., Mass. Chapter, Assn. of Family & Conciliation Courts
Civic Activities: Coach, Westborough High School Mock Trial Club; Quinsigamond Community College Mentor Program; Community Harvest Project; Dial-a-Lawyer, Mass. Bar Assn.

---

**Cesar A. Archilla**
**Circuit Justice, District Court**
**c/o Peabody Division, District Court, 1 Lowell St., Peabody 01960**
**(978) 532-3100; Fax: (978) 532-1122**

**First Justice, Haverhill Div., District Court**
**45 Ginty Blvd., Haverhill 01830**
**(978) 521-7370; Fax: (978) 373-4791**
**cesar.archilla@jud.state.ma.us**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1999
Born: April 30, 1962, New York, New York
Law School: Suffolk University Law School, 1998
Other Education: Atlantic Union College, 1986
Previous Legal Employment: (1999-2005) Asst. D.A., Essex County; (2005-09) Private Practice, Salem (Criminal Defense)
Public Employment: (2009-13) Member/Chair, State Parole Board
Other Positions: Federal Reserve Bank, Boston

---

**Michele M. Armour**
**First Justice, Attleboro Div., District Court**
**Courthouse, 88 N. Main St., Attleboro 02703**
**(508) 222-5900, Ext. 302; Fax: (508) 226-3916**

**Justice, Hingham Div., District Court**
**28 George Washington Blvd., Hingham 02043**
**(781) 749-7000; Fax: (781) 749-0941**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1992
Law School: Albany Law School, 1992
Other Education: Union College, B.A., 1989, Political Science and Psychology; cum laude
Previous Legal Employment: (1992-95) Asst. D.A., Suffolk County (N.Y.); (1996) Staff Atty., Legal Assistance Corp. of Central Mass. (Represented victims of sexual assault and domestic violence); (1996-2017) Asst. D.A., Norfolk County (Deputy Chief, Sexual Assault/Domestic Violence Unit, 1998-2009; Chief, Family Violence/Special Victims Unit, 2009-14; Chief Trial Counsel, 2014)
Other Positions: (1990-92) Intern, Office of Mental Retardation and Developmental Diabilities, Albany, N.Y.; (1991) Intern, D.A.'s Office, Rensselaer County, N.Y.
Published Works: "Crime Against Person," *Model Criminal Jury Instructions*, M.C.L.E. (2003, 2013); Contributor, *M.D.A.A. Sexual Assault Trial Notebook*, 1st Ed. (2014); Contributor, *M.D.A.A. Domestic Violence Trial Notebook*, 1st Ed. (2012)

---

**Irene Bagdoian**
**Associate Justice, Eastern Division, Housing Court**
**Edward W. Brooke Cthse., 3rd Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-6525; Fax: (617) 788-8981**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1989
Law School: Boston University Law School, 1989, Government; magna cum laude
Other Education: Wheaton College, A.B., 1982, Government, magna cum laude

Previous Legal Employment: (1989-91) Associate, Choate, Hall & Stewart, Boston (Litigation and Real Estate Depts.); Asst. Atty. General, Trial Div.; (2007-09) Robinson & Tyler, P.C., Stoughton (Civil Litigation and Administrative matters); (2009-18) Sole Practitioner, Brockton (focus on Landlord-Tenant, Foreclosure, Real Estate and Consumer Protection matters)
Teaching Positions: (1997-98) Adjunct Instructor, Boston University School of Law (Legal Writing)
Other Positions: (1983-86) English Teacher, Ramses College for Girls, Cairo, Egypt
Professional Associations: Plymouth County Bar Assn.
Civic Activities: Steering Committee, Statewide Tenancy Preservation Program and Brockton Tenancy Preservation Program; Bd. of Dirs., Justice Center of Southeastern Mass.; Pro-Home, Inc. of Bristol County
Academic Honors: Liacos Scholar and Hennesey Scholar, Boston Univ. School of Law; Phi Beta Kappa; Dana Scholar, daniel Lewis Prize in Government and Buckingham Prize in History, Wheaton College

---

**Kathryn M. Bailey**
**Associate Justice, Worcester Division,**
**Probate & Family Court**
**225 Main St., Room 2001, Worcester 01608**
**(508) 831-2235; Fax: (508) 770-0820**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1996
Law School: Massachusetts School of Law, 1996
Other Education: Assumption College, B.A., 1993
Previous Legal Employment: (1996-2014) Sole Practitioner, Clinton (focus on Probate & Family Court litigation, 2006-14)

---

**William Trevaun Bailey**
**Justice, Lowell Div., District Court**
**370 Jackson St., Lowell 01852**
**(978) 459-4101; Fax: (978) 441-9942**

Year of Current Appointment: 2021
Year of Admission to the Bar: 2002
Law School: Western New England University School of Law
Other Education: Elmira College
Previous Legal Employment: (2001-15) Associate, Law Office of Hal Etkin, Springfield; (2002-21) Sole Practitioner (focus on Business Litigation, Employment Law, Family Law and Criminal Law)
Court-Related Activities: (2018-19) Member, Steering Committee on Lawyer Well-Being, Supreme Judicial Court
Professional Associations: Past Pres., Hampden County Bar Assn.; Hampden County Lawyers for Justice
Civic Activities: Fromer Dir., Western New England Univ. School of Law Alumni Bd.

---

**Thomas J. Barbar**
**Associate Justice, Middlesex Division,**
**Probate & Family Court**
**South Division, 10-U Commerce Way, Woburn 01801**
**(781) 865-4141**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1994
Law School: New England Law—Boston, 1993
Other Education: Villanova University, B.A., 1986, English
Previous Legal Employment: (1994-97) Associate, Law Office of Diane J. Capozzoli; (1997-2004) Sole Practitioner; (2004-07) Sr. Associate and (2007-17) Partner, Deutsch Williams Brooks DeRensis & Holland, P.C.

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Thomas J. Barbar—Cont'd**
Professional Associations: Former officer, Mass. Bar Assn.; Boston Bar Assn.; Mass. LGBTQ Bar Assn.; Former co-founder and Member, Bd. of Dirs.,Greater Boston Family Law Inn of Court
Honors and Awards: Volunteer Recognition Award, Mass. Bar Assn.

---

**Benjamin C. Barnes**
**First Justice, Edgartown Div., District Court**
**Courthouse, 81 Main St., P.O. Box 1284,**
**Edgartown 02539-1284**
**(508) 627-3751; Fax: (508) 627-7070**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1994
Law School: Suffolk University Law School
Other Education: Fisk University
Previous Legal Employment: Mallory & Brown-Curtis, Los Angeles, CA; Asst. D.A., Middlesex County; Chair, License Commission, City of Cambridge; (2004-09) Clerk-Magistrate, District Court, Palmer Division

---

**C. William Barrett**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1988
Law School: Boston University Law School, 1988
Other Education: Brown University, B.A., 1983
Previous Legal Employment: Asst. D.A., Middlesex County; Partner, Esdale, Barrett, Jacobs & Mone, Boston (focus on complex Civil Litigation and Criminal Defense)
Professional Associations: Past Pres., Mass. Chapter, American Bd. of Trial Attys.
Civic Activities: Past Pres., Concord Zoning Bd. of Appeals

---

**Thomas S. Barrett**
**Justice, Attleboro Div., District Court**
**Courthouse, 88 N. Main St., Attleboro 02703**
**(508) 222-5900, Ext. 302; Fax: (508) 226-3916**

**First Justice, Nantucket Div., District Court**
**Town and County Bldg., 16 Broad St.,**
**P.O. Box 1800, Nantucket 02554**
**508) 228-2679; Fax: (508) 325-5759**

Year of Current Appointment: 2000
Law School: Suffolk University Law School, 1980
Other Education: University of Mass., B.A., 1977
Military Service: (1972-78) U.S. Naval Reserve
Previous Legal Employment: (1980-94) Associate, later Partner, Fleming & Langlois; (1995-99) Partner, Fleming, Barrett & Phelan; (1999-2000) Law Offices of Joseph Phelan

---

**James D. Barretto**
**First Justice, Peabody Div., District Court**
**1 Lowell St., Peabody 01960**
**(978) 532-3100; Fax: (978) 532-1122**

**Justice, Brookline Div., District Court**
**360 Washington St., Brookline 02445**
**(617) 232-4660; Fax: (617) 738-9625**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1983
Born: August 12, 1955, Malden
Law School: Suffolk University Law School
Other Education: Suffolk University

Previous Legal Employment: Asst. D.A., Middlesex County (Appeals & Trial Bureaus); Partner, Bellotti & Barretto; Chief, Business, Technology & Economic Development Div., Office of the Atty. General
Other Positions: (2003-09) Legal Analyst, Fox 25 News, Boston

---

**Christopher K. Barry-Smith**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1994
Law School: Marshall-Wythe School of Law, College of William and Mary, 1993
Other Education: Harvard University, B.A., 1988
Previous Legal Employment: (1993-94) Law Clerk, Judge Alfred V. Covello, U.S. District Court, Dist. of Connecticut; (1994-96) Associate, Hanify & King, Boston (Commercial Litigation); (1997-99, 2002-16) Asst. Atty. General (First Asst. Atty. General, 2014-16); (1999-2002) Bromberg & Sunstein, L.L.P., Boston (Intellectual Property)
Academic Honors: Student Articles Editor, *William and Mary Law Review*; Order of the Coif

---

**Christopher P. Belezos**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1990
Law School: Northeastern University School of Law, 1990
Other Education: Northeastern University, 1987, summa cum laude; College of Criminal Justice
Previous Legal Employment: (1990-92) Associate, Brown & Associates (Criminal Defense, Probate, Motor Vehicle and Collection matters); (1992-97) Sole Practitioner (focus on Criminal Defense); (1997-2011) Partner, Belezos & Gratzer (focus on Criminal Defense, Personal Injury and Workers Compensation); (2011-22) Sole Practitioner (focus on Criminal Defense, Immigration and Business Law)

---

**Karin M. Bell**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2002
Law School: Harvard Law School, 2002, cum laude
Other Education: University of Maryland, B.A., 1997, summa cum laude
Previous Legal Employment: (2002-03) Law Clerk, Judge Nathaniel M. Gorton, U.S. District Court; (2004) Law Clerk, Judge F. Dennis Saylor, U.S. District Court; (2003-08) Litigation Associate, Goodwin (focus on White Collar Criminal Defense and Complex Civil Litigation); (2008-21) Asst. U.S. Atty. (served as Chief of Worcester Branch, 2013-18, Deputy Chief, Criminal Div., 2018-21, and Chief, Criminal Div., 2021); (2021-22) Partner, Manatt, Phelps & Phillips, L.L.P., Boston (focus on Investigations, Complience and White Collar Criminal Defense)

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Karin M. Bell—Cont'd**

Published Works: "Market Timing and Late Trading: Criminalization or Regulation?" *White Collar Crime 2004* (2004); Co-Author, "The False Claims Act and Universities: From Fraud to Compliance," *Massachusetts College and University Law Manual,* Chap. 8 (2009); Co_Autho, "Disclosure of Investigations: Whether and When for Public Companies," Business Crime Bulletin, Law Journal Newsletters (Nov. 2021).

Academic Honors: Best Brief, Ames Moot Court; Maryland Distinguished Scholar

Honors and Awards: Director's Award for Superior Performance Litigative Team, Executive Office for U.S. Attorneys

---

**Charles S. Belsky**
**First Justice, Franklin-Hampshire Counties**
**Division, Juvenile Court**
**116 Russell St., Rt. 9, Hadley 01035**
**(413) 584-7686, Ext. 4546660; Fax: (413) 584-6926**

**Franklin County Justice Center, 2nd Floor,**
**43 Hope St.,  Greenfield 01301**
**(413) 775-0014; Fax: (413) 775-9201**

**1 Court Sq.,  Orange 01364**
**(978) 544-5172, Ext. 274; Fax: (978) 544-5667**

**205 State St., Rt. 202,  Belchertown 01007**
**(413) 213-7610, Ext. 7**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1981
Law School: Boston College Law School
Other Education: Bates College, Lewiston, Maine
Previous Judgeships: Associate Justice, Hampden County Juvenile Court
Previous Legal Employment: Private Practice, Northampton;  Asst. Clerk-Magistrate, Juvenile Court, Franklin-Hampshire Division

---

**Julie J. Bernard**
**Justice, New Bedford Div., District Court**
**75 N. Sixth St., New Bedford 02740**
**(508) 999-9700**

Year of Current Appointment: 2002
Year of Admission to the Bar: 1985
Born: Bangor, Maine
Law School: Boston College Law School
Other Education: University of Pennsylvania, B.A.
Previous Judgeships: (2002-2013) Associate Justice, District Court, New Bedford Div.
Previous Legal Employment: Staff Atty., Committee for Public Counsel Services;  Asst. General Counsel, Mass. Bay Transportation Authority;  Associate, Segal & Feinberg; Litigation Counsel, New England Telephone & Telegraph; Of Counsel, Prince, Lobel, Glovsky & Tye; Sr. Counsel, Keyspan Energy Delivery
Court-Related Activities: District Court Committee on Continuing Education; (2014-Present) Member, Judicial Conduct Commission
Professional Associations: Mass. Black Judges Conference

---

**Timothy M. Bibaud**
**First Justice, Westborough Div., District Court**
**186 Oak St., Westborough 01581**
**(508) 366-8266**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1988
Born: May 20, 1959, Worcester
Law School: New England School of Law, 1988
Other Education: College of the Holy Cross, 1981
Previous Legal Employment: (1982-2010) Asst. D.A., Worcester County (Supervisor, Worcester Central District Court; Gang Unit; Organized Crime Unit)

---

Clubs and Organizations: Board of Dirs., Jeremiah's Inn; Board of Dirs., Central Mass Health Foundation; Board of Dirs., St. Francis Healthcare
Civic Activities: Golf Coach, Holy Cross College
Hobbies and Interests: Golf; Reading

---

**Theresa A. Bisenius**
**Associate Justice, Middlesex Division,**
**Probate & Family Court**
**North Division, 370 Jackson St., Lowell 01852**
**(978) 656-7722**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1987
Law School: Suffolk University Law School, 1986
Other Education: Boston College, B.A., 1982, cum laude
Previous Legal Employment: (1987-92) Associate, Law Office of Joseph Machara; (1992-2000) Sole Practitioner, Boston; (2000-04) Of Counsel, Straub & Lyons, Salem; (2004-12) Sole Practitioner, Danvers
Court-Related Activities: Certified Volunteer Conciliator, Essex County Bar Assn. (Family Law)

---

**Mary Rudolph Black**
**Justice, Essex Division, Probate & Family Court**
**Fenton Judicial Center, 2nd Floor, 2 Appleton St.,**
**Lawrence 01840**
**(978) 686-9692; Fax: (978) 687-3694**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1986
Law School: New England School of Law, 1985
Other Education: Colby College, 1982
Previous Legal Employment: (1986-90) Associate, Porter & Coakley, Glouucester (focus on Litigation, Domestic Relations, Probate and Real Estate); (1991-94, 1997-2016) Sole Practitioner (focus on Probate and Family Court matters); (1994-97) Partner, Black & Pontisakos, Gloucester
Professional Associations: Mass. Bar Assn.; Essex County Bar Assn.; Gloucester Bar Assn.

---

**Amy L. Blake**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1992
Law School: New England School of Law, 1992, cum laude
Other Education: University of Rochester, 1987
Previous Judgeships: (2008-14) Justice, Probate & Family Court, Essex County Division
Previous Legal Employment: Asst. D.A., Middlesex County (also served as Victim's Advocate);  Partner, Casner & Edwards, L.L.P.;  Partner, White, Inker, Aronson, P.C.
Professional Associations: Amer. Academy of Matrimonial Lawyers; Mass. Bar Assn.; Essex County Bar Assn.
Honors and Awards: Distinguished Jurist Award, Mass. Assn. of Women Lawyers, 2013

---

**Michael C. Bolden**
**Associate Justice, Boston Municipal Court**
**Courthouse, 445 Arborway, Jamaica Plain 02130**
**(617) 971-1300; Fax: (617) 983-0243**

Year of Current Appointment: 2005
Year of Admission to the Bar: 1978
Born: Philadelphia, Pennsylvania
Law School: Suffolk University Law School, 1978
Other Education: Bates College, Lewiston, Maine, B.A., 1975, Government

---

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Michael C. Bolden—Cont'd**

Previous Legal Employment: (1979-81) Admin. Trial Lawyer, Office of the Solicitor, Dept. of Labor, Washington, D.C. (enforcement of Mine Safety and Health Act); (1981-84) Asst. D.A., Middlesex County; (1984-90) Asst. Corporate Counsel, City of Boston (Civil Rights and Public Safety Bureau); (1990-92) Asst. U.S. Atty. (Major Crimes Unit); (1992-96) Asst. D.A., Suffolk County (Chief, District Courts); (1996-99) Exec. Asst. D.A., Norfolk County

Teaching Positions: (1993-96, 2010-Present) Adjunct Professor, Suffolk University Law School; (1994-96) Instructor, Mass. School of Law, Andover; (1995-2000) Student Advisor, Harvard Law School, Office of Public Interest Advising

Public Employment: (1999-2001) Undersecretary of Public Safety; (2002-05) Commissioner, Dept. of Youth Services

---

**Steven J. Bolivar**
**Associate Justice, Worcester County Division, Juvenile Court**
**Worcester Regional Judicial Center, 225 Main St., Worcester 01608**
**(508) 831-2409; Fax: (508) 754-9048**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1993
Born: Worcester
Law School: Southern New England School of Law, 1993
Other Education: American International College, 1983; Worcester State College, M.Ed., 1988
Previous Legal Employment: (1993-2019) Sole Practitioner (focus on Juvenile matters and CHINS); (2017-19) Juvenile Supervising Attorney, Committee for Public Counsel Services
Other Positions: Social Worker (focus on adolescents)

---

**Edward G. Boyle III**
**First Justice, Plymouth Division,**
**Probate & Family Court**
**215 Main St., Suite 220, Brockton 02301**
**(508) 897-5406; Fax: (508) 897-5435**
**edward.boyle@jud.state.ma.us**

**Plymouth Office, 52 Obery St., Plymouth 02360**
**(508) 747-8522**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1979
Law School: New England School of Law
Other Education: College of the Holy Cross
Previous Legal Employment: Sole Practitioner, Abington

---

**Cynthia M. Brackett**
**Justice, Fall River Div., District Court**
**186 S. Main St., Fall River 02721**
**(508) 491-3280; Fax: (508) 646-3597**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1990
Law School: Franklin Pierce Law Center, 1990
Other Education: University of Rhode Island, 1987
Previous Legal Employment: (1991-2013) Asst. D.A., Bristol County (formerly Chief, Child Assault and Sexual Assault Unit; most recently assigned to Homicide Unit)
Court-Related Activities: Chair, Bristol County Child Fatality Review Team

---

**Heather M.S. Bradley**
**First Justice, Hingham Div., District Court**
**28 George Washington Blvd., Hingham 02043**
**(781) 749-7000; Fax: (781) 749-0941**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1995
Born: Worcester
Law School: Boston College Law School, 1995
Other Education: Boston College, 1992

Previous Legal Employment: Asst. D.A, Middlesex County; Asst. D.A., Plymouth County (advanced to be Chief, Forfeiture Unit)

---

**David J. Breen**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1991
Born: Boston
Law School: Boston University Law School, 1990
Other Education: Georgetown University, B.A., 1986; Harvard University, M.P.A., 2003, Kennedy School of Government
Previous Legal Employment: (1990-96) Asst. D.A, New York County, N.Y.; (1996-99) Asst. Atty. General (Criminal and Fair Practices Bureaus); (1999-2002) Asst. Corporation Counsel, City of Boston; (2003-14) Special Asst. D.A., Norfolk County
Teaching Positions: (2002-03) Adjunct Professor, Boston Univ. Law School (Trial Advocacy); (2003-05) Visiting Clinical Assoc. Professor and (2005-Present) Clinical Assoc. Professor, Boston Univ. Law School; (2006-15) Adjunct Professor, Boston Univ. School of Medicine (Biomedical Forensics Sciences Program); (2010-14) Guest Lecturer, Tufts Univ., The Fletcher School

---

**Lynn Coffin Brendemuehl**
**First Justice, Concord Div., District Court**
**305 Walden St., Concord 01742-3616**
**(978) 369-0500; Fax: (978) 369-8976**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1988
Law School: Suffolk University Law School, 1988, cum laude
Other Education: Boston College, B.A., 1984, summa cum laude
Previous Judgeships: (2000-14) Administrative Judge, Div. of Industrial Accidents
Previous Legal Employment: (1988-97) Associate, Iannella & Mummolo, Boston (Civil Litigation); Social Security Administration; Mass. Highway Dept.

---

**Michael D. Brennan**
**First Justice, Taunton Div., District Court**
**40 Broadway, Taunton 02780**
**(508) 977-1490; Fax: (508) 880-8810**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1990
Law School: Suffolk University Law School, 1990
Other Education: Hobart and William Smith College, B.A., 1985
Previous Legal Employment: (1990-97) Asst. D.A., Middlesex County; (1997-98) Associate, Ryan, Coughlin & Betke, L.L.P.; (1997-2016) Sole Practitioner
Civic Activities: Bd. of Dirs., Middlesex Defense Attys., Inc.; Pan-Mass. Challenge

---

**Robert A. Brennan**
**Associate Justice, Appeals Court**
**John Adams Courthouse, One Pemberton Sq.,**
**Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1990
Born: July 2, 1964, Boston
Law School: Boston University Law School
Other Education: University of Pennsylvania

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Robert A. Brennan—Cont'd**
Previous Judgeships: (2002-22) Justice, District Court (served as Regional Administrative Judge, Region 3, and Associate Justice Appellate Division, Northern Dist.)
Previous Legal Employment: Asst. D.A., Middlesex County; Asst. D.A., Essex County (Deputy Chief, Sexual Assault & Child Abuse Unit)

---

**Heidi E. Brieger**
**Chief Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-7304; Fax: (617) 788-7299**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1986
Law School: Boston College Law School
Other Education: Smith College; Claremont Graduate School
Previous Legal Employment: (1986-87) Law Clerk, Chief Judge Andrew A. Caffrey, U.S. District Ct., Dist. of Mass.; (1987-92) Associate, later Partner, Hale & Dorr; (1992-2012) Asst. U.S. Atty., Dist. of Mass. (Chief, Organized Drug Task Force, 2007-12)
Teaching Positions: Adjunct Professor, Boston University Law School (Evidence)
Court-Related Activities: Supreme Judicial Court Committee on the Mass. Guide to Evidence
Professional Associations: Boston Inn of Court

---

**Holly V. Broadbent**
**Associate Justice, Gloucester Div., District Court**
**197 Main St., Gloucester 01930**
**(978) 283-2620; Fax: (978) 283-8784**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1997
Law School: Suffolk University Law School, 1997, cum laude
Other Education: Boston College, 1994
Previous Legal Employment: (1997-98, 1999) Law Clerk, Leppo & Leppo, P.C.; (1998) Asst. D.A., Norfolk County; (1999-2014) Asst. D.A., Suffolk County (Domestic Violence and Sexual Assault Unit, 2001-14)
Academic Honors: Harold B. Goodwin Scholarship

---

**Whitney J. Brown**
**Justice, Westborough Div., District Court**
**186 Oak St., Westborough 01581**
**(508) 366-8266**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1989
Law School: New England School of Law
Other Education: University of Bridgeport
Previous Legal Employment: (1990-93) Associate, Kezer & Kezer, Malden; (1993-2005) First Asst. Clerk-Magistrate, Superior Court, Middlesex County Div.; (2005-21) Clerk-Magistrate, District Court, Gardner Division; (2011-21) Acting Clerk-Magistrate, District Court, Winchendon Division
Court-Related Activities: Former Chair, Clerks' Education Subcommittee; Member, Complaint Standards Working Group
Other Positions: (1989) Law Clerk, Finneran & Associates, Newburyport
Professional Associations: Exec. Bd., Assn. of Magistrates and Asst. Clerks

---

**Helen A. Brown Bryant**
**First Justice, Suffolk County Division,**
**Juvenile Court**
**Edward W. Brooke Cthse., 24 New Chardon St.,**
**Boston 02114**
**(617) 788-8542; Fax: (617) 788-8978**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1985
Law School: Howard University School of Law, 1984
Other Education: MacMurray College, 1978
Previous Legal Employment: (1984-86) Staff Atty., Office of Bar Counsel; (1986-89) Supervising Atty., Mass. Advocacy Center (now Mass. Advocates for Children); (1989-93) Department of Public Welfare; (1994-2007, 2009-14) Sole Practitioner, Cambridge; (2007-09) Disability Law Center, Boston
Other Positions: Special Education (fluent in American Sign Language)

---

**Elaine M. Buckley**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1985
Law School: New England School of Law, 1985
Other Education: University of Mass., B.S., 1982, Business Mgmt.
Previous Legal Employment: (1985-87) Sarrouf, Tarricone & Fleming; (1987-88) Law Office of John G. Preston, Concord; (1988-94) Linehan, Gallagher & Mahoney; (1994-2017) Sr. Trial Counsel, Law Office of Kevin McNamara (focus on Insurance Defense)
Teaching Positions: (1988-Present) Adjunct Professor, New England School of Law (Legal Writing)
Professional Associations: Mass. Bar Assn.; Rhode Island Bar Assn.
Published Works: "And Some Grow Mad, and All Grow Bad; Prisoners' Rights to Psychiatric Treatment,", Vol. 11, *New England Jour. on Criminal and Civil Confinement*, Winter 1985

---

**Kimberly S. Budd**
**Chief Justice, Supreme Judicial Court**
**John Adams Courthouse, Suite 2500,**
**One Pemberton Sq., Boston 02108-1750**
**(617) 557-1000**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1991
Law School: Harvard Law School, 1991
Other Education: Georgetown University, 1988, magna cum laude; English
Previous Judgeships: (2009-16) Associate Justice, Superior Court; (2016-20) Associate Justice, Supreme Judicial Court
Previous Legal Employment: Law Clerk, Chief Justice Joseph P. Warner, Appeals Court; Associate, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo; Asst. U.S. Atty., Dist. of Mass. (Major Crimes Unit and Organized Crime Drug Enforcement Task Force); Office of the General Counsel Harvard University
Other Positions: (2004-09) Harvard Business School
Professional Associations: Boston Bar Council; Bd. of Editors, *Boston Bar Journal*

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**James H. Budreau**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1989
Law School: Northeastern University School of Law, 1988
Other Education: University of Mass., 1983
Previous Legal Employment: (1988-89) Law Clerk, Superior Court; (1989-90) Associate, Law Offices of Blake Godbout (Civil Practice); (1990-08) Of Counsel, Oteri, Weinberg & Lawson, later Oteri & Lawson; (1994-2013) Sole Practitioner (Focus on Criminal Law); (2013-21) Partner, Bassil & Budreau, Boston (Focus on Criminal Law, Appellate Law, Plaintiff Employment, Title IX and Tort Defense)
Teaching Positions: (2003-05) Hale & Dorr Legal Clinic, Harvard Law School (Employment Litigation Clinic)
Professional Associations: Boston Bar Assn., Criminal Section; Bd. Member, Mass. Assn. of Criminal Defense Lawyers
Civic Activities: Bd. Member, Jamaica Plain Center South, Coach, Youth Baseball; Bd. of Dirs., Sociedad Latina

---

**Jacqueline M. Burchill**
**Associate Justice, Norfolk Division,**
**Probate & Family Court**
**35 Shawmut Rd., Canton 02021**
**(781) 830-4383; Fax: (781) 830-4350**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1992
Born: September 17, 1966, Boston
Law School: Suffolk University Law School, 1992, cum laude
Other Education: Boston University, B.A., 1989, cum laude
Previous Legal Employment: (1992-94) Staff Atty., Suffolk County Sheriff's Dept. (Inmate Legal Services); (1994-99, 2008-19) Associate, Giarruso, Norton, Cooley & McGlone (Civil Law, Criminal Law, Environmental Law, Family Law, Business and Personal Injury); (1999-2002) Mellon Private Asset Management
Professional Associations: Mass. Bar Assn.; Institute of Certified Divorce Financial Analysts
Academic Honors: Jurisprudence Book Award in Criminal Trial Tactics, 1992

---

**Kristen Buxton**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1996
Law School: Tulane Law School
Other Education: Colgate University
Previous Legal Employment: (1996-2021) Asst. D.A., Essex County (Supv. Atty., Lynn Dist. Ct.; Chief Homicide Prosecutor, 2019-21)

---

**Catherine K. Byrne**
**Justice, Somerville Div., District Court**
**175 Fellsway, Somerville 02145**
**Fax: (617) 776-2111; (617) 666-8000**

**Circuit Justice, District Court**
**c/o Peabody Division, District Court, 1 Lowell St.,**
**Peabody 01960**
**(978) 532-3100; Fax: (978) 532-1122**
**catherine.byrne@jud.state.ma.us**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1985
Law School: Boston College Law School, 1984
Other Education: University of Mass., Amherst, 1979

---

**James E. Byrne**
**Associate Justice, Chelsea Div., District Court**
**120 Broadway, Chelsea 02150**
**(617) 660-9200; Fax: (617) 660-9215**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1980
Law School: Suffolk University Law School, 1980
Other Education: Harvard College, B.A., 1976, Government
Previous Legal Employment: Dir. of Legal Services, Suffolk County Sheriff's Dept.; Founding Partner, Byrne & Anderson
Public Employment: (1997-2008) Bd. Member, Mass. Convention Center Authority
Elected Positions: (1984-94) City Councilor, Boston
Other Positions: Lobbyist, Finneral Global Strategies
Professional Associations: Mass. Academy of Trial Attys.; American Assn. for Justice

---

**Tina W. Cafaro**
**Justice, Eastern Hampshire Div., District Court**
**205 State St., Route 202, P.O. Box 1490,**
**Belchertown 01007**
**(413) 213-7610; Fax: (413) 323-7482**

Year of Current Appointment: 2022
Concurrent Employment: (2001-22) Professor of Law, Western New England Univ. School of Law (Dir., Clinical Law Clinics)
Year of Admission to the Bar: 1996
Law School: Western New England University School of Law, 1995, cum laude
Other Education: University of Mass., 1992, cum laude
Previous Legal Employment: (1995-96) Law Clerk, Associate Justice Kent B. Smith, Appeals Court; (1996-2001) Asst. D.A., Mampden County
Academic Honors: Pi Sigma Alpha; Pi Sigma Theta; Golden Key Natl. Honor Society; Outstanding Woman Law Graduate Award, Natl. Assn. of Women Lawyers, 1995

---

**Terri K. Cafazzo**
**Associate Justice, Middlesex Division,**
**Probate & Family Court**
**North Division, 370 Jackson St., Lowell 01852**
**(978) 656-7722; Fax: (978) 619-1016**

Year of Current Appointment: 2019
Law School: New England School of Law, 1989
Other Education: Boston College, B.S., 1986, Political Science
Previous Legal Employment: (1990-93) Associate, Law Offices of James J. Carrigan (Focus on Workers Comp., Personal Injury and Real Estate); (1993-2000) Sole Practitioner, Reading (Civil and Criminal Litigation); (2000-19) Asst. Register of Probate, Plymouth County (also served as Acting Register, Suffolk County)

---

**Michael K. Callan**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

**Roderick Ireland Cthse., 50 State St., Springfield 01102**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1991
Law School: Boston College Law School, 1991

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Michael K. Callan—Cont'd**

Other Education: Boston College, B.A., 1988, magna cum laude

Previous Legal Employment: (1991-92) Law Clerk, Superior Court; (1992-2000) Litigation Associate and (2000-16) Partner, Doherty, Wallace, Pillsbury & Murphy, P.C., Springfield (focus on Complex Business Litigation)

Court-Related Activities: (2015-16) Hearing Officer, Disciplinary Hearing Committee, Bd. of Bar Overseers

Professional Associations: Mass. Bar Assn.; Hampden County Bar Assn.

Academic Honors: Associate Editor, *U.C.C. Reporter Digest*

---

**Cathleen E. Campbell**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1992
Law School: Northeastern University School of Law
Other Education: Northeastern University
Previous Judgeships: (2012-21) Justice, District Court
Previous Legal Employment: Partner, Schofield Campbell & Connolly, LLC,

---

**Anthony M. Campo**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1988
Law School: New England School of Law
Other Education: Curry College
Previous Legal Employment: (1988-2017) Partner, Boyle, Shaughnessy & Campo, P.C. (Managing Partner; focus on General Liability/Premises Liability, Sccidents, Product Liability, Director's and Officers' Liability, Malpractice and Liquor Liability)
Public Employment: (2000-02) Vice Chair and Treasurer, Milton Housing Authority; (2004-08) Board of Directors, Mass. Bay Transit Authority
Other Positions: (1980-81) Safety Insurance Co.; (1981-88) Continental Insurance Co., Underwriters Adjusting Co. (Recovery Mgr., New England Region, 1983-88)
Clubs and Organizations: Granite Links Country Club
Professional Associations: American Bd. of Trial Advocates; Panel of Arbitrators, American Arbitration Assn.; Intl. Assn. of Defense Counsel; Mass. Defense Lawyers Assn.; Defense Research Institute; Risk and Insurance Mgmt. Society, Inc.; Transportation Lawyers Assn.; Council on Litigation Mgmt.
Civic Activities: Bd. of Trustees, Curry College; Milton Little League; Milton Youth Hockey

---

**John A. Canavan III**
**Boston Municipal Court Justice Assigned to**
**Plymouth Div., District Court**
**52 Obery St., Plymouth 02360**
**(508) 747-8444; Fax: (508) 747-8534**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1985
Previous Legal Employment: Private Practice, Dorchester

---

**Beverly J. Cannone**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1985
Born: July 9, 1960, Quincy
Law School: New England School of Law
Other Education: University of Mass.
Previous Judgeships: (2009-14) Justice, District Court, Quincy Div.
Previous Legal Employment: (1985-2009) Committee for Public Counsel Services (Atty.-in-Charge, Norfolk County, 2006-09)
Teaching Positions: (2004-Present) Teaching Team Member, Trial Advocacy Workshop, Harvard Law School
Court-Related Activities: (2003-09) Committee Member and Panelist, Norfolk County Bench-Bar; (2008-09) Council Member, Criminal Justice Section Council, Mass. Bar Assn.
Professional Associations: Fellow, American College of Trial Lawyers
Academic Honors: Bureau of National Affairs Award; Certificate of Achievement, Federal Bar Assn.
Hobbies and Interests: Running; cooking; reading
Honors and Awards: Access to Justice Defender of the Year, Mass. Bar Assn., 2002; Edward J. Duggan Award, Committeee for Public Counsel Services, 2008

---

**Richard J. Carey**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1981
Born: February 26, 1953
Law School: Western New England College School of Law
Other Education: University of Mass.
Previous Judgeships: (1999-2010) Justice, District Court, Northampton Division
Previous Legal Employment: (1980-81) District Court Administrator, Franklin and Hampshire Counties; (1981-84) Asst. District Atty.; (1984-99) Partner, Carey, Carey and Carey, Easthampton
Public Employment: (1984-99) Town Counsel, Easthampton
Professional Associations: Former President, Hampshire County Bar Assn.

---

**Jeanmarie Carroll**
**Justice, Quincy Div., District Court**
**One Dennis Ryan Pkwy., Quincy 02169**
**(617) 471-1650; Fax: (617) 472-1924**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1988
Law School: Northeastern University School of Law, 1988
Other Education: College of the Holy Cross, 1984
Previous Legal Employment: (1988-2009) Asst. D.A., Norfolk County (Chief, Sexual Assault & Domestic Violence Unit);(2009-14) First Asst. D.A., Norfolk County
Civic Activities: Norfolk Advocates for Children

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

### Sergio E. Carvajal
**Associate Justice, Central Division, Housing Court**
**225 Main St., Room 2400, Worcester 01608**
**(508) 831-2050**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1999
Law School: Suffolk University Law School
Other Education: University of Mass. Lowell
Previous Legal Employment: (1999-2006) Staff Atty. and (2006-07) Sr. Atty., Legal Assistance Corp. of Central Mass.; (2007-21) Managing Partner, Carvajal Law Office, P.C., later Carvajal & Nielsen, P.C. (Civil Litigation, Landlord-Tenant, Discrimination and Criminal Defense); (2015-21) Special Asst. Atty. General
Teaching Positions: (2009-13) Adjunct Professor, University of Mass. Lowell (Political Science)
Professional Associations: Worcester County Bar Assn.; Hampden County Bar Assn.

---

### John D. Casey
**Chief Justice, Administrative Office,**
**Probate & Family Court**
**3 Center Plaza, Suite 210, Boston 02108**
**(617) 788-6601; Fax: (617) 788-8995**
**john.casey@jud.state.ma.us**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1982
Born: September 9, 1957, Attleboro
Law School: Suffolk University Law School, 1982
Other Education: Bates College, Lewiston, Maine, B.S., 1979, in Political Science
Previous Judgeships: (2006-08) Justice, Probate and Family Court, Essex Division; (2008-18) Justice, Probate and Family Court, Norfolk Division
Previous Legal Employment: Casey and Thompson, P.C.; (1982-83) Asst. Solicitor, Attleboro
Teaching Positions: New England School of Law; University of Mass. School of Law—Dartmouth
Court-Related Activities: Member, Commission on Judicial Conduct; 2025 Transition Leadership Committee
Professional Associations: Mass. Bar Assn.; Past Pres., Bristol County Bar Assn.; Attleboro Area Bar Assn.; Past Pres., Attleboro District Court Bar Assn.; Mass. Bar Assn. Southeast Region Probate & Family Court Bench/Bar Committee; Bristol County Bar Assn. Probate and Family/Bar Committee; Fellow, Mass. Bar Foundation and Member of Regional IOLTA Grant Review Committee; Mass. Bar Assn. Mentor Program; Board of Bar Overseers Regional Hearing Committee
Civic Activities: Coach, North Attleboro Youth Softball; Coach, North Attleboro Soccer Club; Past Pres., Attleboro Scholarship Foundation, Inc.; Past Chair and Member, Attleboro Zoning Bd. of Appeals; Past Member & Officer Bd. of Dirs., VersaCare, Inc.; Past Member Bd. of Dirs., Big Brothers/Big Sisters of Greater Attleboro Area, Inc.
Honors and Awards: Mass. Bar Assn.-CLE Seminar Panelist; New Center for Legal Advocacy-Seminar Panelist and Pro Se Clinic Volunteer; Pro Bono Award Recipient-New Center for Legal Advocacy/Bristol County Bar Assn.; Volunteer-Board of Bar Overseers Pro Bono Representation of Attorneys; Person of the Year, Norfolk County Bar Assn., 2014; Innovative Collaboration & Partnership Award (to Mass. Probate & Family Court), Natl. Child Support Enforcement Assn., 2021

---

### Ellen M. Caulo
**First Justice, Waltham Div., District Court**
**38 Linden St., Waltham 02452**
**(781) 894-4500**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1985
Law School: Boston College Law School, 1984, cum laude
Other Education: Boston College, 1981, magna cum laude
Previous Legal Employment: Chief, Industrial Accident Div., Office of the Atty. General; Asst. D.A., Middlesex County; Asst. D.A., Suffolk County; (2003-12) Deputy General Counsel, Suffolk County Sheriff's Dept.
Teaching Positions: Dir., Prosecutor Program, Suffolk University Law School

---

### Randy S. Chapman
**First Justice, Salem Div., District Court**
**56 Federal St., Salem 01970**
**(978) 825-3029**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1986
Law School: Suffolk Univ. Law School, 1986, cum laude
Other Education: University of Mass., B.B.A., 1983, cum laude
Previous Legal Employment: (1986-91) Asst. D.A., Essex County (District Court and Superior Court; Chief, Motor Vehicle Homicide Unit); (1991-2017) Partner and President, Chapman & Chapman, P.C. (focus on Criminal Defense)
Teaching Positions: Adjunct Professor, New England Law Boston (Evidence and Advocacy)
Court-Related Activities: Member, Task Force on Hiring in the Judicial Branch, Supreme Judicial Court; Member, Standing Advisory Committee on the Rules of Criminal Procedure, Supreme Judicial Court; Member, Court Mgmt. Advisory Board
Other Positions: Legal Editor, New England Cable News; also N.B.C. Boston
Professional Associations: Mass. Bar Assn.; Past Pres., Mass. Assn. of Criminal Defense Lawyers; Bd. of Editors, *Mass. Lawyers Weekly*; Criminal Law CurriculumAdvisory Committee, M.C.L.E.
Published Works: What Every Lawyer Should Know About Recent Changes in Gun Laws," *Mass. Lawyers Weekly*, 1998; "To Draft a Better DUI Law, *Boston Herald*, 2005; "To Demonize a Defense Attorney is Unjust," *Boston Herald*, 2008; *Collateral Effects of Crime (Gun Licensing)*, M.C.L.E., 2009; "Successfully Defending Those Accused of Impaired Driving," *Basic Practice Manual*, M.C.L.E., 2010.
Honors and Awards: Outstanding Service Award, Mass. Assn. of Criminal Defense Lawyers, 2009.

