UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Nos. 16-cr-10305-NMG |
| | ) | 23-cv-12267-NMG |
| MARTIN GOTTESFELD, | ) | |
| Defendant. | ) | |

**SUPERSEDING MOTION FOR LEAVE TO AMEND FURTHER**

MARTIN GOTTESFELD, Defendant, *pro se*, moves for leave to file a Second Amended Motion to Vacate or Set Aside Sentence (§ 2255) on or before <u>April 5, 2024.</u>  In support of this motion, Defendant avers as follows.

    1.    Defendant has worked diligently since the original motion and made substantial progress toward its final form.  The current version represents Petitioner's hard work toward fully briefing his claims, but substantial work remains to inform the Court fully of the bases of those claims.  *See* Amended Motion to Vacate or Set Aside Sentence (§ 2255), E.C.F. no. 472 (filed Feb. 1, 2024; entered Feb. 6, 2024).  It was filed pursuant to 28 U.S.C. § 2242 and Fed. R. Civ. P. 15(a)(1).

    2.    Defendant moved for leave to file a Second Amended Motion on or before March 1, 2024.  *See* Motion for Leave to Amend Further (Feb. 1, 2024), E.C.F. no. 471.

    3.    The Court is yet to dispose of that motion.  *See* Docket Report.

*Motion allowed; there will be no further extensions of time.*
*/s/ NMGorton, USDJ  04/01/2024*