United States District Court
District of Massachusetts

| | |
|---|---|
| Martin Gottesfeld,  )<br>  )<br>    Petitioner,  )<br>  )<br>    v.  )<br>  )<br>United States of America,  )<br>  )<br>    Respondent.  )<br>  ) | Criminal Action No.<br>16-10305-NMG |

**ORDER**

GORTON, J.

Petitioner Martin Gottesfeld has moved to unseal a bevy of documents to which he intends to refer in connection with his petition to vacate his sentence under 28 U.S.C. § 2255 (Docket No. 480). The motion is **ALLOWED**, in part, and **DENIED**, in part, as follows:

1) with respect to the materials described in paragraphs 1-3, 7 and 17-25, **ALLOWED**;

2) with respect to the materials described in paragraph 4, because those materials are not judicial records but rather part of discovery to which there is no general right to public access, **DENIED**. See United States v. Kravetz, 706 F.3d 47, 53 (1st Cir. 2013);

3) with respect to the materials described in paragraph 12 which are subject to the jurisdiction of Judge Richard G. Stearns of this Court, **DENIED** without prejudice;

4) with respect to paragraph 6, concerning materials that are not sealed, **DENIED** as moot;

5) with respect to the materials described in paragraph 15, **DENIED**; and

6) with respect to documents described in the remaining paragraphs (paragraphs 5, 8-11, 13, 14 and 16), the Court **RESERVES RULING** pending a recommendation from the magistrate judge to whom they are hereby referred.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: August 9, 2024