---

### Megan H. Christopher
**Associate Justice, Suffolk Division,**
**Probate & Family Court**
**Edward W. Brooke Cthse., 24 New Chardon St.,**
**Boston 02114**
**(617) 788-8246; Fax: (617) 788-8958**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1989
Law School: Northeastern University School of Law, 1989
Other Education: Wellesley College, 1977
Previous Legal Employment: (1989-2000) Atty. and (2000-12) Supervising Atty., MetroWest Legal Services, Framingham
Court-Related Activities: Member, Probate and Family Court Bench Bar Committee on Rules
Professional Associations: Pres., MetroWest Bar Assn.; Mass. Bar Assn.; Mass. Chapter, Assn. of Family and Conciliation Courts

---

### Jeffrey K. Clifford
**Justice, Quincy Div., District Court**
**One Dennis Ryan Pkwy., Quincy 02169**
**(617) 471-1650; Fax: (617) 472-1924**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1998
Law School: Columbus School of Law, Catholic Univ., 1998
Other Education: University of Mass., Boston, 1995

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Jeffrey K. Clifford—Cont'd**

Military Service: (1990-96, 2005-06) U.S. Marine Corps Reserve

Previous Legal Employment: (1998-99) Asst. D.A., Norfolk County; (1999-2000) Asst. Regional Counsel, Boston Dept. of Social Services; (2000-04) Asst. D.A., Suffolk County; (2004-07) Asst. General Counsel & Mgr. of Compliance and Enforcement, Dept. of Industrial Accidents; (2007-19) Sole Practitioner

Civic Activities: Norfolk County Bar Advocates; Federal Criminal Justice Act Panel; Sr. Mentor, Advanced Trial Training Program

---

**Paula J. Clifford**
**Justice, Brockton Div., District Court**
**215 Main St., Brockton 02301**
**(508) 587-8000; Fax: (508) 586-3334**

**Justice, Hingham Div., District Court**
**28 George Washington Blvd., Hingham 02043**
**(781) 749-7000; Fax: (781) 749-0941**

Year of Current Appointment: 2014
Law School: Suffolk University Law School, 1997, cum laude
Other Education: Boston College, 1993
Previous Legal Employment: (1998-2002) Asst. D.A., Bristol County; (2002-14) Associate, Of Counsel and (2013-14) Partner, Bonner, Kiernan Trebach & Crociata, Boston (Civil Litigation)

---

**James W. Coffey**
**First Justice, Boston Municipal Court, Central Div.**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8600; Fax: (617) 788-8465**

Year of Current Appointment: 2001
Year of Admission to the Bar: 1987
Law School: New England School of Law
Other Education: Boston College
Previous Legal Employment: (1984-87) Court Coordinator, Suffolk County District Atty.'s Office (Boston Municipal Court); (1987-2001) Asst. D.A., Suffolk County (Chief Asst. D.A., Senior Trial Div., 1998-2001)
Teaching Positions: Curry College (Criminal Justice Dept.)

---

**John F. Coffey**
**First Justice, Lowell Div., District Court**
**370 Jackson St., Lowell 01852**
**(978) 459-4101; Fax: (978) 441-9942**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1986
Law School: New England School of Law, 1986
Other Education: Boston College, B.S., 1981, Marketing
Previous Legal Employment: (1987-95) Asst. D.A., Suffolk County; (1995-2017) Sole Practitioner, Dedham (focus on Criminal Defense and Civil Litigation); (1998-2003) Special Asst. D.A., Bristol County; (2002-10) Special Asst. D.A., Plymouth County

---

**Kathleen E. Coffey**
**First Justice, Boston Municipal Court,**
**West Roxbury Division**
**Courthouse, 445 Arborway, Jamaica Plain 02130**
**(617) 971-1200; Fax: (617) 983-0243**

Year of Current Appointment: 1993
Year of Admission to the Bar: 1979
Born: September 14, 1953, Teaneck, New Jersey
Law School: Boston College Law School, 1978

Other Education: Newton College of the Sacred Heart, B.A., 1975, magna cum laude, in American Studies

Previous Legal Employment: (1979-83) Asst. District Attorney, Suffolk County; (1985-88) Brogna & Butters; (1988-93) Parkway Law Offices, West Roxbury

Teaching Positions: (1983-84 & 1988-89) Visiting Associate Professor and (1984) Adjunct Faculty, Suffolk University Law School (Constitutional Law, Criminal Law, Trial Practice)

Civic Activities: (1982-84) Director, Boston College Alumnae Assn.; (1985-86) Long Range Planning Committee, Boston College Alumnae Assn.; (1985-86) Trustee, Mass. Osteopathic Hospital; (1988-90) Co-Chair, Boston Against Drugs West Roxbury Chapter; (1986-present) Director, (1988) Auction Chair, and (1992-94) President, Y.M.C.A., West Roxbury-Roslindale Branch; (1987-93) Treasurer, West Roxbury Neighborhood Council, Basic Services; (1988-90) Youville Hospital Chairmen's Council; (1991-97) Coach, Parkway Youth Soccer; (1997) Basketball Coach, Roche Community Center

Hobbies and Interests: Running; Swimming; Reading; Community Work; Basketball

---

**Kevin R. Connelly**
**Associate Justice, Plymouth Division,**
**Probate & Family Court**
**215 Main St., Suite 220, Brockton 02301**
**(508) 897-5401; Fax: (508) 897-5435**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1993
Law School: New England School of Law, 1993
Other Education: Boston College, 1989
Previous Legal Employment: (1993-2000) Associate and (2000-04) Partner, White, Inker & Aronson; (2004-13) Counsel, Sally & Fitch, Boston (focus on Domestic Relations)

Professional Associations: Boston Bar Assn. (Family Law Steering Committee); Senior Partners for Justice, Volunteer Lawyers Project

Honors and Awards: Named "Super Lawyer," *Boston Magazine,* 2005-12

---

**Jacklyn M. Connly**
**Regional Admin. Justice, District Court Dept.**
**& First Justice, Northampton Div., District Court**
**c/o Northampton Division, District Court,**
**15 Gothic St., Northampton 01060**
**(413) 403-6547; Fax: (413) 493-0280**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1994
Born: July 21, 1967, Northampton
Law School: Western New England College School of Law
Other Education: Skidmore College
Previous Legal Employment: (1994-98) Corash, Zurn & Belsky, Northampton; (1998-2004) Asst. Clerk-Magistrate, District Court, Northampton Division; (2004-2010) Clerk-Magistrate, District Court, Northampton Division

---

**Rosemary Connolly**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1986
Law School: Suffolk University Law School, 1986, cum laude
Other Education: Providence College, B.A., 1982, Political Science; magna cum laude

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Rosemary Connolly—Cont'd**
Previous Legal Employment: (1986-92) Associate and (1993-99) Partner, Robins, Kaplan, Miller & Ciresi, L.L.P.; (1999-2000) Asst. Atty. General and (2000-03) Managing Atty. and (2003-10) Chief, Civil Trial Div., Office of the Atty. General; (2010-16) Chief, Civil Division, Office of the U.S. Atty.
Teaching Positions: (2008-12) Instructor, Metropolitan College, Boston Univ. (Paralegal Certificate Program); (2009) Instructor, New England School of Law (Appellate Advocacy)
Other Positions: (1985-86) Student Prosecutor, Plymouth County D.A.'s Office
Professional Associations: Mass. Bar Assn.; Mass. Women's Bar Assn.; Boston Bar Assn.
Civic Activities: (2005-08) Bd. of Dirs., Boston CASA
Academic Honors: *Suffolk Univ. L. Rev.*; Best Brief Award, Clark Competition, 1984

---

**Robert C. Cosgrove**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2007
Year of Admission to the Bar: 1985
Law School: Suffolk University Law School
Other Education: Capital University, B.A.; University of Michigan, M.A.
Previous Legal Employment: (1987-2007) Asst. D.A., Norfolk County
Teaching Positions: (1985-87) Suffolk University Law School

---

**Mark S. Coven**
**Presiding Justice, Quincy Div., District Court**
**One Dennis Ryan Pkwy., Quincy 02169**
**(617) 471-1650; Fax: (617) 472-1924**

Year of Current Appointment: 1989
Year of Admission to the Bar: 1975
Born: January 20, 1951, Brookline
Law School: Boston University Law School, 1975
Other Education: Union College, 1972
Previous Judgeships: (1989-2000) Justice, District Court, Somerville Div.
Previous Legal Employment: Deputy Attorney General; Senior Attorney, Greater Boston Legal Services
Public Employment: Asst. Secretary for Health and Human Services, Massachusetts
Professional Associations: Mass. Judges Conference
Published Works: Co-Author, "What's Going On? The Right of Confrontation," *Suffolk Law Review*, Vol. XLV, April 2012; "Rules of Appellate Procedure for the District Courts," *Mass. Appellate Procedure*, MCLE, Dec. 1994, 2000, 2011; "Public Employment and the First Amendment," 12 *Harvard Civil Rights/Civil Liberties Law Rev.* 559; "Altering State Welfare Programs through the Administrative Law Process," 17 *New England Law Rev.* 1175; "Equal Protection, Social Welfare Litigation, Burger Court," 51 *Notre Dame Law Rev.* 873, 1996; "Welfare Reform, Contempt, Child Support," *Suffolk University Law School Law Review*, Vol. XXX, Winter, 1997, 1998; *Practice Guide Massachusetts Civil Practice: Appeals, Appeals from Civil Trials in the District Court*, Lawyers Cooperative Publishing; MCLE Continuing Legal Education; Hot Topics in Criminal Law 1998; Significant 209A Cases (1998); *Arrest, Search and Seizure Criminal*, MCLE, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022; Co-Author, *Insurance Law*, Mass. Practice, Vol. 58; "The Common Law as a Guide to State Constitutional Interpretation," LIV *Suffolk Law Rev. (2021)*

**Jackie A. Cowin**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2019
Year of Admission to the Bar: 2002
Law School: New England School of Law, 2002
Other Education: Barnard College, 1994
Previous Legal Employment: Senior Litigator and Partner, KP Law, Boston (focus on Municipal and General Litigation)
Other Positions: (1995-2000) Asst. Sports Editor, MetroWest Daily News; (2000-01) Reporter, Boston Globe; (2001) Intern, Office of the Attorney General, Boston; (2002) Intern, Judge Patti B. Saris, U.S. District Court

---

**Peter M. Coyne**
**Associate Justice, Suffolk County Division,**
**Juvenile Court**
**Edward W. Brooke Cthse., Room 5.800,**
**24 New Chardon St., Boston 02114**
**(617) 788-8542; Fax: (617) 788-8978**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1993
Born: October 21, 1955, Boston
Law School: Suffolk University Law School
Other Education: Northeastern University, M.S., Law, Policy and Society; University of Mass., Amherst, B.A.
Previous Legal Employment: (1993-95) William F. Coyne, Jr., Esq., P.C.; (1995-2001) Private Practice; (2001-11) Asst. Clerk-Magistrate, Juvenile Court, Suffolk County Div.
Teaching Positions: (2006-Present) Senior Lecturer, Suffolk University; (2020-21) Adjunct Professor, New England Law | Boston
Professional Associations: Mass. Bar Assn.; Juvenile Bar Assn.; Boston Bar Assn.; Mass. Judges Conference
Published Works: *Massachusetts Juvenile Delinquency & Child Welfare Sourcebook*," MCLE (2017-Present)

---

**Sabine Coyne**
**Justice, Brockton Div., District Court**
**215 Main St., Brockton 02301**
**(508) 587-8000; Fax: (508) 586-3334**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1996
Law School: Southern New England School of Law, 1994
Other Education: Manhattanville College, B.A.; Hofstra University, M.A.
Previous Legal Employment: Asst. D.A., Norfolk County; Counsel, Dept. of Correction; Asst. Clerk-Magistrate, Superior Court, Suffolk County, Criminal Session
Professional Associations: Women's Bar Assn. of Mass.; Mass. Black Women Attys.

---

**Daniel C. Crane**
**Justice, Newton Div., District Court**
**1309 Washington St., West Newton 02465**
**(617) 244-3600; Fax: (617) 243-7291**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1975
Law School: Boston College Law School, 1975
Other Education: Harvard College, 1972, cum laude
Previous Legal Employment: (1975-99) Finn & Crane, Cambridge; (1999-2007) Bar Counsel, Mass. Board of Bar Overseers; (2009-12) Sole Practitioner (Practice Mgmt., Professional Responsibility & Ethics)
Public Employment: (2007-09) Undersecretary for Consumer Affairs and Business Regulation, Exec. Office of Housing & Economic Development

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

### Paul M. Cronan
**Associate Justice, Bristol Division,**
**Probate & Family Court**
**289 Rock St., Fall River 02720**
**(508) 672-1751**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1988
Law School: Suffolk University Law School, 1988
Other Education: Assumption College, B.A., 1982, Political Science
Previous Legal Employment: (1988-91) Associate and (1991-97) Partner, Law Office of Michael J. Duggan, later Duggan & Cronan, Attleboro Falls (Domestic Relations, Criminal Defense, Estate Planning, Personal Injury, Personal Bankruptcy and Estate Planning); (1997-2016) Sole Practitioner, North Attleboro (Domestic Relations, Criminal Defense, Estate Planning and Estate Planning)
Other Positions: (1983-88) Asst. Product Manager, Balfour Co., Attleboro
Civic Activities: Alyssa E. Correira Memorial Fund

### David W. Cunis
**First Justice, Framingham Div., District Court**
**600 Concord St., Framingham 01702**
**Fax: (508) 626-2503; (508) 875-7461; Judges' Lobby:**
**(508) 875-4525; (508) 875-7462**
**david.cunis@jud.state.ma.us**

**First Justice, Natick Div., District Court**
**600 Concord St., Framingham 01702**
**Fax: (508) 620-9118; (508) 620-9110**
**david.cunis@jud.state.ma.us**

**Associate Justice, Appellate Division,**
**District Court, Southern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2006
Born: November 3, 1964, Framingham
Law School: Catholic University of America, Columbus School of Law, 1990
Other Education: Boston College, B.A., 1986
Previous Legal Employment: (1990-93) Mass. Dept. of Revenue; (1993-2006) Asst. D.A., Middlesex County

### Jean M. Curran
**Associate Justice, Haverhill Div., District Court**
**45 Ginty Blvd., Haverhill 01830**
**(978) 521-7300; Fax: (978) 373-4791**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1988
Law School: New England School of Law, 1988, cum laude
Other Education: Suffolk University, B.A., 1985, cum laude; Sociology, Concentration in Criminal Justice
Previous Legal Employment: (1989-93) Asst. D.A. and (1993-2017) Sr. Superior Court Asst. D.A., Eastern District, Salem
Civic Activities: Secy., P'berry Place Neighborhood Assn., Ipswich

### Elspeth B. Cypher
**Associate Justice, Supreme Judicial Court**
**John Adams Courthouse, Suite 2500,**
**One Pemberton Sq., Boston 02108-1750**
**(617) 557-1000**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1986
Born: February 26, 1959, Pittsburgh, Pennsylvania
Law School: Suffolk University Law School, 1986, cum laude
Other Education: Emerson College, B.A., 1980, magna cum laude
Previous Judgeships: (2000-17) Associate Justice, Appeals Court
Previous Legal Employment: (1986-88) Associate, Grayer, Brown & Dilday; (1988-2000) Asst. D.A., Bristol County (1993-2000, Chief, Appellate Div.)
Teaching Positions: (1994-Present) Adjunct Professor, Southern New England School of Law
Professional Associations: Mass. Bar Assn.; Mass. Bar Foundation; Natl. Assn. of Women Judges
Published Works: Co-Author of chapter, *MCLE Criminal Jury Instructions for Superior Court, 1999*; "Massachusetts Rejects 'Reasonable Doubt' Standard in Parental Rights Termination Proceedings," *Suffolk University Law Review*, Vol. XIX, 1985; "Review of Search and Seizure Law," *MBA Section News*, Spring 2000
Academic Honors: (1980) Gold Key Honor Society; *Suffolk University Law Review*
Honors and Awards: Lawyer of the Year, 2000

### David J. Dacyczyn
**Associate Justice, Hampshire Division,**
**Probate & Family Court**
**15 Atwood Dr., 1st Floor, Northampton 01060-3297**
**(413) 586-8500; Fax: (413) 584-1132**

**Associate Justice, Berkshire Division,**
**Probate & Family Court**
**44 Bank Row, Pittsfield 01201**
**(413) 442-6941; Fax: (413) 443-3430**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1992
Law School: New England School of Law, 1992
Other Education: Westfield State College, B.S., 1982; Sam Houston State University, M.A., 1985, Police Science and Administration
Military Service: (1987-2017) U.S. Naval Reserves (active duty, 2010-11, Afghanistan)
Previous Legal Employment: (1992-2000) Private Practice (focus on Family Law, Estate Planning and Small Business Matters); (2001-12) Asst. Judicial Case Mgr., Probate & Family Court, Franklin Division; (2012-14) Judicial Case Mgr., Probate & Family Court, Hampshire Division

### Andrew M. D'Angelo
**Associate Justice, Appeals Court**
**John Adams Courthouse, One Pemberton Sq.,**
**Boston 02108-1705**
**(617) 725-8087**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1993
Born: November 16, 1968, Boston
Law School: Suffolk University Law School, 1993, cum laude
Other Education: College of the Holy Cross, B.A., 1990, Political Science
Previous Judgeships: (2006-22) Justice, District Court, Worcester Div. and (2018-22) Associate Justice, Appellate Div., Western Division
Previous Legal Employment: (1993-2006) Managing Partner, Carney and Bassil (focus on Criminal Defense)
Teaching Positions: (2000-06) Adjunct Professor, Suffolk University Law School (Trial Evidence; Intensive Trial Advocacy)
Court-Related Activities: Member, Eyewitness Identification Study Group, Supreme Judicial Court; Member, District Criminal Proceeding Committee; Co-Chair, Trial Court Virtual Evidence Committee; Member, District Court Web Committee; Chair, District Court Technology Committee; Chair, Trial Court Electronic Warrant Committee

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

### Andrew M. D'Angelo—Cont'd

Other Positions: (1987-92) Legal Asitant to Chief District Court Prosecutor, Suffolk County D.A.'s Office

Professional Associations: (1993-2006) Mass. Assn. of Criminal Defense

Civic Activities: Pres., Norfolk-Medfield Millis Pop Warner; Medfield Cub Scouts

Published Works: *Trying Murder Cases in Massachusetts,* MCLE; *Trying Sex Offenses in Massachusetts,* MCLE; *Collateral Consequences in Criminal Cases,* MCLE

Academic Honors: Mock Trial Champion, Second and Third Years; Natl. Mock Trial Best Advocate, ATLA; Benedict Joseph Fenwick Outstanding Debater Award, College of the Holy Cross

Honors and Awards: St. Thomas More Award; Justice Award, Sons and Daughters of Italy

---

### Douglas J. Darnbrough
### First Justice, New Bedford Div., District Court
### 75 N. Sixth St., New Bedford 02740
### (508) 999-9700
### douglas.darnbrough@jud.state.ma.us

Year of Current Appointment: 2016

Year of Admission to the Bar: 1995

Born: Providence, Rhode Island

Law School: Southern New England School of Law, 1994

Other Education: Bryant College, 1988

Previous Legal Employment: (1995-2013) Sole Practitioner, Fall River (focus on Civil and Criminal Litigation); (2013-15) Asst. Clerk-Magistrate and (2016) First Asst. Clerk-Magistrate, District Court, Taunton Div.

Teaching Positions: M.C.L.E.

---

### Pamela M. Dashiell
### First Justice, Boston Municipal Court, South Boston Division
### 535 E. Broadway, South Boston 02127
### (617) 268-9292, 93; Fax: (617) 268-7321

Year of Current Appointment: 2009

Year of Admission to the Bar: 1980

Law School: Northwestern University School of Law

Previous Legal Employment: Dir. of Planning & Policy Development, Office of the Trial Court; Office of the Atty. General; Exec. Office of Elder Affairs; State Ethics Commission

---

### Brian A. Davis
### Associate Justice, Superior Court
### Suffolk County Cthse., 13th Floor,
### Three Pemberton Sq., Boston 02108
### (617) 788-8130; Fax: (617) 788-7299

Year of Current Appointment: 2013

Year of Admission to the Bar: 1985

Born: October 1, 1960

Law School: Harvard Law School, 1985, cum laude

Other Education: Cornell University, B.A., 1982, cum laude

Previous Legal Employment: (1985-92) Litigation Associate and (1993-2013) Partner, Choate, Hall & Stewart, L.L.P. (Civil Litigation; Chair of Litigation Dept., 2000-04 and Co-Chair, 2009-13; Chair of Major Commercial Litigation Practice Group, 2004-09)

Professional Associations: Mass. Bar Assn. (Committee on Professional Ethics)

Civic Activities: (2007-13) Board of Dirs., The Home for Little Wanderers; (1999-2013) The Home for Little Wanderers Directors Club (2000-13); Member and (2004-13) Chairperson, Walpole Personnel Board

### David A. Deakin
### Associate Justice, Superior Court
### Suffolk County Cthse., 13th Floor,
### Three Pemberton Sq., Boston 02108
### (617) 788-8130; Fax: (617) 788-7299

Year of Current Appointment: 2019

Year of Admission to the Bar: 1991

Law School: Harvard Law School

Previous Legal Employment: Asst. D.A., Norfolk County; Asst. D.A., Suffolk County (Chief, Family Protection and Sexual Assault Bureau); Asst. Atty. General, Criminal Bureau

---

### Pacifico M. DeCapua, Jr.
### Justice, Wrentham Div., District Court
### Courthouse, 60 East St., Wrentham 02093
### (508) 384-7400; Fax: (508) 384-1978

Year of Current Appointment: 2021

Year of Admission to the Bar: 1990

Law School: Georgetown Law Center, Washington, D.C., 1990

Other Education: Trinity College, 1987

Previous Legal Employment: (1990-2021) Sole Practitioner; (1991-2004) Bar Advocate, District Court, Milford Div.

Clubs and Organizations: Milford Lions Club

Civic Activities: Hearing Officer, Milford and Hopedale Housing Authorities; Milford School Committee; Bd. of Directors, Milford Legion Baseball Club; Advisor, Milford High School Law Explorers

---

### Gustavo A. del Puerto
### First Justice, Northeastern Div., Housing Court
### Fenton Judicial Center, 2nd Floor, 2 Appleton St., Lawrence 01840
### (978) 689-7833

Year of Current Appointment: 2018

Year of Admission to the Bar: 1994

Born: December 16, 1967, Buenos Aires, Argentina

Law School: Northeastern University School of Law, 1994

Other Education: College of the Holy Cross, 1990

Previous Legal Employment: (1994-2002) Associate, Gargill, Sassoon & Rudolph, Boston (Commercial Litigation, Corporate and Immigration Law); (2002-14) Senior Associate, Sassoon & Cymrot, L.L.P., Boston (focus onCommercial Litigation); (2014-18) Asst. Clerk-Magistrate, Housing Court, Northeast Division

Professional Associations: (2014-18) Mass. Assn. of Clerks and Magistrates; (2019-Present) Mass. Judges Conference

Civic Activities: (1997-2003) Board Member, Counsel and President, Chelsea Commission on Hispanic Affairs, Inc.; (1995-2004) Member, Hispanic American Chamber of Commerce; Founder, North Shore Rugby Football Club, Inc., Salem

Published Works: "The Law on Attorneys' Liens After *Cohen*", 24 *Mass. Lawyers Weekly 1123*, 1996; "The Special Litigation Committee: Origin, Devolopmant, and Adoption Under Massachusetts Law," 83 *Mass. Law Rev.* 47, 1998; "A Landlord's Duty to Provide Utilities," 28 *Mass. Lawyers Weekly* 209, 1999.

Academic Honors: Phi Sigma Iota

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

### Debra A. DelVecchio
**Associate Justice, Boston Municipal Court**
**85 Warren St., Roxbury 02119**
**(617) 989-9500; Fax: (617) 442-0615**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1983
Law School: Suffolk University Law School, 1983, cum laude
Other Education: Boston University, 1980, magna cum laude
Previous Legal Employment: (1983-84) Law Clerk, Superior Court; (1984-87) U.S. Dept. of Justice (Criminal Tax Trial Atty.); (1987-91) Asst. D.A., Middlesex County; (1991-95) Associate, Smith, Duggan & Johnson; (1995-2014) Partner, DelVecchio & Houseman (Civil and Criminal Litigation)

---

### Kenneth V. Desmond, Jr.
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1990
Law School: Boston College Law School, 1990
Other Education: Tufts University, 1985
Previous Judgeships: (2005-12) Associate Justice, Boston Municipal Court Dept.; (2012-16) Associate Justice, Superior Court
Previous Legal Employment: (1990-97) Asst. D.A., Suffolk County; (1997-2005) Deputy Chief Legal Counsel, Middlesex County Sheriff's Office
Court-Related Activities: Trial Court Judicial Performance Committee; Committee to Study the Code of Judicial Conduct, Supreme Judicial Court; Trial Court Departmental Race and Implicit Bias Advisory Committee; Advisory Bd. on Probation, Supreme Judicial Court
Other Positions: (1985-87) Manager, NYNEX
Professional Associations: Mass. Black Lawyers Assn.; Mass. Black Judges Conference

---

### David P. Despotopulos
**Regional Admin. Justice, District Court Dept.**
**& First Justice, Worcester Div., District Court**
**225 Main St., Worcester 01608**
**(508) 831-2170; Fax: (617) 788-8985**

Year of Current Appointment: 2001
Year of Admission to the Bar: 1984
Law School: University of Bridgeport School of Law, 1983
Other Education: Assumption College, 1980
Previous Legal Employment: (1984-85) Law Clerk, Connecticut Superior Court; (1985) Belinkie & Blawie, Bridgeport, CT; (1985-89, 1996-2001) Asst. D.A., Worcester County; (1989-96) Associate, Gould & Ettenberg (focus on Criminal Defense)

---

### Kelli Ryan DiLisio
**Associate Justice, Hampden County Division,**
**Juvenile Court**
**80 State St., Springfield 01103**
**(413) 748-7705; Fax: (413) 737-4383**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1986
Law School: Western New England University School of Law, 1986
Other Education: Mount Holyoke College, 1983

Previous Legal Employment: (1986-97) Asst. D.A., Hampden County; (1997-2017) Asst. Clerk-Magistrate and (2013-17) First Asst. Clerk-Magistrate, Juvenile Court, Franklin/Hampden Counties Division
Professional Associations: Hampden County Bar Assn.; Hampshire County Bar Assn.; Assn. of Clerks and Assistant Clerk-Magistrates

---

### Daniel E. Dilorati
**Circuit Justice, Brockton Div., District Court**
**215 Main St., Brockton 02301**
**(508) 587-8000; Fax: (508) 586-3334**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1987
Law School: Suffolk University Law School, 1987
Other Education: Harvard University, B.A., 1979
Previous Legal Employment: (1988-91) Asst. Atty. General, Civil Bureau (focus on Torts, Eminent Domain, Contracts and Workers Comp.); (1991-95) Associate, Morrison, Mahoney & Miller, Boston (Professional Liability Unit); (1995-2017) Sole Practitioner, Quincy (Civil and Criminal Litigation)
Professional Associations: Mass. Bar Assn.

---

### Joseph M. Ditkoff
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1999
Born: May 11, 1971, Bronxville, New York
Law School: Harvard Law School, 1996, magna cum laude
Other Education: Yale University, B.A., 1993, cum laude
Previous Legal Employment: (1996-97) Law Clerk, Judge Jerry E. Smith, U.S. Court of Appeals, 5th Circuit; (1998-99) Litigation Chairman and Assoc. Independent Counsel, Office of Independent Counsel Kenneth W. Starr, Washington; (1999-2014) Deputy Legal Counsel to the D.A. and Asst. D.A., Suffolk County; (2014-17) General Counsel, Admin. Office of the District Court
Court-Related Activities: (2007-Present) Standing Advisory Committee on the Rules of Criminal Procedure, Supreme Judicial Court; (2015-18) Member, Ad Hoc Committee on the Rules of Appellate Procedure
Elected Positions: (2005-17) Representative, Brookline Town Meeting
Professional Associations: Former Secretary, Mass. State Prosecutors Assn.
Civic Activities: Former Pres., Corey Hill Neighborhood Assn.; former V.P., Finance and Administration, Congregation Kehillath Israel
Published Works: Case Summary Contributor and Associate Editor, *Mass. Law Review*

---

### Sharon E. Donatelle
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Law School: Suffolk University Law School, 1991
Other Education: St. Michael's College, B.A., 1982, American Studies
Previous Legal Employment: (1992-2017) Asst. D.A., Plymouth County (numerous assignments; First Asst. D.A., 2015-17)
Teaching Positions: Adjunct Instructor, Boston Univ. School of Medicine
Other Positions: (1983-85) Teacher and Dept. Chair, Girl's Catholic High School, Malden; (1985-91) Legislative Aide, Mass. House of Representatives

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**David T. Donnelly**
**First Justice, Boston Municipal Court,**
**Brighton Division**
**52 Academy Hill Rd., Brighton 02135**
**(617) 782-6521; Fax: (617) 562-4479**

Year of Current Appointment: 2002
Year of Admission to the Bar: 1981
Born: June 7, 1956, Boston
Law School: Boston College Law School, 1981
Other Education: Boston College, 1978, magna cum laude
Previous Legal Employment: (1982-84) Asst. D.A., Suffolk County; (1984-2002) Sr. Trial Atty., Cogavin & Waystack, Boston (emphasis on Civil Litigation and Workers Comp.)
Elected Positions: (1995-2002) Mass. House of Representatives
Professional Associations: Mass. Bar Assn.; American Bar Assn.; Mass. Assn. of Trial Attys.; Mass. Defense Lawyers Assn.; Boston Inn of Courts
Honors and Awards: Legislator of the Year Award, Mass. Bar Assn., 2000; Public Service Award, Mass. Academy of Trial Attys.

---

**Michael P. Doolin**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1985
Law School: New England School of Law, 1985
Other Education: Boston College, B.S., 1981, Carroll School of Management
Previous Legal Employment: Asst. D.A., Suffolk County; (1988-2019) Sole Practitioner, Dorchester (focus on Criminal Defense)
Civic Activities: Project D.E.E.P. (Dorchester Educational Enrichment Program)

---

**Dana S. Doyle**
**Justice, Hampden Div., Probate & Family Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-7988; Fax: (413) 748-6664**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1998
Law School: Western New England University School of Law, 1998
Other Education: S.U.N.Y. at Potsdam, 1995
Previous Legal Employment: Atty., Americorps; (1997-2002) Atty., Western Mass. Legal Services; (2002-04) Goble & Hollister, Pittsfield (Civil Litigation); (2004-12) Cianflone & Cianflone (Civil Litigation); (2012-17) Sole Practitioner (focus on Family Law); (2017-21) Community Legal Aid, Pittsfield (focus on Domestic Violence matters)
Court-Related Activities: Former Chair, Berkshire County Bench-Bar Committee
Professional Associations: Pres., Berkshire County Bar Assn.
Civic Activities: Elizabeth Freeman Center

---

**Peter F. Doyle**
**First Justice, Ipswich Div., District Court**
**188 State St., Rt. 1 Traffic Circle,**
**Newburyport 01950-6637**
**(978) 462-2652; Fax: (978) 463-0438**

**First Justice, Newburyport Div., District Court**
**188 State St., Rt. 1 Traffic Circle,**
**Newburyport 01950-6637**
**(978) 462-2652; Fax: (978) 463-0438**

Year of Current Appointment: 2003
Year of Admission to the Bar: 1986
Law School: Suffolk University Law School, 1986, cum laude

Other Education: University of Notre Dame, B.A., 1983, in Government
Previous Judgeships: (1999-2003) Associate Justice, District Court, Haverhill Division
Previous Legal Employment: (1986-1989) Asst. D.A., Essex County; (1989-94) Partner, Blodgett, Delaney, Donovan & Doyle; (1994-99) Sole Practitioner, Salem
Teaching Positions: (1990-2006) Adjunct Instructor, North Shore Community College; (1997-2002) Adjunct Instructor, Western New England College (Criminal Law, Criminal Procedure, Constitutional Law and Ethical Decision Making)
Court-Related Activities: District Court Committee on Public Trust and Confidence; Supreme Judicial Court Steering Committee on Self-Represented Litigants; District Court Criminal Proceedings Committee
Professional Associations: Massachusetts Bar Association; Essex County Bar Assn.; Paralegal Advisory Board, North Shore Community College; (1994-98) Member and (1999) Pres., Essex County Bar Advocates, Inc.

---

**Thomas Drechsler**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1978
Law School: Boston College Law School, 1978, cum laude
Other Education: New York University, B.E., 1974, cum laude, School of Engineering & Science; Polytechnic Institute of New York, M.S., 1975
Previous Legal Employment: Partner, Byrne & Drechsler, L.L.P.; Counsel, Various police union organizations (Civil and Criminal Trial Court practice); (1978-79) Law Clerk, Superior Court; (1979-83) Asst. D.A., Middlesex County; (1983-85) Asst. D.A., Essex County
Court-Related Activities: (1998-2002) Member, Judicial Nominating Commission
Professional Associations: Mass. Bar Assn.; Mass. Assn. of Criminal Defense Lawyers; former member, Bd. of Dirs., Essex County Bar Assn.; former Bd. Member, Committee for Public Counsel Services; former member Natl. Assn. of Criminal Defense Lawyers

---

**Elizabeth A. Dunigan**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1996
Law School: New England School of Law, 1996
Other Education: University of Mass., B.A., 1991, Legal Studies
Previous Legal Employment: (1996-2022) Asst. D.A., Middlesex County (Chief, Superior Court, Malden Region, 2010-22)

---

**Brian J. Dunn**
**First Justice, Suffolk Div., Probate & Family Court**
**Edward W. Brooke Cthse., 24 New Chardon St.,**
**Boston 02114**
**(617) 788-8246; Fax: (617) 788-8958**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1992
Law School: Suffolk University Law School, 1992, cum laude
Other Education: Salem State College, B.S., 1988, cum laude

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Brian J. Dunn—Cont'd**

Previous Legal Employment: (1992-2013) Sole Practitioner, Boston (focus on Family, Probate, Juvenile and Child Welfare matters); Regional Coordinator, Children and Family Program, Committee for Public Counsel Services

Professional Associations: Former Pres., Juvenile Bar Assn.

------

**Renee P. Dupuis**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1985
Law School: Boston University Law School, 1985
Other Education: Bryant College, 1982
Previous Legal Employment: Asst. D.A., Bristol County; Asst. Atty. Genl. (Chief, Criminal Bureau)

------

**Lois M. Eaton**
**Associate Justice, Hampden County Division,**
**Juvenile Court**
**80 State St., Springfield 01103**
**(413) 748-7705; Fax: (413) 737-4383**

**121 Elm St., Holyoke 01040**
**(413) 322-6700; Fax: (413) 533-4999**

**235 Sykes St., Palmer 01069**
**(413) 748-7860; Fax: (413) 736-5311**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1990
Law School: Western New England College School of Law
Other Education: Smith College
Previous Legal Employment: (1990-95) Sole Practitioner; (1995-96) Staff Atty., Committee for Public Counsel Services, Children and Family Law Program; (1996-2001) Asst. Regional Counsel, Dept. of Social Services; (2001-2009) Asst. Clerk-Magistrate, Juvenile Court, Hampden County Div.

------

**Lisa F. Edmonds**
**First Justice, Falmouth Div., District Court**
**161 Jones Rd., Falmouth 02540**
**(508) 495-1500; Fax: (508) 495-0291**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1995
Law School: Suffolk University Law School, 1995, cum laude
Other Education: University of Massachusetts at Boston, B.A., 1992, magna cum laude
Previous Judgeships: (2014-21) Associate Justice, District Court, Orleans Division
Previous Legal Employment: (1996-2014) Asst. D.A., Cape and Islands District (Chief, Domestic Violence Unit, 2009-14)

------

**Sarah Weyland Ellis**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 2001
Law School: Boston College Law School, 2000
Other Education: Kenyon College, B.A., 1997, summa cum laude; English Literature
Previous Judgeships: (2017-22) Justice, District Court (most recently First Justice, Waltham Division)
Previous Legal Employment: (2000-01) Judicial Law Clerk, Judge Nelson W. Rupp, Jr., Rockville, Md.; (2001-14) Asst. D.A., Middlesex County; (2014-16) Deputy General Counsel & Dir. of Legal Policy, Administrative Office, District Court
Teaching Positions: (2015-18) Harvard Law School (Trial Advocacy Workshop)

------

**John C. Englander**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1984
Law School: Boston University Law School, 1983
Other Education: Cornell University, B.S., 1980, Mechanical Engineering
Previous Legal Employment: (1983-84) Law Clerk, Judge Bailey Aldrich, U.S. Court of Appeals, 1st Circuit; (1984-85) Law Clerk, Justice William H. Rehnquist, Supreme Court of the U.S.; (1985-2015) Partner, Goodwin Procter (former co-chair, Trial Dept.); (2015-17) General Counsel, MassDOT and Mass. Bay Transit Authority
Civic Activities: Co-Founder and Past President, Cohasset Education Foundation

------

**Carol A. Erskine**
**First Justice, Worcester County Div., Juvenile Court**
**Worcester Regional Judicial Center, 225 Main St.,**
**Worcester 01608**
**(508) 831-2409; Fax: (508) 754-9048**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1989
Born: April 29, 1953, Worcester
Law School: Suffolk University Law School, 1989
Other Education: Clark University, 1982
Previous Judgeships: (2001-06) Circuit Justice, Housing Court
Previous Legal Employment: (1990-92) House Counsel, DARE Family Services; (1992-2001) Sole Practitioner (emphasis on Family Law, Mental Health and Juvenile Law)
Honors and Awards: Child Advocate of the Year, Mass. Juvenile Bar Assn., 1997; President's Award, Worcester Co. Bar Assn.; Mary C. Fitzpatrick Children and Family Advocacy Award, 1998

------

**Richard A. Eustis**
**First Justice, Milford Div., District Court**
**161 West St., Milford 01757-2226**
**(508) 473-1260; Fax: (508) 634-4177**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1995
Law School: Suffolk University Law School, 1995, cum laude
Other Education: Rollins College, B.A., 1989, Economics
Military Service: (1995-99) Trial Counsel, Judge Advocate General's Office, U.S. Navy
Previous Legal Employment: (1993-95) Prosecutor, Barnstable County D.A's Office (Conducted trials under R. 3:03 certification); (1999-2001) Associate, Marcus, Errico, Emmer & Brooks, P.C., Braintree (Litigation Dept.); (2001-03) Associate, Conn, Kavanaugh, Rosenthal, Peisch & Ford, L.L.P., Boston (Civil, Commercial and Real Estate Litigation; Insurance Coverage and Defense; Professional Malpractice); (2003-07) Partner, Greenwald, Greenwald, Powers & Eustis, L.L.P., Milford (Criminal Defense, Civil Litigation and Domestic Relations); (2007-14) Sole Practitioner; (2014-17) First Asst. Clerk-Magistrate, District Court, Milford Division
Professional Associations: Supervising Atty. & Past President, Worcester County Bar Advocate Program; Faculty, M.C.L.E.
Academic Honors: Moot Court; Finalist, Mock Trial Tournament; Natl. Quarterfinalist, Insurance Law Team, 1995

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

### Michael L. Fabbri
**Justice, Framingham Div., District Court**
**600 Concord St., Framingham 01702**
**Fax: (508) 626-2503; (508) 875-7461; Judges' Lobby:**
**(508) 875-4525; (508) 875-7462**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1983
Born: Framingham
Law School: Northeastern University School of Law, 1983
Other Education: Framingham State College, 1980, magna cum laude
Previous Judgeships: (2015) Presiding Justice, Veterans Treament Court, Framingham
Military Service: (1972-76) U.S. Air Force; (2005-08) Mass. State Guard
Previous Legal Employment: (1983-85) Private Practice; (1985-92; 1995-2012) Asst. D.A., later First Asst. D.A., Middlesex County (formerly Chief Trial Counsel; Chief, Homicide Unit; Framingham Regional Supervisor; Chief, Special Investigations Unit; & Deputy Chief, Appeals & Training Bureau; (1992-95) Asst. Atty. General, Special Investigations Unit and Medicaid Fraud Control Bureau
Elected Positions: Framingham Planning Board; Member, Framingham Town Meeting
Professional Associations: Mass. Bar Assn.; Middlesex Bar Assn.; MetroWest Bar Assn.
Civic Activities: Ashland Finance Committee; Ashland Day Committee; Boston Marathon Volunteer
*Editor's Note: Also Admitted in Maine (1985); U.S. District Court, District of Mass.; U.S. First Circuit Court of Appeals; U.S. Supreme Court*

---

### William G. Farrell
**Justice, Wrentham Div., District Court**
**Courthouse, 60 East St., Wrentham 02093**
**(508) 384-7400; Fax: (508) 384-1978**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1989
Born: Boston
Law School: Suffolk University Law School, 1989
Other Education: Boston College, B.A., 1986
Previous Legal Employment: Asst. D.A., Suffolk County; Private Practice; Acting Clerk-Magistrate, District Court, Plymouth and Cambridge District Courts; Asst. Clerk-Magistrate, and Boston Munic. Court, Dorchester Div.; First Asst. Clerk-Magistrate, District Court, Somerville Division
Teaching Positions: Mass. Judicial Institute, Clerks' Education Committee
Civic Activities: Project DEEP; Dorchester Educational Enrichment Program; Quincy Youth Baseball and Sofball

---

### Michelle D. Fentress
**Justice, Quincy Div., District Court**
**One Dennis Ryan Pkwy., Quincy 02169**
**(617) 471-1650; Fax: (617) 472-1924**

Year of Current Appointment: 2020
Year of Admission to the Bar: 2006
Law School: Northeastern University School of Law
Other Education: University of Connecticut
Previous Legal Employment: (2006-11) Asst. D.A., Suffolk County; (2011-12) Counsel II, Dept. of Corrections; Associate, Marcus,Errico, Emmer & Brooks; Sr. Associate, Turk & Quijano; (2014-17) Prosecuting Counsel, Mass. Dept. of Public Health; (2017-20) Asst. Clerk-Magistrate, Suffolk County Superior Court, Criminal Business
Civic Activities: Mentor, Youth Career Connect

---

### Kenneth J. Fiandaca
**Associate Justice, Boston Municipal Court**
**85 Warren St., Roxbury 02119**
**(617) 989-9500; Fax: (617) 442-0615**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1985
Law School: Suffolk University Law School
Other Education: Suffolk University
Previous Legal Employment: Partner, Fiandaca & Ferrigno, L.L.P.

---

### Linda S. Fidnick
**First Justice, Hampshire Division,**
**Probate & Family Court**
**15 Atwood Dr., 1st Floor, Northampton 01060-3297**
**(413) 586-8500; Fax: (413) 584-1132**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1979
Law School: University of Connecticut
Other Education: Smith College
Previous Legal Employment: Partner, Burres, Fidnick & Booth (focus on Domestic Relations)
Professional Associations: Past Pres., Mass. Chapter, Assn. of Family and Conciliation Courts; Past Chair, M.B.A. Family Law Section Council; Board of Directors, A.F.C.C.
Honors and Awards: MCLE Scholar-Mentor Award, 2008

---

### Katherine A. Field
**First Justice, Bristol Div., Probate & Family Court**
**40 Broadway, Suite 240, Taunton 02780**
**(508) 977-4985**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1985
Born: 1959
Law School: Boston College Law School, 1984
Other Education: S.U.N.Y. at Albany, 1981
Previous Legal Employment: (1985-2010) Gay and Gay, later Gay, Gay & Field
Court-Related Activities: (2003-05) Member, Judicial Nominating Commission

---

### Robert G. Fields
**Associate Justice, Western Division, Housing Court**
**37 Elm St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-7838; Fax: (413) 732-4607**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1991
Law School: Northeastern University School of Law
Other Education: S.U.N.Y. at Binghamton
Previous Legal Employment: (1990-96) Neighborhood Legal Services; (1996-2001) Partner, Heisler, Fields & Feldman; (2001-03) First Assistant and (2003-05) Clerk-Magistrate Pro Tem, Housing Court, Western Division; (2005-08) Clerk-Magistrate, Housing Court, Western Division

---

### Thomas L. Finigan
**First Justice, Wrentham Div., District Court**
**Courthouse, 60 East St., Wrentham 02093**
**(508) 384-3106; Fax: (508) 384-1978**

**Associate Justice, Appellate Division, District Court,**
**Southern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1985
Born: Lynn

---

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Thomas L. Finigan—Cont'd**
Law School: Boston College Law School, 1985
Other Education: Boston College, B.S., 1982
Previous Legal Employment: (1985-91) Associate, Choate, Hall & Stewart; (1991-96) Investment Atty., The New England, Boston; (1997-2013) Asst. D.A., Norfolk County (Homicide Unit; Chief, Narcotics Unit)

---

**Kevin J. Finnerty**
**First Justice, Fall River Div., District Court**
**186 S. Main St., Fall River 02721**
**(508) 491-3280; Fax: (508) 646-3597**

**Presiding Justice, Appellate Division, District Court, Southern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1985
Born: 1959, New Bedford
Law School: Suffolk University Law School, 1984, cum laude
Other Education: College of the Holy Cross, 1981
Previous Legal Employment: (1985-86) Suffolk County District Attorney Office; (1986-2011) Private Practice; (1986-90 & 1996-97) City Solicitor's Office, New Bedford
Public Employment: (2001-11) Chairman ex officio, Bristol County Retirement Board
Elected Positions: (1994-2006) New Bedford School Committee; (2001-11) Bristol County Treasurer
Professional Associations: Massachusetts Bar Assn.; New Bedford Bar Assn.; Bristol County Bar Assn.
Civic Activities: (1997-2005 and 2008-2011) New Bedford High School Council; Youth Baseball Coach

---

**William M. Fitzpatrick**
**First Justice, Somerville Div., District Court**
**175 Fellsway, Somerville 02145**
**(617) 666-8000; Fax: (617) 776-2111**

**Associate Justice, Lynn Div., District Court**
**580 Essex St., Lynn 01901**
**(781) 598-5200; Fax: (781) 598-9325**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1983
Law School: Suffolk University Law School, 1983
Other Education: Northeastern University, B.S., 1977, Business Administration
Previous Legal Employment: (1983-85) Asst. D.A., Suffolk County; (1985-92) Legal Counsel, Joint Legislative Committee on Transportation; (1992-2014) Asst. General Counsel, Litigation, Mass. Bay Transportation Authority
Court-Related Activities: Mediator/Conferencer, Boston Munic. Court
Other Positions: Accountant, Various firms; (1980-82) Legal Administrator and (1982-83) Student Prosecutor, Suffolk County D.A.'s Office
Professional Associations: Mass. Bar Assn.; Boston Bar Assn.; American Bar Assn.; The Florida Bar
Civic Activities: Youth Coach, Our Lady of the Assumption Parish; Judge, Boston Debate League; Alumni Mentor, Suffolk Univ. Law School; Livable Streets Alliance; East Somerville Main Streets; Charles River Watershed Assn.; Victim Rights Law Center; Codman Square Health Center; Students/Attorney Shadow Program

---

**Maureen S. Flaherty**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1995
Law School: Suffolk University Law School, 1995
Other Education: Boston College, 1992
Previous Legal Employment: (1996-2001) Staff Atty., Suffolk County Sheriff's Dept. (Inmate Legal Services, later Asst. General Counsel); (2001-12) Sole Practitioner; (2012-13) Staff Atty., Committee for Public Counsel Services; (2013-21) Sole Practitioner
Civic Activities: Parkway Girls Softball League; St. Theresa School Running Club
Hobbies and Interests: Ice Hockey

---

**Francis E. Flannery**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1994
Law School: Willamette University College of Law
Other Education: University of Mass., Amherst, B.A., cum laude
Previous Legal Employment: Asst. D.A., Northwestern District (became Chief, Elders and Persons with Disabilities Unit); First Asst. D.A., Hampden County; Of Counsel, Parker & O'Grady, Southampton (Civil and Criminal Law)
Teaching Positions: American International College, Springfield (Legal Ethics)
Civic Activities: Bd. of Dirs., Wistariahurst Museum, Holyoke

---

**Siobhan E. Foley**
**Associate Justice, Bristol County Division, Juvenile Court**
**75 N. Sixth St., New Bedford 02740**
**(508) 990-4661; Fax: (508) 999-2916**
**siobhan.foley@jud.state.ma.us**

Year of Current Appointment: 2014
Year of Admission to the Bar: 2002
Law School: New England School of Law, 2001
Other Education: Univ. of Massachusetts at Boston, 1985
Previous Legal Employment: (2001-14) Asst. D.A., Norfolk County (Supervisor, Juvenile Crime Unit, 2011-14)
Teaching Positions: Adjunct Professor, Quincy College (Criminal Justice)
Professional Associations: Past Pres., Quincy Bar Assn.
Civic Activities: Founding Dir., Young Womens Lunch Series, Randolph Public Schools

---

**Stacey J. Fortes**
**Chief Justice, District Court Dept.**
**Edward W. Brooke Courthouse,**
**24 New Chardon St., Boston 02114-4703**
**Fax: (617) 788-8985; (617) 788-8810**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1991
Law School: Suffolk University Law School
Other Education: American University
Previous Legal Employment: Asst. D.A., Suffolk County; (2002-06) Chief of District Courts, Suffolk County District Atty.'s Office

---

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

### Kimberly M. Foster
**Circuit Justice, District Court**
**c/o Peabody Division, District Court, 1 Lowell St.,**
**Peabody 01960**
**(617) 666-8000; Fax: (617) 776-2111**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2002
Law School: Suffolk University Law School, 2001, cum laude
Other Education: Boston University, B.A., 1997, Political Science
Previous Legal Employment: (2001-04) Asst. D.A., Middlesex County; (2004-12) Partner, Petruccelli & Foster, Boston (focus on Criiminal Defense); (2019-22) Clerk-Magistrate, District Court, Somerville Div.
Public Employment: (2012-19) Chair, Board of Appeal, Division of Insurance
Other Positions: (1996) Intern, Member of Parliament, Sydney, Australia; (1996-97) Legislative Aide, State Sen. Charles E. Shannon; (1997-99) Law Clerk, Hinckley, Allen & Snyder, Boston; (2000-01) Admin. Aide, Executive Office, City of Somerville
Professional Associations: Assn. of Magistrates and Assistnat Clerks of the Commonwealth

### Robert B. Foster
**Justice, Land Court Department**
**Three Pemberton Square, 5th Floor, Boston 02108**
**(617) 788-7470; Fax: (617) 788-8951**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1993
Born: May 4, 1957, Neptune, New Jersey
Law School: Harvard Law School, 1992, magna cum laude
Other Education: Haverford College, 1979
Previous Legal Employment: (1992-93) Clerk, Justice Herbert Wilkins, Supreme Judicial Court; (1993-2011) Rackemann, Sawyer & Brewster
Professional Associations: American Bar Assn. (former Chair, Land Use Committee, State and Local Government Law Section); Boston Bar Assn. (former Co-Chair, Real Estate Section former Co-Chair, Pro Bono Committee of Real Estate Section; former Co-Chair, Delivery of Legal Services Section
Civic Activities: Former Bd. Member & Chair, Mass. Legal Assistance Corp.; former Member, Mass. Access to Justice Commission; former Member, Massachusetts IOLTA Committee; former Member & Chair, Natick Planning Bd.
Published Works: "Judicial Ethics In the Social Media Age," *Boston Bar Journal,* 2017; "Reflections on My Rookie Year," *Boston Bar Journal,* (Spring 2013); "Like a Martian Machine: Recent Developments in Land Use Regulation of Cellular Telecommunications Facilities under the Telecommunications Act of 1996," in *At the Cutting Edge 2011: Land Use Law from* The Urban Lawyer (Dwight H. Merriam, ed. 2011) and 43 *The Urban Lawyer* 789 (2011); "Two Birds with One Stone: Using Class Action Residual Funds to Support Access to Justice," *Mass. Lawyers Journal* (2011); "The Better Part of Valor Is Co-Location: Recent Developments in Judicial Review of Land Use Regulation of Cellular Telecommunications Facilities under the Telecommunications Act of 1996," in *At the Cutting Edge 2010: Land Use Law from* The Urban Lawyer (Dwight H. Merriam, ed. 2011) and 43 *The Urban Lawyer* 595 (2010); "What the Meaning of 'May' May Be: Recent Developments in Judicial Review of Land Use Regulation of Cellular Telecommunications Facilities under the Telecommunications Act of 1996," 41 *The Urban Lawyer* 501 (2009); "A Novel Appplication: Recent Developments in Judicial Review of Land Use Regulation of Cellular Telecommunications Facilities under the

Telecommunications Act of 1996," in *At the Cutting Edge: Land Use Law from* The Urban Lawyer (Dwight H. Merriam, ed. 2009) and 40 *The Urban Lawyer* 521 (2008); Co-Author, "Alice in Towerland: Judicial Review of Land Use Decisions on Cellular Telecommunications Facilities under the Telecommunications Act of 1996," 39 *The Urban Lawyer* 633 (2007); Co-Author, "Disguised as a Tree: Judicial Review of Land Use Decisions on Cellular Telecommunications Facilities under the Telecommunications Act of 1996," 38 *The Urban Lawyer* 657 (2006); Co-Author, "Tell Me What You Really Think: Judicial Review of Land Use Decisions on Cellular Telecommunications Facilities under the Telecommunications Act of 1996," 37 *The Urban Lawyer* 551 (2006); Co-Author, "Delaney's Semi-Scientific Test and Other Adventures in Cellular Networks and Land Use Under the Telecommunications Act of 1996," 36 *The Urban Lawyer* 529 (2004); Co-Author, "Patchwork Quilts, Bumblebees and Scales: Cellular Networks and Land Use Under the Telecommunications Act of 1996," 36 *The Urban Lawyer* 529 (2004); Co-Author, "Sprouting Towers: Resolving the Struggle Between Cellular Towers and Nature Under the Telecommunications Act of 1996," 34 *The Urban Lawyer* 901 (2002); Co-Author, "Railroad Tracks by Walden Pond: The Ongoing Struggle Between Towns And Providers Under the Telecommunications Act of 1996," 33 *The Urban Lawyer* 781 (2001); Co-Author, "Twin Towers: The Developing Split in Interpretation of Facility Siting Law Under the Telecommunications Act of 1996," *The Urban Lawyer* 839 (2000); Co-Author, "Towers of Babble: The Continuing Struggle over Wireless Siting Issues under the Telecommunications Act of 1996," in *Hot Topics in Land Use Law: From the Comprehensive Plan to Del Monte Dunes* (Patricia E. Salkin & Robert H. Freilich, eds. 2000) and 31 *The Urban Lawyer* 849 (2000); Co-Author, "An Analysis of Facility Siting Issues under the Telecommunications Act of 1996," in *Hot Topics in Land Use Law: From the comprehensive Plan to Del Monte Dunes,* (Patricia E. Salkin & Robert H. Freilich, eds. 2000).
Honors and Awards: The Denis Maguire Pro Bono Award, 2000

### Brian P. Frane
**Associate Justice, Middlesex County Division,**
**Juvenile Court**
**370 Jackson St., Lowell 01852**
**(978) 441-3151, Ext. 3; Fax: (978) 441-2937**

Year of Current Appointment: 2020
Year of Admission to the Bar: 2001
Law School: Boston College Law School
Other Education: Northeastern University
Previous Judgeships: (2003-11) Private Practice (focus on Child Welfare and Juvenile Delinquency)
Previous Legal Employment: (2003-11) Children's Legal Services; (2011-20) Committee for Public Counsel Services (Juvenile and Probate & Family Court matters)

### David E. Frank
**First Justice, Cambridge Div., District Court**
**4040 Mystic Valley Pkwy., Medford 02155**
**(781) 306-2710**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1997
Law School: Boston University Law School, 1997
Other Education: Washington University, B.A., 1994, Political Science
Previous Legal Employment: (1997-98) Launie & Howard, Boston (Criminal Defense); (1998-2002) Asst. D.A., Bristol County; (2002-05) Asst. D.A., Suffolk County; (2005-14) Sole Practitioner

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**BIOGRAPHIES OF MASSACHUSETTS JUDGES** 29

**David E. Frank—Cont'd**
Other Positions: (2005-14) Managing Editor, Massachusetts Lawyers Weekly
Civic Activities: American Heart Assn.
Academic Honors: Eight awards, New England Press Assn.

---

### Carol-Ann T. Fraser
**Circuit Justice, Salem Div., District Court**
**56 Federal St., Salem 01970**
**(978) 825-3029**

**Associate Justice, Appellate Division, District Court, Northern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1989
Law School: Suffolk University School, 1989
Other Education: Regis College, 1985, cum laude
Previous Legal Employment: Private Practice; (1995-2016) Partner, Fraser Law Office L.L.P., Andover; (2016-18) General Counsel, Mass. Lottery Commission
Professional Associations: Past Pres., Lawrence Bar Assn.
Civic Activities: Bd. of Dirs., Essex County Bar Assn. Advocates; Bd. of Dirs., Neighborhood Legal Svces.; Bd. of Advisors, Boys and Girls Club

---

### Brandon D. Freeman
**Circuit Justice, Chicopee Div., District Court**
**30 Church St., Chicopee 01020**
**(413) 598-0099**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2002
Law School: University of Connecticut
Other Education: Brandeis University
Previous Legal Employment: (2002-05) Asst. D.A., Hampden County; (2006-22) Sole Practitioner (focus on Personal Injury and other Torts and Criminal Defense)
Court-Related Activities: (2013-22) Magistrate, State of Connecticut; (2017-22) Hearings Officer, Mass. Bd. of Bar Overseers
Professional Associations: Hampden County Bar Assn.; Connecticut Criminal Defense Lawyers Assn.; Connecticut Magistrates Assn.; George W. Crawford Black Bar Assn.
Civic Activities: Bd. of Dirs., Hampden County Lawyers for Justice; former member, East Granby Bd. of Education; former Member Esat Granby Parks & Recreation Commission; past Pres., East Granby/Granby Little League

---

### Diane C. Freniere
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1991
Law School: Boston College Law School, 1991, cum laude
Other Education: Boston University, B.S., 1985, with honors; Manufacturing Engineering
Military Service: (1985-87) Active Duty Officer, AFPRO Hughes Aircraft Co.; (1987-94) Reserve Officer, U.S. Air Force Manufacturing Engineer
Previous Legal Employment: (1991-94) Associate, Hale & Dorr, L.L.P. Intellectual Property, Litigation; (1994-2013) Asst. U.S. Atty., Dist. of Mass. (P.O.C., Victim-Witness Rights, 2009-13; Chief, Economic Crime Unit, 2004-05; Chief, White Collar Crime Section, 2005-09; Acting Exec. Asst. U.S. Atty., 2007-09; Public Corruption Unit, 2009-13); (2014-17) Of Counsel, Markun Zusman Freniere Compton, L.L.C. (focus on Complex Business Litigation)

---

Other Positions: (1985-87, 1985-94) Officer, AFPRO Hughes Aircraft Co. Manufacturing Engineer; Div. Chief, Computer Systems
Honors and Awards: Air Force Achievement Medal, 1986; Air Force Commendation Medal, 1987; Attorney General's Award for Exception Service, 2000

---

### Shannon Frison
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1995
Law School: Georgetown Law Center, Washington, D.C., 1995
Other Education: Harvard University, 1992
Previous Judgeships: (2012-13) Associate Justice, Boston Municipal Court
Previous Legal Employment: (1995-96) Asst. D.A., Norfolk County; (1997-2000) U.S. Marine Corps; (2000-07) Sr. Litigation Associate, Dwyer & Collora; (2007-09) Sole Practitioner
Teaching Positions: Instructor, Brandeis Univ.

---

### Kevin J. Gaffney
**Associate Justice, Lawrence Div., District Court**
**Fenton Judicial Center, 2 Appleton St.,**
**Lawrence 01840-1525**
**(978) 687-7184; Fax: (978) 687-0794**

Year of Current Appointment: 2002
Year of Admission to the Bar: 1983
Born: 1955
Law School: Suffolk University Law School, 1983
Other Education: University of Mass., 1978
Military Service: (1979-93) U.S. Coast Guard Reserve; (2006-Present) Judge Advocate General Corps, U.S. Army Reserve
Previous Legal Employment: (1984-2002) Partner, Nyman & Gaffney, Lowell
Court-Related Activities: (1995-2001) Member, Judicial Nominating Council

---

### William J. Galvin
**Circuit Justice, District Court**
**c/o Lowell Division, District Court, 370 Jackson St.,**
**Lowell 01852**
**(978) 442-3330; Fax: (978) 442-3332**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2002
Law School: New England School of Law, 2001
Other Education: Iona College, 1995, Political Science
Previous Legal Employment: (2002-08) Asst. D.A., Suffolk County; (2008-11) Sole Practitioner; (2011-22) Partner, Eisenstadt, Krippendorf & Galvin, L.L.P., Weswood & Boston (focus on Criminal Litigation and Civil matters)
Other Positions: (1995-96) Legal Intern, Boston Water & Sewer Commission; (1996-2002) Investigator, Suffolk County D.A.'s Office
Professional Associations: Boston Bar Assn.; Norfolk County Bar Advocates
Civic Activities: St. Vincent dePaul Society; former member, Suffolk Lawyers for Justice; Norwood Basketball Assn.
Academic Honors: New England Scholar Award; Cornelian Honor Society

---

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

### Melanie J. Gargas
**Associate Justice, Middlesex Division,**
**Probate & Family Court**
**South Division, 10-U Commerce Way, Woburn 01801**
**(781) 865-4141**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1990
Born: Peabody
Law School: Suffolk University Law School, 1990
Other Education: Suffolk University, B.S., Sociology
Previous Legal Employment: Associate, Atwood & Cherry, Boston; Associate, Taylor, Anderson & Travers; (1995-2000) Partner, Travers & Gargas; (2000-15) Principal, Gaggas & Associates (focus on Divorce, Child Custody, Modification and Contempt Actions, Restraining Orders and Probate Litigation)

### John E. Garland
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1996
Law School: New England Law—Boston
Other Education: Boston College
Previous Legal Employment: (1997-2021) Sole Practitioner, Quincy (Practice included Criminal Law, Family Law and Municipal Zoning and Permitting)
Professional Associations: Past Pres., Norfolk County Bar Assn.
Civic Activities: Past member, Quincy Zoning Board of Appeals; Suffolk Lawyers for Justice; St. Mary of the Hills Shattuck Shelter Feeding Program

### Frank M. Gaziano
**Associate Justice, Supreme Judicial Court**
**John Adams Courthouse, Suite 2500,**
**One Pemberton Sq., Boston 02108-1750**
**(617) 557-1000**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1989
Law School: Suffolk University Law School, 1989, magna cum laude
Other Education: Lafayette College, 1986
Previous Judgeships: (2004-16) Associate Justice, Superior Court
Previous Legal Employment: (1989-91) Associate, Foley Hoag; (1991-2001) Deputy First Asst D.A., Plymouth County; (2001-2004) Asst. U.S. Atty. (promoted to First Asst. U.S. Atty.; Organized Crime Strike Force)
Teaching Positions: Lecturer, Stonehill College (Criminal Law and Criminal Procedure)
Academic Honors: Editor, *Suffolk Law Review*

### Stephen B. Geary
**Justice, Lowell Div., District Court**
**370 Jackson St., Lowell 01852**
**(978) 459-4101; Fax: (978) 441-9942;**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1996
Born: October 11, 1963, Lowell
Law School: Suffolk University Law School
Other Education: University of Mass., Amherst
Previous Legal Employment: (1996-2020) Geary & Geary, Lowell

### Serge Georges, Jr.
**Associate Justice, Supreme Judicial Court**
**John Adams Courthouse, Suite 2500,**
**One Pemberton Sq., Boston 02108-1750**
**(617) 557-1000**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1996
Born: April 29, 1970, New York, New York
Law School: Suffolk University Law School, 1996
Other Education: Boston College, 1992
Previous Judgeships: (2013-20) Associate Justice, Boston Municipal Ct. Dept.
Previous Legal Employment: (1996-2000) Associate, Rackemann, Sawyer & Brewster; (2001-2003) Todd & Weld; (2003-07) Sole Practitioner; (2007-12) Partner, Barron & Stadfeld
Teaching Positions: Adjunct Professor, Univ. of Mass. School of Law—Dartmouth; Adjunct Professor, Suffolk University Law School
Professional Associations: Pres., Mass. Black Lawyers Assn.; former member, Bd. of Governors, Mass. Academy of Trial Lawyers

### Geoffrey R. German
**Associate Justice, Worcester Division,**
**Probate & Family Court**
**225 Main St., Room 2001, Worcester 01608**
**(508) 831-2200; Fax: (508) 770-0820**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1985
Born: San Antonio, Texas
Law School: New England School of Law, 1984
Other Education: University of Mass., B.A., 1981
Previous Judgeships: (2014-15) Associate Justice, Probate & Family Court, Hampden Division
Previous Legal Employment: (1985-2014) Sole Practitioner, Worcester (focus on Family Law)
Academic Honors: Commonwealth Scholar, Univ. of Mass.

### Dana M. Gershengorn
**Associate Justice, Plymouth County Division,**
**Juvenile Court**
**215 Main St., Suite 270, Brockton 02301**
**(508) 897-4990**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1994
Law School: University of Pennsylvania, 1994
Other Education: University of Michigan, 1991
Previous Legal Employment: (1994-99) Asst. D.A., Middlesex County; (1999-2001) Asst. Atty. General, Public Protection Bureau; (2002-05) Dept. of Justice, Washington, D.C. (Child Exploitation and Obscenity Section); (2005-09) Asst. U.S. Atty., District of Mass. (Deputy Chief, Major Crimes Unit, 2008-09)

### Mark C. Gildea
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1987
Law School: Suffolk University Law School, 1987
Other Education: Georgetown University, A.B., 1983, Government
Previous Legal Employment: Partner, Clark, Balboni & Gildea focus on Personal Injury, Insurance Defense, Municipal, and Real Estate Law); (1995-2017) Town Counsel, Bridgewater; (1989-2017) Legislative Counsel, City of Brockton

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Jennifer L. Ginsburg**
**Associate Justice, Worcester Div., District Court**
**225 Main St., Worcester 01608**
**(508) 831-2170; Fax: (508) 753-4116**

**Associate Justice, Appellate Division, District Court,**
**Western District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1993
Law School: Georgetown Law Center, Washington, D.C.
Other Education: Northwestern University
Previous Legal Employment: Law Clerk, Superior Court; Nassau County Legal Aid Society; (1997-2012) Committee for Public Counsel Services (Dir., Worcester District Court Office, 2006-12)

———

**Frances M. Giordano**
**Associate Justice, Suffolk Division,**
**Probate & Family Court**
**Edward W. Brooke Cthse., 24 New Chardon St.,**
**Boston 02114**
**(617) 788-8246, 8293**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1990
Law School: Suffolk University Law School, 1990, cum laude
Other Education: College of the Holy Cross, 1987
Previous Legal Employment: (1990-05) Associate, later Partner, White, Inker Aronson; (2005-14) Partner, Rubin & Rudman, L.L.P. (Family Law)

———

**Brian S. Glenny**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1985
Law School: Western New England University School of Law, 1985
Other Education: Clark University, 1982, History and Philosophy
Previous Legal Employment: Law Office of Howard Potash; (1987-2021) Asst. D.A., Cape and Islands Office (District Court, 1987-90; Superior Court, 1990-2021; 2nd Asst. D.A., 1996-2002; 1st Asst. D..A., 2003-21; Chair, Child Fatality Review Team; head of Child Abuse Unit; Chief, Sex Offender Mgmt. Unit, 2004-21)
Other Positions: Intern, U.S. Atty.'s Office, Springfield
Civic Activities: Coach, Strugis East Mock Trial Team
Honors and Awards: Prosecutor of the Year, Mass. District Attys. Assn., 2001;

———

**Franco J. Gobourne**
**Circuit Justice, Plymouth Div., District Court**
**52 Obery St., Plymouth 02360**
**(508) 747-8444;  Fax (508) 747-8534**

**Associate Justice, Appellate Division, District Court,**
**Northern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1994
Law School: Boston College Law School, 1993
Other Education: Queens College of the City University of New York, B.A., 1990

Previous Judgeships: (2008-19) Major, Judge Advocate General's Office, U.S. Army Reserve (deployed to Afghanistan in 2013)
Military Service: (1977-81) Sgt., Parachute Infantry, 82nd Airbourne Div. U.S. Army; (1982-86) Sgt., Infantry, U.S. Marine Corps; (2005-08) Sgt., 972 Military Police Company, Army Natl. Guard (includes deployment to Iraq)
Previous Legal Employment: (1993-2000) Staff Atty., Committee for Public Counsel Services; (2000-01) Private Practice; (2001-03) Asst. D.A., Suffolk County; (2003-04) Asst. Atty. General; (2009-10) Private Practice (Civil and Criminal Litigation)
Teaching Positions: (2004-2007) Assistant Professor, Suffolk University Law School (Criminal Law, Criminal Defense)
Court-Related Activities: Hearing Examiner, Sex Offender Registry Board
Professional Associations: Mass. Black Judges Conference

———

**Mark A. Goldstein**
**First Justice, Gardner Div., District Court**
**108 Matthews St., Gardner 01440**
**(978) 632-2373; Fax: (978) 632-2163**

**First Justice, Winchendon Div., District Court**
**108 Mathews St., Gardner 01440**
**(978) 632-2373, Ext. 130; Fax: (978) 630-3902**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1991
Law School: Western New England University School of Law, 1991
Other Education: University of Mass., B.A., 1979; University of Pennsylvania, 1982, Masters of City Planning
Previous Legal Employment: Sole Practitioner, Gardner (focus on regional transit, housing and planning agencies);  Town Counsel, Athol;  Asst. City Solicitor, Fitchburg
Teaching Positions: Mt. Wachusett Community College (Business Law, Litigation, Estates, Real Estate Law and Insurance Law)

———

**Sylvia Gomes**
**Associate Justice, Suffolk County Division,**
**Juvenile Court**
**Edward W. Brooke Cthse., 24 New Chardon St.,**
**Boston 02114**
**(617) 788-8542; Fax: (617) 788-8978**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1994
Law School: Howard University School of Law
Previous Legal Employment: Asst. D.A., Bristol County; (1999-2020) Asst. Regional Counsel, Dept. of Children & Families, Southeast Reg. Office
Other Positions: Investigator, Office of the Atty. General; Probation Officer, New Bedford

———

**Karen L. Goodwin**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1986
Law School: University of Connecticut, 1984, magna cum laude
Other Education: Oberlin College, Oberlin, Ohio, B.A., 1976, English, History

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Karen L. Goodwin—Cont'd**
Previous Legal Employment: (1984-91) Litigation Associate, Day, Berry & Howard, Hartford, CT; (1991-2017) Asst. U.S. Atty., Dist. of Mass., Springfield Office
Other Positions: (1976-78) Reporter, Pine Bluff Commercial, Pine Bluff, AR; (1978-82) Associate Editor and Reporter, Journal Inquirer, Manchester, CT
Academic Honors: Fellowship, Natl. Endowment for the Humanities, 1980
Honors and Awards: Sustained Superior Performance Awards, U.S. Attorneys Office, several times; Diplomatic Security Service Award, U.S. Dept. of State, 1994; Office of the Inspector General Award, Dept. of Housing and Urban Development, 2001; Natl. Credit Union Administration Award, 2008

---

**Robert B. Gordon**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1986
Law School: University of Michigan Law School
Other Education: Wesleyan University
Previous Legal Employment: (1987-95) Associate and (1995-2013) Partner, Ropes and Gray (focus on Litigation and Labor and Employment Law)
Elected Positions: (1997-2007) Wayland School Committee

---

**Patricia A. Gorman**
**First Justice, Norfolk Div., Probate & Family Court**
**35 Shawmut Rd., Canton 02021**
**(781) 830-1374; Fax: (781) 830-4350**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1995
Law School: Boston College Law School, 1994
Other Education: University of Massachusetts at Boston, 1990
Previous Legal Employment: Partner, Gorman & Greenberg
Teaching Positions: Adjunct Lecturer, Boston College Law School

---

**Lisa Grant**
**First Justice, Boston Municipal Court,**
**Charlestown Division**
**3 City Sq., Charlestown 02129**
**(617) 242-5400; Fax: (617) 242-1677**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1982
Law School: Suffolk University Law School, 1982, cum laude
Other Education: University of Mass., Amherst, 1979, cum laude
Previous Legal Employment: (1990-2014) Sole Practitioner, Boston (focus on Criminal Defense)

---

**Lisa Ann Grant**
**Associate Justice, Boston Municipal Court**
**510 Washington St., Dorchester 02124**
**(617) 288-9500; Fax: (617) 436-8250**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1996
Law School: Boston College Law School, 1996
Other Education: Wellesley College, 1989

Previous Legal Employment: (1997-2005) Staff Atty., (2006-12) Director, and (2012-14) Managing Dir., Committee for Public Counsel Services
Teaching Positions: (2007) Suffolk University; (2013) Visiting Professor, Criminal Justice Clinic, Boston College Law School

---

**Marguerite T. Grant**
**Associate Justice, Appeals Court**
**John Adams Courthouse, One Pemberton Sq.,**
**Boston 02108-1705**
**Judges' Lobby: (617) 725-8085**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1989
Law School: Stanfor Law School
Other Education: Wellesley College, A.B.
Previous Legal Employment: Asst. D.A., Middlesex County; Asst. D.A., Norfolk County (General Counsel & Dir. of Training, 2014-20); Associate, Hill & Barlow, Boston
Teaching Positions: Adjunct Professor, Northeastern School of Law and Suffolk Univ. School of Law
Court-Related Activities: Member, Standing Advisory Committee on Mass. Rules of Criminal Procedure, Supreme Judicial Court
Other Positions: Bd. of Editors, Mass. Lawyers Weekly

---

**Mark V. Green**
**Chief Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1982
Born: September 1, 1956, Moline, Illinois
Law School: Harvard Law School, 1982, cum laude
Other Education: Cornell University, A.B., 1978, Honors, with distinction in all subjects
Previous Judgeships: (1997-2001) Justice, Land Court; (2001-17) Associate Justice, Appeals Court
Previous Legal Employment: (1982-85) Associate, Herrick & Smith Boston (General Real Estate practice); (1985-90) Associate, Goulston & Storrs Boston (emphasis on Commercial Real Estate); (1990-94) V.P. and Sr. Counsel for Real Estate, Shawmut Bank; (1994-95) General Counsel, Mortgage Acquisition Corp. Boston (Mortgage Investment Banking Company); (1995-96) Senior Counsel, BayBank, N.A.; (1996-97) Senior Counsel, First Natl. Bank of Boston
Court-Related Activities: (1998-2000) Chair, Land Court Registered Land Guidelines Committee; (2003) Chair, Supreme Judicial Court Study Committee on Trial Transcripts; (2012-17) Chair, Appellate Courts I.T. Steering Committee
Professional Associations: Boston Bar Assn.
Published Works: Co-Author, "Measures a Lender may Take Internally to Protect Itself from Environmental Liability," *The Lender's Guide to Environmental Law: Risk and Liability* (Matthew Bender & Co., 1993); Judicial Commentator, *Massachusetts Real Estate Liens*, MCLE (2001); "Lost in Transcription," *Boston Bar Journal,* (Nov./Dec. 2004); Co-Author, "Development of Land Law and Land Use Law in the State of Massachusetts, USA," 11 *Law and Politics* 113 (Nov. 2006); Co-author, "Reflections on The Legacy of Chief Justice Margaret Marshall," Boston Bar Journal (Winter 2011); "Personal Reflections on Chief Justice Ralph Gants," *Mass. Law Rev.* (Apr. 2021); "Some Thoughts About the Appeals Court," *Boston Bar Jour.* (Winter 2019); "Personal Reflections on the Life and Legacy of Justice Rudolph Kass," *Boston Bar Jour.* (Fall 2021); Co-Author, "Remembering Rudy Kass, *REBA News* (Sept. 20, 2021).

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

## BIOGRAPHIES OF MASSACHUSETTS JUDGES 33

### Jaclyn R. Greenhalgh
**Circuit Justice, Clinton Div., District Court**
**Routes 62 & 70, 300 Boylston St., Clinton 01510-4209**
**(978) 368-7811; Fax: (978) 368-7827;**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1998
Law School: Northeastern University School of Law, 1998
Other Education: Syracuse Univ., B.A., 1988, Political Science
Previous Legal Employment: (1998-99) Law Clerk, New Hampshire Superior Court, Manchester, N.H.; (2000-01) Law Clerk, Superior Court, Worcester; (2001-04) Associate, Howard D'Amico, P.C., Worcester (focus on Bankruptcy, Foreclosures, Collections and General Civil Litigation); (2001-04) Freelance Legal Practice; (2004-22) Gould & Ettenberg, P.C., Worcester (Civil and Criminal Litigation, Divorce and Real Estate)
Teaching Positions: (0212-Present) Faculty Member, Clark University, School of Professional Studies (Introduction to Business Law; Negotiation, Mediation and Conflict Management)
Professional Associations: Worcester County Bar Assn.; New Hampshire Bar Assn.; Mass. Academy of Criminal Defense Lawyers
Civic Activities: Ascentria Care Alliance Refugee Project; Trustee, Armenian Apostolic Holy Trinity Church

### David W. Griffin
**Associate Justice, Suffolk County Division, Juvenile Court**
**Edward W. Brooke Cthse., 24 New Chardon St., Boston 02114**
**(617) 788-8542; Fax: (617) 788-8978**

Year of Current Appointment: 2018
Year of Admission to the Bar: 2001
Born: 1965
Law School: Suffolk University Law School, 2000
Other Education: Providence College, B.A., 1987; University of Pennsylvania, M.S.W., 1989
Previous Legal Employment: Sole Practitioner
Other Positions: Licensed Clinical Social Worker; Social Worker, Gifford School, Weston; Case Worker, Mental Health Dept., Blue Cross Blue Shield of Mas..
Civic Activities: Victim Rights Law Center; Committee for Public Counsel Services, Children and Family Law Div.

### Joseph M. Griffin, Jr.
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1997
Law School: New England School of Law, 1997
Other Education: Providence College, B.A., 1991, Political Science
Previous Legal Employment: (1997-98) Associate, Murphy & Beane, Boston (Workers Comp. Defense); (1998-2022) Sole Practitioner (General Practice; focus on Criminal Law); (1998-99) Atty./ADR Analyst, John Hancock Mutual Insurance Co.
Professional Associations: Boston Bar Assn.; Catholic Lawyers Guild; Suffolk Lawyers for Justice
Civic Activities: St. Vincent DePaul Society
Published Works: Co-Author, Pocket Part, *Trial Handbook for Massachusetts Lawyers,* West Publications, Thomson Reuters, (2014-21); *Pocket Guide to Juror Voir Dire in Massachusetts Criminal Practice,* MCLE (2015); Chapter Contributor, *Trial Techniques for Criminal Cases,* Aspatore Books (2010); Chapter Contributor, *Strategies for Defending Internet Pornography,* Aspatore Books (2008).
Academic Honors: Captain, Mock Trial Team

### Charles W. Groce III
**First Justice, Westfield Div., District Court**
**224 Elm St., Westfield 01085**
**(413) 568-8946; Fax: (413) 568-4863**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1997
Law School: Western New England University School of Law, 1997
Other Education: University of Connecticut, 1993
Previous Legal Employment: (1997-99) Associate, Law Office of Perman Glenn III; (1999-2012) Sole Practitioner, Springfield

### Margaret R. Guzman
**Circuit Justice, District Court**
**c/o Lowell Division, District Court, 370 Jackson St., Lowell 01852**
**(978) 442-3330; Fax: (978) 442-3332**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1993
Born: Worcester
Law School: Boston University Law School
Other Education: Clark University
Previous Legal Employment: (1992-2005) Committee for Public Counsel Services; (2005-09) Sole Practitioner
Professional Associations: Supv. Atty., Worcester County Bar Advocate Program; Mass Judges Conference; Mass. Assn. of Criminal Defense Lawyers
Civic Activities: Past Pres., Dismas House; Planning Board, City of Worcester

### James G. Haddad
**Justice, Gardner Div., District Court**
**108 Matthews St., Gardner 01440**
**(978) 632-2373; Fax: (978) 632-2163**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1983
Law School: New England School of Law, 1983
Other Education: Bryant College, 1980
Previous Legal Employment: (1983-2003) Reardon & Reardon; (2003-19) Of Counsel, Glickman, Sugarman, Kneeland & Gribouski (focus on Personal Injury and Medical Malpractice; also represented Mass. Bay Transportation Authority and Mass. Bay Commuter Rail); Special Prosecutor, Worcester Count Dist. Atty.'s Office
Civic Activities: Ascentria Care Alliance; Dismas House

### William P. Hadley
**First Justice, Holyoke Div., District Court**
**20 Court Plaza, Holyoke 01040**
**(413) 493-0201; Fax: (413) 538-8831**
**william.hadley@jud.state.ma.us**
**Justice, Greenfield Div., District Court**
**43 Hope St., Greenfield 01301**
**(413) 775-7400**

Year of Current Appointment: 2005
Year of Admission to the Bar: 1985
Born: January 21, 1959, Lawrence
Law School: Boston College Law School, 1984
Other Education: University of Mass., 1980, cum laude, Business Admin.
Previous Judgeships: (2009-20) Justice, Appellate Div., District Court Dept., Western Div. (Presiding Justice, 2013-20)
Previous Legal Employment: (1985-2005) Partner, Doherty, Wallace, Pillsbury & Murphy (focus on Civil Litigation, Environmental Law and Product Liability)

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**William P. Hadley—Cont'd**
Professional Associations: Hampden County Bar Assn.; Mass. Bar Assn.
Civic Activities: Former Chair, Bd. of Dirs., Springfield Boys & Girls Club; V.P., Bureau for Exceptional Children and Adults, Inc.; Holyoke

---

**Patrick M. Haggan**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1994
Law School: Suffolk University Law School, 1994
Other Education: Boston College, 1991
Previous Legal Employment: (1995-2019) Asst. D.A., Suffolk County (Chief Trial Counsel, 2005-11; First Asst. D.A., 2011-19); (2019-20) Lubin & Meyer, Boston
Honors and Awards: Prosecutor of the Year, Mass. District Atty.'s Assn.; Suffolk Award for Outstanding Superior Court Prosecutor; Paul McLaughlin Award for Courage in Pursuit of Justice, Suffolk County D.A.'s Office

---

**Mark A. Hallal**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1993
Born: Boston
Law School: Boston University Law School, 1993
Other Education: Boston University, 1990, cum laude
Previous Legal Employment: Associate, Lemelman & Lemelman, Boston; Associate, Stanzler, Levine & Joyce; (1996-2017) Asst. D.A., Suffolk County (Chief, Senior Trial Team at time of Judicial nomination)
Teaching Positions: Adjunct Professor, Bridgewater State Univ.; Adjunct Professor, Univ. of Mass.—Boston
Professional Associations: Boston Bar Assn. (Criminal Law Steering Committee)

---

**Catherine Hyo-Kyung Ham**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2021
Year of Admission to the Bar: 2003
Law School: New England School of Law, 2003
Other Education: Haverford College, B.A., 2000
Previous Legal Employment: (2019-21) Associate Justice, Boston Municipal Court Dept.; (2003-05) Legal Assistance Corp. of Central Mass.; (2005-15) Asst. D.A., Plymouth County; (2015-19) Asst. D.A., Suffolk County
Professional Associations: Co-Pres., Boston Inn of Courts; Justice Harry J. Elam Judicial Conference; Asian American Lawyers Assn. of Mass.; Natl. Assn. of Women Judges; Natl. Asian Pacific Amercian Bar Assn. Judicial Council
Civic Activities: Mass. Law Review Advisory Committee

---

**Kathryn E. Hand**
**Associate Justice, Appeals Court**
**John Adams Courthouse, One Pemberton Sq.,**
**Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1994
Born: New York, New York

Law School: Boston College Law School, 1994
Other Education: Harvard University, B.A., 1991, cum laude
Previous Judgeships: (2006-19) Justice, Dsitrcit Court, Barnstable Div. (became Reg. Admin Justice, Reg. 1, 2013-19, and Presiding Justice, App Div. Dist. Ct. Southern District, 2015-19)
Previous Legal Employment: (1994-95, 1996-2006) Esdale, Barrett & Esdale; (1995-96) Asst. District Atty., Norfolk County

---

**Maura J. Hardiman**
**Associate Justice, Suffolk County Division,**
**Juvenile Court**
**Edward W. Brooke Cthse., 24 New Chardon St.,**
**Boston 02114**
**(617) 788-8542; Fax: (617) 788-8978**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1993
Law School: New England School of Law
Other Education: Stonehill College
Previous Legal Employment: (1993-94) Private Practice, Shaumberg, Ill. (general practice); (1994-98) Staff Atty., Office of the Public Defender, Cook County, Ill.; (1998-2012) Private Practice, Walpole (focus on Appellate Practice in Car and Protection matters); (2012-20) Staff Atty., Committee for Public Counsel Services

---

**Robert W. Harnais**
**Circuit Justice, District Court**
**c/o Peabody Division, District Court, 1 Lowell St.,**
**Peabody 01960**
**(978) 532-3100; Fax: (978) 532-1122**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1990
Law School: New England School of Law
Other Education: University of Mass.
Previous Legal Employment: (1991-93) Associate, Law Office of John Shorton, Roxbury; (1993-2020) Partner, Mahoney & Harnais, Quincy; (1999-2020) Counsel, Norfolk County Sheriff's Dept.
Other Positions: (1984-88) Probation Officer, District Court, Quincy Div.; (1988-90) Investigator, Mass. Dept. of Revenue
Professional Associations: Past Pres., Mass. Bar Assn. ; past Pres., Mass. Assn. of Hispanic Attys.
Civic Activities: Braintree Planning Board; Governor's Latino Advisory Bd.

---

**James P. Harrington**
**Associate Justice, Bristol County Division,**
**Juvenile Court**
**289 Rock St., 4th Floor, Fall River 02720-3245**
**(508) 676-0900, Ext. 149; Fax: (508) 677-1411**
**james.harrington3@jud.state.ma.us**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1994
Law School: Temple University School of Law, 1993
Other Education: Bridgewater State College, B.A., 1990, History; cum laude; Providence College, M.B.A., 2001
Previous Legal Employment: (1994-2002) Law Offices of Steven R. Pereira, Fall River (Family Law, Criminal and Civil Litigation); (2002-17) Sole Practitioner (focus on Child Welfare, Delinquency, Family Law and Civil Litigation)
Professional Associations: Juvenile Court Bar Advocate; Resource Atty., Bristol County Child & Family Law trial panel
Academic Honors: Departmental Honors, Bridgewater State College; Member, *Environmental Law & Technology Jour,* Temple Univ. School of Law

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

### Joseph P. Harrington, Jr.
**Justice, Fall River Div., District Court**
**186 S. Main St., Fall River 02721**
**(508) 491-3280; Fax: (508) 646-3597**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1994
Law School: New England School of Law, 1994
Other Education: Boston College
Previous Legal Employment: Asst. D.A., Norfolk County; (1998-2019) Sole Practitioner

---

### Mary E. Heffernan
**Regional Admin. Justice, District Court Dept.**
**c/o Lowell Division, District Court, 370 Jackson St., Lowell 01852**
**(978) 442-3330; Fax: (978) 442-3332**

**Presiding Justice, Newton Div., District Court**
**1309 Washington St., West Newton 02465**
**(617) 244-3600; Fax: (617) 243-7291**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1991
Born: December 6, 1958, Boston
Law School: Suffolk University Law School
Other Education: Framingham State College; Suffolk University, School of Management
Previous Legal Employment: (1990-92) Palmer and Dodge; (1992-95) Middlesex District Attorney; (1995-99) Mass. District Attorneys' Association; (1999-2006) Care Group/Beth Israel Deaconess Medical Center
Teaching Positions: Domestic Violence Committee, District Court
Court-Related Activities: Massachusetts Sentencing Commission; Bail Committee, Trial Court
Public Employment: (2007-2013) Undersecretary, later Secretary, Executive Office of Public Safety and Security
Professional Associations: Massachusetts Judges' Conference

---

### Karen E. Hennessy
**Associate Justice, Essex County Div., Juvenile Court**
**Fenton Judicial Center, 2nd Floor, 2 Appleton St., Lawrence 01840**
**(978) 725-4900; Fax: (978) 725-3878, 80**

Year of Current Appointment: 2019
Year of Admission to the Bar: 2002
Law School: Northeastern University School of Law
Other Education: Tufts University
Previous Legal Employment: Committee for Public Counsel Services; Sole Practitioner

---

### Vickie L. Henry
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1996
Born: August 4, 1966
Law School: Boston University Law School, 1993, summa cum laude
Other Education: Wellesley College, B.A., 1988, Economics; cum laude
Previous Legal Employment: (1993-94) Law Clerk, Assoc. Justice Denice Johnson, Vermont Supreme Court; (1994-96) Associate, Crosby, Heafey, Roche & May, P.C., Oakland, CA (focus on Appellate Law and Products Liability); (1996-2001) Associate and (2002-11) Partner, Foley Hoag, L.L.P. (focus on Intellectual Property, Commercial Litigation and Products Liability); (2011-15) Sr. Staff Atty., Gay & Lesbian Advocates & Defenders (GLAD) (Youth Initiative Director)

Professional Associations: (2003-05) Co-Chair, Mass. LGBTQ Bar Assn.; (2009-11) Chair, Commercial Litigation Committee, DRI—The Voice of the Defense Bar
Civic Activities: (2006-08) Bd. of Dirs., MassEquality
Academic Honors: Projects Editor, *American Journal of Law and Medicine*
Honors and Awards: Named an Up and Coming Lawyer, Mass. Lawyers Weekly, 2002; Pioneering Spirit Award, Mass. LGBTQ Bar Assn., 2008; Davis Carr Outstanding Committee Chair Award, DRI, 2011;

*Editor's Note: Also admitted in California, 1993*

---

### Julieann Hernon
**Circuit Justice, District Court**
**c/o Taunton Division, District Court,**
**40 Broadway St., Taunton 02780**
**(508) 977-6159; Fax: (508) 967-1719**

Year of Current Appointment: 2013
Law School: Northeastern University School of Law, 1995
Other Education: University of Mass., 1989
Previous Legal Employment: (1995-97) Staff Atty., Loyola Death Penalty Resource Center; (1997-2013) Committee for Public Counsel Servies (Dir., Quincy District Court Office, 2009-13)

---

### Rachel Hershfang
**Associate Justice, Appeals Court**
**John Adams Courthouse, One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1996
Law School: Yale Law School
Previous Legal Employment: Associate, Ropes & Gray; (2000-08) Asst. U.S. Atty., Dist. of Massachusetts (focus on Drugs and Money Laundering cases; Deputy Chief, Organized Crime Task Force, 2005-08); (2008-21) Sr. Trial Atty., Securities & Exchange Commission, Boston Office

---

### Zachary Hillman
**Justice, Malden Div., District Court**
**4040 Mystic Valley Pkwy., Medford 02155**
**(781) 322-7500; Fax: (781) 321-7521**

Year of Current Appointment: 2021
Year of Admission to the Bar: 2007
Law School: Suffolk University Law School, 2007
Other Education: Plymouth State College, 2003, History
Previous Legal Employment: (2007-08) Clerk to Justices, Superior Court; (2008-17) Asst. D.A., Suffolk County (practiced mainly in Appeal Unit); (2017-21) General Counsel, Admin. Office, District Court Dept.
Professional Associations: Mass. Bar Assn.; Boston Bar Assn.
Civic Activities: Volunteer teacher, Discovering Justice
Academic Honors: *Mass. Law Review*

---

### Marianne C. Hinkle
**First Justice, Woburn Div., District Court**
**Courthouse, 30 Pleasant St., Woburn 01801-4184**
**(781) 935-4000**

Year of Current Appointment: 2005
Year of Admission to the Bar: 1982
Law School: Suffolk University Law School, 1982
Other Education: Boston University, B.S., 1976
Previous Legal Employment: (1982-84) Law Clerk, Connecticut Superior Court; (1984-97) Asst. D.A., Norfolk County (Dir., Sexual Assault Unit, 1985-97; also Dir., Domestic Violence Unit, 1992-97); (1997-2005) Asst. U.S. Atty. (Chief, Community Prosecution Unit, 2002-05)

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Marianne C. Hinkle—Cont'd**
Teaching Positions: (1984-95 & 2013) Adjunct Prof., New England School of Law (Legal Methods)
Court-Related Activities: (2013-Present) Chair, District Court Domestic Violence Committee; (2014-Present) Chair, Trial Court Domestic Violence Education Task Force

---

**David M. Hodge**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1983
Law School: New England School of Law, 1982
Previous Legal Employment: Public Defender, Hamdpen and Hampshire Counties;  Partner, Hegarty, Marien, Battisa & Hodge, Springfield; (1998-2019) Partner, Marien & Hodge, Springfield (focus on Criminal Defense and Civil Litigation)

---

**Maureen B. Hogan**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1990
Law School: Boston College Law School, 1989
Other Education: Boston College, 1986
Previous Legal Employment: Law Clerk, Judge Andrew A. Caffney, U.S. District Court;  Asst. U.S. Atty.;  Deputy Chief Legal Counsel, Office of the Governor;  Asst. D.A., Suffolk County;  Bingham, Dana & Gould

---

**Merita A. Hopkins**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1979
Law School: Suffolk University Law School, 1979
Other Education: Boston College, 1976
Previous Legal Employment: Special Agent, Federal Bureau of Investigation;  Asst. District Attorney, Middlesex County;  Sole Practitioner;  Corporation Counsel, Boston;  Chief of Staff, Mayor Thomas Menino, Boston

---

**Diana H. Horan**
**First Justice, Central Division, Housing Court**
**225 Main St., Room 2400, Worcester 01608**
**(508) 831-2050**

Year of Current Appointment: 1999
Year of Admission to the Bar: 1985
Born: 1960, New Haven, Connecticut
Law School: Western New England University School of Law
Other Education: University of Connecticut, B.A.
Previous Legal Employment: (1985-88) Disability Law Unit, Greater Boston Legal Services; (1997-99) First Asst. Clerk-Magistrate, Housing Court Dept., Worcester Div.; (1988-97) Law Dept., City of Worcester
Professional Associations: Worcester Co. Bar Assn.

---

**Daniel J. Hourihan**
**Justice, Brockton Div., District Court**
**215 Main St., Brockton 02301**
**(508) 587-8000;  Fax: (508) 586-3334**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1991
Born: Springfield
Law School: Suffolk University Law School, 1990
Other Education: Northeastern University, B.S., Criminal Science
Previous Legal Employment: (1992-2003) Asst. D.A., Suffolk County; (2003-11) Asst. D.A., Plymouth County; (2011-16) Asst. D.A., Bristol County (Homicide and Major Case Unit)
Civic Activities: Taunton Food Pantry; youth sports

---

**Ina R. Howard-Hogan**
**Circuit Justice, District Court**
**c/o Peabody Division, District Court, 1 Lowell St.,**
**Peabody 01960**
**(978) 532-3100; Fax: (978) 532-1122**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1995
Law School: Northeastern University School of Law, 1993
Other Education: Boston College, B.A., 1990, Political Science
Previous Legal Employment: (1998-2002) Asst. D.A., Essex County (Supervisor, Domestic Violence Unit); (2005-08) Asst. Atty. General, Criminal Bureau (Fraud and Computer Crime Division); (2009-11) General Counsel, Mass. Parole Bd.
Public Employment: (2002-05) U.S. Probation Officer, Dist. of Mass. (Presentence Unit); (2011-16) Member, Mass. Parole Bd.
Academic Honors: Fellow, Council on Legal Education Opportunities, Dickinson School of Law, 1990

---

**Janice W. Howe**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**
**janice.howe@jud.state.ma.us**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1981
Law School: Suffolk University Law School, 1981, cum laude
Other Education: Connecticut College, B.A., 1973, cum laude
Previous Legal Employment: Asst. D.A., Eastern District (Sr. Trial Asst.);  Partner, Bingham McCutchen, L.L.P. (focus on Product Liability, Internal Investigations and Class Actions;  Partner, Morgan Lewis & Bockus, L.L.P. (Mass Torts, Product Liability and Internal Investigations)
Court-Related Activities: (1993-94) Special Judicial Nominating Committee for the Juvenile Court; (1996-2002) Judicial Nominating Council, Eastern District
Professional Associations: Natl. Assn. of Women Judges; American Bar Assn.; Fellow, American Bar Foundation; Mass. Bar Assn.; Fellow, Mass. Bar Foundation; Boston Bar Assn.

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**BIOGRAPHIES OF MASSACHUSETTS JUDGES** 37

### Joseph P. Hurley III
**Circuit Justice, District Court**
c/o Worcester Division, District Court, 225 Main St., Worcester 01608
**(508) 831-2170**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1991
Law School: Suffolk University Law School, 1991
Other Education: St. Michael's College, B.A., 1983, Business Admin.
Previous Legal Employment: (1991-92, 1994-96) Associate, Hurley & Hurley, Braintree (General Law Practice); (1993-94) Asst. D.A., Norfolk County; (1996-98) Head Executive Asst. Register of Deeds, Norfolk County; (1998-2022) Asst. Clerk of Court, Norfolk County Superior Court
Other Positions: (1983-84) Renovation Coordinator, Flatley Co., Braintree; (1984-86) Store Mgr., F.X. Messina Enterprises, Braintree; (1986-91) Self-Employed Property Mgr.; (1988-91) Law Clerk, Hurley & Hurley
Professional Associations: Mass. Bar Assn.; American Bar Assn.; Past Pres., Norfolk County Bar Assn.; Quincy Bar Assn.; Mass. Superior Court Clerks Assn.

### Barbara M. Hyland
**First Justice, Hampden Div., Probate & Family Court**
50 State St., P.O. Box 559, Springfield 01102-0559
**(413) 748-7988; Fax: (413) 788-6664**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1983
Law School: Western New England University School of Law, 1983
Other Education: Westfield State College, 1978
Previous Legal Employment: (1997-2010) Sole Practitioner, Holyoke (Civil Practice)

### Susan L. Jacobs
**Associate Justice, Bristol Division, Probate & Family Court**
40 Broadway, Suite 240, Taunton 02780
**(508) 977-4985**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1989
Law School: Boston University Law School, 1989
Other Education: University of Mass., 1985
Previous Legal Employment: (1989-2013) Partner, Volterra, Goldberg & Jacobs (focus on Domestic Relations)
Honors and Awards: Pro Publico Award, Bristol County Bar Assn. & South Coastal Counties Legal Services, 2012

### SallyAnn Janulevicus
**Associate Justice, Salem Div., District Court**
56 Federal St., Salem 01970
**(978) 825-3029**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1990
Born: October 1, 1963, Worcester
Law School: New England School of Law, 1990
Other Education: Boston College, B.A., 1985
Previous Legal Employment: (1991-2021) Sole Practitioner (focus on Criminal Defense, Civil Litigation and Domestic Relations); (2018-21) Hearing Officer, Mass. Board of Bar Overseers
Teaching Positions: Adjunct Professor, New England School of Law
Professional Associations: Essex County Bar Assn.; Past Pres., Justinian Law Society of Mass.

Civic Activities: Healing Abuse Working for Change; Bd. of Dirs., Salem State Univ. Assistance Corp.; Essex County Attorneys Representing Children

### Thomasina Y. Johnson
**Associate Justice, Suffolk County Division, Juvenile Court**
Edward W. Brooke Cthse., 24 New Chardon St., Boston 02114
**(617) 788-8542; Fax: (617) 788-8978**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1992
Law School: Suffolk University Law School, 1991
Other Education: Boston Univ., B.A., 1986, Psychology
Previous Legal Employment: (1992-94) Associate, Law Office of Erick Jean, Boston (focus on Personal Injury, Family Law, Real Estate, Housing and Contract Law); (1994-2016) Asst. Regional Counsel, Dept. of Children & Families; (2016-18) Asst. Clerk-Magistrate, Juvenile Court. Plymouth County Div.

### Joseph F. Johnston
**First Justice, Norfolk County Div., Juvenile Court**
55 Allied Dr., Dedham 02026
**(781) 329-1500, Ext. 2511248; Fax: (781) 329-1649**

Year of Current Appointment: 2001
Year of Admission to the Bar: 1985
Born: 1958
Law School: New England School of Law
Other Education: Fitchburg State College
Previous Legal Employment: (1986-2001) Sole Practitioner
Other Positions: Former Asst. Chief Probation Officer, District Court, Dorchester Div.

### Shelley M. Richmond Joseph
**Justice, Framingham Div., District Court**
600 Concord St., Framingham 01702
**(508) 875-4525, 7462**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1992
Law School: New England School of Law
Other Education: Boston College
Previous Legal Employment: (1993-2000) Asst. Atty. General (Family & Community Crimes Bur., 1993-95; Criminal Bur., 1995-2000; Business & Fair Labor Protection Bur., 1995-96); (2000) Associate, Swartz & Swartz, P.C., Boston (Civil Litigation); (2000-17) Joseph & Joseph, Newton (focus on Criminal Defense, Registry of Motor Vehicles hearings and Restraining Orders)
Teaching Positions: Adjunct Faculty, Mass. School of Law; (2001) Adjunct Faculty, New England School of Law (Criminal Procedure)

### Sarah Joss
**Circuit Justice, District Court**
c/o Peabody Division, District Court, 1 Lowell St., Peabody 01960
**(978) 532-3100; Fax: (978) 532-1122**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2002
Law School: University of Chicago, 2001
Other Education: Wheaton College, 1996
Previous Legal Employment: (2001-03) Associate, Foley Hoag, L.L.P.; (2003-14) Asst. Atty. General (Trial Div.); (2014-21) Mass. Probation Dept. (Deputy Commissioner for Legal Sevices and Legal Counsel, 2018-22)
Other Positions: (1996-2001) Legal Asst., Foley Hoag, L.L.P.
Civic Activities: Scholarship Committee, Ipswich Music, Art & Drama Assn.

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Myong J. Joun**
**Associate Justice, Boston Municipal Court,**
**Brighton Division**
**52 Academy Hill Rd., Brighton 02135**
**(617) 782-6521; Fax: (617) 562-4479**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1999
Law School: Suffolk University Law School, 1999
Other Education: University of Massachusetts at Boston,
B.A., 1994, magna cum laude
Military Service: (1990-96) Army National Guard
Previous Legal Employment: (1999-2007) Law Office of
Howard Friedman, P.C. (focus on Civil Rights litigation);
(2007-2014) Joun Law Office (focus on Criminal Defense)

---

**John M. Julian**
**First Justice, Barnstable Div., District Court**
**Courthouse, 3195 Main St., Route 6A, P.O. Box 398,**
**Barnstable 02630**
**(508) 375-6765**

Year of Current Appointment: 2002
Year of Admission to the Bar: 1992
Law School: New England School of Law
Other Education: University of Mass.
Previous Legal Employment: (1992-2002) Asst. D.A.,
Suffolk County

---

**Scott L. Kafker**
**Associate Justice, Supreme Judicial Court**
**John Adams Courthouse, Suite 2500,**
**One Pemberton Sq., Boston 02108-1750**
**(617) 557-1000**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1985
Born: April 24, 1959, Corning, New York
Law School: University of Chicago Law School, 1985
Other Education: Amherst College, 1981
Previous Judgeships: (2001-2015) Associate Justice and
(2015-17) Chief Justice, Appeals Court
Previous Legal Employment: (1985-86) Clerk, Justice
Charles L. Levin, Supreme Court of Michigan; (1986-87)
Clerk, Judge Mark L. Wolf, U.S. District Court; (1987-91)
Associate, Foley, Hoag & Elliot; (1991-93) Deputy Chief
Legal Counsel, Gov. William F. Weld; (1993-2001) Chief
Legal Counsel, Mass. Port Authority
Teaching Positions: (2005) National Judicial College; (2009)
Boston College Law School
Professional Associations: Boston Bar Assn.; Mass. Bar
Foundation; American Law Institute; Mass. Judges
Conference
Civic Activities: Trustee, Dana Farber Cancer Institute;
(2006-2017) Visiting Committee, University of Chicago
Law School; Pan Mass. Challenge
Published Works: "Exploring Saturn: An Examination of the
Philosophy of 'Total' Labor-Management Cooperation and
the Limitations Presented by the N.L.R.A.," 5 *The Labor
Lawyer* 703-738 (1989); "Nonacquistence by the N.L.R.A.:
Combat v. Collaboration," 3 *The Labor Lawyer* 137-162
(1987); Comment, "The Right to Venue and the Right to an
Impartial Jury; Resolving the Conflict in the Federal
Constitution," 52 *Univ. of Chicago L. Rev.* 729-750 (1985);
"America's Other Constitutions: Book Review of *The Law of
American State Constitutions*, 45 *New Eng. L. Rev.* 835-854
(2011) "Surveying Constitutional Law: Book Review of
Lawrence Friedman & Lynnea Thody's *The Massachusetts
State Constitution*," 42 *Rutgers L.J.* 913-926 (2011); "The
Eye of A Constitutional Storm: Pre-Election Review by the
State Judiciary of Initiative Amendments to State
Constituents," 2012 *Mich. St. L. (2013); "Standing at a
Constitutional Divide: Redefining State and Federal*

*Requirements for Initiatives after Hollingsworth v Perry*, 71
*Wash. And Lee L. Rev.* 229-303 (2014); "Book Review,
*Madison's Hand: Revising the Constitutional Convention* by
Mary Bilder,*98 Mass. Law Review (2016)*
Academic Honors: University of Chicago Law Review:
Associate Editor, 1984-85; Staff Editor, 1983-84

---

**Jonathan J. Kane**
**First Justice, Western Division, Housing Court**
**37 Elm St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-7838; Fax: (413) 732-4607**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1991
Law School: Boston College Law School, cum laude
Other Education: Haverford College, B.A.
Previous Legal Employment: Co-Managing Partner, Fierst,
Kane & Bloomberg, Northampton
Academic Honors: Articles Editor, *Boston College Law
Review*

---

**Thomas S. Kaplanes**
**Associate Justice, Boston Municipal Court**
**510 Washington St., Dorchester 02124**
**(617) 288-9500; Fax: (617) 436-8250**

Year of Current Appointment: 2013
Year of Admission to the Bar: 2000
Born: Worcester
Law School: Suffolk University Law School
Other Education: Providence College
Previous Legal Employment: (2000-06) Asst. D.A., Suffolk
County; (2006-07) Associate, Boyle, Morrissey & Campo
(Insurance Defense); (2007-13) Sole Practitioner, Boston
(Criminal and Civil Litigation)
Teaching Positions: Trial Advocacy Workshop, Harvard
Law School
Other Positions: Worcester Public Schools
Professional Associations: Board Member, Albanian
American Law Society; Board Member, Hellenic Bar
Assn.
Civic Activities: Volunteer, Special Olympics; Volunteer
tutor, Dorchester Boys and Girls Clubs; Volunteer, New
England Center for Homeless Veterans; Youth Baseball
and Basketball Coach

---

**Jeffrey T. Karp**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1993
Law School: Northeastern University School of Law, 1993
Other Education: University of Mass., B.A., 1987,
Accounting; C.P.A. Certification, 1987
Previous Legal Employment: (1993-95) Associate,
Morrison, Mahoney & Miller, Boston (focus on Civil
Litigation); (1995-2001) Asst. D.A., Suffolk County
(Chief, Domestic Violence Unit,1998-2001); (2001-12)
Associate, Newman & Newman, P.C., Boston (Civil,
Criminal and Domestic Relations Litigation);
(2011-2017) Sole Practitioner, Newburyport (focus on
Complex Criminal Defense, Domestic Relations and
Commercial Litigation matters)
Other Positions: (1987-90) Sr. Accountant, Price
Waterhouse, Boston
Professional Associations: Mass. Assn. of Criminal Defense
Attys.; New Hampshire Bar Assn.

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with
permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Emily A. Karstetter**
**First Justice, Malden Div., District Court**
**4040 Mystic Valley Pkwy., Medford 02155**
**(781) 322-7500; Fax: (781) 321-7521**

**Associate Justice, Appellate Division, District Court,**
**Northern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1991
Law School: New England School of Law, 1991, cum laude
Other Education: Wellesley College, 1984
Previous Legal Employment: (1991-98) Associate, Bellotti & Barretto, Cambridge; (1998-2012) Sole Practitioner (focus on Criminal Law)

---

**Hélène Kazanjian**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1986
Born: Boston
Law School: Boston University Law School, 1986
Other Education: Stanford University, B.A., 1982, Political Science
Previous Legal Employment: (1986-86) Law Clerk, Judge Willian G. Young, U.S. District Court; (1987-91) Associate, Goodwin Procter & Hoar; (1990-01) Special Asst. D.A., Middlesex County; (1991-94) Asst. U.S. Atty., District of Columbia; (1994-2010) Asst. U.S. Atty., Portland, Maine (Civil and Criminal Divisions; Lead Atty., Organized Drug Enforcement Task Force, 2003-05); (2010-16) Chief, Trial Division, Atty. General's Office, Boston
Academic Honors: Paul J. Liacos Scholar; Natl. Assn. for Women Lawyers' Award, 1986

---

**Leilah A. Keamy**
**First Justice, Worcester Div., Probate & Family Court**
**225 Main St., Room 2001, Worcester 01608**
**(508) 831-2234; Fax: (508) 770-0820**

Year of Current Appointment: 2002
Year of Admission to the Bar: 1985
Born: December 11, 1959, Methuen
Law School: Suffolk University Law School, 1985
Other Education: Wheaton College, B.A., 1981; University of Mass. Lowell, M.B.A., 1987
Previous Legal Employment: Associate, later Partner, White, Inker, Aronson
Professional Associations: Mass. Bar Assn.; Boston Bar Assn.; Worcester County Bar Assn.; Mass. Assn. of Women Lawyers

---

**Mary Beth Keating**
**Associate Justice, Worcester County Division,**
**Juvenile Court**
**Worcester Regional Judicial Center, 225 Main St.,**
**Worcester 01608**
**(508) 831-2409; Fax: (508) 754-9048**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1992

---

**Joseph E. Kelleher III**
**First Justice, Eastern Division, Housing Court**
**Edward W. Brooke Cthse., 3rd Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-6501; Fax: (617) 788-8981**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1994
Law School: New England School of Law, 1994, with honors
Other Education: Providence College, 1988
Previous Legal Employment: (1995-97) Associate, Lavien & Tveekrum (focus on Litigation Discovery and Real Estate); (1997) Associate, Smith, Brink, Smith & Cullen (focus on Collection Law); (1997-2001) Associate, Kraus & Hummel (focus on Litigation and Real Estate); (2001-02) Williams & Mahone (focus on Insurance Law and Subrogation); (2002-20) Partner, Kraus & Hummel (focus on Real Estate and Landlord/Tenant)
Elected Positions: Selectman, Marshfield
Civic Activities: Zoning Bd. of Apeals, Marshfield

---

**Janet Kenton-Walker**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1979
Law School: Suffolk University Law School
Other Education: Mt. Holyoke College
Previous Legal Employment: Committee for Public Counsel Services; Klieman, Lyons Schindler & Gross; Of Counsel, Boston Law Collaborative
Court-Related Activities: Board of Bar Overseers
Professional Associations: Former V.P., Mass Bar Assn.; Former Pres., Hampshire County Bar Assn.; Former Chair, Mass. Legal Services Corp.

---

**Steven M. Key**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1997
Law School: Suffolk University Law School, 1997
Other Education: College of the Holy Cross, 1992
Previous Legal Employment: Associate, Monahan & Padellaro, Cambridge (Civil and Criminal); Associate, Campbell, Campbell Edwards & Conroy, Charlestown (focus on Civil Litigation); Sole Practitioner
Civic Activities: Volunteer, Boys and Girls Club of Dorchester

---

**C. Jeffrey Kinder**
**Associate Justice, Appeals Court**
**John Adams Courthouse, One Pemberton Sq.,**
**Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1993
Born: December 20, 1953, Titusville, Pennsylvania
Law School: University of Toledo College of Law, 1981
Other Education: Kenyon College, 1976, Political Science
Previous Judgeships: (2006-15) Associate Justice, Superior Court
Previous Legal Employment: (1982-83) Asst. City Atty, Aurora, CO; (1983-86) Deputy D.A., 8th Jud. Dist., Fort Collins, CO; (1986-88) Asst. U.S. Atty., Dist. of Colorado; (1989-99) Asst. U.S. Atty., Dist. of Mass (Chief Asst., Springfield Office, 1994-99); (1999-2006) Partner, Fierst, Pucci & Kinder, L.L.P.

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**C. Jeffrey Kinder—Cont'd**

Teaching Positions: (1998-99) Instructor, Univ. of Mass. (Sociology); Various MCLE programs

Professional Associations: Mass. Bar Assn.; Hampshire County Bar Assn.; Hampden County Bar Assn.

---

**Kenneth J. King**
**Associate Justice, Middlesex County Division,**
**Juvenile Court**
**121 Third St., Cambridge 02141**
**(617) 494-4100; Fax: (617) 494-0575**

Year of Current Appointment: 2008

Year of Admission to the Bar: 1980

Born: August 28, 1954, Pontiac, Illinois

Law School: Northeastern University School of Law, 1980

Other Education: University of Illinois, B.A., 1976, English Literature

Previous Legal Employment: (1980-82) Asst. Regional Counsel, Dept. of Social Services, Bridgewater; (1982-95) Partner, Fenn & King; (1995-98) Atty. in Charge, Committee for Public Counsel Services, Children and Family Law Program, Salem

Teaching Positions: (2001-Present) Adjunct Prof., Suffolk Univ. Law School; (2007-2009) Assoc. Professor of Clinical Law, Suffolk Univ. Law School, Juvenile Justice Center

Published Works: "Waiving Childhood Goodbye. How Juvenile Courts Fail to Protect Children from Unknowing, Unintelligent and Involuntary Waivers of Miranda Rights," *Wis. L. Rev.* 431 (2006); "Child Welfare in Finland: Are Families Sacrificed on the Altar of Administrative Procedure?" *Defensor Legis*, (journal of the Finnish Bar Assn.), 2004/No.4, p.685 (2004)

Academic Honors: Fulbright Scholar, Univ. of Turku, Turku, Finland, 2004

Honors and Awards: Co-Op Employer of the Year, Northeastern Univ., 1986; Honoree, Women's Bar Assn., 1992; Blitzman Award (commitment to rights of juveniles), Committee for Public Counsel Services, 2000

---

**Maynard M. Kirpalani**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2010

Year of Admission to the Bar: 1978

Born: August 5, 1953, Springfield

Law School: University of Virginia Law School, 1978

Other Education: Washington College, B.A., 1975, magna cum laude

Previous Legal Employment: Partner, Wilson Elser Moskowitz Edelman & Dicker;  Parker Coulter Daley & White;  Partner, Peabody & Arnold

---

**Peter B. Krupp**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2013

Year of Admission to the Bar: 1986

Law School: University of Chicago, 1986

Other Education: Brown University, 1983

Previous Legal Employment: (1986-93) Litigation Associate, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo; (1993-97) Asst. Federal Public Defender; (1997-2012) Partner, Lurie & Krupp, L.L.P. (Criminal Defense and Commercial Litigation)

Court-Related Activities: (2009-12) Chair, Criminal Justice Act Board

---

**Sharon F. Lalli**
**Justice, Falmouth Div., District Court**
**161 Jones Rd., Falmouth 02540**
**(508) 495-1500;  Fax: (508) 495-0291**
**sharon.lalli@jud.state.ma.us**

Year of Current Appointment: 2021

Year of Admission to the Bar: 1986

Law School: Suffolk University Law School

Other Education: Stonehill College

Previous Legal Employment: Associate, Creedon & Creedon; (2006-13) Chief Counsel, Senate Judiciary Committee; (2011-13) Asst. D.A., Norfolk County; (2013-21) Asst Clerk-Magistrate, Plymouth County (Criminal Clerk)

---

**Teresa F. Lamarre**
**Circuit Justice, District Court**
**c/o Plymouth Division, District Court, 52 Obery St.,**
**Plymouth 02360**
**(508) 747-8444**

Year of Current Appointment: 2022

Year of Admission to the Bar: 1991

Law School: Western New England University School of Law, 1991

Other Education: Wheaton College, B.A., 1987, cum laude

Previous Legal Employment: (1991-97) Asst. D.A., Hampden County (Chief Prosecutor, District Court, Springfield Div.); (1997-2006) Asst. D.A., Bristol County (Grand Jury Unit; Supervisor, District Court, Fall River Div.); (2009-12) Asst. Atty. General (Fair Labor Division); (2012-13) Student Services Advocate, New Bedford Public Schools; (2015-17) Sole Practitioner (focus on Criminal Defense and Child Welfare Law); (2017-22) Asst. D.A., Plymouth County; (2021-22) Asst. Clerk Magistrate, District Court, Wareham Div.

---

**James F. Lang**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2012

Year of Admission to the Bar: 1985

Born: October 30, 1956, Port Washington, New York

Law School: Boston University Law School, 1985, magna cum laude

Other Education: Cornell University, B.S., 1982, with honors

Previous Legal Employment: (1985-86) Law Clerk, Assoc. Justice Paul Liacos, Supreme Judicial Court; (1986-93) Asst. D.A., Norfolk County; (1993-2012) Asst. U.S. Atty. (Chief, Major Crimes Unit, 2002-09; Chief, Criminal Div., 2009-12)

---

**Joseph F. Leighton, Jr.**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2016

Year of Admission to the Bar: 1985

Law School: Boston College Law School, 1985, cum laude

Other Education: North Adams State College, B.A., 1981, English; magna cum laude

Previous Legal Employment: (1985-88) Associate, (1989-93) Jr. Partner and (1994-95) Partner, Parker, Coulter, Daley & White; (1995-99) Partner, Vena & Riley, L.L.P.; (1999-2002) Sr. Trial Counsel, Kenner, Engelberg, DaDalt & Bratcher; (2002-16) Partner, Wilson, Elser, Moskowitz, Edelman & Dicker, L.L.P.

---

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Joseph F. Leighton, Jr.—Cont'd**
Professional Associations: American Bar Assn.; Mass. Bar Assn.; Rhode Island Bar Assn.
Published Works: Contributing Author, *Litigating Construction Site Injuries,* MCLE (1998).

---

**Gerald A. Lemire**
**First Justice, Uxbridge Div., District Court**
**261 S. Main St., Uxbridge 01569-1690**
**(508) 278-5353; Fax: (508) 278-2929**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1994
Law School: New England School of Law, 1994
Other Education: Assumption College, B.A., 1990
Previous Judgeships: (2013-15) Associate Justice, Uxbridge Division
Previous Legal Employment: (1998-2009) Private Practice; Asst. D.A., Worcester County; Chief of Staff and Legal Counsel, Committee on Public Service, State Senate; (2009-13) Clerk-Magistrate, District Court, Uxbridge Div.

---

**James R. Lemire**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1978
Law School: New England School of Law, 1978
Other Education: Assumption College, B.A., 1975, Political Science
Previous Judgeships: (2006-16) Associate Justice, Superior Court
Previous Legal Employment: (1979-89, 2001-06) Asst. D.A., Worcester County (Chief, at various times, Sexual Assault Unit, Drug Unit and Financial Crime Unit); (1981-2014) Adjunct Professor of Continuing Education, Assumption College; (1989-2001) Private Practice, Holden (Civil and Criminal Litigation)

---

**David B. Locke**
**Justice, Gardner Div., District Court**
**108 Matthews St., Gardner 01440**
**(978) 632-2373; Fax: (978) 630-3902**

Year of Current Appointment: 1999
Year of Admission to the Bar: 1979
Born: 1952, Newton
Law School: Suffolk University Law School
Other Education: University of Mass.
Previous Legal Employment: (1979-80) Asst. D.A., Norfolk County; (1980-99) Asst. D.A., Worcester County
Professional Associations: Mass. Bar Assn.; Worcester & Norfolk Co. Bar Assn.
Hobbies and Interests: Boating; Skiing

---

**Jeffrey A. Locke**
**Chief Justice of the Trial Court**
**John Adams Courthouse, Floor 1M,**
**One Pemberton Sq., Boston 02108**
**(617) 878-0203; Fax: (617) 788-6199**

Year of Current Appointment: 2022
Year of Admission to the Bar: 1980
Law School: Boston University School of Law
Other Education: Georgetown University
Previous Judgeships: (2001-22) Associate Justice, Superior Court

Previous Legal Employment: (1980-89) Asst. Dist. Atty., Middlesex County; (1989-97) Asst. U.S. Atty. (Deputy Chief, New England Organized Drug Enforcement Task Force Unit); (1997-99) Dist. Atty., Norfolk County
Public Employment: (1999-2001) Acting Commissioner and Commissioner, Dept. of Social Services

---

**Christopher P. LoConto**
**First Justice, Fitchburg Div., District Court**
**Gelinas Courthouse, 100 Elm St., Fitchburg 01420**
**(978) 345-2111; Fax: (978) 342-2461**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1992
Law School: Suffolk University Law School, 1992
Other Education: Bentley College, B.S., cum laude; Bentley College, A.S., Paralegal Studies
Previous Legal Employment: (1992-98) Asst. D.A., Worcester County; (1998-2013) Partner, LoConto & Madaio, Worcester (Primarily Criminal matters, some Civil and Probate matters)

---

**Paul F. LoConto**
**Associate Justice, Worcester Div., District Court**
**225 Main St., Worcester 01608**
**(508) 831-2170; Fax: (508) 753-4116**
**paul.loconto@jud.state.ma.us**

Year of Current Appointment: 1985
Year of Admission to the Bar: 1975
Born: August 21, 1947, Worcester
Law School: Suffolk University Law School, 1974
Other Education: Boston College, B.S., 1969; Boston University Graduate Tax Program, LL.M., 1980
Previous Judgeships: (1985-99) First Justice, District Court, East Brookfield Div.; (1999-2004) First Justice, District Court, Fitchburg Div.; (2004-17) First Justice, Worcester Div., District Court
Military Service: (1969-75) Mass. National Guard
Previous Legal Employment: (1975-78) General Practice, Worcester; (1975-85) Clerk-Magistrate, Western Worcester District Court
Court-Related Activities: Judiciary—Media Committee, Supreme Judicial Court; Committee on Judicial Performance Evaluation, Supreme Judicial Court; Committee on Care and Protection and CHINS Proceedings; Commission on Judicial Conduct; Committee on Caseflow Management, District Court; Committee on Uniform Complaint Language, District Court

---

**David A. Lowy**
**Associate Justice, Supreme Judicial Court**
**John Adams Courthouse, Suite 2500,**
**One Pemberton Sq., Boston 02108-1750**
**(617) 557-1000**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1987
Born: February 3, 1960, Boston
Law School: Boston University Law School, 1987, magna cum laude
Other Education: University of Mass., B.A., 1983, cum laude
Previous Judgeships: (1997-2001) Justice, District Court, Ipswich Division; (2001-16) Associate Justice, Superior Court
Previous Legal Employment: (1987-88, 1989-90) Associate (litigation department), Goodwin, Procter & Hoar; (1988-89) Law Clerk to Judge Edward F. Harrington, U.S. District Court; (1990-92) Assistant District Attorney, Essex County; (1992-95) Deputy Legal Counsel, Gov. William F. Weld; (1995-97) Asst. D.A., Suffolk County

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**David A. Lowy—Cont'd**

Teaching Positions: (1991-Present) Adjunct Prof., New England School of Law (Evidence, Massachusetts Evidence and Criminal Procedure Clinic); (2007-Present) Adjunct. Prof., Boston University School of Law (Evidence and Trial Advocacy)

Other Positions: (1974-86) Vendor, Fenway Park; (1983) History teacher, Nazareth Academy

Academic Honors: Phi Beta Kappa; Phi Kappa Phi; Paul J. Liacos Scholar; Edward F. Hennessy Scholar; Book Award for the Highest Grade in Evidence awarded by Boston University School of Law

---

**John T. Lu**
**Associate Justice, Superior Court**
**200 Trade Center, 2nd Floor, Woburn 01801**
**(781) 939-2700**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1985
Born: 1959, Lowell
Law School: Boston University School of Law, 1984
Other Education: Johns Hopkins University, 1981
Previous Judgeships: (2001-2006) Associate Justice, Boston Municipal Court
Previous Legal Employment: (1985-92) Committee for Public Counsel Services, Trial Unit; (1992-2001) Sole Practitioner, Lowell Trial Practice
Teaching Positions: Faculty Member, National Judicial College; Adjunct Faculty, University of Massachusetts at Lowell, School of Criminology and Justice Studies; Former Adjunct Professor, Boston University School of Law; Former Lecturer or Adjunct Professor, New England Law Boston and New England School of Law
Court-Related Activities: Former Co-Leader, Salem HOPE/MORR Program; Former Lecturer on Law or Adjunct Professor of Law, New England Law/Boston and New England School of Law; Former Member, Racial and Ethnic Access Advisory Board to the Chief Justice for Administration & Management; Former Member, Gender Equality Advisory Board; Former Member, Probation Revocations Project University of Minnesota Law School; Advisory Board, Robina Institute on Criminal Law and Criminal Justice, Univ. of Minnesota; (2014-18) Co-Chair, Superior Court Probation Committee; (2014-2018) Chair, Mass. Sentencing Commission
Professional Associations: Former Member and former V.P., Massachusetts Judges Conference; Former Member and Co-Chair, Mass. Judges Conference, Judicial Exchange Committee; Board of Dirs., Justice George Lewis Ruffin Society; Former Pres., Justice George Lewis Ruffin Society; Former Co-Chair, Massachusetts Judges Conference Judicial Exchange Committee; Boston Bar Assn.; Mass. Bar Assn.; Greater Lowell Bar Assn.; Asian American Lawyers Assn. of Mass.; Former Member, Bd. of Dirs., Mass. Assn. of Criminal Defense Lawyers; Former Member, Bd. of Dirs., Middlesex Defense Attorneys, Inc.; Former Member, Bd. of Editors, *Massachusetts Lawyers Weekly*
Civic Activities: Former Member, Boston University, Civic Leadership Working Group; Former Member, Bd. of Dirs. & Exec. Comm., Merrimack Valley Legal Services

---

**Edward F.X. Lynch**
**Justice, Barnstable Div., District Court**
**Courthouse, 3195 Main St., Route 6A, P.O. Box 398, Barnstable 02630**
**(508) 375-6824**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1992
Law School: DePaul University School of Law, 1992

Other Education: University of Connecticut, B.S., 1987, Business Administration
Previous Legal Employment: (1992-97) Asst. D.A, Cape & Islands Office; Manning & Lynch; Sole Practitioner; Asst. D.A., Cape & Islands Office (Superior Court prosecutor)
Other Positions: Law Clerk, Walsh, Neville, Pappas & Mahoney, Chicago

---

**Tracy-Lee Lyons**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2006
Law School: New England School of Law, 1990
Other Education: Northeastern University, 1982
Previous Legal Employment: (1990-93) Asst. D.A., Norfolk County; (1993-2003) Asst. D.A., Suffolk County (former Chief, Sexual Assault Unit); (2003-06) Sole Practitioner
Other Positions: (1987-90) Victim Witness Advocate, Suffolk County D.A.'s Office

---

**Matthew J. Machera**
**First Justice, Chelsea Div., District Court**
**120 Broadway, Chelsea 02150**
**(617) 660-9200; Fax: (617) 660-9215**

Year of Current Appointment: 2005
Year of Admission to the Bar: 1991
Born: September 10, 1965, Lynn
Law School: Boston College Law School, 1991
Other Education: Wesleyan University, 1987; University of Mass., M.P.A., 1995
Previous Judgeships: (2005-08) Justice, Somerville Division
Previous Legal Employment: Asst. D.A., Suffolk County (Chief, Roxbury and Juvenile Units); Associate, Craig & Macauley; (1997-2005) Securities Div., Secy. of the Commonwealth (First Dep. Secy., 2000-2005)
Other Positions: Bank Examiner, Federal Reserve Bank of New York

---

**Laurie MacLeod**
**First Justice, Orange Div., District Court**
**1 Court Sq., Suite 1, Orange 01364-1232**
**(978) 544-8277; Fax: (978) 544-5204**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1992
Born: September 2, 1955
Law School: Benjamin Cardozo School of Law, 1984
Other Education: Hampshire College, 1978
Previous Legal Employment: (1985-91) Law Office of Gustin Reichbach, New York, NY; (1992-2004) Asst. D.A., Northwestern District; (2004-09) Sole Practitioner; (2007-09) Supervising Atty., Committee for Public Counsel
Teaching Positions: Greenfield Community College, Criminal Justice Dept.

*Editor's Note: Also admitted in New York, 1985*

---

**Michael E. Malamut**
**Associate Justice, Eastern Division, Housing Court**
**Edward W. Brooke Cthse., 3rd Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8297; Fax: (617) 788-8981**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1986
Law School: Harvard Law School, 1985, cum laude
Other Education: Princeton University, A.B., 1982

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Michael E. Malamut—Cont'd**

Previous Legal Employment: (1985-86) Law Clerk, Judge Maryanne Trump Barry, U.S. Dist. Ct., Dist. of N.J.; (1986-88) Associate, Foley, Hoag & Elliot, Boston; (1988-91) Associate, Kirkpatrick &Lockhart/McDermott & Rizzo; (1991-92) Sole Practitioner; (1992-98) Asst. General Counsel, Boston Housing Authority; (1998-2008) Counsel, later Dep. General Counsel, New England Legal Foundation; (2008-09) Sr. Atty., Kopelman & Paige, P.C. (Municipal Law, Land Use and Employment Law); (2009-19) Counsel, Dept. of Housing & Community Development (Div. of Housing Stabilization, Affordable Housing Preservation Program)

Teaching Positions: Adjunct Professor, University of Mass. School of Law

Elected Positions: (2006-19) Member and (2014-19) Chair, Commission of Trust Funds, Dedham

Professional Associations: American Bar Assn. (Section Liaison, Commission on Homelessness & Poverty, and Past Chair, Committee on Nonprofit Organizations); Boston Bar Assn. (Co-Chair, Working Group on Revision of Chap. 180); Secretary, Mass. Judges Conference; Natl. Assn. of Parliamentarians (Past Parliamentary Research Editor and Chair, Questions & Answers Committee); American Institute of Parliamentarians (Chair, Opinions Committee)

---

**Patrick J. Malone**
**Associate Justice, Fitchburg Div., District Court**
**Gelinas Courthouse, 100 Elm St., Fitchburg 01420**
**(978) 345-2111; Fax: (978) 342-2461**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1994
Law School: Massachusetts School of Law, 1994
Other Education: Fitchburg State College, 1989
Previous Legal Employment: Associate, Roncone Law Offices, Fitchburg; Associate, Holmes & Poitras, P.C., Westford; Partner, Gazourian & Malone, Leomister; (2010-19) Clerk-Magistrate, District Court, Fitchburg Div.; (2018-19) Acting Clerk-Magistrate, District Court, Westborough Div.
Teaching Positions: Adjunct Professor, Assumption College; Adjunct Professor, Fitchburg State University
Court-Related Activities: Member, Process Steering Committee, Mass. Trial Courts; Member, Clerk/Probation Task Force on Mass. Courts
Civic Activities: Leominster Education Foundation

---

**Kevin V. Maltby**
**First Justice, Springfield Div., District Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-8646; Fax: (413) 739-5579**

**Justice, Northampton Div., District Court**
**15 Gothic St., Northampton 01060**
**(413) 584-7400; Fax: (413) 586-5428**

Year of Current Appointment: 2018
Law School: Suffolk University Law School, 2001
Other Education: University of Mass., B.A., 1998, cum laude
Previous Legal Employment: Asst. D.A., Northwestern District; Partner, Bacon Wilson, P.C., Springfield (focus on Litigation, Employment Law and Criminal Defense)
Teaching Positions: (2008-Present) Adjunct Professor, Bay Path University (Legal Studies and Paralegal Certification)
Court-Related Activities: Member, Standing Committee on Professionalism, Supreme Judicial Court
Professional Associations: Mass. Bar Assn.; Past Pres., Hampden County Bar Assn.; Hampshire County Bar Assn.

Honors and Awards: SuperLawyers Rising Star Award, *Boston Magazine,* 2099 through 2015; 40 under 40 Award, BusinessWest, 2014; Community Service Award, Mass. Bar Assn., 2013; Access to Justice Pro Bono Publico Award, Hampden County Bar Assn., 2012

---

**James M. Manitsas**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1992
Law School: Quinnipiac University School of Law, 1992
Other Education: University of Mass., 1988
Previous Legal Employment: (1992-94) Private Practice (focus on Bar Advocacy and Landlord/Tenant Law); (1994-97) Law Office of Lawrence McAuliffe (staff counsel, Sentry Innsurance Co.); (1997-2004) Trial Atty., Law Office of Mark Salomone (focus on Personal Injury); (2004-21) Partner, Murphy & Manitsas (focus on Insurance Defense)
Civic Activities: Volunteer, Western Mass Intensity Softball

---

**Anthony J. Marotta**
**Associate Justice, Worcester County Division,**
**Juvenile Court**
**Worcester Regional Judicial Center, 225 Main St.,**
**Worcester 01608**
**(508) 831-2409; Fax: (508) 754-9048**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1989
Law School: New England School of Law, 1989
Other Education: Fitchburg State College, B.S., 1981; Clark University, M.B.A., 1986
Previous Legal Employment: (1989-2001) Private Practice; (2001-2011) Asst. D.A., Worcester County

---

**William F. Martin**
**Circuit Justice, District Court**
**c/o Peabody Division, District Court, 1 Lowell St.,**
**Peabody 01960**
**(978) 532-3100; Fax: (978) 532-1122**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1988
Born: May 14, 1962
Law School: Western New England University School of Law
Other Education: Stonehill College, B.A.
Previous Judgeships: (2007-11) Trial Judiciary, U.S. Naval Reserve and Marine Corps
Military Service: (1987-2012) Judge Advocate General's Corps (active/reserve), U.S. Navy
Previous Legal Employment: (1993-96) Associate, Law Office of Carmen Frattaroli; (1996-2012) Sole Practitioner; (2012-18) Public Defender, Committee for Public Counsel Services
Teaching Positions: (1999-2012) Instructor/Mentor, Naval Justice School, Newport Rhode Island (also Essex Co. Bar Advocates and Committee for Public Counsel Services)
Elected Positions: (1999-2008) Hamilton/Wenham School Committee
Professional Associations: (2002-12) Bd. of Dirs., Essex County Bar Advocates
Civic Activities: American Legion

---

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Mark D Mason**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1985
Law School: Boston University Law School, 1984
Other Education: Columbia University, 1980
Previous Judgeships: (2009-14) Associate Justice, District Court, Springfield Div.
Previous Legal Employment: Partner, Cooley Shrair (focus on Business Litigation, Domestic Relations and Mediation)
Professional Associations: Past President, Massachusetts Bar Assn.; Bd. of Dirs., Mass. Gay and Lesbian Bar Assn.
Civic Activities: Past President, March of Dimes of Western Mass.; Past President, Gay & Lesbian Assn. of Greater Springfield; Past Chair, Springfield Cultural Council; Bd. of Dirs., Holyoke Street School; Bd. of Dirs., Community Music School of Springfield
Honors and Awards: One of Ten Outstanding Lawyers of 2001, *Mass. Lawyers Weekly*; Spirit of Justice Award, Mass. Gay and Lesbian Bar Assn., 2004; Community Service Award, Mass. Bar Assn., 2008

———————

**Gregory I. Massing**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1990
Law School: University of Virginia Law School, 1990
Other Education: University of California at Berkeley, B.A., 1982, high honors
Previous Legal Employment: (1990-91) Law Clerk, Judge A. David Mazzone, U.S. District Court; (1991-93) Ropes & Gray; (1993-99) Criminal Bureau, Office of the Attorney General; (1999-2005) Asst. D.A., Essex County; (2006-07) Laredo & Smith, Boston; (2007-11) General Counsel, Exec. Office of Public Safety; (2012-14) Exec. Dir., Rappaport Center for Law and Public Serivce, Suffolk Univ. Law School
Teaching Positions: Former Adjunct Professor, Boston College Law School, Suffolk Univ. Law School
Civic Activities: Volunteer Narrator, Perkins School for the Blind Recording Studio
Academic Honors: Phi Beta Kappa; Order of the Coif

———————

**Edmund C. Mathers**
**Justice, Brockton Div., District Court**
**215 Main St., Brockton 02301**
**(508) 587-8000; Fax: (508) 586-3334**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1989
Born: Brockton
Law School: Boston University Law School, 1989
Other Education: Bowdoin College, Brunswick, Maine, 1985
Previous Legal Employment: (1989-93) Asst. D.A., Plymouth County (District Court matters); (1994-2013) Sole Practitioner, Brockton (General Practice)
Professional Associations: Bristol County Bar Advocates

**William F. Mazanec III**
**First Justice, Greenfield Div., District Court**
**43 Hope St., Greenfield 01301**
**(413) 775-7400**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1989
Law School: Western New England College School of Law
Other Education: Springfield College
Previous Legal Employment: Asst. D.A., Northwestern District; (1994-2008) Sole Practitioner

———————

**Mary F. McCabe**
**Circuit Justice, District Court**
**c/o Peabody Division, District Court, 1 Lowell St.,**
**Peabody 01960**
**(978) 532-3100; Fax: (978) 532-1122**

**Justice, Newburyport Div., District Court**
**188 State St., Rt. 1 Traffic Circle,**
**Newburyport 01950-6637**
**(978) 462-2652; Fax: (978) 463-0438**
**mary.mccabe@jud.state.ma.us**

**Associate Justice, Haverhill Div., District Court**
**45 Ginty Blvd., Haverhill 01830**
**(978) 521-7300; Fax: (978) 373-4791**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1980
Law School: Boston College Law School, 1978
Other Education: Boston College, 1975
Previous Legal Employment: (1979-85) Asst. Clerk-Magistrate, District Court, Lawrence Division; (1986-87) Associate, John Perrone, Haverhill; (1987-2012) Sole Practitioner (Civil and Criminal Litigation)
Professional Associations: Essex County Bar Assn.; Lawrence Bar Assn.
Civic Activities: Merrimack Valley Legal Services; Camp Fatima Exceptional Citizens' Week

———————

**Paul J. McCallum**
**Justice, Dedham Div., District Court**
**631 High St., Dedham 02026**
**(781) 329-4777; Fax: (781) 320-8579**

**Justice, Attleboro Div., District Court**
**Courthouse, 88 N. Main St., Attleboro 02703**
**(508) 222-5900, Ext. 302; Fax: (508) 226-3916**

Year of Current Appointment: 2002
Law School: Suffolk University Law School
Other Education: Fairfield University
Previous Legal Employment: Asst. D.A., Suffolk County; Driscoll & Kober; White, Inker & Aronson; (1998-2002) Partner, Flanagan, Hern & McCallum

———————

**Kathleen M. McCarthy**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1987
Law School: Boston College Law School, 1987
Other Education: Boston College, B.A., 1984, cum laude
Previous Legal Employment: (1988-97) Asst. D.A., Suffolk County; (1997-2019) Sole Practitioner, North Andover (focus on Criminal Defense, Post-Conviction and Appellate Law)

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Maura K. McCarthy**
**First Justice, East Brookfield Div., District Court**
**68 Maple St., Spencer 01562**
**(508) 885-1813; Fax: (508) 885-7623**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1995
Law School: Southern New England School of Law
Other Education: College of the Holy Cross
Previous Legal Employment: (1996-2012) Asst. D.A.,
Middle District (Worcester County)

———————

**Stephen J. McClenon**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1993
Law School: Boston College Law School, 1993
Other Education: Howard University, 1988
Previous Legal Employment: (1993-96) Asst. D.A.,
Middlesex County; (1996-2021) Sole Practitioner
Other Positions: Electrical Engineer, Dow Chemical Co.,
Freeport, Texas
Professional Associations: Bd. of Dirs., Middlesex Defense
Attorneys

———————

**John E. McDonald, Jr.**
**First Justice, Boston Municipal Court,**
**East Boston Division**
**37 Meridian St., East Boston 02128**
**(617) 567-9154; Fax: (617) 561-4988**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1991
Born: July 4, 1966, Quincy
Law School: Columbus School of Law, Catholic University,
1991
Other Education: Boston College, 1988
Previous Judgeships: (2013) Associate Justice, Boston
Municipal Ct., Central Div.
Previous Legal Employment: (1992-94) Asst. D.A., Norfolk
County; (1994-2006) Private Practice, Braintree;
(2006-13) Asst. Clerk-Magistrate, Boston Municipal
Court, Central Division
Other Positions: (1984) Boston College High School
Professional Associations: Mass. Bar Assn.; Natl. Assn. for
Drug Court Professionals; Mass. Judges Conference
Civic Activities: Advisory Board, Bunker Hill Community
College

———————

**Matthew L. McGrath III**
**Circuit Justice, Framingham Div., District Court**
**600 Concord St., Framingham 01702**
**(508) 620-9110; Fax: (508) 620-9118**

**Justice, Natick Div., District Court**
**600 Concord St., Framingham 01702**
**(508) 620-9110; Fax: (508) 620-9118**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1979
Born: January 4, 1955, Boston
Law School: Boston College Law School, 1979
Other Education: Boston College, B.A., 1976, History; cum laude
Military Service: (1985-92) Lt., U.S. Naval Reserve
Previous Legal Employment: (1980-86) Asst. D.A., Suffolk
County; (1983-84) Special Asst. Atty. General;
(1986-2010) Sr. Trial Counsel, Law Offices of Robert E.
Noonan (focus on Personal Injury matters); (2010-16)
Managing Atty., McGrath & Associates (focus on
Personal Injury Defense; staff counsel for Natl. General
Ins. Co.); (2016-17) Sole Practitioner, Framingham

Clubs and Organizations: Knights of Columbus; American
Legion
Civic Activities: Soccer Coach, Blessed Sacrament School
Hobbies and Interests: Military History; Classic Films
Honors and Awards: Special Citation, Boston Police Dept.,
1986

———————

**Janet J. McGuiggan**
**Associate Justice, Worcester Div., District Court**
**225 Main St., Worcester 01608**
**(508) 831-2170; Fax: (508) 753-4116**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1995
Born: June 10, 1968, Holden
Law School: Wake Forest University School of Law, 1995
Other Education: Assumption College, B.A., 1990, cum
laude
Previous Legal Employment: (1995-97) Reardon &
Reardon; (1997-2010) Asst. Solicitor, Worcester
Court-Related Activities: Chair, District Court Committee
on Mental Health & Substance Use Disorders; Supreme
Judicial Court Committee on Judicial Ethics; District
Court Education Committee
Professional Associations: Mass. Bar Assn.; Worcester
County Bar Assn. (District Court Committee); Natl. Assn.
of Women Judges
Academic Honors: Phi Alpha Delta; Moot Court Board

———————

**Thomas McGuire, Jr.**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1983
Born: April 17, 1958, Fall River
Law School: Suffolk University Law School
Other Education: Boston College
Previous Legal Employment: McGuire & Coughlin, P.C.;
Corporation Counsel, Fall River
Professional Associations: Life Fellow, Mass. Bar
Foundation

———————

**John P. McKenna**
**Justice, Westfield Div., District Court**
**224 Elm St., Westfield 01085**
**(413) 568-8946; Fax: (413) 568-4863**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1995
Law School: New England School of Law
Other Education: Assumption College, B.A.
Previous Legal Employment: (1995-2000) Asst. D.A.,
Hampden County; (2001-04) Congressional Counsel, Rep.
Richard E. Neal; (2005-18) Sole Practitioner, Springfield
(focus on Criminal Defense, Immigration and Personal
Injury)
Court-Related Activities: Bench Bar Committee Chair,
District Court, Eastern Hampshire Div.; (1996-Present)
Adjunct Faculty, Anna Maria College
Other Positions: (1983-93) Claims Representative,
Traveler's Insurance Co.
Civic Activities: (2002-Present) Bd. of Dirs., Partnership for
Healthier Community, Baystate Health Systems;
(2002-Present) Bd. of Dirs., Vietnamese American Civic
Assn.; Bd. of Dirs., Springfield Capitals Hockey Assn.;
Youth Lacrosse

———————

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with
permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

### Richard J. McMahon
**Associate Justice, Bristol Division,**
**Probate & Family Court**
**505 Pleasant St., New Bedford 02740**
**(508) 999-5249**

Year of Current Appointment: 2012
Law School: George Mason University School of Law, 1980
Other Education: St. Francis College, 1976
Previous Legal Employment: Exec. Dir., South Coastal Counties Legal Services, Inc.
Court-Related Activities: Member, Supreme Judicial Court Standing Committee on Pro Bono Services; Member, Supreme Judicial Court Access to Justice Commission
Professional Associations: Former Pres., Bristol County Bar Assn.
Honors and Awards: Community Service Award, Mass. Bar Assn., 2002 and 2010

### Garrett J. McManus
**Associate Justice, Essex County Div., Juvenile Court**
**139 Central Ave., Lynn 01901**
**(781) 586-0415; Fax: (781) 586-8377**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1992
Law School: Suffolk University Law School
Previous Legal Employment: (1993-2011) Sole Practitioner, Topsfield
Other Positions: Machinist and Technical Writer, General Electric

### Maureen H. McManus
**Circuit Justice, District Court**
**c/o Taunton Division, District Court,**
**40 Broadway St., Taunton 02780**
**(508) 977-6159; Fax: (508) 967-1719**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1984
Law School: Suffolk University Law School, 1984
Other Education: Curry College, B.S., 1980, Nursing; Children's Hospital
Previous Judgeships: (2003-17) Administrative Law Judge, Dept. of Industrial Accidents
Previous Legal Employment: (1984-85) Intern, later Associate, Koditeck & Rezendes, Quincy; (1985-86) Asst. D.A., Norfolk County; (1986-87) Counsel, Riley, Weafer & Garretson, Boston (Defense Counsel for Aetna Insurance Co.); (1987-2003) Counsel, Linehan, Gallagher & Mahoney, Boston (Defense Counsel for Travelers Insurance Co.)

### Joan M. McMenemy
**First Justice, Berkshire County Div., Juvenile Court**
**190 North St., Pittsfield 01201**
**(413) 443-8533; Fax: (413) 443-8672**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1993
Law School: Suffolk University Law School
Other Education: Vassar College
Previous Legal Employment: Asst. D.A., Berkshire County

### Susan H. McNeil
**Associate Justice, Lawrence Div., District Court**
**Fenton Judicial Center, 2 Appleton St.,**
**Lawrence 01840-1525**
**(978) 687-7184; Fax: (978) 687-0794**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1993
Law School: Suffolk University Law School

Other Education: University of Mass.
Previous Legal Employment: Asst. D.A., Essex County; (1999-2020) Sole Practitioner, Danvers
Civic Activities: AbilityPLUS Adaptive Sports

### Jennifer L. McNulty
**Circuit Justice, Worcester County Division,**
**Juvenile Court**
**Worcester Regional Judicial Center, 225 Main St.,**
**Worcester 01608**
**(508) 831-2409; Fax: (508) 754-9048**

Year of Current Appointment: 2019
Year of Admission to the Bar: 2006
Law School: University of Baltimore School of Law, 2005
Other Education: East Carolina University, B.S., 1997, Sociology
Previous Legal Employment: (2006-07, 2010-19) Court Investigator, Juvenile Court, Barnstable County Div.; (2007-10) Asst. D.A., Cape and Islands Div.; (2010-19) Private Practice; (2013-19) Supervising Atty., Juveniles, Committee for Public Counsel Services, Barnstable & Nantucket Counties

### William F. McSweeny III
**Associate Justice, Middlesex Division,**
**Probate & Family Court**
**South Division, 10-U Commerce Way, Woburn 01801**
**(781) 865-4141**

Year of Current Appointment: 2002
Law School: Suffolk University Law School, 1990

### William J. Meade
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1989
Born: 1964
Law School: Western New England College School of Law
Other Education: University of Mass., Amherst
Previous Legal Employment: (1989-92) Asst. D.A., Eastern District; (1992-2003) Asst. Atty. General (Chief, Appellate Div.); (2003-05) Deputy Chief Counsel, Office of the Governor; (2005-2006) Legal Counsel, Mass. District Attorney's Assn.
Teaching Positions: (2000-2003) Harvard Law School
Professional Associations: (2003-2006) Editor-in-Chief, *Mass. Law Review*

### Denise L. Meagher
**Associate Justice, Plymouth Division,**
**Probate & Family Court**
**52 Obery St., Suite 1130, Plymouth 02360**
**(508) 747-8522**

**Justice, Nantucket Div., Probate & Family Court**
**Town and County Bldg., 16 Broad St.,**
**P.O. Box 1116, Nantucket 02554**
**(508) 228-2669; Fax: (508) 228-3662**
**denise.meagher@jud.state.ma.us**

Year of Current Appointment: 2005
Year of Admission to the Bar: 1987
Born: 1962, Bridgeport, Connecticut
Law School: Suffolk University Law School
Other Education: University of Mass., Amherst

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Denise L. Meagher—Cont'd**
Previous Legal Employment: (1987-88) Associate, Law Office of James F. Connors; (1988-89) Asst. City Solicitor, Worcester; (1989-94) Weinstein, Bernstein & Burwick; (1994-2005) Sole Practitioner; (1994-96) Asst. Town Counsel, Shrewsbury
Court-Related Activities: (2007-2009) Supreme Judicial Court Committee on Judicial Performance; (2007-Present) Probate & Family Court Steering Committee on Performance & Accountability

---

**Tejal R. Mehta**
**Justice, Ayer Div., District Court**
**25 E. Main St., Ayer 01432**
**(978) 772-2100; Fax: (978) 772-5345**

Year of Current Appointment: 2018
Year of Admission to the Bar: 2001
Law School: Boston University Law School, 2000
Other Education: University of Notre Dame, B.A., 1997, English
Previous Legal Employment: (2000-01) Asst. Clerk, Superior Court, Suffolk County Division; (2001-02) Gadsby Hannah, L.L.P.; (2002) Cohn & Dussi, L.L.C.; (2002-04) Associate, Deutsch, Williams, Brooks, DeRensis & Holland (Civil Litigation and Criminal Defense); (2004-05) Center for Death Penalty Litigation, North Carolina (Pro Bono Project); (2005-16) Asst. D.A., Middlesex County; (2016-18) Sole Practitioner
Court-Related Activities: (2017-18) Board Member, Board of Bar Overseers
Professional Associations: Mass. Bar Assn.; South Asian Bar Assn.
Civic Activities: Girl Scouts; former member, Exec. Bd., Bedford Montessori School
Published Works: "Go Solo, You (Probably) Won't Starve!" *Boston Bar Journal*, 2017
Honors and Awards: John Droney Award, Middlesex County District Attorney's Office, 2007

---

**Jennifer Melia**
**Associate Justice, Worcester Division,**
**Probate & Family Court**
**225 Main St., Room 2001, Worcester 01608**
**(508) 931-2249; Fax: (508) 770-0820**

Year of Current Appointment: 2018
Year of Admission to the Bar: 2005
Law School: New England School of Law, 2004
Other Education: University of Connecticut, B.A., 1992, Psychology; Anna Maria College, M.A., 1999, Criminal Justice
Previous Legal Employment: (2005-18) Sole Practitioner
Court-Related Activities: Lawyer for the Day Program, Probate & Family Court, Worcester County Div.
Other Positions: (1992-96) Social Worker, Dept. of Social Services; (1996-2007) Family Service Officer, Probate & Family Court, Worcester County Div.
Professional Associations: Mass. Bar Assn.; Worcester County Bar Assn.; Divorce Center of Framingham

---

**Bruce S. Melikian**
**First Justice, Eastern Hampshire Div., District Court**
**205 State St., Route 202, P.O. Box 1490,**
**Belchertown 01007**
**(413) 213-7657; Fax: (413) 323-7482**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1983
Law School: Western New England University School of Law, 1983, cum laude
Other Education: American International College, B.S., 1979, with High Honors

Previous Legal Employment: (1983-87) Associate, Law Offices of Edward N. Hurley, Springfield (Family Law; Civil and Criminal Litigation); (1987-2017) Partner, Hurley, Melikian, P.C., Springfield
Professional Associations: Mass. Bar Assn.; Hampden County Bar Assn.; Hampshire County Bar Assn.; Armenian Bar Assn.

---

**Joseph L. Michaud**
**Justice, Southeastern Division, Housing Court**
**289 Rock St., 2nd Floor, Fall River 02720-3246**
**(508) 677-1505; Fax: (508) 672-9621**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1993
Born: May 1, 1963, Fall River
Law School: Franklin Pierce Law Center, 1993
Other Education: University of Mass., B.A., 1986; Sam Houston State University, M.A., 1989
Military Service: Lt. Col., Judge Advocate General Corps; most recently with 7th Legal Operations Detachment, Schenctady, N.Y. (30 years service; served in Desert Storm and Operation Noble Eagle)
Previous Legal Employment: Ponchitera & DeNardis; Sanders & Michaud; Sykes & Michaud; Principal, Law Offices of Joseph L. Michaud, P.C. (focus on Real Estate and Landlord-Tenant matters)
Teaching Positions: Bristol Community College
Elected Positions: (2007-13) Member, Bd. of Selectmen, Dartmouth
Professional Associations: Bristol County Bar Assn.; New Bedford Bar Assn.
Civic Activities: Greater New Bedford Area Chamber of Commerce; Southeastern Mass. Veterans' Transition House; New Bedford Workforce Investment Bd.; Waterfront Historic Area League; Greater New Bedford United Way; Buttonwood Park Zoological Society; Bd. Member, Grinnell Elderly Congregate Housing; New Bedford Human Relations Committee; Dartmouth Finance Committee
Academic Honors: Commencement Speaker, Franklin Pierce Law Center, 1993
Hobbies and Interests: Music
Honors and Awards: Bristol County Pro Bono Publico Advocate of the Year, 2007; South Coast Veteran of the Year, 2010; Dartmouth Republican Courage of Lincoln Award, 2014

---

**James R. Milkey**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2009
Year of Admission to the Bar: 1983
Born: December 17, 1956, Hartford, Connecticut
Law School: Harvard Law School, 1983, magna cum laude
Other Education: Harvard College, A.B., 1978, magna cum laude; Massachusetts Institute of Technology, 1983, Masters, City Planning
Previous Legal Employment: (1983-84) Law Clerk, Justice Benjamin Kaplan, Appeals Court; (1984-2009) Asst. Atty. General, Environmental Protection Div. (Chief, 1996-2009)
Teaching Positions: Visiting Assoc. Professor, Pace Univ. School of Law; Co-Instructor, Harvard Law School
Professional Associations: (2003-05) Co-Chair, Environmental Law Section, Boston Bar Assn.
Honors and Awards: Named among Lawyers of the Year, Lawyers USA, 2007; Award for Distinguished Achievement in Environmental Law & Policy, A.B.A.; Public Servant of the Year, Environmental League of Mass., 2006; Outstanding Public Service Award, Mass. Assn. of Conservation Commissions, 2008; Lifetime Achievement Award, Environmental Protection Agency, New England, 2009

---

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

### Alexander Mitchell-Munevar
**Associate Justice, Northeastern Div., Housing Court**
**Fenton Judicial Center, 2nd Floor, 2 Appleton St.,**
**Lawrence 01840**
**(978) 689-7833**

Year of Current Appointment: 2020
Year of Admission to the Bar: 2002
Law School: Suffolk University Law School, 2001
Other Education: College of the Holy Cross, 1996
Previous Legal Employment: (2002-20) Greater Boston Legal Services (Housing Unit, 2008-20); Clerk, Justice Angela Ordonez, Probate & Family Ct. (Volunteer); Associate, Law Office of Harvey Bazile
Civic Activities: Latino Leadership Council; Salem Board of Registrars of Voters

---

### Maureen H. Monks
**First Justice, Middlesex Division,**
**Probate & Family Court**
**South Division, 10-U Commerce Way, Woburn 01801**
**(781) 865-4141**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1985
Born: 1958
Law School: Boston University Law School
Other Education: University of Connecticut
Previous Legal Employment: (1983-86) Associate, Law Office of Martin Kantrovitz, Boston; (1986-2008) Partner, Butler & Monks, The Women's Law Collective, Cambridge
Teaching Positions: (1991-2008) Clinical Faculty, Suffolk University School of Law, Battered Women's Advocacy Project
Court-Related Activities: (2013-15) Probate & Family Court Alternative Dispute Resolution Committee; (2013-16) Probate & Family Court Education Committee; (2013-18) Commissioner, Access to Justice Commission, Supreme Judicial Court; (2014-Present) Domestic Violence Education Task Force; (2014-Present) Judicial Mentor Coach, Trial Court
Professional Associations: Mass. Judges Conference; Mass Probate & Family American Inn of Court (Chair, 2012-13); Mass. Bar Assn.; MLGBTQ Bar Assn.; Natl. Conference of Juvenile & Family Court Judges
Civic Activities: (1998-2008) Ward 11 Democratic Committee
Honors and Awards: Community Service Award, Mass. Bar, 1994; Pro Bono Award (Butler & Monks), Womens Bar Assn., 2002; Access to Justice Pro Bono Award (Butler & Monks), Mass. Bar Assn., 2002; Women of Justice Award, Mass. Lawyers Weekly, 2008

---

### Kimberly Moses
**Associate Justice, Norfolk Division,**
**Probate & Family Court**
**35 Shawmut Rd., Canton 02021**
**(781) 830-1200; Fax: (781) 830-4350**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1996
Law School: New England School of Law
Other Education: Providence College
Previous Legal Employment: (1996-2001) Sole Practitioner, Law Office of Kimberly Moses Smith, New Bedford (focus on Domestic Relations, Civil Litigation and Criminal Law); (2001-20) Managing Partner, Moses Smith, Markey & Walsh, L.L.C. (focus on Divorce, Custody, Guardianship, Conservatorship and Estate Matters)
Professional Associations: Past Pres., Bristol County Bar Assn.; past Pres., New Bedford Bar Assn.
Civic Activities: Russell Mills Historic District Commission; former member, Dartmouth Zoning Bd. Of Appeals

### Michael E. Mulcahy
**First Justice, Palmer Div., District Court**
**235 Sykes St., Suite 3, Palmer 01069**
**(413) 283-8916; Fax: (413) 283-6775**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1992
Born: 1967, Springfield
Law School: Western New England College School of Law, 1992
Other Education: Boston College, 1989
Previous Legal Employment: (1992-2010) Partner, Brooks, Sanborn & Mulcahy, L.L.P.; (1995-2010) Hampshire County Bar Advocate's Office; (2001-10) Asst. City Solicitor, Springfield
Teaching Positions: (1999-2001) American International College (Evidence for the Law Enforcement Officer)

---

### Maureen Mulligan
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1990
Law School: Boston College Law School, 1990
Other Education: Brown University, 1985
Previous Legal Employment: Associate, Peabody & Arnold; Private Practice, Northern California; Partner, Ruberto, Israel & Weiner; (2015-21) Partner, Peabody & Arnold (focus on Business Law, Insurance Coverage and Professional Liability)
Court-Related Activities: Mass. Bd. Of Bar Overseers (Atty. Disciplinary Bd., 2011-15)
Professional Associations: American Bar Assn. (Chair, Commission on Women in the Profession); Boston Bar Assn.; Mass. Women's Bar Assn.

---

### Jane E. Mulqueen
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1991
Law School: Albany Law School, 1991
Other Education: Russell Sage College, B.S., Criminal Justice
Previous Legal Employment: Asst. D.A., Northwestern Dist. (Chief, Child Abuse Unit); Chief, Special Victims Unit, D.A.'s Office, Hampden County
Professional Associations: Natl. Assn. of Women Judges
Civic Activities: South Hadley Drug and Alcohol Prevention Coalition; Neighbors Helping Neighbors, Inc.

---

### James M. Murphy
**Justice, Newton Div., District Court**
**1309 Washington St., West Newton 02465**
**(617) 244-3600; Fax: (617) 243-7291**
**james.murphy@jud.state.ma.us**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1998
Law School: Boston College Law School
Other Education: College of the Holy Cross
Previous Legal Employment: (1998-99) Asst. Clerk, Superior Court, Suffolk County; (1999-2003) Asst. D.A., Suffolk County (Deputy Chief, Safe Neighborhood Initiative); (2003-16) Bletzer & Bletzer, Brighton (focus on Criminal Defense and Civil Litigation); (2016-21) Asst. Clerk-Magistrate, District Court, Woburn Division

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

### Robert S. Murphy, Jr.
**Justice, Springfield Div., District Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-8646; Fax: (413) 739-5579**

**Associate Justice, Appellate Division, District Court, Western District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1987
Law School: Western New England University School of Law, 1987
Other Education: Syracuse University, 1981
Previous Legal Employment: (1988-94) Asst. D.A., Hampden County (Chief District Court Prosecutor, 1991-93); (1994-2012) Partner, Bacon Wilson, P.C.
Professional Associations: Mass. Bar Assn.; Hampden County Bar Assn.
Civic Activities: Moot Court Judge, Western New England University School of Law
Published Works: "Cruises and Casinos—Be Carefree, Not Careless!" *Valley Business Outlook,* July 28, 2003; "Employee or Independent Contractor: The Differences Between State and Federal Regulations Catch Employers in the Middle," *Healthcare News,* July 28, 2003; "The HIPPA Learning Curve—Practical Application of the Law is Not Always a Matter of Black and White,"*Healthcare News,* Oct. 30, 2003; "A Slippery Slope—Retailers and Personal Injury Lawsuits," *BusinessWest,* June 20, 2005; "Points of Interest - Changes to the Safe Driver Insurance Plan Aren't a Ticket to Savings," *BusinessWest,* Dec. 17, 2006; "Recovering Attorney's Fees—There Are Some Exceptions to the So-called American Rule," *Business West,* Mar. 4, 2007; "A Matter of Interpretation—Is Application of the Bay State's Anti-SLAPP Statute Too Broad?" *BusinessWest, Aug. 21, 2007;* "In the Spirit of the Law—What an Employer Risks When Employees Drink At Functions," *Business to Business,* Jan. 3, 2008.

---

### Amy L. Nechtem
**Chief Justice, Juvenile Court Department**
**One Center Plaza, 7th Floor, Boston 02108**
**(617) 788-6550; Fax: (617) 788-8965**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1985
Law School: Suffolk University Law School, 1985
Other Education: Simmons College
Previous Judgeships: (2001-14) Justice, Juvenile Court, Essex County Division
Previous Legal Employment: (1985-2000) Suffolk County District Attorney's Office; (1987-89) Attorney, Clayman, Voke and McLaughlin; (2000-2001) Attorney General's Office
Professional Associations: Natl. Assn. of Women Judges; Mass. Bar Assn.; Intl. Assn. of Women Judges; Mass. Judges Conference
Civic Activities: Vice Chair, Bd. of Trustees, Suffolk University
Honors and Awards: Named a Top Woman in Law, *Mass. Lawyers Weekly*; Judicial Excellence Award, Mass. Judges Conference; Children's Bureau Champion Award, U.S. Dept. of Health and Human Services, 2021

### Matthew J. Nestor
**First Justice, Lynn Div., District Court**
**580 Essex St., Lynn 01901**
**(781) 598-5200; Fax: (781) 598-9325**

**Presiding Justice, Appellate Division, District Court, Northern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2005
Year of Admission to the Bar: 1991
Born: September 10, 1965, Lynn
Law School: Boston College Law School, 1991
Other Education: Wesleyan University, 1987; University of Mass., M.P.A., 1995
Previous Judgeships: (2005-08) Justice, Somerville Division
Previous Legal Employment: Asst. D.A., Suffolk County (Chief, Roxbury and Juvenile Units); Associate, Craig & Macauley; (1997-2005) Securities Div., Secy. of the Commonwealth (First Dep. Secy., 2000-2005)
Other Positions: Bank Examiner, Federal Reserve Bank of New York

---

### Eric Neyman
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1993
Law School: Boston University Law School, 1993
Other Education: Cornell University, B.A., 1990
Previous Legal Employment: (1994-96) Asst. D.A., Berkshire County; (1996-99) Asst. D.A., Suffolk County; (1999-2000) Deputy General Counsel, Executive Office of Public Safety; (2000-02) Deputy Legal Counsel, Govs. A. Paul Cellucci and Jane M. Swift; (2002-15) Partner, Gadsby Hannah, later McCarter & English, Boston
Professional Associations: Mass. Bar Assn. Task Force on Peremptory Challenges and Fair and Impartial Courts Committee; Bd. of Editors, *Mass. Law Review*
Published Works: "Criminal Law—Peremptory Challenges—Racial Composition of Jury, *Mass. Law Rev.* Vol. 92, No. 2 (2009); "Criminal Law—Presumptive Evidence ans Denying Change of Venue," *Mass. Law Rev.* Vol 93, No 3 (2012); "D.C. Circuit Overturns Lower Court Ruling ad Reaffirms the Ability of In-House Counsel to Conduct Internal Investigations," *M&E Government Investigations and White Collar Criminal Defense Alert* (2014)
Academic Honors: Dir., Stone Moot Court; Bd. of Editors, *Mass. Law Review*

---

### Arose W. Nielsen
**Circuit Justice, Berkshire County Division, Juvenile Court**
**111 Holden St., North Adams 01247**
**(413) 664-8700; Fax: (413) 664-7788**

**Circuit Justice, Hampden County Division, Juvenile Court**
**80 State St., Springfield 01103**
**(413) 748-7706; Fax: (413) 737-4383**

**121 Elm St., Holyoke 01040**
**(413) 322-6700; Fax: (413) 737-4383**

Year of Current Appointment: 2017
Year of Admission to the Bar: 2000
Law School: Western New England University School of Law, 2000
Other Education: University of Mass., B.A., 1993, Comparative Literature

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Arose W. Nielsen—Cont'd**
Previous Legal Employment: (2000-01) Contract Atty., Law Registry/Day, Berry & Howard, Hartford, CT; (2001-07) Staff Atty., Legal Assitance Corp. of Central Mass.; (2007-17) Partner, Carvajal & Nielsen, P.C. (focus on Family Law and Child Welfare)
Teaching Positions: Adjunct Professor, University of Mass. Lowell (Political Science)
Other Positions: Interim Coordinator, The Center for Human Development;  Intern, Domestic Violence Unit, Hampden County D.A.'s Office;  HIV/AIDS Law Consortium of Western Mass.
Professional Associations: Hampden County Bar Assn.; Worcester County Bar Assn.
Honors and Awards: Katherine Erskine Award, Y.W.C.A. Central Mass., 2007; Equal Justice Advocate of the Year, 2004

---

**Mark E. Noonan**
**First Justice, Leominster Div., District Court**
**25 School St., Leominster 01453**
**(978) 537-3959; Fax: (978) 537-3970**
**mark.noonan@jud.state.ma.us**

Year of Current Appointment: 2008
Born: 1960
Law School: Suffolk University Law School
Other Education: University of Massachusetts at Boston
Previous Legal Employment: Asst. D.A., Worcester County; Private Practice

---

**Susan V. Oker**
**Associate Justice, Essex County Div., Juvenile Court**
**139 Central Ave., Lynn 01901**
**(781) 586-0415; Fax: (781) 586-8377**

**J. Michael Ruane Judicial Center, 2nd Floor,**
**56 Federal St.,  Salem 01970**
**(978) 741-5316**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1985
Born: Chicago, Illinois
Law School: Northeastern University School of Law, 1984
Other Education: Mt. Holyoke College, B.A., 1978, cum laude
Previous Legal Employment: (1985-90; 1996-2000) Staff Atty., Committee for Public Counsel Services (Essex County Office); (1990-93) Dir., Harvard Mental Disability Clinic, Center for Public Representation (Dir., Harvard Law School Clinical Program); (2004-06) Staff Atty., Committee for Public Counsel Services (Special Litigation Unit); (2006-10) Dir., Committee for Public Counsel Services (Essex County Dist. Ct. Office); (2011-17) Atty.-in-Charge, Committee for Public Counsel Services (Salem Youth Advocacy Div. Office)
Other Positions: (1978-79) VISTA Community Organizer, Mass. Fair Share; (1979-80) Mental Patients' Advocacy Project; (1980-81) Southeastern Mass. Legal Assistance Project
Professional Associations: Bd. of Dirs., North Shore Women's Law Assn. Mass. Assn. of Criminal Defense Attys.
Honors and Awards: Lawyer of the Year, North Shore Women's Law Assn., 2009; Edward J. Duggan Award for Outstanding Service, 2010

---

**Daniel W. O'Malley**
**First Justice, Stoughton Div., District Court**
**1288 Central St., Stoughton 02072**
**(781) 344-2131, Ext. 217; Fax: (781) 297-9833**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1986
Law School: Suffolk University Law School, 1985
Other Education: University of Massachusetts at Boston, B.A., 1980, in English

Previous Judgeships: (1998-2004) Associate Justice, District Court
Previous Legal Employment: (1986-98) Private Practice, Various offices (focus on Criminal Law, Personal Injury and Real Estate); (2004-16) Sole Practitioner (focus on Criminal Law and Personal Injury)
Professional Associations: Mass. Bar Assn.; Norfolk County Bar Assn.; Barnstable County Bar Assn.; Quincy Bar Assn.; Mass. Assn. of Criminal Defense Lawyers

---

**Angela M. Ordoñez**
**Associate Justice, Barnstable Division,**
**Probate & Family Court**
**3195 Main St., P.O. Box 346, Barnstable 02630**
**(508) 375-6747; Fax: (508) 362-7989**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1989
Law School: Northeastern University School of Law, 1989
Other Education: Northeastern University, B.S., 1986
Previous Judgeships: (2000-08) Assoc. and (2000-2005) First Justice, Nantucket Div., Probate & Family Court; (2008-11) Associate Justice and (2011-13) First Justice, Norfolk Div., Probate & Family Court; (2013-18) Chief Justice, Probate and Family Court Dept.
Previous Legal Employment: (1989-93) Staff Attorney, Greater Boston Legal Services, Family Law Unit; (1993-2000) Asst. Register of Probate, Probate & Family Ct., Suffolk Div.
Teaching Positions: Lecturer, Probate and Family Legal Issues
Court-Related Activities: (2008-Present) Creator and Developer, Tiered Community Mentoring Program (in conjunction with Massachusetts Bar Assn.)
Other Activities: (1995-97) Moderator, "Linea Legal" (Spanish language television program)
Professional Associations: Mass. Assn. of Hispanic Attorneys; Mass. Bar Assn. (Chair, Tiered Community Mentoring Program)
Published Works: Co-Authored chapters in *Divorce Law Manual* and *Representing Non-Traditional Families*, MCLE
Honors and Awards: Las Primeras Award, Mass. Assn. of Hispanic Attys., 2001; Distinguished Jurist, Mass. Assn. of Women Lawyers, 2010; Jurist of the Year, Middlesex County Bar Assn., 2014; Lucero Award, Suffolk University Law School

---

**Mary A. Orfanello**
**Justice, Milford Div., District Court**
**161 West St., Milford 01757-2226**
**(508) 473-1260; Fax: (508) 634-4177**

Year of Current Appointment: 1999
Year of Admission to the Bar: 1978
Born: 1953
Law School: Boston College Law School
Other Education: Stonehill College
Previous Legal Employment: (1980-83) Asst. D.A., Middlesex County; (1983-84) Sole Practitioner; (1987-99) Asst. D.A., Suffolk County

---

**Daniel J. O'Shea**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1990
Born: Boston
Law School: New England School of Law, cum laude
Other Education: Norwich University, Northfield, Vt.

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Daniel J. O'Shea—Cont'd**

Previous Judgeships: (1992-2000) Admin. Judge and (2000-04) Senior Judge, Department of Industrial Accidents; (2004-20) Justice, District Court (First Justice, Attleboro Div., at the time of appointment)

Previous Legal Employment: Staff Atty., Commonwealth Energy System

Teaching Positions: Adjunct Faculty, Suffolk University; Adjunct Faculty, Stonehill College; Adjunct Faculty, Anna Maria College

Other Positions: Claims Supervisor, Liberty Mutual Ins. Co.

Professional Associations: Mass. Bar Assn.

Academic Honors: New England Scholar Award

Honors and Awards: Steven Farnham Award for distinguished service to the Mass. Workers' Compensation Bar, 2001

---

**Michele A. Ouimet-Rooke**
**Justice, Springfield Div., District Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-8646; Fax: (413) 739-5579**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1999
Born: Springfield
Law School: Western New England University School of Law, 1999
Other Education: Springfield College, B.A., 1985; Springfield College, M.Ed., 1992
Previous Legal Employment: (1999-2002) Asst. D.A, Hampden County; (2002-16) Associate, Doherty, Wallace, Pillsbury & Murphy, P.C., Springfield (focus on Civil and Business Litigation, Criminal Defense, Personal Injury and Insurance Defense)
Other Positions: (1989-99) Victim-Witness Advocate, Hampden County D.A.'s Office
Professional Associations: Bd. of Dirs., Hampden County Bar Assn.;
Civic Activities: Bd. of Dirs., Forest Park Zoo

---

**Robert S. Ovoian**
**Circuit Justice, Fall River Div., District Court**
**186 S. Main St., Fall River 02721**
**(508) 491-3280; Fax: (508) 646-3597**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1981
Law School: Loyola University Law School, 1981
Other Education: Tufts University, 1977
Previous Legal Employment: (1981-2017) Sole Practitioner, Attleboro (Civil and Criminal Litigation, Estate Planning and Real Estate; City Solicitor, Attleboro, 1982-84); (1982—84) City Solicitor, Attleboro
Civic Activities: (1984-87) Attleboro Zoning Board of Appeals (Chair, 1986-87); Human Rights Committee, Wrentham Developmental Center

---

**John P. Pappas**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2022
Law School: New England School of Law, 1993
Other Education: University of Mass., Amherst, 1982
Previous Legal Employment: (1994-2022) Asst. D.A., Suffolk County (various positions; Interim D.A., 2018; most recently Senior Trial Counsel)
Civic Activities: Suffolk County D.A.'s Reding Program, Lee Elementary School; former coach, youth football and baseball

---

**David B. Paradis**
**First Justice, Hampden County Div., Juvenile Court**
**80 State St., Springfield 01103**
**(413) 748-7705; Fax: (413) 737-4383**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1992
Law School: Syracuse University School of Law
Other Education: California State University at Long Beach
Previous Legal Employment: (1992-2005) Partner, Fein, Pearson & Emond, Springfield; (2005-19) Sole Practitioner, Springfield; Juvenile Supervising Atty., Committee for Public Counsel Services

---

**Nicholas L. Parsenios**
**Justice, Hampden Div., Probate & Family Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-7988; Fax: (413) 788-6664**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1997
Previous Legal Employment: (1997-98) Contract Atty., Berkshire Life Insurance Co.; (1998-2021) Private Practice

---

**Gregg J. Pasquale**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1985
Law School: Boston College Law School, 1985, with honors
Other Education: Boston College, B.A., 1980, magna cum laude, in English
Previous Legal Employment: Partner, Pasquale & White (focus on Medical Malpractice matters); (1985-90) Asst. D.A., Middlesex County
Professional Associations: Mass. Judges Conference
Academic Honors: Joseph S. Otieri Award for Oral Advocacy; *International and Comparitive Law Review*, Boston College Law School; Winner, Regional Mock Trial Competition

---

**Mark J. Pasquariello**
**Circuit Justice, Pittsfield Div., District Court**
**24 Wendell Ave., P.O. Box 875, Pittsfield 01202-0875**
**(413) 499-0558; Fax: (413) 443-7090**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1989
Law School: Vermont Law School, 1989
Other Education: Vanderbilt University, B.E., 1985, Mechanical and Materials Engineering
Previous Legal Employment: Law Clerk, Judge Frank Freedman, U.S. District Court, District of Mass.; Law Clerk, Judge Eugene Beaulieu, Superior Court, Penobscot County, Maine; Associate, Grinnell & Dubendorf, Williamstown (Criminal Trials, Civil Litigation and Domestic Relations); (1997-2017) Sole Practitioner, Pittsfield (Criminal Defense, Guardianship and Conservatorship, Mental Health Litigation, Real Estate and Probate)
Other Positions: Law Clerk, Asst. U.S. Attys. R. Jeffrey Behm and Sandra A. Strempel, Dist. of Vermont (during Law School); Law Clerk, Judge Shan Devine, U.S. District Court, Dist. of N.H. (during Law School)

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

### Michael A. Patten
**First Justice, Gloucester Div., District Court**
**197 Main St., Gloucester 01930**
**(978) 283-2620; Fax: (978) 283-8784**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1999
Law School: Suffolk University Law School, 1999, cum laude
Other Education: Arizona State University
Previous Legal Employment: (2000-03) Private Practice, Peabody (Civil and Criminal Litigation); (2003-14) Asst. D.A., Essex County (Superior Court Trial Team, 2005-14; Chief, Drug Task Force; Deputy Chief, Motor Vehicle Homicide Unit)

---

### Robert J. Pellegrini
**Associate Justice, Worcester Div., District Court**
**225 Main St., Worcester 01608**
**(508) 831-2170; Fax: (508) 753-4116**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1983
Born: Everett
Law School: New England School of Law, 1983
Other Education: University of Massachusetts at Boston, 1980
Previous Legal Employment: (1984-88) Asst. D.A., Worcester County; (1988-90) Corporation Counsel, Allmerica Financial (now Hanover Insurance); (1990-97) Morrison, Mahoney & Miller (Civil Litigation); (1997-2012) Asst. D.A., Worcester County (District Court Supervisor at the time of his judicial appointment)
Teaching Positions: Quinsigamond Community College (Criminal Law)
Professional Associations: V.P., Massachusetts Judges Conference

---

### Thomas J. Perrino
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1989
Law School: Suffolk University Law School
Other Education: Fitchburg State College, cum laude
Previous Legal Employment: Sr. Atty., Rubin, Rudman, Chamberlain & Marsh (focus on Civil Litigation); First Asst. Clerk-Magistrate, Superior Court, Barnstable County
Professional Associations: Past Pres., Barnstable County Bar Assn.

---

### Lee M. Peterson
**Associate Justice, Norfolk Division,**
**Probate & Family Court**
**35 Shawmut Rd., Canton 02021**
**(781) 830-1200; Fax: (781) 830-4350**

Year of Current Appointment: 2016
Year of Admission to the Bar: 2003
Law School: Suffolk University Law School, 2003, summa cum laude
Other Education: Boston College, B.A., 1994, Psychology; Simmons College, M.S.W., 1996
Previous Legal Employment: (2005-15) Associate, McCarter & English, Boston
Other Positions: Probation Officer, later Asst. Judicial Case Mgr., Probate & Family Court, Norfolk Div.

Professional Associations: Mass. Bar Assn.; Family Law Section, Boston Bar Assn.; Mass. Probate & Family Inn of Court
Published Works: "The Best Interests of a Child: A De Facto Parent's Right to Custody," 21 *Mass. Fam. L. J.* 80 (2003)
Academic Honors: *Suffolk Law Review*; Rappaport Honors Fellow, Suffolk Univ. School of Law

---

### Scott D. Peterson
**Circuit Justice, District Court**
**c/o Taunton Division, District Court,**
**40 Broadway St., Taunton 02780**
**(508) 977-6159; Fax: (508) 967-1719**
**scott.peterson@jud.state.ma.us**
**Associate Justice, Appellate Division, District Court,**
**Western District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1986
Born: Worcester
Law School: Suffolk University Law School, 1986
Other Education: Boston College, 1983
Previous Legal Employment: (1986-2007) Healy & Healy, Wellesley Hills; (2007-12) Foley & Foley, Hingham; (2013-17) Sole Practitioner, Hingham; Special Asst. D.A., Plymouth County
Clubs and Organizations: (2014-2017) South Shore Country Club—Management Committee
Professional Associations: Mass. Bar Assn. (Exec Mgmt. Bd., 2011-14; 2016-18); Plymouth County Bar Assn. (Pres., 2010); (2019-Present) Trustee, Mass Bar Foundation
Civic Activities: Bd. Member and (2012-14) Pres., Higham Community Center
Published Works: "Idemnification and 'Additional Insured' Clauses In Construction Contracts—Passing The Buck," *Mass. Law Review,* Vol. 89, No. 1 (Jan. 2004)
Honors and Awards: Liberty Bell Award, Plymouth County Bar Assn.

---

### Kathryn M. Phelan-Brown
**Associate Justice, Essex County Div., Juvenile Court**
**J. Michael Ruane Judicial Center, 2nd Floor,**
**56 Federal St., Salem 01970**
**(978) 745-9660**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1994
Law School: New England School of Law, 1994
Other Education: St. Michael's College, 1990
Previous Legal Employment: (1995-2016) General Practitioner (Family and Probate matters, Real Estate, Estate Planning, Civil, Litigation, Family Law Mediation; also Guardian Ad Litem and Limited Assistance Representation)
Other Positions: (1999-2006) Title Insurance Agent
Professional Associations: Mass. Council on Family Mediation
Civic Activities: Zoning Bd. of Appeals, Lynn; Citizens Advisory Bd., Lynn; St. Pius V School Board
Honors and Awards: Lawyer of the Year, North Shore Women's Lawyers Assn., 2015

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Judith J. Phillips**
**Justice, Franklin-Hampshire Counties Division,**
**Juvenile Court**
**116 Russell St., Rt. 9, Hadley 01035**
**(413) 584-7686; Fax: (413) 587-0191**

**205 State St., Rt. 202,  Belchertown 01007**
**(413) 323-4056; Fax: (413) 323-6803**

**Franklin County Justice Center, 2nd Floor, 43 Hope St.,**
**Greenfield 01301**
**(413) 775-0014; Fax: (413) 775-9201**

**1 Court Sq.,  Orange 01364**
**(978) 544-8277; Fax: (413) 544-5204**

**Associate Justice, Hampden County Division,**
**Juvenile Court**
**80 State St., Springfield 01103**
**(413) 748-8609; Fax: (413) 737-4383**

**121 Elm St., Holyoke 01040**
**(413) 322-6700; Fax: (413) 533-4999**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1992
Law School: S.U.N.Y. at Buffalo School of Law, 1990
Other Education: S.U.N.Y. at Albany, 1985
Previous Legal Employment: Asst. Atty General, Office for
Civil Rights, U.S. Dept. of Education; Asst. Reg. Counsel,
Dept. of Social Services;  Sole Practitioner, Springfield
Teaching Positions: Western New England University; Bay
Path College

---

**Laurence D. Pierce**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1981
Born: November 17, 1952, Boston
Law School: Antioch School of Law, 1981
Other Education: Harvard College, B.A., 1976, cum laude
Previous Judgeships: (2008-14) Justice, District Court,
Cambridge Div. (Regional Admin. Justice and Associate
Justice District Court Appellate Division, Northern Dist.)
Previous Legal Employment: (1981-82) Judicial Law Clerk,
District of Columbia Court of Appeals; (1983-88) Asst. D.A.,
Middlesex County; (1988-2008) Choate Hall & Stewart, L.L.P.
(focus on Commercial Litigation, Govt. Enforcement &
Compliance, Probate Litigation and Education Law)
Court-Related Activities: (1998-99) Special Counsel,
Committee on Professional Responsibility for Clerks of
Courts, Supreme Judicial Court
Professional Associations: Mass. Judges Conference
Civic Activities: (2005-2008) Counsel, New England
Minority Supplier Development Council; (2007-2008)
Cambridge Planning Bd.; (2001-2006) Dir., Friends of
Cambridge Athletics; (1998-2003) Dir., Cambridge
Center for Adult Education; (1998-2003)
*Editor's Note: Admitted in California (1983)*

---

**Paul G. Pino**
**Circuit Justice, Fall River Div., District Court**
**186 S. Main St., Fall River 02721**
**(508) 491-3280; Fax (Lobby): (508) 646-3597**

**Associate Justice, Appellate Division, District Court,**
**Western District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1988
Law School: Suffolk University Law School, 1988

Other Education: Boston College, B.A., 1995, Business
Admin.
Previous Legal Employment: (1988-92) Cooley, Manion,
Moore & Jones, P.C., Boston; (1992) Lynch, Brewer,
Hoffman & Sands, Boston; (1992-93) Burns & Levinson,
Boston (focus on Criminal Defense and Insurance
Defense); (1993-95) Howard, Timson & Stack, P.C.,
Norwood (focus on Criminal Defense, Insurance Defense
and Business Law); (1995-2001) Clark, Balboni & Gildea,
Brockton and Providence, R.I. (focus on Criminal
Defense, Insurance Defense, Premises Liability and
Products Liability); (1995-2001) Associate Town Counsel,
Bridgewater; (2001-17) House Counsel, Progressive
Casualty Insurance Co., Dedham; (2011-17) Mediation
and Arbitration Services, East Falmouth

---

**Gordon H. Piper**
**Chief Justice, Land Court Department**
**Three Pemberton Square, 5th Floor, Boston 02108**
**(617) 788-7470; Fax: (617) 788-8951**

Year of Current Appointment: 2002
Year of Admission to the Bar: 1982
Born: March 14, 1958, Englewood, New Jersey
Law School: Cornell Law School, 1982, with honors
Other Education: Vanderbilt University, 1978, summa cum
laude
Previous Legal Employment: (1982-2002) Goodwin Procter
LLP (formerly Goodwin, Procter & Hoar)
Clubs and Organizations: The Abstract Club
Professional Associations: Real Property Law (Past Chair)
and Civil Litigation Sections, Mass. Bar Assn.; Past
President, Mass. Conveyancers Assn. (now The Real
Estate Bar Assn. for Mass.); Boston Bar Assn.; Mass.
Judges Conference; Trustee, Flaschner Judicial Institute
Published Works: Co-Contributor, Chap. 2 (Deeds), *Crocker's
Notes on Common Forms*, 8th Edition, MCLE;
Co-Contributor, Chapter 18 (The Land Court), *Real Estate
Title Practice in Mass.*, 1st and 2nd Eds. (MCLE);
Co-Contributor (Massachusetts), *Foreclosure Law & Related
Remedies: A State by State Digest*, Amer. Bar Assn., 1st Ed.;
Co-Author, "New Concurrent Jurisdiction Proposed for Land
Court, *Landplanner Magazine*, vol. 6, issue 3
Academic Honors: Phi Beta Kappa
Hobbies and Interests: Reading; History; Computers;
Skiing; Saltwater Fishing; Amateur Radio; Travel
Honors and Awards: Massachusetts Judicial Conference
Judicial Excellence Award, 2015

---

**Michael J. Pomarole**
**First Justice, Dedham Div., District Court**
**631 High St., Dedham 02026**
**(781) 329-4777; Fax: (781) 320-8579**

Year of Current Appointment: 2002
Law School: Suffolk University Law School
Previous Legal Employment: Legal Aide, Gov. Paul A.
Cellucci; Asst. D.A., Suffolk County
Teaching Positions: (1989-2002) Senior Lecturer,
Northeastern University
Public Employment: Chairman, Parole Board

---

**David B. Poole**
**Associate Justice, Boston Municipal Court**
**85 Warren St., Roxbury 02119**
**(617) 989-9500; Fax: (617) 442-0615**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1987
Law School: Harvard Law School
Other Education: University of Michigan
Previous Legal Employment: Committee for Public Counsel
Services (Boston Trial Unit and Roxbury Defenders
Unit);  Litigation Dir. and Clinical Instructor, Criminal
Justice Institute, Harvard Law School

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with
permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

### Steven D. Power
**Justice, Westborough Div., District Court**
**186 Oak St., Westborough 01581**
**(508) 366-8266**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1997
Born: Worcester
Law School: New England School of Law, 1997
Other Education: Williams College, B.A., 1993, History
Previous Legal Employment: (1998-2002) Asst. D.A., Worcester County; (2002-03) Associate, Erb & Erb, Fitchburg (Criminal Defense, Real Estate and Estate Planning); (2003-11) Glickman, Sugarman, Kneeland & Gribouski, Worcester (focus on Criminal Defense); (2011-17) Partner, Aitken, Chacharone & Power (focus on Criminal Defense, Motor Vehicle, Personal Injury and Real Estate)
Professional Associations: Worcester County Bar Assn.; former member, American Bar Assn.; former member, Mass. Bar Assn.

---

### Jane D. Prince
**Justice, Newburyport Div., District Court**
**188 State St., Rt. 1 Traffic Circle,**
**Newburyport 01950-6637**
**(978) 462-2652; Fax: (978) 463-0438**

**Associate Justice, Appellate Division, District Court,**
**Northern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2018
Year of Admission to the Bar: 2004
Law School: Suffolk University Law School, 2004
Other Education: Georgetown University, B.S., Business Administration
Previous Legal Employment: (2004-05) Law Clerk, Superior Court; (2005-13) Asst. D.A., Essex County (Advanced to Supervising D.A.); (2013-18) Of Counsel, Goddard, Scuteri and Delaney, Salem
Other Positions: Sumitomo Bank
Professional Associations: Essex County Bar Assn.; Women's Bar Assn. of Mass.; North Shore Women's Lawyers Assn.

---

### Jennifer D. Queally
**Circuit Justice, District Court**
**c/o Lowell Division, District Court, 370 Jackson St.,**
**Lowell 01852**
**(978) 442-3330; Fax: (978) 442-3332**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1992
Born: March 6, 1967, Princeton, New Jersey
Law School: Boston College Law School, 1992
Other Education: Vanderbilt University, B.A., 1989, magna cum laude
Previous Legal Employment: Asst. D.A., Middlesex County; Asst. D.A., Worcester County; (2015-18) Undersecretary for Law Enforcement, Executive Office of Public Safety and Security; (2018-19) Deputy Secretary of Public Safety, Executive Office of Public Safety and Security
Academic Honors: Gamma Beta Phi
Hobbies and Interests: Philanthropy; Alpine skiing; Jumping rope

### Ellen M. Randle
**Justice, Hampden Div., Probate & Family Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-7988; Fax: (413) 788-6664**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1983
Law School: Boston College Law School, 1983, cum laude
Other Education: Tufts University, B.A., 1980, magna cum laude; Political Science and History
Previous Legal Employment: (1983-84) Law Clerk, Chief Judge Andrew Caffrey, U.S. District Court, District of Mass.; (1984-90) Associate and (1991-2017) Partner, Bulkley, Richardson and Gelinas,L.L.P., Springfield (focus on Family Law, Probate Disputes and Civil Litigation)
Other Positions: (1982) Intern, Town Counsel's Office, Brookline; (1982-83) Intern, Greater Boston Legal Services (Domestic Relations practice)
Academic Honors: Historic Society Prize, 1980; Exec. Editor, *Boston College Environmental Affairs Law Review*, 1982-83

---

### Katie Cook Rayburn
**Circuit Justice, New Bedford Div., District Court**
**75 N. Sixth St., New Bedford 02740**
**(508) 999-9700**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1999
Law School: Suffolk University Law School, 1999
Other Education: University of Mass., North Dartmouth, B.A., 1996, Political Science; cum laude
Previous Judgeships: (2017-22) Associate Justice, District Court
Previous Legal Employment: (2000-01) Associate, Grassia, Murphy & Whitney, Natick; (2001-05) Asst. D.A., Plymouth County (Supervisor for Hingham Div., 2004-05); (2005-08) Associate, Law Office of Daniel W. O'Malley, P.C., Quincy; (2008-17) Asst. D.A., Bristol County (Dir., Domestic Violence Unit, 2009-14; Deputy Chief, Homicide Unit, 2014-17)
Academic Honors: Commonwealth Scholar Program, University of Mass., North Dartmouth, 1992-96

---

### James G. Reardon, Jr.
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1985
Law School: Georgetown Law Center, Washington, D.C., 1984
Other Education: Trinity College, B.A., 1981, in Philosophy
Previous Legal Employment: (1984-99) Associate, later Partner, Reardon & Reardon; (1999-2016) Principal, Reardon Law Firm, P.C.; (2015-16) Of Counsel, Milton, Laurence & Dixon, Worcester
Professional Associations: Mass. Bar Assn.; Past Pres., Worcester County Bar Assn.; Mass. Assn. of Criminal Defense Attys.

---

### Michael D. Ricciuti
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1987
Law School: Harvard Law School, 1987, cum laude
Other Education: U.S. Military Academy, (transferred to Harvard College); Harvard College, A.B., 1984, magna cum laude

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Michael D. Ricciuti—Cont'd**

Previous Legal Employment: (1987-88) Law Clerk, Judge A. David Mazzone, U.S. Dist. Ct.; (1988) Asst. D.A., Norfolk County; (1989-91) Trial Atty., Civil Rights Division, U.S. Dept. of Justice (Employment Litigation Section);(1991-92) Special Asst. D.A., Middlesex County; (1991-94) Associate, Hill & Barlow; (1995-2005) Asst. U.S. Atty., Dist. of Mass. (Deputy Chief, Organized Crime Drug Enforcement Task Force, 2000-02; Chief, Anti-Terrorism and National Security Section, 2002-05); (2005-17) Partner, Kill & Gates, L.L.P. (Co-Chair, Government Enforcement Practice Group)

Teaching Positions: (2005-Present) Adjunct Professor, Suffolk Univ. Law School

Court-Related Activities: Member, Supreme Judicial Court Advisory Committee on Mass. Evidence Law; (2007-08) Member, Committee to Evaluate U.S. Magistrate Judge Dein for Reappointment, U.S. Dist. Ct.; (2009-10) Member, Committee to Recommend U.S. Magistrate Judge, U.S. Dist. Ct.

Professional Associations: Boston Bar Assn. (former Secy. and Executive Committee Member)

Civic Activities: Bd. of Editors, *Boston Bar Journal*; First Literacy; Partnering for Prevention & Community Safety Initiative, Northeastern Univ. Law School; Intelligence and Counter-Terrorism Subcommittee, Democratic Natl. Convention Planning Committee, 2004; Area Maritime Security Committee, U.S. Coast Guard; Forensic Sciences Advisory Bd.; Governor's Anti-Crime Council; Governor's Commission on Criminal Justice Innovation; Task Force on Internet-Facilitated Radicalization, Homeland Security Policy Institute, George Washington Univ.; Friends of Milton Crew, Inc.; Long Range Planning and Principal Search Committees, Milton Public Schools; Asst. Coach, Milton Little League and Milton Youth Basketball

---

**William J. Ritter**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1988
Law School: Suffolk University Law School, 1988, cum laude
Other Education: University of Mass., B.A., 1983, Legal Studies, cum laude
Previous Legal Employment: (1992-2017) Partner and (2007-17) Managing Partner, Pojani, Hurley & Ritter, L.L.P. (focus on Commercial Disputes, Personal Injury, Non-Competition Law, and Real Estate)
Professional Associations: Mass. Bar Assn.; Worcester County Bar Assn.
Civic Activities: Holden Planning Bd.; Worcester Regional Research Bureau; Greendale Flag Football League; Holden Little League; CRA Basketball League; Washusett Lacrosse; St. Joe's League Hoops
Published Works: "The Controversy Continues Over the Definition of Material, United States v. Kungys," 11 *Suffolk Transnational Law Journal* 263 (1987); "President Marcos' New York Assets Undeserving of Act of State Protections, Republic of Phillipines v. Marcos," 11*Suffolk Transnational Law Journal* 509 (1988)
Academic Honors: Technical Editor, *Suffolk Transnational Law Journal*; Winner, McLaughlin First Year Oral Argument, 1985
Honors and Awards: Super Lawyer, *Boston Magazine*, 2006, 2010-16

---

**Janine D. Rivers**
**Associate Justice, Suffolk Division,**
**Probate & Family Court**
**Edward W. Brooke Cthse., 24 New Chardon St.,**
**Boston 02114**
**(617) 788-8293; Fax: (617) 788-8958**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1996
Law School: New England School of Law
Other Education: University of Mass., Boston
Previous Legal Employment: (1997-2017) Sole Practitioner (focus on Juvenile, Family Law, Guardianship and Contempt matters); Final Agency Writer, DSZ & Associates
Teaching Positions: Adjunct Faculty, Anna Marie College; Adjunct Faculty, Newbury College
Professional Associations: Former V.P., Juvenile Bar Assn.
Civic Activities: Youth and Police Partnership Program, Children's Services of Roxbury

---

**Christine M. Roach**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1982
Born: April 27, 1954, Central Falls, Rhode Island
Law School: Harvard Law School, 1982, cum laude
Other Education: University of Mass., B.A., 1976, magna cum laude
Previous Legal Employment: (1982-83) Law Clerk, Judge David S. Nelson, U.S. District Court; (1983-87) Widett, Slater & Goldman, P.C.; (1987-89) Asst. U.S. Atty., Dist. of Mass.; (1989-2008) Roach & Carpenter, P.C.
Court-Related Activities: Commissioner, Judicial Nominating Commission; Special Master, Superior Court
Public Employment: Commissioner, State Ethics Commission
Professional Associations: Boston Bar Assn.

---

**Daniel C. Roache**
**Associate Justice, Middlesex County Division,**
**Juvenile Court**
**110 Mount Wayte Ave., Framingham 01702**
**(508) 879-3561, Ext. 3; Fax: (508) 879-0071**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1985
Born: July 10, 1958, Malden
Law School: Boston University Law School, 1985
Other Education: Tufts University, B.A., 1980, English and Political Science
Previous Legal Employment: (1985-2018) Associate, Sole Practitioner (focus on Family and Juvenile Law)

---

**Jennifer S.D. Roberts**
**Justice, Land Court Department**
**Three Pemberton Square, 5th Floor, Boston 02108**
**(617) 788-7470; Fax: (617) 788-8951**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1980
Law School: Boston University Law School, 1980, cum laude
Other Education: Bryn Mawr College, B.A., 1977, cum laude
Previous Legal Employment: (1980-83) Associate, Chadbourne Park, New York; (1983-85) Associate, Gaston Snow & Ely Bartlett, Boston; (1985-89) Associate and (1990-93) Partner, Rackemann, Sawyer & Brewster, Boston; (1993-96) Bianchi & Paquin, Hyannis; (1996-2006) Sole Practitioner, Osterville; (2006-18) Of Counsel, LaTanzi, Spaulding & Landreth, L.L.P., Orleans

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Jennifer S.D. Roberts—Cont'd**
Professional Associations: Past Pres., Barnstable County Bar Assn.
Civic Activities: Boston Univ. School of Law Alumni Assn.; Bd. of Dirs., Cape Cod Foundation, Inc.; Cape Cod Healthcare, Inc.; Bd. Of Dirs., Visiting Nurse Assn. of Central & Outer Cape Cod

---

**Joanna Rodriguez**
**Associate Justice, Middlesex County Division, Juvenile Court**
**370 Jackson St., Lowell 01852**
**(978) 441-3151, Ext. 3; Fax: (978) 441-2937**

Year of Current Appointment: 2020
Year of Admission to the Bar: 2002
Born: New Jersey
Law School: Mass. School of Law, 2001
Other Education: Rutgers University
Previous Legal Employment: (2004-05) Family Law Facilitator, Essex County Div., Probate & Family Court; Independent Contractor, Committee for Public Counsel Services (practiced in District and Juvenile Courts in Lawrence); (2010) Deputy General Counsel, later Acting General Counsel, Sex Offender Registry Bd.
Court-Related Activities: Federal Voter Rights Observer Program, U.S. Office of Personnel Mgmt. (supervised election observers)

---

**Roberto Ronquillo, Jr.**
**Chief Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2001
Year of Admission to the Bar: 1985
Born: El Paso, Texas
Law School: New England School of Law, 1984
Other Education: University of Texas at El Paso, 1981
Previous Legal Employment: (1985-88) Asst. D.A., Suffolk County; (1988-2000) Partner, Visram & Ronquillo, Chelsea; (2000-2001) Sole Practitioner
Teaching Positions: Adjunct Professor, New England School of Law
Professional Associations: Mass. Bar Assn.; Boston Bar Assn.; Mass. Assn. of Hispanic Attys.; Natl. Hispanic Bar Assn.; Mass. Judges Conference

---

**Lynn C. Rooney**
**Regional Admin. Justice, District Court Dept.**
**c/o Peabody Division, District Court, 1 Lowell St., Peabody 01960**
**(978) 532-3100; Fax: (978) 532-1122**

Year of Current Appointment: 2006
Law School: Boston College Law School, 1989, cum laude
Other Education: University of Mass., Amherst, 1986, summa cum laude
Previous Legal Employment: (1989-1993) Asst. D.A., Middlesex County; (1993-94) Witmer & Thuotte; (1994-2006) Deputy First Asst. D.A., Middlesex County
Academic Honors: Phi Beta Kappa

---

**William E. Rooney**
**Justice, Eastern Hampshire Div., District Court**
**205 State St., Route 202, P.O. Box 1490, Belchertown 01007**
**(413) 213-7610; Fax: (413) 323-7482**

Year of Current Appointment: 2019
Law School: Western New England University School of Law, 1992

---

Other Education: St. Anselm College, 1978
Previous Legal Employment: (1989-93) Intern and (1993-94) Asst. D.A., Hampden County; (1994-95) Law Offices of Lawrence McAuliffe; (1996-2019) Partner, Chartier, Ogan & Brady, Holyoke
Elected Positions: (2008-18) Member and Chair, Bd. of Selectmen, Ludlow
Civic Activities: Hampden County Addiction Task Force; Ludlow CARES Coalition; Ludlow Chamber of Commerce

---

**Abbe L. Ross**
**Justice, Essex Division, Probate & Family Court**
**36 Federal St., Salem 01970**
**(978) 744-1020; Fax: (978) 741-2957**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1986
Law School: Vermont Law School, 1986
Other Education: University of Vermont, B.A., 1982
Previous Legal Employment: (1987-88) Asst. D.A., Suffolk County (Appellate Div.); (1988-94) Asst. Atty. General (Appellate Div., 1988-89; Nacrcotics and General Crimes Div., 1989-94); (1994-95) Sr. Litigation Associate, Looney & Grossman (focus on Civil Litigation); (1995-97) Sr. Staff Atty., Boston Police Dept.; (1998-2004) Partner, Mendillo & Ross, L.L.P. (Trial and Appellate Litigation, Divorce, Business Disputes, Employment Matters, Banking Matters, Government Investigations and Criminal Defense); (2004-14) Sole Practitioner (focus on Divorce Matters and Criminal Matters)

---

**William A. Rota**
**Justice, Southern Berkshire Div., District Court**
**9 Gilmore Ave., Great Barrington 01230**
**(413) 528-3520; Fax: (413) 528-0757**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1980
Law School: Boston College Law School
Other Education: Union College
Previous Legal Employment: (1981-83) Private Practice, Boston area; (1983-86) Asst. D.A., Berkshire County; (1986-2000) Associate, later Partner, Cain, Hibbard, Myers & Cook, Pittsfield; (2000-14) Sole Practitioner, Pittsfield

---

**Raquel D. Ruano**
**Circuit Justice, District Court**
**c/o Lowell Division, District Court, 370 Jackson St., Lowell 01852**
**(978) 442-3330; Fax: (978) 442-3332**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2003
Law School: Boston College Law School, 2003
Other Education: College of the Holy Cross, 2000
Previous Legal Employment: (2004-07) Asst. D.A., Suffolk County (served in Chelsea and Roxbury Divisions, later in Superior Court); (2007-12) Asst. Corporate Counsel, Boston; (2012-19) Sole Practitioner (focus on Criminal Defense, Family Law, Civil Rights, Negligence, Wrongful Death and Real Estate); (2013-19) First Asst. City Atty. and (2019-22) City Atty., Lawrence

---

**Diane R. Rubin**
**Justice, Land Court Department**
**Three Pemberton Square, 5th Floor, Boston 02108**
**(617) 788-7470; Fax: (617) 788-8951**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1985
Law School: Boston University Law School, 1985
Other Education: Brandeis University, B.A., 1981, magna cum laude

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Diane R. Rubin—Cont'd**
Previous Legal Employment: Dept. of Public Welfare; Associate General Counsel, Mass. Turnpike Authority; Holland & Knight; Mahoney, Hawkes & Goldings; Partner, Prince Lobel Tye L.L.P. (focus on Construction and Condominium Law)
Professional Associations: Pres., Real Estate Bar Assn. of Mass.; American Arbitration Assn. (Natl. Construction Panel of Arbitrators); Community Associats Institute; Commercial Real Estate Women; The abstract Club
Civic Activities: Advisory Bd., Women's Studies Research Center, Brandeis Univ.; Bd. of Dirs., Caritas Communities

---

**Peter J. Rubin**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1988
Previous Legal Employment: Law Clerk, Justice David Souter, U.S. Supreme Court; Of Counsel, Melveny & Myers
Teaching Positions: Professor of Law, Georgetown University Law Center
Professional Associations: Founder, American Constitution Society for Law and Policy

---

**Patrick S. Sabbs**
**Justice, Springfield Div., District Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 401-8648; Fax: (413) 739-5579**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1997
Law School: Western New England University School of Law, 1996
Other Education: University of Mass., B.A., 1984, Communications Studies
Previous Legal Employment: (1996-2015) Asst. D.A., Hampden County (Springfield Dist. Ct., 1996-99; Superior Ct. Special Victims' Unit, 1999-2011; Superior Ct. Public Protection Unit, 2011-15); (2015) Asst. Atty. General, Western Mass. Regional Office, Criminal Bureau
Other Positions: (1984-96) Televison Dir./Producer, WWLP, Chicopee
Professional Associations: Hampden County Bar Assn
Civic Activities: South Hadley Youth Football Assn.
Hobbies and Interests: Philately

---

**Linda G. Sable**
**Associate Justice, Norfolk County Division,**
**Juvenile Court**
**55 Allied Dr., Dedham 02026**
**(781) 329-1500, Ext. 2511248; Fax: (781) 329-1649**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1987
Born: New Jersey, New Jersey
Law School: Vermont Law School, 1987
Other Education: University of Mass., cum laude
Previous Legal Employment: Asst. Atty. General, Criminal Bureau; Partner, Sable & Wright, Plymouth (focus on Civil and Criminal Litigation); In-House Counsel, later Sr. Manager, I.B.M., Cambridge; (1988-90) Asst. D.A., Plymouth County; (2002-15) Sole Practitioner (focus on Family Law, School Law and Care and Protection matters)
Professional Associations: Plymouth County Bar Advocates
Civic Activities: Resource Atty., Committee for Public Counsel Services

---

**Peter W. Sacks**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1987
Law School: Harvard Law School, 1986, magna cum laude
Other Education: Harvard College, 1981
Previous Legal Employment: (1986-87) Law Clerk, Judge Edward Gignoux, U.S. Dist. Ct., Dist. Of Maine; (1987-88) Law Clerk, Judge Frank Coffin, U.S. Ct. of Appeals, First Circuit; (1988-2016) Asst. Atty. General (Chief, Government Bur., 1998-99, 2009-10); State Solicitor, 2013-16)
Professional Associations: Fellow, American Academy of Appellate Lawyers
Academic Honors: Phi Beta Kappa; *Harvard Law Review*

---

**Kenneth W. Salinger**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1990
Law School: Harvard Law School
Other Education: Tufts University
Previous Legal Employment: (1990-2006) Palmer & Dodge; (2006-12) Asst. Attorney General
Public Employment: (1980-88) Budget Analyst, later Sr. Fiscal Policy Analyst, Mass. Senate Ways and Means Committee

---

**Donna T. Salvidio**
**First Justice, Southeastern Div., Housing Court**
**289 Rock St., 2nd Floor, Fall River 02720-3246**
**(508) 677-1505, Ext. 318; Fax: (508) 672-9621**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1990
Law School: Suffolk University Law School, 1990, cum laude
Other Education: University of Vermont, B.A., 1986, cum laude; Psychology
Previous Legal Employment: (1990-98, 1999-2018) Fletcher Tilton, P.C., Worcester (Director, Condominium Law Practice Group)

---

**Bethzaida Sanabria-Vega**
**First Justice, Chicopee Div., District Court**
**30 Church St., Chicopee 01020**
**(413) 598-0099, Ext. 4136146**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1996
Born: Puerto Rico
Law School: University of Connecticut
Other Education: Boston College
Previous Legal Employment: Sole Practitioner, Springfield; Asst. D.A., Hampden County

---

**Janet L. Sanders**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2001
Year of Admission to the Bar: 1982
Born: May 7, 1953, Dallas, Texas
Law School: Harvard Law School, 1982, magna cum laude
Other Education: Stanford University, 1976, with honors

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Janet L. Sanders—Cont'd**
Previous Judgeships: (1995-2000) Justice, District Court, Waltham Div.; (2000-01) First Justice, District Court, Concord Div.; (2013-Present) Admin., Business Litigation Session
Previous Legal Employment: (1982-83) Law Clerk, Judge Rya W. Zobel, U.S. District Court; (1984) Law Clerk, Judge Robert E. Keeton, U.S. District Court; (1984-89) Associate, Hill & Barlow; (1990-95) Assoc. and Partner, Zalkind, Rodriguez, Lunt & Duncan
Teaching Positions: (1984) Instructor, Harvard Law School; (1989-93) Instructor, Boston Univ. School of Law; (1998-99) Instructor, Masters Program in Criminal Justice, Suffolk University; (2007-14) Instructor, Trial Advocacy Program, Boston Univ. School of Law
Court-Related Activities: (2000-Present) Member, Supreme Judicial Court Committee on Judicial Evaluations
Public Employment: (1986-89) Member, Somerville Housing Authority
Elected Positions: (1991-95) Member, Brookline Town Meeting
Professional Associations: Mass. Bar Assn.; Boston Inns of Court
Civic Activities: (1989-91) Member, Brookline Town Finance Committee
Academic Honors: Phi Beta Kappa

---

### Kathleen A. Sandman
**First Justice, Franklin Div., Probate & Family Court**
**43 Hope St., P.O. Box 590, Greenfield 01302**
**(413) 775-7464; Fax: (413) 774-3829**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1987
Law School: Western New England Univ. School of Law, 1987
Other Education: Siena College, Loudonville, New York, B.A., 1984, Political Science
Previous Legal Employment: (1986-88) Legal Asst., then Associate, Odierna & Beaumier, Springfield (focus on Real Estate; also preparation of Civil Litigation and Collections); (1988-89) Associate, Gould & Gould, L.L.P., Wellesley (focus on Real Estate); (1989) Sole Practitioner (Title Examination and Criminal Litigation); (1989-2009) Partner, Connor & Richard, later Connor, Sandman & Weisser, L.L.P. (focus on Probate and Family Court litigation, Real Estate, basic Estate Planning and Personal Injury); (2009-17) Sole Practitioner (focus on Probate and Family Court litigation, Real Estate, basic Estate Planning and Personal Injury)

---

### Robert T. Santaniello
**Justice, Springfield Div., District Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-8647; Fax: (413) 739-5579**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1991
Born: Springfield
Law School: Western New England Univ. School of Law, 1991
Other Education: Bentley College, B.S.
Previous Legal Employment: (1991-93) Associate, Coolidge & Lauro, Springfield (focus on Criminal Defense, Personal injury and Real Estate); (1993-2003) Associate, Santaniello, Posnik & Basile, P.C., Springfield (focus on Criminal Defense, Personal injury, Real Estate, Land Use, and Small Business Contracts and Transactions); (2003-14) Partner, Santaniello & Santaniello, L.L.C., Springfield (focus on Criminal Defense, Personal injury, Real Estate, Land Use, Small Business Contracts and Transactions and Public Pension and Retirement Law); (2014-17) Sole Practitioner (focus on Criminal Defense, Personal injury, Real Estate, Land Use, and Small Business Contracts and Transactions)
Professional Associations: Hampden County Bar Assn.

Civic Activities: Youth Ice Hockey; various charitable organizations, including Pancreatic Cancer awareness and fundraising efforts
Hobbies and Interests: Hockey (played two years at collegiate level)

---

### Dennis P. Sargent
**First Justice, Clinton Div., District Court**
**Routes 62 & 70, 300 Boylston St., Clinton 01510-4209**
**(978) 368-7811; Fax: (978) 368-7827**

Year of Current Appointment: 2013
Law School: Suffolk University Law School, 1990
Other Education: Fitchburg State College, B.S., 1987, magna cum laude
Military Service: (1991-95) Atty., Judge Advocate General's Office, U.S. Air Force
Previous Legal Employment: (1990-91) Associate, Pusateri, Pusateri & O'Brien, Fitchburg; (1995-2001, 2006-08) Sole Practitioner; (2005-06) Flectcher, Tilton & Whipple, Worcester; (2008-13) Asst. Clerk-Magistrate, District Court, Clinton Div.

---

### Camille F. Sarrouf, Jr.
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1993
Born: July 23, 1962, Boston
Law School: Suffolk University Law School, 1992
Other Education: Northeastern University
Previous Legal Employment: (1993-95) Asst. D.A., Middlesex County; (1995-2006) Sarrouf, Tarricone & Fleming; (2006-09) Sarrouf Corso; (2009-20) Sarrouf Law
Court-Related Activities: (2002-06) Member, Mass. Joint Bar Committee on Judicial Appointments
Professional Associations: Past Pres., Middlesex County Bar Ass.; American Bar Assn.; Mass. Bar Assn.; Mass. Academy of Trial Attorneys; Assn. of Trial Lawyers of America; American Assn. of Justice
Civic Activities: Bd. of Governors, St. Jude Research Hospital; past President, American Lebanese Syrian Associated Charities; volunteer Hockey coach
Hobbies and Interests: Golf; Hockey

---

### Nan M. Sauer
**Circuit Justice, Probate & Family Court**
**3 Center Plaza, Suite 210, Boston 02108**
**(617) 788-6600; Fax: (617) 788-8995**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2004
Law School: New England School of Law, magna cum laude
Other Education: University of Notre Dame, B.A., cum laude
Previous Legal Employment: (2004-06) Judicial Clerk, Probate and Family Court Dept.; (2006-16) Associate, Lee & Rivers L.L.P. (focus on Family Law); (2016-22) Founding Partner, Roberts & Sauer, L.L.P. (foucs on Family Law)
Other Positions: Intern, Magistrate Judge Judith G. Dein, U.S. District Court; (1988-89) Consultant, Coopers & Lybrand; (1989-2004) Principal Consultant, Headstrong, Inc. (formerly James Martin & Co.)
Academic Honors: New England Law Boston Representative, American Bar Assn. Natl. Appellate Advocacy Competition; Executive Case & Note Editor, *New England Law Review*; Trustee Bradbury Gilbert Award for Excellence in Achievement
Honors and Awards: Top Women of Law, *Mass. Lawyers Weekly*, 2018; Top 10 Attorney Award, Natl. Academy of Family Law Attys., 2020

---

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

### Honor K. Segal
**Circuit Justice, District Court**
**c/o Taunton Division, District Court,**
**40 Broadway St., Taunton 02780**
**(508) 977-6159; Fax: (508) 967-1719**

Year of Current Appointment: 2021
Year of Admission to the Bar: 2005
Law School: Franklin Pierce Law Center
Other Education: Salem State College
Previous Judgeships: (2016-21) Judge, Industrial Accidents Board
Previous Legal Employment: (2005-06) Law Offices of Ronald Segal & Stephen Judge, Lynn; (2006-10) Asst. D.A., Essex County; Law Office of John Andrews, Salem; (2012-13) Legal Counsel and Sr. Banking Analyst, Committee on Financial Services, State Legislature

### Edward H. Sharkansky
**First Justice, Wareham Div., District Court**
**Courthouse, 2200 Cranberry Hwy.,**
**West Wareham 02576**
**(508) 295-8300, Ext. 6141627; Fax: (508) 295-7500**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1995
Law School: Northeastern University School of Law, 1994
Other Education: George Washington University, 1990
Previous Legal Employment: (1995-97) Asst. D.A., Plymouth County; (1997-16) Sole Practitioner (focus on Criminal Defense and Domestic Relations)
Professional Associations: Former V.P., Plymouth County Bar Assn.
Civic Activities: (2015-16) Town Moderator, Easton; Advisory Bd., Criminal Justice Section, Southeastern Reg. Vocational Technical School; Old Colony YMCA, Stoughton Branch

### Carol A. Shaw
**Circuit Justice, Hampden County Division,**
**Juvenile Court**
**80 State St., Springfield 01103**
**(413) 748-8609; Fax: (413) 737-4383**

**121 Elm St., Holyoke 01040**
**(413) 322-6700; Fax: (413) 737-4383**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1998
Law School: Western New England University School of Law, 1998
Other Education: Syracuse University, B.S., 1989, Television and Film Production; Syracuse University, M.S., 1991, Higher Education and Student Affairs Admin.
Previous Legal Employment: (1998-99) Law Clerk, Probate and Family Court; (1999-2012) Asst. Regional Counsel, Dept. of Children and Families; (2012-16) Asst. Clerk-Magistrate, Juvenile Court, Hampden Division
Civic Activities: Easthampton Community Emergency Response Team; Northampton Little League

### Matthew J. Shea
**Associate Justice, Holyoke Div., District Court**
**20 Court Plaza, Holyoke 01040**
**(413) 493-0205; Fax: (413) 538-8831**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1993
Law School: Catholic University, 1993
Other Education: Boston College, 1990
Previous Legal Employment: (1993-99, 2011-14) Asst. D.A., Hampden County (Dist. and Superior Courts, 1993-99; Supervisor, Superior Court, 2011-14); (1999-2011) Asst. Atty. General, Criminal Bureau

Teaching Positions: (2008-12) Adjunct Professor, University of Connecticut School of Law
Professional Associations: Hampden County Bar Association

### Neil K. Sherring
**First Justice, Metro South Division, Housing Court**
**Plymouth County Office, Suite 160, 215 Main St.,**
**Brockton 02303**
**(508) 894-4170; Fax: (508) 894-4168**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1993
Law School: Suffolk University Law School, 1993
Other Education: Curry College, B.A., 1985, Physics; cum laude
Previous Legal Employment: (1993-94) Law Clerk, Superior Court; (1994-96) Asst. D.A., Northwestern District, Northampton; (1996-99) Asst. Atty. General, Government Bureau, Trial Division; (1999-2001) Litigation Associate, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., Boston; (2001-18) Partner, Dakoyannis & Sherring, L.L.C., Westwood (focus on Landlord/Tenant, Reas Estate, Personal Injury, Insurance Disputes, Administrative Matters and Title Work)
Other Positions: (1991-93) Hearing Officer, Board of Appeals on Motor Vehicle Liability Policies and Bonds, Div. of Insurance
Academic Honors: Best Oral Advocate, Moot Court

### Sookyoung Shin
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2016
Year of Admission to the Bar: 2000
Law School: Harvard Law School, 1999, cum laude
Other Education: Brown University, B.S., 1996, Chemistry; magna cum laude
Previous Legal Employment: (1999-2000) Associate, Finnegan, Henderson, Farabow, Garrett & Dunner, Washington, D.C. (focus on Patent Litigation); (2000-02) Staff Law Clerk, U.S. Ct. of Appeals, 7th Circuit; (2002-03) Law Clerk, Judge Joel M. Flaum, U.S. Ct. of Appeals, Seventh Circuit; (2003-05) Associate, Kirkland & Ellis, L.L.P., Washington, D.C.; (2005-16) Asst. Atty. General
Teaching Positions: (2009-11) Lecturer, Boston Univ. School of Law (First Year Writing Program)
Professional Associations: (2011) Supreme Court Fellow, Natl. Assn. of Attorneys General

### Debra Shopteese
**First Justice, Brookline Div., District Court**
**360 Washington St., Brookline 02445**
**(617) 232-4660;  Fax: (617) 738-9625**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1988
Law School: Northeastern University School of Law
Other Education: Kansas State University
Previous Judgeships: Justice, Supreme Court, Native American Sac and Fox Nation, Thunder Clan
Previous Legal Employment: (1986-2010) Committee for Public Counsel Services (Atty.-in-Charge, Roxbury Defenders Div., 1999-2010)
Teaching Positions: Northeastern University School of Law (Criminal Trial Advocacy)

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Janine M. Simonian**
**Circuit Justice, District Court**
**c/o Northampton Division, District Court,**
**15 Gothic St., Northampton 01060**
**(413) 403-6547; Fax: (413) 493-0280**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2003
Law School: New England School of Law, 2003
Other Education: Hood College, B.A., 1998; University of Connecticut, M.S.W., 2000
Previous Legal Employment: (2003-04) Atty., Law Office of Ronald A. Wysocki, Boston; (2004-06) Associate, Geary & Associates (Civil Litigation, Criminal Litigation, Business Litigation, Family Law and Probate, Real Estate and Personal Injury); (2006-13) Asst. D.A., Northwestern District Atty.'s Office (Atty. in Charge, Orange District Court; Domestic Violence Prosecutor for Greenfiled and Orange District Courts); (2013-22) Asst. D.A., Hampden County (assigned to Domestic Violence/Adult Sexual Assault Unit
Professional Associations: Former Soccer Coah, Southampton Youth Athletic Assn.; Presenter, Citizens Police Academy, Northampton Police Dept.
Published Works: Co_Author, *Common Criminal Motor Vehicle Offenses, Massachusetts Motor Vehicle Offenses,* MCLE (2011, 2016, 2020)

---

**Richard A. Simons**
**First Justice, Berkshire Div., Probate & Family Court**
**44 Bank Row, Pittsfield 01201**
**(413) 442-6941; Fax: (413) 443-3430**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1986
Born: September 28, 1959, New York, New York
Law School: Boston University Law School, 1985
Other Education: Union College, 1981
Previous Judgeships: (2008-10) Circuit Justice, Probate and Family Court
Previous Legal Employment: Partner, Simons, Smith & Gerrard, P.C.
Public Employment: Hearing Member, Board of Bar Overseers
Professional Associations: A.F.C.C.; Mass. Bar Assn.; Berkshire Bar Assn.
Civic Activities: Volunteer, Mass. Bar Mock Trial Program
Honors and Awards: Named among Lawyers of the Year, Mass. Lawyers' Weekly, 1999

---

**Sabita Singh**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2017
Born: December 9, 1965, Hussepur, Bihar, India
Law School: Boston University School of Law
Other Education: Pennsylvania State University
Previous Judgeships: (2006-17) Justice, District Court (First Justice, Concord Div., 2014-17); (2008-17) Associate Justice, District Court Appellate Div., Northern Dist.
Previous Legal Employment: (1990-91) Law Clerk, Superior Court; (1991-98) Asst. D.A., Middlesex County; (1998-2005) Bingham McCutchen; (2005-2006) Asst. U.S. Atty., U.S. Atty.'s Office
Professional Associations: (2003-2004) President, South Asian Bar Assn. of Greater Boston; (2005-2006) Pres., North American South Asian Bar Assn.

**Eleanor C. Sinnott**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1989
Born: Cambridge
Law School: Boston College Law School, 1989
Other Education: Williams College, 1982
Military Service: (1994-05) Lt. Commander, U.S. Navy Reserve (Intelligence Officer)
Previous Legal Employment: (1989-91) Widett, Slater & Goldman; (1991-95) Asst. Atty. General; (1995-97) Deputy General Counsel, Executive Office of Public Safety; (1997-2006) Chief Legal Counsel, State Police

---

**Richard J. Sinnott**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1990
Born: 1956, Boston
Law School: Suffolk University Law School, 1990
Other Education: Norwich University, Northfield, Vt., 1978
Military Service: (1998-2018) Judge Advocate, United States Army Reserve
Previous Legal Employment: (1991-2017) Sole Practitioner (Criminal Defense, Tort, Contract, Small Business Discrimination and Employment)
Teaching Positions: (1987-92) Mass. Criminal Justice Training Council (Criminal Law); (1988-90) Center for Criminal Justice, Harvard Law School (taught U.S. legal system to Guatemalan judges); (2001-03) Adjunct Instructor, U.S. Military Academy (Law of Armed Conflict; Military Justice); (2017-Present) Adjunct Professor, Suffolk University Law School (Laws of War; Professional Responsibility)
Other Positions: (1980-91) Investigator, Suffolk County D.A.'s Office

---

**Kevin T. Smith**
**Justice, Land Court Department**
**Three Pemberton Square, 5th Floor, Boston 02108**
**(617) 788-7470; Fax: (617) 788-8951**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1990
Law School: Columbus School of Law, Catholic Universtiy
Other Education: Boston College
Previous Legal Employment: (1989-92) Smith, Somerville & Case, Baltimore, Md. (Insurance Defense; focus on Constuction Disputes); (1992-96) Gebhart & Smith, Baltimore (Insurance Defense; focus on Constuction Disputes); (1996-2007) Masterman, Culbert & Tully, L.L.P., Boston (focus on Eminent Domain, Breach of Contract, Trespass and Boundary Disputes and Zoning Appeals); (2007-10) Greenberg Traurig, L.L.C., Boston (focus on Eminent Domain, Zoning Appeals, Chap. 40B Appeals and Commercial Lease Disputes); (2010-21) Sole Practitioner, Concord (focus on Real Estate Development, , General Business Disputes, Commercial Leases, Construction Disputes and Employment Disputes)
Civic Activities: Friends of Concord Carlisle Fields; Carlisle Conservation Foundation
Hobbies and Interests: Coach, Youth Football and Basketball

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Mary O'Sullivan Smith**
**Associate Justice, Barnstable County/**
**Plymouth Town Division, Juvenile Court**
**52 Obery St., Plymouth 02360**
**(508) 747-8481; Fax: (508) 747-5621**

**161 Jones Rd.,  Falmouth 02540**
**(508) 495-1696**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1983
Law School: Suffolk University Law School, 1983, cum laude
Other Education: Boston College, B.A., 1980, magna cum laude
Previous Legal Employment: (1984-93) Asst. D.A., Plymouth County (Chief of Appeals, 1987-93; Dir. of Legal Training and Dir., Community-Based Juvenile Justice Program, 1997-2011); (1993-97) Sole Practitioner, Law Office of Mary O'Sullivan Smith

---

**Shelby M. Smith**
**Regional Admin. Justice, District Court Dept.**
**& Justice, Plymouth Div., District Court**
**52 Obery St., Plymouth 02360**
**(508) 747-8444; Fax: (617) 788-8985**

Year of Current Appointment: 2018
Year of Admission to the Bar: 2003
Law School: Northeastern University School of Law, 2002
Other Education: Tufts University, B.A., 1998
Previous Legal Employment: (2003-14) Asst. D.A, Plymouth County (Superior Court Family Protection Unit); (2014-16) Asst. Bar Counsel, Board of Bar Overseers; (2016-18) Asst. D.A., Bristol County (Superior Court Special Victims Unit)
Court-Related Activities: (2017-18) Bar Exam Grader, Board of Bar Examiners
Honors and Awards: Spotlight Award, Mass. District Attorneys Assn., 2008

---

**Paul Hart Smyth**
**First Justice, Pittsfield Div., District Court**
**24 Wendell Ave., P.O. Box 875, Pittsfield 01202-0875**
**(413) 499-0558; Fax: (413) 443-7090**

**Associate Justice, Appellate Division, District Court,**
**Western District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

*Note: As Press Time, Justice Smyth had been nominated to be an Associate Justice of the Appeals Court*
Year of Current Appointment: 2015
Year of Admission to the Bar: 1996
Born: Springfield
Law School: University of Virginia Law School, 1996
Other Education: Amherst College, 1990
Previous Legal Employment: (1997-2003) Asst. D.A., Suffolk County; (2003-14) Asst. U.S. Atty., Springfield Office (Chief, 2007-14)
Other Positions: (1990-92) Volunteer, Peace Corps (Marshall Islands)
Professional Associations: Mass. Bar Assn.
Civic Activities: Pan-Mass Challenge Rider; Recruitment volunteer, Peace Corps
Academic Honors: Ritter Scholar, Univ. of Virginia Law School

**David P. Sorrenti**
**Circuit Justice, New Bedford Div., District Court**
**75 N. Sixth St., New Bedford 02740**
**(508) 999-9700**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1985
Law School: Suffolk University Law School, 1985
Other Education: Suffolk University, 1982, Business Mgmt.
Previous Legal Employment: (1985-90) Asst. D.A., Plymouth County; (1990-96) Partner, Cruz, Hogan & Sorrenti, Brockton (Focus on Criminal Defense, Divorce, Probate and Appellate Law); (1991-95) Public Administrator, Plymouth County; (1996-2019) Partner, Sorrenti & Delano, Brockton
Court-Related Activities: (1993-95) Member, Judicial Nominating Commission, Juvenile Court

---

**Tracie L. Souza**
**Associate Justice, Bristol County Division,**
**Juvenile Court**
**40 Broadway, Suite 1521, Taunton 02780**
**(508) 977-4921; Fax: (508) 977-0482**
**tracie.souza@jud.state.ma.us**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1999
Law School: Roger Williams School of Law, 1999
Other Education: University of Mass., North Dartmouth, 1996
Previous Legal Employment: (1999-2002) Staff Atty., Law Office of Cynthia L. Hanley; (1999-2002 & 2007-12) Sole Practitioner, Fall River; (2002-05) Staff Atty., Burton & Leather & Associates, Phoenix, AZ; (2005-07) Sr. Staff Atty., Maricopa County Legal Defender's Office, Phoenix, AZ; (2012-16) Staff Atty. & Supervisor, Committee for Public Counsel Services, Children & Family Law Div., Fall River; (2016) Asst. Regional Counsel, Dept. of Children & Families, Southeast Legal Division
Civic Activities: Mock Trial Team Coach, Dighton Rehoboth High School; Alyssa E. Correira Foundation

---

**Howard P. Speicher**
**Justice, Land Court Department**
**Three Pemberton Square, 5th Floor, Boston 02108**
**(617) 788-7470; Fax: (617) 788-8951**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1979
Law School: Boston University Law School, 1979
Other Education: S.U.N.Y. at Binghamton, B.A., 1976
Previous Legal Employment: (1979-84) Asst. Corporation Counsel, City of Boston; (1984-88) Associate and (1988-2014) Partner, Davis, Malm & D'Agostine (focus on Zoning, Land Use and Permitting, and Real Estate Transactions)

---

**John S. Spinale**
**First Justice, Bristol County Div., Juvenile Court**
**289 Rock St., 4th Floor, Fall River 02720-3245**
**(508) 676-0090, Ext. 149; Fax: (508) 677-1411**
**john.spinale@jud.state.ma.us**

Year of Current Appointment: 2006
Born: Boston
Law School: New England School of Law, 1980
Other Education: Bates College, Lewiston, Maine, B.A., 1985
Previous Legal Employment: (1989-2006) Spinale and Spinale
Teaching Positions: Adjunct Professor, Stonehill College

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**John S. Spinale—Cont'd**

Court-Related Activities: Chair, Committee on CRA Standards; Chair, Juvenile Education Committee

Professional Associations: Major League Baseball Players Assn.; Bristol County Bar Assn.; Plymouth County Bar Assn.

Civic Activities: (2002-2006) Bd. of Trustees, Massassoit Community College; Volunteer Chairman, Deutsche Bank Championships; Bd. of Dirs., Midnight Santa Charity

Hobbies and Interests: Travel; Music; Sports

----

**Megan Streff Spring**
**First Justice, Marlborough Div., District Court**
**45 Williams St., Marlborough 01752**
**(508) 485-3472**

**Justice, Woburn Div., District Court**
**Courthouse, 30 Pleasant St., Woburn 01801-4184**
**(781) 935-4000**

**Associate Justice, Appellate Division, District Court, Northern District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2017
Year of Admission to the Bar: 2002
Born: Boston
Law School: Northeastern University School of Law, 2001
Other Education: American University, B.A., 1998, Public Affairs
Previous Legal Employment: (2001-02) Law Clerk, Superior Court; (2002-07) Asst. D.A., Middlesex County (District Court, 2002-05; Superior Court, Lowell, 2005-07); (2007-13) Partner, Spring and Spring, Acton (Criminal Defense); (2013-17) Asst. Clerk-Magistrate, District Court, Lowell Division
Professional Associations: Women's Bar Assn. of Mass.

----

**Debra A. Squires-Lee**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1996
Law School: New York University School of Law, 1996, summa cum laude
Other Education: Cornell University, B.A., 1991, Government; magna cum laude
Previous Legal Employment: (1996-97) Law Clerk, Judge Michael B. Mukasey, U.S. District Ct., Southern Dist. of N.Y.; (1998-2003) Associate, Hill & Barlow, Boston; (2003-05) Wilmer Cutler Pickering Hale & Dorr, L.L.P., Boston; (2007-17) Partner, Sherin & Lodgen, L.L.P., Boston (focus on Business Litigation, Legal Malpractice and Chapter 93A matters)
Court-Related Activities: (2014-17) Member, Board of Bar Examiners
Professional Associations: American Bar Assn.; Boston Bar Assn.; Fellow, Litigation Counsel of America
Civic Activities: Bd. of Dirs., Scituate Animal Shelter; (2009-12) Bd. of Trustees, Old Ship Chirch, Hingham; Cornell Alumni Admissions Network
Academic Honors: Order of the Coif; *N.Y.U. Law Review*; Judge Rose L. Rubin & Herbert Rubin Law Review Prize; Edmond Cahn Law Review Award
Honors and Awards: Top Women in Law 2016, *Mass. Lawyers Weekly*

----

**James M. Stanton**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Court,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1995
Born: Boston
Law School: Suffolk University Law School, 1995
Other Education: University of Vermont, B.A., 1990, Political Science
Previous Legal Employment: (1995-97) Asst. District Counsel, Immigration and Naturalization Service, U.S. Dept. of Justice; (1997-99) Asst. D.A., Suffolk County; (1999-2002) Leasing and Zoning Specialist, Nextel Communications; (2002-16) Sole Practitioner (focus on Criminal Law, Real Estate, Personal Injury and Estate Planning)
Court-Related Activities: (2004-06) Reinventing Justice Task Force, Boston Municipal Court, West Roxbury Div.
Elected Positions: (2014-16) Member, Bd. of Selectmen, Walpole (Vice Chair)
Civic Activities: (2006-14) Walpole Zoning Bd. of Appeals; (2012-16) Representative Town Meeting Member, Walpole; 2013-Present) Bd. of Dirs., Hyde Park Youth Hockey; (2003-09) Exec. Bd., Hyde Park Main Streets; Norfolk County Bar Advocates; Suffolk Lawyers for Justice

----

**Patrick W. Stanton**
**Associate Justice, Plymouth Division,**
**Probate & Family Court**
**215 Main St., Suite 394, Brockton 02301**
**(508) 897-5403; Fax: (508) 897-5435**
**patrick.stanton@jud.state.ma.us**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1994
Law School: Suffolk University Law School, 1993
Other Education: Massasoit Community College, 1987; Stonehill College, 1990
Previous Legal Employment: (1994-2012) Sole Practitioner, Brockton (focus on Divorce and Child Custody); Special Prosecutor, Plymouth County D.A.'s Office
Public Employment: (1997-2003) License Commissioner, Brockton

----

**John P. Stapleton**
**Justice, Fall River Div., District Court**
**186 S. Main St., Fall River 02721**
**(508) 491-3280; Fax: (508) 646-3597**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1985
Born: December 17, 1958, Norwood
Law School: New England School of Law, 1985
Other Education: Bridgewater State College, 1981
Previous Legal Employment: (1985-88, 2000-08) Asst. D.A., Norfolk County; (1988-91) Defense Atty., Committee for Public Counsel Services; (1991-2000, 2008-13) Asst. D.A., Bristol County

----

**Jennifer A. Stark**
**Justice, Framingham Div., District Court**
**600 Concord St., Framingham 01702**
**(508) 875-7461; Fax: (508) 626-2503**

**Presiding Justice, Appellate Division. District Court, Western District**
**Edward W. Brooke Courthouse, 1st Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8810**

Year of Current Appointment: 2013
Year of Admission to the Bar: 2001
Law School: Northeastern University School of Law, 2000

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Jennifer A. Stark—Cont'd**
Other Education: Northeastern University, B.S., 1995, cum laude
Previous Legal Employment: Law Clerk, Superior Court; Associate, Mintz Levin; (2003-07) Asst. D.A., Middlesex County; (2007-13) Asst. Atty. General (Chief, Policy and Govt. Div., 2007-12; Chief, Business & Labor Bur., 2012-13)

---

**Michaela C. Stewart**
**Associate Justice, Bristol County Division,**
**Juvenile Court**
**40 Broadway, Suite 1521, Taunton 02780**
**(508) 977-4921; Fax: (508) 977-0482**
**michaela.stewart@jud.state.ma.us**

**75 N. Sixth St.,  New Bedford 02740**
**(508) 990-4661; Fax: (508) 999-2916**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1998
Law School: Massachusetts School of Law
Other Education: Northeastern University, B.S., Criminal Justice
Previous Legal Employment: (1998-2017) Stewart & Stewart, Brockton (focus on Child Welfare Law)
Teaching Positions: (2014-15) Adjunct Professor, Cambridge College
Court-Related Activities: (2011-14) Youth Advocacy Division Panel Atty.
Honors and Awards: Thurgood Marshall Award, Mass. School of Law, 2018

---

**Kristen A. Stone**
**Circuit Justice, District Court**
**c/o Taunton Division, District Court,**
**40 Broadway St., Taunton 02780**
**(508) 977-6159; Fax: (508) 967-1719**

**Associate Justice, Wareham Div., District Court**
**Courthouse, 2200 Cranberry Hwy.,**
**West Wareham 02576**
**(508) 295-8300, Ext. 6144627; Fax: (508) 295-7500**

Year of Current Appointment: 2022
Year of Admission to the Bar: 2003
Law School: Suffolk University Law School, 2003
Other Education: Harvard University, 1988; Boston College, 1997, Master's, College of Social Work
Previous Legal Employment: (2003-14) Asst. D.A., Plymouth County; (2015-17) Asst. Atty. General, Criminal Bureau (Enterprise, Major and Computer Crimes Div.; later White Collar and Public Integrity Div.); (2017-22) Deputy General Counsel, District Court Dept.
Other Positions: (1997-99) Clinical Social Worker, Bridgewater State Hospital
Civic Activities: Rock Steady Boxing Program for Parkinson's Disease; Soccer and Lacrosse coach, Hanover Yoth Athletic Assn.

---

**James M. Sullivan**
**First Justice, Plymouth Div., District Court**
**52 Obery St., Plymouth 02360**
**(508) 747-8444; Fax: (508) 747-8534**

Year of Current Appointment: 2003
Year of Admission to the Bar: 1990
Law School: Suffolk University Law School
Other Education: Trinity College, Dublin, Ireland; University of Mass.
Previous Legal Employment: (1990-91) Sole Practitioner; (1991-2002) Asst. D.A., Plymouth County

Other Positions: (1989-90) Legislative Aide, Committee on Criminal Justice
Civic Activities: Youth Hockey Coach
Published Works: Editor, *Trying OUI Cases in Massachusetts,*, MCLE Publications

---

**Mark A. Sullivan**
**First Justice, Lawrence Div., District Court**
**Fenton Judicial Center, 2 Appleton St.,**
**Lawrence 01840-1525**
**(978) 687-7184; Fax: (978) 691-5131**

Year of Current Appointment: 2005
Year of Admission to the Bar: 1984
Born: Cheshire, Connecticut
Law School: University of New Hampshire School of Law, 1984
Military Service: (1985-88) Judge Advocate (Active Duty), U.S. Marine Corps; Colonel (Retired), U.S. Marine Corps Reserve
Previous Legal Employment: (1988-94) Asst. D.A., Suffolk County; (1995-2001) McNamara & Associates; (2001-03) McNamara, Schmitt & Sullivan; (2003-05) Mullen & McGourty

---

**Mary T. Sullivan**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1983
Law School: Northeastern University School of Law, 1981
Other Education: University of Mass., 1975
Previous Legal Employment: Law Clerk, Judge Shane Devine, U.S. District Court, Dist. of N.H.; (1983-2012) Associate, later Partner, Segal Roitman, Boston (focus on Labor and Employment Law and ERISA)
Public Employment: Asst. Director, Girl's Services, Department of Youth Services
Professional Associations: Boston Bar Assn. (Former Section Chair, Labor & Employment Law Section)
Civic Activities: Bd. of Trustees, Brookline Public Library; Bd. of Trustees, Artbarn Community Theater

---

**Susan E. Sullivan**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1989
Law School: Suffolk University Law School, 1989
Other Education: College of the Holy Cross, B.A., Spanish, Psychology
Previous Legal Employment: (1989) Associate, Law Office of Robert Harbour; (1990-2017) Lynch & Lynch, Boston (focus on Civil Litigation)
Professional Associations: American College of Trial Lawyers

---

**Timothy F. Sullivan**
**Chief Justice, Housing Court Department**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114-4703**
**(617) 788-6500**

Year of Current Appointment: 2015
Year of Admission to the Bar: 1991
Born: Newburyport
Law School: New England School of Law, 1991
Other Education: Merrimack College, 1982

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

### William F. Sullivan
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1982
Law School: Boston College Law School, 1982
Other Education: University of Notre Dame, B.A., 1979
Previous Legal Employment: (1982-84) Asst. D.A., Norfolk County; (2006-08) Special Asst. to Solicitor, Quincy; Partner, Sullivan & Sweeney, Quincy (focus on Criminal and Civil Litigation)
Court-Related Activities: (2003-07) Commissioner, State Judicial Nominating Commission
Clubs and Organizations: Canton Historical Society
Professional Associations: Mass. Bar Assn.; Past President, Norfolk County Bar Assn.; Past President, Quincy Bar Assn.; Lifetime Fellow, Mass. Bar Foundation;
Hobbies and Interests: Coaching Soccer

---

### Mark Hart Summerville
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 1993
Year of Admission to the Bar: 1985
Law School: New England School of Law, 1984
Other Education: Lawrence University, Appleton, Wisconsin, 1980
Previous Legal Employment: (1984-1993) Asst. District Atty., Suffolk County; (1993) Asst. District Atty., Norfolk County

---

### Salim R. Tabit
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1994
Law School: Boston College Law School, 1994
Other Education: Carleton College, 1991
Previous Legal Employment: Associate, Broadhurst, Lakin & Lakin; Founding Partner, Broadhurst Tabit L.L.P.; (1995-98) Asst. D.A., Essex County (advanced to supervisor of Juvenile Justice Unit, District Court, Lawrence Div.); (1998-99) Sole Practitioner (focus on Criminal Litigation, Civil Litigation and Immigration matters)

---

### Gloria Tan
**First Justice, Middlesex County Div., Juvenile Court**
**121 Third St., Cambridge 02141**
**(617) 494-4100; Fax: (617) 495-0575**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1998
Law School: Yale Law School
Other Education: Rice University, B.A., magna cum laude
Previous Legal Employment: Atty., Committee for Public Counsel Services (Boston Trial Unit and Youth Advocacy Div.); Clinical Instructor and Deputy Dir., Criminal Justice Institute, Harvard Law School
Court-Related Activities: Supreme Judicial Court Advisory Committee on Mass. Evidence Law; Member, Board of Trustees, Flaschner Institute; Jury Management Advisory Committee
Professional Associations: Mass. Bar Assn.; Natl. Assn. of Women Judges; Asian American Lawyers Assn. of Mass.
Academic Honors: Phi Beta Kappa
Honors and Awards: Access to Justice Award, Mass. Bar Assn., 2013

---

### Elizabeth Teixeira
**Justice, Essex Division, Probate & Family Court**
**36 Federal St., Salem 01970**
**(978) 744-1020; Fax: (978) 741-2957**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1988
Law School: Suffolk University Law School, 1987
Other Education: University of Mass., B.A., 1981, Political Science; University of Lisbon, 1981, Certificate of Studies
Previous Legal Employment: Sole Practitioner (focus on Family Law)
Professional Associations: Mass. Bar Assn.; Bristol County Bar Assn.; Mass. Council on Family Mediation

---

### Roxann C. Tetreau
**Associate Justice, Worcester Division,**
**Probate & Family Court**
**225 Main St., Room 2001, Worcester 01608**
**(508) 831-2200; Fax: (508) 770-0820**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1999
Law School: Suffolk University Law School, 1999
Other Education: Nichols College
Previous Legal Employment: (1999-2018) Associate, later Partner, Eden Rafferty (focus on Divorce, Paternity, Child Support, Custody and Guardianships)
Other Positions: (1993-99) Claims Adjuster, Eden Rafferty
Professional Associations: Worcester County Bar Assn.

---

### Maria Theophilis
**Associate Justice, Metro South Div., Housing Court**
**215 Main St., Suite 160, Brockton 02303**
**(508) 894-4170; Fax: (508) 894-4168**

Year of Current Appointment: 2016
Year of Admission to the Bar: 1999
Born: Boston
Law School: New England School of Law, 1999
Other Education: College of Wooster, B.A., Sociology
Previous Legal Employment: Staff Atty., Greater Boston Legal Services (focus on Housing Law); (2003-05) Associate, Gordon, Mond & Ott; (2005-15) Partner, Broderick Bancroft (focus on Subsidized Housing Matters, Property Management, Housing Discrimination Law and Commercial Leasing)
Professional Associations: Mass. Women's Bar Assn. (co-chair, Middlesex Committee)

---

### Susan Sard Tierney
**First Justice, Barnstable Division,**
**Probate & Family Court**
**3195 Main St., P.O. Box 346, Barnstable 02630**
**(508) 375-6743; Fax: (508) 362-6737**
**Associate Justice, Worcester Division,**
**Probate & Family Court**
**225 Main St., Room 2001, Worcester 01608**
**(508) 831-2211; Fax: (508) 770-0820**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1985
Law School: Northeastern University School of Law, 1985
Other Education: Brown University, A.B., 1981, Political Science, magna cum laude
Previous Judgeships: (2017-18) Associate Justice, Probate & Family Court, Suffolk Div.
Previous Legal Employment: (1985-87) Law Clerk, Chief Judge Shane Devine, U.S. District Court, Dist. of N.H.; (1987-95) Staff Atty., N.H. Legal Assistance; (1998-2007) Staff Atty., South Coastal Counties Legal Services, Hyannis; (2007-17) Associate, Dunning, Kirrane, McNichols & Garner, L.L.P., Mashpee
Honors and Awards: Woman of Justice, Mass. Lawyers Weekly, 2009; Lelia J. Robinson Award, Women's Bar Assn. of Mass., 2015

---

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**James J. Torney, Jr.**
**First Justice, Barnstable County/**
**Plymouth Town Division, Juvenile Court**
**Courthouse, 3195 Main St., P.O. Box 1209,**
**Barnstable 02630-0427**
**(508) 362-1389, Ext. 229; Fax: (508) 362-8224**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1980
Law School: Suffolk University Law School
Other Education: Suffolk University, B.S.B.A.
Previous Judgeships: (2006-2007) Associate Justice, Suffolk County Division, Juvenile Court Dept.
Previous Legal Employment: (1980-94) Kerr & Torney; (1983-88) Counsel, Judiciary Committee, Mass. House of Representatives; (1994-2006) Torney, Mahoney, Diamond & Bennett, Quincy

---

**Paul M. Treseler**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(718) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2019
Law School: Boston College Law School, 1993
Other Education: Ohio Wesleyan University, B.A., 1988
Previous Legal Employment: (1993-95) Law Clerk, Judge D S. Nelson, U.S. District Court; (1995-2016) Asst. D.A., Suffolk County (Chief, Narcotics Case Integrity Lab, 2012-16)
Public Employment: (2016-19) Chair, Mass. Parole Board

---

**Jennifer Tyne**
**Associate Justice, Pittsfield Div., District Court**
**24 Wendell Ave., P.O. Box 875, Pittsfield 01202-0875**
**(413) 499-0558; Fax: (413) 443-7090**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1995
Law School: Northeastern University School of Law, 1995
Other Education: Smith College, B.A., 1989
Previous Legal Employment: (1995-99) Asst. D.A., Berkshire County; (1999-2004) Sole Practioner (Counsel for indigent defendants; also Care and Protection cases; Public Administrator, 1999-2015); (2004-08) Associate, Stavisky & Kelly, Great Barrington (Elder Law, Real Estate and Civil Litigation); (2008-15) Sole Practitioner (Counsel for indigent defendants; also Elder Law and Probate Litigation); (2015-17) District Ct. Supervisor, Committee for Public Counsel Services, Pittsfield
Teaching Positions: Anna Maria College (Criminal Justice); Mildred Elley Business School (Paralegal, Criminal Justice and Research and Writing Courses)

---

**Jonathan R. Tynes**
**First Justice, Boston Municipal Court,**
**Dorchester Division**
**510 Washington St., Dorchester 02124**
**(617) 288-9500; Fax: (617) 436-8250**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1998
Law School: Northeastern University School of Law, 1997
Other Education: Mount Ida College, B.A., 1994, summa cum laude
Previous Legal Employment: (1999-2004, 2006-13) Asst. D.A., Suffolk County (Chief Asst. D.A., Roxbury Division, 2006-13); (2004-06) Asst. Solicitor, Cambridge
Civic Activities: Volunteer, youth sports; Special Olympics
Honors and Awards: Brian Honan Award for Excellence in the Courtroom and the Community

---

**Michael A. Uhlarik**
**Circuit Justice, Lawrence Div., District Court**
**Fenton Judicial Center, 2 Appleton St.,**
**Lawrence 01840-1525**
**(978) 687-7184; Fax (978) 687-0794**

Year of Current Appointment: 2007
Year of Admission to the Bar: 1988
Born: Evanston, Illinois
Law School: Boston College Law School
Other Education: Marquette University
Previous Legal Employment: (1989-93) Asst. D.A., Worcester County; (1993-2006) Asst. D.A., Suffolk County (Chief, Elders & Persons with Disabilities Unit)

---

**Robert L. Ullmann**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2013
Year of Admission to the Bar: 1988
Law School: Harvard Law School, 1981
Other Education: Harvard College, A.B., 1977, magna cum laude
Previous Legal Employment: (1981-82) Law Clerk, New Jersey Supreme Court; (1982-84) Private Practice, New York City; Asst. U.S. Atty., Civil Div., Southern Dist. of N.Y.; (1987-95) Asst. U.S. Atty., District of Mass. (Chief, Criminal Div., later First Asst. U.S. Atty.); (1995-2013) Partner, Nutter, McClennen & Fish
Teaching Positions: Adjunct Professor, Boston College Law School (Criminal Procedure)
Professional Associations: Mass. Bar Foundation; Boston Bar Foundation; Fellow, American College of Trial Lawyers

---

**Jennifer Marie Rivera Ulwick**
**First Justice, Essex Div., Probate & Family Court**
**36 Federal St., Salem 01970**
**(978) 744-1020, Ext. 6053; Fax: (978) 741-2957**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1994
Law School: Columbus School of Law, Catholic Univ., 1994
Other Education: University of New Hampshire, 1990
Previous Legal Employment: (1994-97) Law Clerk, Probate and Family Court; (1997-2000) Packenham, Schmidt & Frederico; (2000-12) Asst. Judicial Case Mgr., Middlesex Div., Probate & Family Court
Professional Associations: Former Council Member, Boston Bar Assn.; Former President-Elect, Mass. Family & Probate American Inn of Court
Honors and Awards: Public Service Award, Middlesex County Bar Assn.

---

**Michael D. Vhay**
**Justice, Land Court Department**
**Three Pemberton Square, 5th Floor, Boston 02108**
**(617) 788-7470; Fax: (617) 788-8951**

Year of Current Appointment: 2017
Year of Admission to the Bar: 1994
Born: October 18, 1961, Everett, Washington
Law School: University of Chicago, cum laude
Other Education: Harvard University, A.B., magna cum laude with highest honors in History
Previous Legal Employment: (1988-90) Law Clerk, Judge Brian Barnett Duff, U.S. District Court, Northern Dist. of Illinois; (1990-93) Associate Counsel, Office of Independent Counsel, U.S. Dept. of Justice; (1993-2003) Counsel, later Partner, Hill & Barlow; (2003-13) DLA Piper; (2013-17) Ferriter, Scobbo & Rodophele

---

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.

**Michael D. Vhay—Cont'd**
Teaching Positions: (2011-12) Adjunct Instructor, Boston University Law School
Clubs and Organizations: Boy Scouts of America
Professional Associations: Boston Bar Assn.; Real Estate Bar Assn.
Civic Activities: (1995-2001) Milton Conservation Commission
Published Works: "The Harms of Asking: Towards a Comprehensive Treatment of Sexual Harassment," 55 *U. Chi. L. Rev.* 328 (1988); *Electrical Industry Restructing in Massachesetts* (MCLE 1998); *Massachusetts Land Use: Current Issues in Subdivision Control and Zoning Law* (NBI 2004); "Get that Pole Outta Here: Dealing with the Utilities", *New England Real Estate J.*, *(2014);*
Academic Honors: Comment Editor, *University of Chicago Law Review*

---

**Michael A. Vitali**
**Regional Admin. Justice, District Court Dept.**
**c/o Taunton Division, District Court,**
**40 Broadway St., Taunton 02780**
**(508) 977-6159; Fax: (508) 967-1719**

**First Justice, Brockton Div., District Court**
**215 Main St., Brockton 02301**
**(508) 587-8000; Fax: (508) 586-3334**

Year of Current Appointment: 2014
Year of Admission to the Bar: 1998
Law School: Boston University Law School, 1998
Other Education: Dartmouth College, 1993
Previous Legal Employment: (1998-2003) Trial Atty. for Public Counsel Services (Hampden & Plymouth Counties); (2003-11) Partner, Pavlos & Vitali (later Pavlos, Vitali & Scully), Brockton (Criminal Defense); (2006-11) Supervising Atty., Pilgrim Advocates/Committee for Public Counsel Services; (2011-14) Sole Practitioner; (2013-14) Supervising Atty., Suffolk Lawyers for Justice/Committee for Public Counsel Services
Teaching Positions: (2003-Present) Adjunct Professor, Stonehill College (Criminology class); (2011-13) Visiting Asst. Professor and (2013-Present) Lecturer in Law, Boston Univ. School of Law
Professional Associations: Mass. Bar Assn.; Mass. Assn. of Criminal Defense Lawyers; Plymouth County Bar Assn.; Plymouth District Bar Assn.; Justinian Law Society
Civic Activities: Instructor & Member of Curriculum Committee, MCLE; Plymouth County "Citizens' Court"; Interviewer, Dartmouth College Admissions Office
Published Works: Chapters 18, 31 & 35, *Massachusetts Criminal Practice,* 4th Ed. (2012); Co-Author, *Massachusetts Superior Court Practice Manual,* 2nd Ed. (2014)

---

**Paul M. Vrabel**
**First Justice, Northern Berkshire Div., District Court**
**111 Holden St., North Adams 01247**
**(413) 346-2391; Fax: (413) 664-7209**

**First Justice, Southern Berkshire Div., District Court**
**9 Gilmore Ave., Great Barrington 01230**
**(413) 528-3520; Fax: (413) 528-0757**

Year of Current Appointment: 1999
Year of Admission to the Bar: 1979
Born: April 2, 1954, Worcester
Law School: Suffolk University Law School, 1979
Other Education: College of the Holy Cross, 1976
Previous Legal Employment: (1980-83) Asst. D.A., Berkshire County; (1983-99) Associate, later Partner, Donovan & O'Connor
Professional Associations: Former Pres., Berkshire County Bar Assn.; Mass. Bar Assn.; American Bar Assn.; Mass. Academy of Trial Lawyers; Assn. of Trial Lawyers of America

**Ariane D. Vuono**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1984
Law School: University of Connecticut, 1984
Other Education: Yale University, B.A., 1979; Middlebury College, M.A., 1981
Previous Legal Employment: (1984-85) Law Clerk, Superior Court; (1985-88) Asst. D.A., Hampden County; (1988-95) Asst. D.A., Northwestern Dist.; (1995-2006) Asst. U.S. Atty., Springfield

---

**Joshua I. Wall**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2014
Law School: Boalt Hall School of Law, Univ. of California at Berkeley, 1986
Other Education: Harvard University, B.A., 1982, cum laude
Previous Legal Employment: Sullivan & Cromwell, New York City; Goulston & Storrs; Atty. General's Office, Rhode Island; Asst. D.A., Suffolk County
Public Employment: (2011-14) Chair, Mass. Parole Board

---

**Brian K. Walsh**
**Circuit Justice, District Court**
**c/o Taunton Division, District Court,**
**40 Broadway St., Taunton 02780**
**(508) 977-6159; Fax: (508) 967-1719**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1995
Law School: Suffolk University Law School, 1995
Other Education: Boston University, 1990
Previous Legal Employment: Litigation Associate, Gallagher & Gallagher, P.C.; Associate, Burns & Levinson, L.L.P.; (1999-2000) Asst. D.A., Suffolk County; (2000-05) Zevnik Horton, L.L.P.; Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.; (2005-21) Sr. Legal Counsel, Arabella Insurance Group
Civic Activities: Volunteer, Walpole Public Schools; Walpole Little League; Walpole Zoning Board of Appeals; American Legion Boy's State Program

---

**Maureen E. Walsh**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8085**

Year of Current Appointment: 2021
Year of Admission to the Bar: 1991
Law School: Western New England College School of Law
Other Education: University of Mass.
Previous Judgeships: (2008-21) Justice, District Court, Northampton Div. (also Regional Admin. Judge, District Court, Region 6)
Previous Legal Employment: (1991-94) Law Clerk, Judge Michael A. Ponsor, U.S. District Court, Springfield; (1994-98) Asst. D.A., Northwest District
Public Employment: (1998-2008) Member, later Chair, Parole Board
Honors and Awards: Award for Law Enforcement, Mass. Office of Victim Assistance; Clifford Marshall Award, Mass. Sheriffs Assn.; Women in Criminal Justice Executive Committee Award

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Virginia M. Ward**
**Associate Justice, Suffolk Division,**
**Probate & Family Court**
**Edward W. Brooke Cthse., 24 New Chardon St.,**
**Boston 02114**
**(617) 788-8293; Fax: (617) 788-8958**

Year of Current Appointment: 2001
Year of Admission to the Bar: 1981
Law School: Suffolk University Law School, 1981
Other Education: Boston College, 1976, magna cum laude
Previous Legal Employment: (1983-86) Asst. D.A., Norfolk County;  Of Counsel, Rudin, Herzog, Ward & Donovan; Sole Practitioner

———————

**David Weingarten**
**First Justice, Boston Municipal Court,**
**Roxbury Division**
**85 Warren St., Roxbury 02119**
**(617) 989-9500; Fax: (617) 442-0615**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1981
Born: January 14, 1954, Sewickley, Pennsylvania
Law School: Northeastern University School of Law
Other Education: Boston University, summa cum laude
Previous Legal Employment: Krokidas & Bluestein; Partner, Macy & Weingarten

———————

**Christopher D. Welch**
**Justice, Falmouth Div., District Court**
**161 Jones Rd., Falmouth 02540**
**(508) 495-1500;  Fax: (508) 495-0291**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1986
Law School: Columbus School of Law, Catholic University, 1985
Other Education: Boston University, B.A., 1981, cum laude
Previous Legal Employment: (1986) Law Office of Richard Seegal; (1986-88) Associate, Law Office of James McCusker; (1988-91) Associate, Gallagher & Gallagher; (1991-95) Asst. D.A., Essex County (Supv. Asst. D.A); (1995-97) Associate, Smith & Brink; (1997-99) Partner, McGovern, Hug, Welch & Ganem; (1999-2001) Sole Practitioner; (2001-06) Partner, Rubin & Rudman (focus on insurance defense litigation)

———————

**Michael P. Welsh**
**First Justice, Dudley Div., District Court**
**279 West Main St., Dudley 01571**
**(508) 943-7123, Ext. 153; Fax: (508) 943-1431**

**Justice, Palmer Div., District Court**
**235 Sykes St., Suite 3, Palmer 01069**
**(413) 283-8916; Fax: (413) 283-6775**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1989
Law School: Western New England University School of Law, 1989
Other Education: Assumption College, B.A., 1986, Accounting
Previous Legal Employment: (1989-99) Sole Practitioner (focus on Workers Compensation, Criminal Defense and Personal Injury);  Law Office of Donna Gully-Brown (in-house counsel for Travelers Insurance Co.);  Rubin, Rubin & Wilcox (focus on Workers Compensation, Civil and Criminal Law); (2007-18) Law Office of Howard M. Kahalas, Boston (head of Litigation Dept.)
Other Positions: Accountant, Westborough Area

**Robert A. Welsh III**
**First Justice, Orleans Div., District Court**
**Courthouse, 237 Rock Harbor Rd., Orleans 02653**
**(508) 255-4703; Fax: (508) 240-5024**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1991
Born: July 16, 1965, Boston
Law School: Suffolk University Law School
Other Education: Georgetown University
Military Service: (1987-88) U.S. Army; (1988-95) Mass. Army National Guard (Army Aviator)
Previous Legal Employment: (1992-2003) Asst. D.A., Cape and Islands District; (2003-2006) Second Asst. D.A., Cape and Islands District
Published Works: "New England Journal of Criminal and Civil Confinement," *Black's Law Book Review*
Hobbies and Interests: Skiing; White Water Rafting; Travel

———————

**Dalila Argaez Wendlandt**
**Associate Justice, Supreme Judicial Court**
**John Adams Courthouse, Suite 2500,**
**One Pemberton Sq., Boston 02108-1750**
**(617) 557-1000**

Year of Current Appointment: 2020
Year of Admission to the Bar: 1998
Born: 1969, New Orleans
Law School: Stanford University Law School, 1996
Other Education: University of Illinois, B.S., 1991, Mechanical Engineering; Massachusetts Institute of Technology, M.S., 1993, Mechanical Engineering
Previous Judgeships: (2017-20) Associate Justice, Appeals Court
Previous Legal Employment: Law Clerk, Judge John M. Walker, Jr., U.S. Court of Appeals, 2nd Circuit; Associate, later Partner, Ropes & Gray, Boston (Intellectual Property Litigation Group);  Special Asst. D.A., Middlesex County
Professional Associations: American Bar Assn.; Chicago Bar Assn.; Illinois State Bar Assn.; American Society of Mechanical Engineers
Civic Activities: Board of Visitors, Stanford Law School
Published Works: Co-Author, Supreme Court Strikes Down A Diagnostic Method in Prometheus, *IP Frontline* (March 27, 2012); Co-Author, The Ripple Effects of the Supreme Court's Prometheus Decision on Patents in the Life Sciences and Financial Services Industries, *BNA Patent, Trademark & Copyright Jour.* (April 13, 2012); Co-author, Already v. Nike Decision Takes Middle Ground by Tightening Standards for Covenants Not to Sue But Refusing to Expand Standing to Challenge Validity, *Bloomberg BNAs Patent, Trademark & Copyright Jour.* (April 19, 2013); Co-author, Feeling Funk-y: Human Gene Patents in AMP v. Myriad, *Biotechnology Law Report* (September 4, 2013); Co-author, A Roundup of Two Recent Covenant Not to Sue Decisions, *Bloomberg BNA Patent, Trademark & Copyright Jour.* (September 13, 2013); Co-author, Patent protection for human genes ends in the US, *Intellectual Asset Management* (September/October 2013); Co-author, Dolly The Sheep Loses Patent Protection, But Could Other Clones Get It?" *Forbes* (June 4, 2014);
Co-author, The History and Future of Induced Infringement Liability, *Managing Intellectual Property* (June 19, 2015); Co-author, Limns Lament: Mayo Ties Hands on Patent Eligibility of Groundbreaking Diagnostic Methods, *Patent Lawyer* (August 2015); Co-author, The Lone Star States Patent Footprint May Shrink With TC Heartland Case, *Forbes* (March 30, 2016); Co-author, No Venue Limitation, *Intellectual Property* (June 2016)
Academic Honors: Article Development Editor, *Stanford Law Review*

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Asha Z. White**
**Circuit Justice, District Court**
**c/o Lowell Division, District Court, 370 Jackson St.,**
**Lowell 01852**
**(978) 442-3330; Fax: (978) 442-3332**

Year of Current Appointment: 2021
Year of Admission to the Bar: 2005
Born: June 27, 1979, St. Thomas, Virgin Islands
Law School: Northeastern University School of Law
Other Education: Boston College, B.A., 2001, Sociology
Previous Legal Employment: (2004-08) Asst. D.A., Suffolk County; (2008-09) Boston Law Dept., Litigation Div.; (2009-18) Sole Practitioner (focus on Criminal Law); (2015-17) Supv. Atty., Suffolk Lawyers for Justice (trained bar advocates for Suffolk County); (2018-20) Asst. Clerk-Magistrate, Boston Munic. Court, Dorchester Div.; (2020-21) Asst. Atty. General (Deputy Chief, Criminal Bureau)

Teaching Positions: (2008-Present) Adjunct Professor, Suffolk University School of Law

Professional Associations: Past Pres., Mass. Black Lawyers Assn.

Honors and Awards: District Court Prosecutor of the Year, Suffolk County District Atty.'s Office, 2006

———————

**Kathryn A. White**
**First Justice, Plymouth County Div., Juvenile Court**
**215 Main St., Suite 270, Brockton 02301**
**(508) 897-4990**

Year of Current Appointment: 1999
Born: 1954, Passaic, New Jersey
Law School: Syracuse University School of Law
Previous Legal Employment: (1980-82) Labor Counsel, Wheaton Industries; (1984-88) Associate, Law Office of Andrew Osbourne; (1988-90) Sole Practitioner; (1990-95) Partner, White & White; (1995-97) Sr. Staff Counsel, (1997) Acting Dir., and (1997-99) Co-Director, Committee for Public Counsel Services, Children and Family Law Program

———————

**William M. White, Jr.**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2019
Year of Admission to the Bar: 1985
Previous Legal Employment: Asst. D.A., Suffolk County; Asst. Atty. General; Amabile & Bailey; Davis, Robinson & White; Sole Practitioner

———————

**Douglas H. Wilkins**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2010
Year of Admission to the Bar: 1978
Law School: Harvard Law School, 1978
Other Education: Harvard College, 1975
Previous Legal Employment: Law Clerk, Judge Frank J. Murray, U.S. District Court; First Asst. Atty. General (formerly Chief, Trial Division and Governmental Bureau); Palmer & Dodge; Anderson & Kreiger, L.L.P.

**Danielle L. Williams**
**Circuit Justice, Westfield Div., District Court**
**224 Elm St., Westfield 01085**
**(413) 568-8946; Fax: (413) 568-4863**

**Justice, Eastern Hampshire Div., District Court**
**205 State St., Route 202, P.O. Box 1490,**
**Belchertown 01007**
**(413) 213-7610; Fax: (413) 323-7482**

Year of Current Appointment: 2020
Year of Admission to the Bar: 2002
Law School: Western New England University School of Law
Other Education: College of William and Mary
Previous Legal Employment: (2003-07) Asst. D.A., Hampden County; Fierst, Bloomberg, Ohm; (2016) Asst. Atty. General, Government Bureau; (2016-20) Asst. Clerk-Magistrate, District Court, Springfield Div.
Civic Activities: Founding board member, Springfield Prep Charter School

———————

**Paul D. Wilson**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2012
Year of Admission to the Bar: 1982
Law School: New York University School of Law
Other Education: Princeton University
Previous Legal Employment: (1981-82) Law Clerk, Judge Orinda Evans U.S. District Ct., Northern District of Ga.; (1982-2012) Associate, later Member, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
Teaching Positions: (1986-2003) Instructor, Boston University School of Law; (2019-Present) Adjunct Faculty, Boston College Law School

———————

**Gabrielle R. Wolohojian**
**Associate Justice, Appeals Court**
**John Adams Courthouse, Suite 3500,**
**One Pemberton Sq., Boston 02108-1705**
**(617) 725-8087**

Year of Current Appointment: 2008
Year of Admission to the Bar: 1990
Law School: Columbia Law School, 1989
Other Education: Rutgers University, B.A., 1982, magna cum laude; Oxford University, 1987, D. Phil.
Previous Legal Employment: (1994-95) Associate Independent Counsel, Whitewater Investigation; (1989-90) Law Clerk, Judge Rya Zobel, U.S. District Court; (1990-91) Law Clerk, Judge Bailey Albrich, U.S. Court of Appeals; (1995-2007) Partner, WilmerHale
Academic Honors: Editor, *Columbia Law Review*

———————

**Daniel M. Wrenn**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2011
Year of Admission to the Bar: 1987
Born: January 12, 1961, Worcester
Law School: Suffolk University Law School
Other Education: Fairfield University, 1983
Previous Legal Employment: Milton, Laurence & Dixon, Worcester

*© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.*

**Therese M. Wright**
**Justice, Barnstable Div., District Court**
**Courthouse, 3195 Main St., Route 6A, P.O. Box 398,**
**Barnstable 02630**
**(508) 375-6765**

Year of Current Appointment: 2006
Year of Admission to the Bar: 1988
Born: May 24, 1963, Berwyn, Illinois
Law School: Northeastern University School of Law, 1988
Other Education: University of Wisconsin, 1981-83; University of Mass., Boston, B.A., 1985
Previous Legal Employment: (1989-94) Asst. D.A., Plymouth County; (1994-97) Partner, Sable & Wright; (1997-98) Asst. Regional Counsel, Dept. of Social Services; (1998-2006) Asst. D.A., Plymouth County (Chief, Family Protection Unit, 1998-2001; Second Asst. D.A., 2001-03; Appeals Unit, 2003-06)

———————

**Claudine T. Wyner**
**Justice, Hampden Div., Probate & Family Court**
**50 State St., P.O. Box 559, Springfield 01102-0559**
**(413) 748-7988; Fax: (413) 788-6664**

Year of Current Appointment: 2017
Year of Admission to the Bar: 2000
Born: September 19, 1972, Springfield
Law School: Loyola University Chicago School of Law, 1999, cum laude
Other Education: Boston University, B.S., 1994, cum laude; Elementary and Special Education
Previous Legal Employment: (2000-01) Judicial Law Clerk, Juvenile Court Dept. (assigned to Justices in Berkshire, Franklin, Hampden and Hampshire Counties); (2001-02) Asst. Regional Counsel, Dept. of Social Services (care and protection petitions in Juvenile Court, Springfield; adoption petitions in Probate and Family Court, Hampden Div.); (2002-17) Partner, Marien & Hodge, Springfield (focus on all aspects of Family Law)
Other Positions: (1994-96) Middle School teacher, Northampton
Academic Honors: Articles Editor, *Children's Legal Rights Jour.*

———————

**Valerie A. Yarashus**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2018
Year of Admission to the Bar: 1990
Law School: Harvard Law School, 1990, cum laude
Other Education: George Washington University, 1987, summa cum laude
Previous Legal Employment: Partner, Meehan, Boyle, Black & Bogdanow; (1990-95) Associate and (1995-2008) Partner, Sugarman & Sugarman, P.C. (focus on Personal Injury and Wrongful Death); (2008-18) Partner, Yarashus, Cook, Frieberger & Washienko

Published Works: (2009-10) Pres., Mass. Bar Assn.; (2002-03) Pres., Mass. Academy of Trial Lawyers
Academic Honors: Exec. Editor, *Harvard Civil Rights-Civil Liberties Law Review*
Honors and Awards: Listed in *Best Lawyers in America* and *Top 50 Women Lawyers in Massachusetts*

———————

**Raffi N. Yessayan**
**Associate Justice, Superior Court**
**Suffolk County Cthse., 13th Floor,**
**Three Pemberton Sq., Boston 02108**
**(617) 788-8130; Fax: (617) 788-7299**

Year of Current Appointment: 2014
Law School: New England School of Law, 1994
Other Education: University of Massachusetts at Boston, 1991
Previous Legal Employment: (1995-2007) Asst. D.A., Suffolk County (Roxbury District Court, 1995-98; Gang Unit, 1998-2007); (2007-14) Sole Practitioner (focus on Criminal Law and Immigration Law)
Professional Associations: Norfolk County Bar Advocates; Mass. Bar Assn.
Civic Activities: Dot Art; Read Boston; *Understanding Violence* film and curriculum; Bd. of Dirs., George Lewis Ruffin Society; Gun Advisory Group
Honors and Awards: Outstanding Recent Graduate Award, Boston Latin School, 2001; Brian Honan Award, Suffolk County D.A.'s Office, 2005; Public Service Award, Quincy Bar Assn., 2010

———————

**Samir Zaganjori**
**Associate Justice, Boston Municipal Court**
**Edward W. Brooke Cthse., 6th Floor,**
**24 New Chardon St., Boston 02114**
**(617) 788-8700; Fax: (617) 788-8747**

Year of Current Appointment: 2021
Year of Admission to the Bar: 2005
Born: Cambridge
Law School: Boston University Law School, 2005
Other Education: Boston University, 2001
Previous Legal Employment: (2005-06) Law Clerk, Juvenile Court; (2006-12) Asst. D.A., Middlesex County; (2012-16) Defense Atty., J.W. Carney, Jr. & Associates; (2016-18) Sole Practitioner; (2019-21) Regional District Ct. Supervisor, Middlesex County District Atty.'s Office

© 2022, Lawyers Diary and Manual, LLC. All rights reserved. Reprinted from the 2023 Massachusetts Lawyers Diary and Manual® with permission for personal use and reference only. Commercial use or distribution is strictly prohibited.